# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PROMEGA CORPORATION, ET AL.<br><br>Plaintiff,<br><br>vs.<br><br>LIFE TECHNOLOGIES CORPORATION,<br><br>Defendant. | Civil Action No. 10-CV-281 |

## LIFE TECHNOLOGIES CORPORATION'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6)

Defendant Life Technologies Corporation ("Life Tech") moves the Court for an Order dismissing Plaintiff's Complaint in its entirety. The grounds for this Motion are fully set forth in Life Tech's Memorandum in Support, filed concurrently herewith.

DATED: July 2, 2010.              By: s/Andrew J. Clarkowski

    Michael J. Modl
    Steven M. Streck
    Andrew J. Clarkowski
    Axley Brynelson, LLP
    2 E. Mifflin Street, Suite 200
    Madison, WI 53703
    Ph:  608-283-6705
    F:  608-257-5444

    Francis M. Wikstrom (*pro hac vice* admission pending)
    Kristine Edde Johnson (admitted *pro hac vice*)
    Parsons Behle & Latimer
    201 South Main Street, Suite 1800
    Salt Lake City, UT 84111
    Ph:  801-532-1234
    F:  801-536-6111
    fwikstrom@parsonsbehle.com
    kjohnson@parsonsbehle.com
    Attorneys for Defendant

CERTIFICATE OF SERVICE

    I, Theresa M. Doty, certify that on July 2, 2010, I electronically filed Life Technologies Corporation's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) with the Clerk of Court, United States District Court for the Western District of Wisconsin, through the Court's ECF system, which will send notice via electronic filing to all counsel of record.

    s/ Theresa M. Doty
    Theresa M. Doty
    Legal Assistant
    **AXLEY BRYNELSON, LLP**
    2 East Mifflin St., Suite 200 (53703)
    P.O. Box 1767
    Madison, WI 53704-1767
    (608) 257-5661