**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| Promega Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:  10-C-281 |
| and | ) | |
| | ) | |
| Max-Plank-Gesellschaft Zur | ) | |
| Forderung Der Wissenschaften E.V., | ) | |
| Involuntary Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Life Technologies Corporation | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL JOINT RULE 26(f) REPORT**

Pursuant to this Court's Notice of Telephone Pretrial Conference, the Court's Standing

Order Governing Pretrial Conferences and Federal Rule of Civil Procedure 26(f), the parties

met and conferred regarding a discovery plan and case schedule.  In accordance therewith, the

parties hereby supplement the prior Joint Rule 26(f) Report with this Supplemental Joint Rule

26(f) Report, and propose the following schedule.

## PROPOSED DISCOVERY PLAN

**Case Schedule**:

The Parties propose the following schedule:

| Event | Promega and Life Technologies |
|---|---|
| Rule 26 Initial Disclosures | October 1, 2010 |
| Deadline for Amendments to Pleadings (without leave of Court) | 15 calendar days after last responsive pleading is filed and served |
| Parties Exchange of Claim Terms and Proposed Constructions | February 14, 2011 |
| Parties Meet and Confer re Proposed Terms and Claim Elements and Proposed Constructions | Week of February 21, 2011 |
| Parties Exchange Opening Claim Construction Motions & Briefs | March 30, 2011 |
| Parties Exchange Responsive Claim Construction Briefs | April 29, 2011 |
| Claim Construction Hearing (if required) | May 11, 2011 |
| Parties to Serve Expert Reports (liability) for Which they Bear the Burden of Proof | June 24, 2011 |
| Parties to Serve Response Expert Reports | July 22, 2011 |
| Dispositive Motions Deadline | August 5, 2011 |
| Disclosure of Damages Expert Report(s) by Proponent | October 14, 2011 |
| Response Damages Expert Report(s) | November 15, 2011 |
| Discovery Cut Off | December 15, 2011 |
| Settlement Letters | December 15, 2011 |
| Rule 26(a)(3) Disclosures, Motions in Limine | January 17, 2012 |
| Objections to Rule 26(a)(3) Disclosures, Motions in Limine | January 27, 2012 |
| Final Pre-Trial Conference | January 31 , 2012 |
| Trial | February 6, 2012 |

In addition, service on Plaintiff may now be made to the following counsel:

jrtroupis@troupislawoffice.com

Dated this 13th day of August, 2010

RESPECTFULLY SUBMITTED,

By:   /s/ James R. Troupis
        James R. Troupis
        TROUPIS LAW OFFICE LLC
        7609 Elmwood Avenue, Suite 102
        Middleton, WI 53562
        Telephone: (608) 807-4096

        *Attorneys for Plaintiff, Promega*
        *Corporation*

        Michael M. Modl
        Steven M. Streck
        Andrew J. Clarkowski
        Axley Brynelson, LLP
        2 E. Mifflin Street, Suite 200
        Madison, WI 53703
        Telephone:  (608) 283-6705
        Facsimile:  (608) 257-5444

        Francis M. Wikstrom (admitted pro hac vice)
        Kristine E. Johnson (admitted pro hac vice)
        Parsons Behle & Latimer
        201 South Main Street, Suite 1800
        Salt Lake City, UT 84111
        Telephone:  (801) 532-1234
        Facsimile:  (801) 536-6111

        *Attorneys for Defendant,*
        *Life Technologies Corporation*