UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

PROMEGA CORPORATION,

    Plaintiff,

MAX-PLANCK-GESELLSCHAFT ZUR
FORDERUNG DER WISSENSCHAFTEN
E.V.                                                            Case No.: 10-CV-281

    Involuntary Plaintiff,

  v.

LIFE TECHNOLOGIES CORPORATION,

    Defendant.

---

**MOTION FOR ADMISSION *PRO HAC VICE*
OF PETER G. CARROLL**

---

    James R. Troupis, an attorney and member in good standing of the Bar of the State of Wisconsin and of this Court, moves the Court on behalf of Plaintiff, Promega Corporation, for admission *pro hac vice* of attorney Peter G. Carroll, who is not a member of the bar of this state, to appear in this case on behalf of the Plaintiff.

    Mr. Carroll is a member in good standing of the bar of the State of Massachusetts, and many federal courts. He agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the courts of Wisconsin in connection with his *pro hac vice* representation in this case.

    Mr. Carroll is a member of the firm, Troupis Law Office LLC.

    WHEREFORE, the undersigned requests the admission *pro hac vice* of Mr. Carroll.

Dated this 27th day of August, 2010.

                                        **TROUPIS LAW OFFICE LLC**

By:    /s/ James R. Troupis
       James R. Troupis, SBN 1005341

       7609 Elmwood Avenue, Suite 102
       Middleton, WI  53562
       (608) 807-4096
       jrtroupis@troupislawoffice.com

Attorneys for Plaintiff, Promega Corporation