IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PROMEGA CORPORATION,

                Plaintiff,                      ORDER

v.

                                      10-cv-281-bbc

MAX-PLANCK-GESELLSCHAFT ZUR
FORDERUNG DER WISSENSCHAFTEN, E.V.,

                Involuntary Plaintiff,

v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC. and
APPLIED BIOSYSTEMS, INC.,

                Defendants.

---

On November 24, 2010 at 1:30 p.m. a telephone hearing was held on plaintiff Promega Corporation's motion for extension of time and to compel discovery. All parties were represented by counsel.

For the reasons set forth during the telephone conference, it is ORDERED that plaintiff's motion to compel responses to discovery is GRANTED with respect to plaintiff's request for production of documents nos. 4, 10, 14, 15, 16, 17, 20, 21, 22 and 60, and is in all other respects DENIED. The parties agreed to confer concerning timing for production of the documents and scheduling of depositions and that certain requests could be resolved at the pending depositions without the need for additional document disclosure.

It is further ORDERED that plaintiff's motion for extension of time is GRANTED and that the parties may have until December 22, 2010 to file the court-ordered motions related to arbitration.

BY THE COURT:

PETER A. OPPENEER   11/24/2010
Magistrate Judge