Defendants' Proposed Claim Terms and Constructions
(Promega Corp., No. 3:10-cv-00281-bbc, W.D. Wis.)

| Claim Term | Proposed Construction |
|---|---|
| a set of ... loci | A collection of only the loci listed in the claim. |
| co-amplifying ... loci | When primers are used, amplifying loci together using the specific primer sequences listed in the patent. |
| multiplex amplification ... using ... primers | Amplifying loci together using the specific primer sequences listed in the patent. |
| primers for co-amplifying ... loci<br><br>primers for each locus<br><br>primers flanking the loci | The specific primer sequences listed in the patent for each locus. |
| gel | A three-dimensional cross-linked network. |

# Exhibit A