# EXHIBIT B

**Defendants' Proposed Claim Terms and Constructions**
(Promega Corp., No. 3:10-cv-00281-bbc, W.D. Wis.)

**Asserted Claims Which Contain The Term**

| | Claim Term | 598 | 660 | 235 | 771 |
|---|---|---|---|---|---|
| 1 | a set of … loci | 1, 10, 12, 23, 28, 33 | 16, 25 | 1, 13, 18 | 5 |
| 2 | co-amplifying … loci | 1, 8, 12, 28 | 16, 25 | 1, 13, 18 | 5 |
| 3 | …using…primers multiplex amplification | 8 | 17 | 7 | None |
| 4 | primers for co-amplifying … loci | 8 | 25 | 18 | 5 |
| 5 | primers for each locus | 10, 19, 23, 32, 33 | None | None | None |
| 6 | primers flanking the loci | None | None | 7 | None |
| 7 | gel | 5, 22, 31 | 21, 23 | 6 | None |

**Exhibit B**