UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PROMEGA CORPORATION, ET AL.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE TECHNOLOGIES CORPORATION, INVITROGEN IP HOLDINGS, INC., AND APPLIED BIOSYSTEMS, LLC,<br><br>　　　　Defendants. | Civil Action No. 10-CV-281 |

**DEFENDANTS' MOTION REQUESTING CLAIM CONSTRUCTION**

　　　　Defendants Life Technologies Corporation, Invitrogen IP Holdings, Inc., and Applied Biosystems, LLC move the Court for an order construing certain claim terms of the patents-in-suit in the above-captioned matter.  The grounds for this Motion are fully set forth in Defendants' Memorandum in Support, filed concurrently herewith.


DATED:  March 30, 2011.　　　　　　　　　By: /s/ Amy Sun　　　　　　　　

　　　　　　　　　　　　　　　　　　　　　　Amy Sun (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Life Technologies Corporation
　　　　　　　　　　　　　　　　　　　　　　5791 Van Allen Way
　　　　　　　　　　　　　　　　　　　　　　Carlsbad, CA 92008
　　　　　　　　　　　　　　　　　　　　　　Ph:  (760) 603-7200
　　　　　　　　　　　　　　　　　　　　　　F:  (760) 476-6048
　　　　　　　　　　　　　　　　　　　　　　amy.sun@lifetech.com

　　　　　　　　　　　　　　　　　　　　　　Francis M. Wikstrom (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Kristine Edde Johnson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Michael R. McCarthy (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Parsons Behle & Latimer
　　　　　　　　　　　　　　　　　　　　　　201 South Main Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　　　Salt Lake City, UT 84111

Ph: 801-532-1234
F: 801-536-6111
fwikstrom@parsonsbehle.com
kjohnson@parsonsbehle.com
mmccarthy@parsonsbehle.com

Michael J. Modl
Steven M. Streck
Andrew J. Clarkowski
Axley Brynelson, LLP
2 E. Mifflin Street, Suite 200
Madison, WI 53703
Ph: 608-283-6705
F: 608-257-5444
mmodl@axley.com
sstreck@axley.com
aclarkowski@axley.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on March 30, 2011, I electronically filed the above with the Clerk of Court, United States District Court for the Western District of Wisconsin through the Court's ECF system, which will send notice via electronic filing to all counsel of record.

By: /s/ Marilou S. Roxas
Marilou S. Roxas
Senior Associate Paralegal
Life Technologies Corporation
5791 Van Allen Way
Carlsbad, CA 92008
(760) 603-7200