IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROMEGA CORPORATION,

                                                                                                   ORDER

                     Plaintiff,

      and                                                                            10-cv-281-bbc

MAX-PLANCK-GESELLSCHAFT zur
FORDERUNG der WISSENSCHAFTEN E.V.,

                   Involuntary Plaintiff,

      v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC. and
APPLIED BIOSYSTEMS, INC.,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have filed cross motions for construction of several terms in the claims of the five patents at issue in this case: U.S. Patent Nos. 5,843,660; 6,221,598; 6,479,235; and 7,008,771. Because defendants explain in their opening brief how each of the requested constructions will resolve a question related to infringement, the motions will be granted.

1

ORDER

IT IS ORDERED that the parties' motions requesting claim construction are GRANTED. A claim construction hearing will be held on Friday, May 27, 2011, at 9:00 am on the following terms:

- "a set of . . . loci";

- "gel";

- "primers for co-amplifying . . . loci," "primers for each locus" and "primers flanking the loci";

- "multiplex amplification . . . using . . . primers"; and

- "co-amplifying . . . loci."

Note that the date of the claim construction hearing differs from the date shown in the magistrate judge's rescheduling order, dkt. #89.

Entered this 31st day of March, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2