

Red: X = 212 bp, Y = 218 bp

Blue: X = 106 bp, Y = 112 bp

Green shows 6 bp deletion on the X-chromosome

primers from reference {97} (BioTechniques 1993, 15, 636-641)

EXHIBIT 59(n)