UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PROMEGA CORPORATION,

      Plaintiff,

MAX-PLANCK-GESELLSCHAFT ZUR
FORDERUNG DER WISSENSCHAFTEN      Case No.: 10-CV-281
E.V.,

      Involuntary Plaintiff,

  v.

LIFE TECHNOLOGIES CORPORATION, *et al.*,
      Defendants.

**DECLARATION OF SARAH E. TROUPIS IN SUPPORT OF PROMEGA
CORPORATION'S EXPENSE REQUEST**

I, Sarah E. Troupis, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney employed by Troupis Law Office LLC, 7609 Elmwood Avenue, Suite 102, Middleton, Wisconsin 53562. Troupis Law Office LLC is serving as counsel to the Plaintiff in the above-captioned case.

2. In preparing Promega Corporation's Expense Request, I asked Sandy Tabachnick, an assistant in our office, for a list of time she had compiled in the above-captioned case for attorneys and others employed by Troupis Law Office LLC with regard to the Motion to Compel and related filings and events that were filed with this Court on July 8, 2011.

3. Using Ms. Tabachnick's compiled time, I eliminated entries unrelated to the Motion to Compel and estimated the time attorneys spent on the entries related to the Motion to Compel.

4.  After making these changes, I asked all of the attorneys who had submitted time on the Motion to Compel to review these changes and verify or make any appropriate changes to those time entries. The time reflected in the Expense Report reflects this process and any changes.

5.  The rates for the attorneys involved in this case are as follows:

| Attorney | Hourly Rate |
|---|---|
| Sarah E. Troupis | $320 |
| Stewart W. Karge | $425 |
| Peter G. Carroll | $475 |
| James R. Troupis | $475 |

6.  The rates in the table above are either normal market, or below market, rates for attorneys involved in complex patent litigation in this area. Further, these rates reflect the rates these attorneys charge Promega Corporation in all matters related to this case.

7.  Troupis Law Office LLC does not charge Promega, the client in the matter, for routine copying but instead considers those charges as included in the hourly rates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2011.

  /s/ Sarah E. Troupis
Sarah E. Troupis