UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PROMEGA CORPORATION,

    Plaintiff,

MAX-PLANCK-GESELLSCHAFT ZUR
FORDERUNG DER WISSENSCHAFTEN
E.V.,

    Involuntary Plaintiff,

v.

LIFE TECHNOLOGIES CORPORATION, *et al.*,
    Defendants.

Case No.: 10-CV-281

## DECLARATION OF SANDY TABACHNICK IN SUPPORT OF PROMEGA CORPORATION'S EXPENSE REQUEST

I, Sandy Tabachnick, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an assistant employed by Troupis Law Office LLC, 7609 Elmwood Avenue, Suite 102, Middleton, Wisconsin 53562. Troupis Law Office LLC is serving as counsel to the Plaintiff in the above-captioned case.

2. As a normal and regular part of my employment responsibilities, I compile the time for attorneys and others employed by Troupis Law Office based on time sheet entries provided to me by those attorneys and others employed by Troupis Law Office.

3. At the request of Attorney Sarah E. Troupis, I provided a list of time I had compiled in the above-captioned case for attorneys and others employed by Troupis Law Office LLC with regard to the Motion to Compel and related filings and events that were filed with this Court on July 8, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2011.

*Sandy Tabachnick*
Sandy Tabachnick