# EXHIBIT 13

# In The Matter Of:

*PROMEGA CORPORATION*
*v.*
*LIFE TECHNOLOGIES CORPORATION*

_____

*SHEPHERD, MICHELLE, 30(B)(6) - Vol. 1*
*July 26, 2011*

_____

## *CONFIDENTIAL*
## *ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN


PROMEGA CORPORATION,              )

                Plaintiff,     )   Case No.

                         )   10-CV-281

MAX-PLANCK-GESELLSCHAFT ZUR       )   Pages 1 to 180

FORDERUNG DER WISSENSCHAFTEN      )   CONFIDENTIAL

E.V.,                             )   ATTORNEY'S EYES

      Involuntary Plaintiff,      )   ONLY

          v.                       )

LIFE TECHNOLOGIES CORPORATION,    )

INVITROGEN IP HOLDINGS, INC.,     )

and APPLIED BIOSYSTEMS, LLC,      )

             Defendants.     )

                         )


30(B)(6) DEPOSITION OF MICHELLE SHEPHERD

TAKEN ON

TUESDAY, JULY 26, 2011


Reported by:  PHILIP D. NORRIS

CSR NO. 4980

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

---

Page 2

1       30(b)(6) Deposition of Michelle Shepherd,
2  taken on behalf of Plaintiff, at 727 South Figueroa
3  Street, Los Angeles, California, on Tuesday, July
4  26, 2011, at 10:00 a.m., before Philip D. Norris,
5  CSR No. 4980, pursuant to Notice.
6
7  APPEARANCES:
8  FOR THE PLAINTIFF:
9     MEDLEN & CARROLL
10    BY:  PETER CARROLL, ESQ.
11      THOMAS HOWERTON, ESQ.
12    100 Grandview Road
13    Suite 403
14    Braintree, Massachusetts 02184
15    (781) 848-4020
16
17  FOR THE DEFENDANTS:
18    PARSONS BEHLE & LATIMER
19    BY:  KRISTINE EDDE JOHNSON, ESQ.
20    201 South Main Street
21    Suite 1800
22    Salt Lake City, Utah 84111
23    (801) 532-1234
24
25

---

Page 4

1         I N D E X
2
3  WITNESS     EXAMINATION     PAGE
4  MICHELLE SHEPHERD  (By Mr. Carroll)    6
5     (By Ms. Johnson)    177
6
7       E X H I B I T S
8  NO.    PAGE  DESCRIPTION
9  Exhibit 1   26  Notice of Deposition, 28 pages
10  Exhibit 2   52  E-mails, Bates numbers LIFE-
11         0002030 to 31
12  Exhibit 3  108  E-mails, Bates numbers LIFE-
13         0004557 to 559
14  Exhibit 4  113  Documents Bates numbers LIFE-
15         0004702 to 767
16  Exhibit 5  113  Documents Bates numbers LIFE-
17         0004563 to 695
18
19
20
21
22
23
24
25

---

Page 3

1  APPEARANCES:
2
3  FOR LIFE TECHNOLOGIES:
4     AMY SUN, ESQ.
5     5781 Van Allen Way
6     Carlsbad, California 92008
7     (760) 474-6210
8
9  ALSO PRESENT:
10    FRITZ SPERBERG (Videographer)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 5

08:28:01  1     LOS ANGELES, CALIFORNIA; TUESDAY, JULY 26, 2011
09:13:25  2       10:00 A.M.
09:13:25  3
09:59:30  4
09:59:44  5     THE VIDEOGRAPHER:  Good morning.  This
10:00:03  6  marks the beginning of Volume I, Videotape No. 1, in
10:00:06  7  the deposition of Life Technologies Corporation, by
10:00:11  8  the 30(b)(6) witness, Michelle Shepherd, in the
10:00:15  9  matter entitled "Promega Corporation, et al., versus
10:00:19  10  Life Technologies Corporation, et al.," filed in the
10:00:22  11  Superior Court -- excuse me, in the United States
10:00:26  12  District Court for the Western District of
10:00:27  13  Wisconsin.  This is Case No. 10-CV-281.  Today's
10:00:32  14  date is July 26, 2011.  Time on the video monitor is
10:00:35  15  ten o'clock.
10:00:36  16     The video operator today is Fritz Sperberg,
10:00:40  17  a notary public contracted by Merrill Legal
10:00:42  18  Solutions at 20750 Ventura Boulevard, Woodland
10:00:46  19  Hills, California.  This video deposition is taking
10:00:50  20  place at 725 South Figueroa Street in Los Angeles,
10:00:54  21  and was noticed by Pete Carroll of Medlen & Carroll.
10:00:57  22     Counsel, please identify yourselves and
10:00:59  23  state whom you represent.
10:01:00  24     MR. CARROLL:  Pete Carroll and Tom Howerton
10:01:02  25  for Promega.

2 (Pages 2 to 5)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 6

| | | |
|---|---|---|
| 10:01:04 | 1 | MS. JOHNSON: Kristine Johnson and Amy Sun |
| 10:01:06 | 2 | for the defendants. |
| 10:01:08 | 3 | THE VIDEOGRAPHER: Our court reporter today |
| 10:01:10 | 4 | is Philip Norris of Merrill. |
| 10:01:12 | 5 | Would the reporter please swear in the |
| 10:01:14 | 6 | witness. |
| | 7 | |
| | 8 | MICHELLE S. SHEPHERD |
| | 9 | having been first duly sworn, was |
| | 10 | examined and testified as follows: |
| | 11 | |
| | 12 | EXAMINATION |
| 10:01:26 | 13 | |
| 10:01:26 | 14 | BY MR. CARROLL: |
| 10:01:26 | 15 | Q. Good morning. |
| 10:01:27 | 16 | A. Good morning. |
| 10:01:28 | 17 | Q. Heard you had a little tough time getting |
| 10:01:30 | 18 | here. |
| 10:01:31 | 19 | A. It was an adventure. |
| 10:01:32 | 20 | Q. Have you been deposed before? |
| 10:01:34 | 21 | A. I have. |
| 10:01:35 | 22 | Q. Okay. I'll just go through the rules |
| 10:01:38 | 23 | briefly just so you can feel comfortable. |
| 10:01:43 | 24 | You can take a break when you want a break; |
| 10:01:45 | 25 | just ask for it. We don't usually take breaks, |

Page 7

| | | |
|---|---|---|
| 10:01:48 | 1 | though, you know, in the middle of a question; we |
| 10:01:51 | 2 | usually finish it and then do the break. If you |
| 10:01:53 | 3 | don't understand something that I'm asking, ask me |
| 10:01:55 | 4 | to rephrase it or explain it, and I'll be happy to |
| 10:01:57 | 5 | do that; otherwise, I'm going to kind of presume |
| 10:01:59 | 6 | that you're understanding the question. |
| 10:02:00 | 7 | Is that okay? |
| 10:02:01 | 8 | A. That's okay. |
| 10:02:02 | 9 | Q. All right. Great. Can you state your full |
| 10:02:04 | 10 | name? |
| 10:02:04 | 11 | A. Michelle Slay Shepherd. |
| 10:02:07 | 12 | Q. Okay. And are you currently employed? |
| 10:02:08 | 13 | A. I am. |
| 10:02:09 | 14 | Q. And where is that? |
| 10:02:10 | 15 | A. By Life Technologies. |
| 10:02:12 | 16 | Q. Okay. Now, can I use today an abbreviation |
| 10:02:15 | 17 | for that? LTI or Life Tech, if I use those |
| 10:02:18 | 18 | abbreviations, will you understand that to be Life |
| 10:02:21 | 19 | Technologies? |
| 10:02:21 | 20 | A. Yes. |
| 10:02:22 | 21 | Q. Okay. And how many years have you been at |
| 10:02:24 | 22 | LTI? |
| 10:02:24 | 23 | A. Just over 12. |
| 10:02:25 | 24 | Q. Twelve. Okay. |
| 10:02:26 | 25 | Now, I know there's been changes in the |

Page 8

| | | |
|---|---|---|
| 10:02:29 | 1 | corporate name and all that. Did you start out at |
| 10:02:32 | 2 | Applied Biosystems? |
| 10:02:32 | 3 | A. Actually it was Perkin-Elmer. |
| 10:02:36 | 4 | Q. Perkin-Elmer? |
| 10:02:38 | 5 | A. At the time. |
| 10:02:38 | 6 | Q. Okay. And where did you go from |
| 10:02:40 | 7 | Perkin-Elmer in those 12 years? |
| 10:02:41 | 8 | A. It's been the same -- I've been at the same |
| 10:02:44 | 9 | company, in the same division, but due to |
| 10:02:47 | 10 | acquisitions and mergers our name has changed, so |
| 10:02:52 | 11 | I'm not certain. But it was Perkin-Elmer to start |
| 10:02:54 | 12 | with, then PE Biosystems, then Applied Biosystems. |
| 10:03:01 | 13 | And I believe we've been Applied Biosystems till a |
| 10:03:03 | 14 | couple years ago with the merger with Invitrogen to |
| 10:03:08 | 15 | become Life Tech. |
| 10:03:10 | 16 | Q. Now, I notice when I go online that there's |
| 10:03:13 | 17 | still a Applied Biosystems website, and I notice in |
| 10:03:17 | 18 | some of the documents I'm going to talk about today |
| 10:03:19 | 19 | there's still some discussion about Applied Bio. |
| 10:03:21 | 20 | Can I use ABI, LTI or a combination of those two |
| 10:03:27 | 21 | both to mean both companies? In other words, if I |
| 10:03:30 | 22 | say "LTI," I still mean ABI. |
| 10:03:33 | 23 | Is that okay? |
| 10:03:33 | 24 | A. Yes. |
| 10:03:34 | 25 | Q. Okay. You know what I mean. All right. |

Page 9

| | | |
|---|---|---|
| 10:03:36 | 1 | What's your title, your current title? |
| 10:03:41 | 2 | A. I'm the district manager for human |
| 10:03:43 | 3 | identification support. |
| 10:03:45 | 4 | Q. Okay. And as district manager, is there |
| 10:03:49 | 5 | any development, market development aspect to that |
| 10:03:53 | 6 | job? |
| 10:03:54 | 7 | A. No. |
| 10:03:55 | 8 | Q. Okay. It's more of a straight management |
| 10:03:57 | 9 | of -- of sales? |
| 10:03:59 | 10 | A. Of support. |
| 10:04:00 | 11 | Q. Of support? |
| 10:04:01 | 12 | A. Yes. |
| 10:04:01 | 13 | Q. Okay. Not sales? |
| 10:04:02 | 14 | A. Not sales. |
| 10:04:03 | 15 | Q. Okay. Got it. |
| 10:04:05 | 16 | And in terms of general duties and job |
| 10:04:11 | 17 | description -- maybe there's even a written job |
| 10:04:14 | 18 | description. I'll ask you that first: Is there a |
| 10:04:16 | 19 | written job description for you? |
| 10:04:18 | 20 | A. I believe there is. |
| 10:04:18 | 21 | Q. Okay. You don't have to give me it |
| 10:04:20 | 22 | verbatim, but can you give me a general description |
| 10:04:23 | 23 | of what your job description is? |
| 10:04:23 | 24 | A. Certainly. I manage a team of individuals |
| 10:04:27 | 25 | that supports human identification labs in the |

3 (Pages 6 to 9)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 10

| 10:04:30 | 1 | United States, so we conduct trainings, we develop |
| 10:04:33 | 2 | that curriculum for those trainings, we present |
| 10:04:36 | 3 | those trainings, and we respond to calls and e-mails |
| 10:04:44 | 4 | and inquiries of our group to conduct |
| 10:04:46 | 5 | troubleshooting. |
| 10:04:47 | 6 | Q. Okay. That last part, the troubleshooting, |
| 10:04:51 | 7 | would that be done onsite at the customer or that be |
| 10:04:57 | 8 | done in-house? Or does it just depend on the |
| 10:05:01 | 9 | circumstances? |
| 10:05:01 | 10 | A. It depends on the circumstances. |
| 10:05:03 | 11 | Q. Okay. Do you do troubleshooting yourself? |
| 10:05:06 | 12 | A. I do. |
| 10:05:06 | 13 | Q. And that means you actually work with the |
| 10:05:10 | 14 | product? |
| 10:05:11 | 15 | A. Yes. |
| 10:05:11 | 16 | Q. Oh, okay. Let me quickly do, then, just |
| 10:05:15 | 17 | your educational background so I can understand how |
| 10:05:18 | 18 | you can do that. |
| 10:05:19 | 19 | Undergraduate degree? |
| 10:05:20 | 20 | A. Bachelor of Science in laboratory |
| 10:05:23 | 21 | technology from Auburn University. |
| 10:05:26 | 22 | Q. Okay. Any graduate work beyond that? |
| 10:05:29 | 23 | A. Yes. Master's work towards a forensic |
| 10:05:32 | 24 | science degree from the University of Alabama at |
| 10:05:34 | 25 | Birmingham. |

Page 11

| 10:05:35 | 1 | Q. Explains how you can run the products. |
| 10:05:38 | 2 | Any postgraduate training in labs, |
| 10:05:44 | 3 | internships? |
| 10:05:45 | 4 | A. Through the University of Virginia, through |
| 10:05:48 | 5 | the Federal Bureau of Investigation laboratories in |
| 10:05:52 | 6 | Quantico. |
| 10:05:52 | 7 | Q. Okay. And how long ago was that training |
| 10:05:57 | 8 | at Quantico? |
| 10:05:58 | 9 | A. Quantico was 1990. |
| 10:06:01 | 10 | Q. Okay. All right. Any laboratory training |
| 10:06:04 | 11 | since then? |
| 10:06:05 | 12 | A. Yes. |
| 10:06:06 | 13 | Q. Okay. |
| 10:06:07 | 14 | A. I -- I worked at the Alabama Department of |
| 10:06:10 | 15 | Forensic Sciences through my undergraduate and part |
| 10:06:14 | 16 | of my graduate pursuits. |
| 10:06:17 | 17 | Q. Okay. |
| 10:06:17 | 18 | A. And then I worked for the Georgia Bureau of |
| 10:06:20 | 19 | Investigation in the Division of Forensic Sciences |
| 10:06:22 | 20 | for 13 years. |
| 10:06:24 | 21 | Q. Thirteen years before you came -- |
| 10:06:26 | 22 | A. -- came here. |
| 10:06:27 | 23 | Q. Okay. |
| 10:06:27 | 24 | A. Yes. To do the math, I'm 47. |
| 10:06:30 | 25 | Q. Okay. So that's -- that's a lot of |

Page 12

| 10:06:33 | 1 | hands-on work, then, in the lab? |
| 10:06:36 | 2 | A. Yes. |
| 10:06:36 | 3 | Q. Mostly forensics? |
| 10:06:38 | 4 | A. Hundred percent forensics, yes. |
| 10:06:39 | 5 | Q. Okay. And just so we can get through that, |
| 10:06:42 | 6 | what would that entail? "Hundred percent |
| 10:06:46 | 7 | forensics," what would that mean? |
| 10:06:48 | 8 | A. In a -- as a forensic analyst, going to |
| 10:06:53 | 9 | crime scenes, documenting crime scenes, collecting |
| 10:06:58 | 10 | materials at crime scenes, coming back to the |
| 10:07:00 | 11 | laboratory and conducting forensic investigations, |
| 10:07:04 | 12 | and then testifying to the results of that data. |
| 10:07:08 | 13 | Q. And when you were in these laboratories |
| 10:07:12 | 14 | before you came to Perkin-Elmer, did you have |
| 10:07:15 | 15 | occasion to run STR tests? |
| 10:07:15 | 16 | A. I did. |
| 10:07:19 | 17 | Q. Okay. And STR we know is short tandem |
| 10:07:23 | 18 | repeats? |
| 10:07:23 | 19 | A. Correct. |
| 10:07:24 | 20 | Q. But can I avoid saying that all day and |
| 10:07:26 | 21 | just say STR and we'll know what we mean? |
| 10:07:29 | 22 | A. Yes. |
| 10:07:29 | 23 | Q. Okay. So you ran STR kits at these |
| 10:07:34 | 24 | forensic labs? |
| 10:07:34 | 25 | A. Yes. |

Page 13

| 10:07:35 | 1 | Q. Okay. And how many years did you run |
| 10:07:37 | 2 | those? |
| 10:07:38 | 3 | A. DNA was put online at GBI in '95, '96, so |
| 10:07:46 | 4 | until June of '99 when I left the state. |
| 10:07:50 | 5 | Q. June of '99? |
| 10:07:51 | 6 | A. Yes. |
| 10:07:51 | 7 | Q. And did you go to Perkin-Elmer then? |
| 10:07:54 | 8 | A. I did. |
| 10:07:55 | 9 | Q. Okay. And were you running commercial STR |
| 10:07:59 | 10 | kits after that '94 period on to '99? |
| 10:08:03 | 11 | A. Yes. |
| 10:08:03 | 12 | Q. Were they from a particular vendor? |
| 10:08:06 | 13 | A. They were. |
| 10:08:07 | 14 | Q. And what vendor? |
| 10:08:08 | 15 | A. Applied Biosystems. |
| 10:08:10 | 16 | Q. Okay. Were you working closely with |
| 10:08:17 | 17 | Applied Biosystems' people to get that DNA test |
| 10:08:17 | 18 | online? |
| 10:08:21 | 19 | A. I was trained by a field applications |
| 10:08:25 | 20 | specialist at the time, but the majority of my |
| 10:08:28 | 21 | training came from my experience with the FBI |
| 10:08:32 | 22 | laboratories and their training program, and then |
| 10:08:35 | 23 | on-the-job training program. |
| 10:08:36 | 24 | Q. Okay. And you said you'd been deposed |
| 10:08:38 | 25 | before. Was that in the context of forensic work? |

4 (Pages 10 to 13)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 14

| | | |
|---|---|---|
| 10:08:41 | 1 | A. It was not. |
| 10:08:42 | 2 | Q. Oh, okay. What's the context of that? |
| 10:08:44 | 3 | A. My husband and I were sued civilly in a dog |
| 10:08:48 | 4 | bite case. |
| 10:08:49 | 5 | Q. Nothing to do with science? |
| 10:08:51 | 6 | A. No. |
| 10:08:51 | 7 | Q. Okay. You mentioned your current title. |
| 10:08:54 | 8 | Can you give me a general sense of the |
| 10:08:57 | 9 | management hierarchy above you? Who do you report |
| 10:09:00 | 10 | to? How high up is that title? |
| 10:09:03 | 11 | A. Certainly. I report to the United States |
| 10:09:07 | 12 | district manager for sales for applied markets. His |
| 10:09:11 | 13 | name is Phil Pielage, P-i-e-l-a-g-e. Phil reports |
| 10:09:17 | 14 | to Gerald Andros, who is the director of applied |
| 10:09:23 | 15 | markets for Life Technologies. |
| 10:09:25 | 16 | Q. Okay. And I've seen that term applied |
| 10:09:28 | 17 | markets. Can you help me understand what that |
| 10:09:31 | 18 | means? What is an applied market? |
| 10:09:32 | 19 | A. Sure. An applied market is one that is |
| 10:09:36 | 20 | rigorous to follow protocols and be mindful of the |
| 10:09:43 | 21 | results of those protocols and their potential |
| 10:09:46 | 22 | impact. |
| 10:09:46 | 23 | Q. And what's -- falls outside that? I mean, |
| 10:09:50 | 24 | give me -- can you give me an example of something |
| 10:09:52 | 25 | that wouldn't involve a rigorous protocol that you |

Page 15

| | | |
|---|---|---|
| 10:09:55 | 1 | still sell? |
| 10:09:55 | 2 | A. Certainly. Research and development tools, |
| 10:10:01 | 3 | sequencing, some applications for sequencing, SNPs, |
| 10:10:10 | 4 | single nucleotide polymorphisms. |
| 10:10:10 | 5 | Q. Okay. All right. So we talked about above |
| 10:10:12 | 6 | your position. Now give me a sense of below your |
| 10:10:15 | 7 | position, that hierarchy, who reports to you and |
| 10:10:18 | 8 | that kind of thing. |
| 10:10:19 | 9 | A. Certainly. I have three field application |
| 10:10:22 | 10 | specialists. Two of them are seniors that have more |
| 10:10:28 | 11 | than five years' experience in crime laboratories, |
| 10:10:31 | 12 | and they primarily work remotely in the field and |
| 10:10:36 | 13 | conduct trainings and troubleshootings. |
| 10:10:39 | 14 | Q. Okay. |
| 10:10:40 | 15 | A. And then I have two technical support |
| 10:10:42 | 16 | staff. They are also both seniors, and they |
| 10:10:45 | 17 | primarily are assigned to phones and e-mail |
| 10:10:49 | 18 | technical support. |
| 10:10:50 | 19 | Q. Okay. Now, you mentioned e-mails, |
| 10:10:54 | 20 | technical support, phones. Is there documentation |
| 10:10:59 | 21 | that your people maintain for -- let's start with a |
| 10:11:04 | 22 | phone call that would come in from a customer who |
| 10:11:07 | 23 | had a troubleshooting issue? |
| 10:11:09 | 24 | A. Yes. |
| 10:11:09 | 25 | Q. And who would initially prepare that |

Page 16

| | | |
|---|---|---|
| 10:11:13 | 1 | document? |
| 10:11:14 | 2 | A. The -- the FAS themselves. |
| 10:11:17 | 3 | Q. The field application specialist? |
| 10:11:19 | 4 | A. Right. That's fielding the call. |
| 10:11:21 | 5 | Q. Okay. And I'll use your term FAS, and |
| 10:11:23 | 6 | we'll agree that's field application specialist? |
| 10:11:26 | 7 | A. Correct. |
| 10:11:27 | 8 | Q. Okay. So they might take the call |
| 10:11:29 | 9 | themselves? |
| 10:11:30 | 10 | A. Yes. |
| 10:11:30 | 11 | Q. And do they have a standard form that they |
| 10:11:33 | 12 | fill out? |
| 10:11:33 | 13 | A. We have a database that we enter all |
| 10:11:38 | 14 | critical customer interactions into. |
| 10:11:41 | 15 | Q. Okay. And do you have access to that |
| 10:11:44 | 16 | database? |
| 10:11:44 | 17 | A. I do. |
| 10:11:45 | 18 | Q. Does the field application specialist, once |
| 10:11:48 | 19 | they've entered their data, have access to that? |
| 10:11:51 | 20 | A. Yes. |
| 10:11:52 | 21 | Q. Okay. And you're pretty familiar with it? |
| 10:11:55 | 22 | A. I am. |
| 10:11:56 | 23 | Q. Okay. When a call would come in from a |
| 10:12:00 | 24 | customer, would the name of the customer be put in? |
| 10:12:03 | 25 | A. Yes. |

Page 17

| | | |
|---|---|---|
| 10:12:03 | 1 | Q. Okay. Would there already be something in |
| 10:12:09 | 2 | the database about that customer? Past history, |
| 10:12:15 | 3 | earlier calls, any kind of former interactions, |
| 10:12:18 | 4 | would that be in the database, too? |
| 10:12:20 | 5 | A. There may be. |
| 10:12:20 | 6 | Q. Okay. So if I'm a field application |
| 10:12:23 | 7 | specialist and I get a call from customer X, I might |
| 10:12:27 | 8 | be able on the database, if there was a call before, |
| 10:12:30 | 9 | to look up and see that this was a problem that was |
| 10:12:34 | 10 | related to the last call that they made? |
| 10:12:36 | 11 | A. Potentially, yes. |
| 10:12:37 | 12 | Q. Okay. All right. Are there other things |
| 10:12:41 | 13 | that are built into the database system that allow |
| 10:12:45 | 14 | you, in your opinion, to better service a customer |
| 10:12:50 | 15 | than just taking a call cold? |
| 10:12:52 | 16 | A. Yes. |
| 10:12:53 | 17 | MS. JOHNSON: Objection. Vague. |
| 10:12:53 | 18 | BY MR. CARROLL: |
| 10:12:54 | 19 | Q. And what would that be? |
| 10:12:56 | 20 | A. Do I -- |
| 10:12:57 | 21 | MS. JOHNSON: If you understand, yes. |
| 10:12:58 | 22 | THE WITNESS: The database is built off the |
| 10:13:02 | 23 | serial numbers of the instrumentation, so if they've |
| 10:13:06 | 24 | purchased an instrument, then it should be in the |
| 10:13:09 | 25 | database, and we'd look it up that way rather than |

5 (Pages 14 to 17)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 18

| | | |
|---|---|---|
| 10:13:14 | 1 | by customer name. |
| 10:13:15 | 2 | MR. CARROLL: Okay. Okay. |
| 10:13:16 | 3 | Q. But the customer name would still be in |
| 10:13:18 | 4 | there? |
| 10:13:19 | 5 | A. At times. |
| 10:13:20 | 6 | Q. Okay. |
| 10:13:21 | 7 | A. Maybe. |
| 10:13:22 | 8 | Q. Okay. And do you guys have a name for this |
| 10:13:25 | 9 | database? Is it a -- |
| 10:13:27 | 10 | A. Yes. |
| 10:13:27 | 11 | Q. Okay. What's the name? |
| 10:13:28 | 12 | A. Siebel, S-i-e-b-e-l. |
| 10:13:33 | 13 | Q. Okay. And how big is Siebel that you have |
| 10:13:38 | 14 | access to? |
| 10:13:39 | 15 | MS. JOHNSON: Objection. Vague. |
| 10:13:41 | 16 | MR. CARROLL: And if you don't understand, |
| 10:13:43 | 17 | just say so and I'll help. |
| 10:13:44 | 18 | THE WITNESS: I don't. |
| 10:13:44 | 19 | MR. CARROLL: Okay. Okay. |
| 10:13:45 | 20 | Q. In other words, what I'm getting at is: Do |
| 10:13:47 | 21 | you have your own portion of Siebel that you deal |
| 10:13:51 | 22 | with and others have their accounts in another |
| 10:13:55 | 23 | database, or is it all one happy family in Siebel? |
| 10:14:09 | 24 | A. My understanding is that my database and my |
| 10:14:12 | 25 | team's database is set up so that we have visibility |

Page 19

| | | |
|---|---|---|
| 10:14:17 | 1 | to all the accounts that are in Siebel, but we |
| 10:14:22 | 2 | choose to only search on a smaller scale, just due |
| 10:14:28 | 3 | to the magnitude of the information. |
| 10:14:30 | 4 | Q. Okay. Now, you mentioned in your title the |
| 10:14:34 | 5 | word "district," if I heard that right. |
| 10:14:36 | 6 | A. Yes. |
| 10:14:37 | 7 | Q. Okay. Is that a territory? |
| 10:14:39 | 8 | A. It is. |
| 10:14:39 | 9 | Q. Okay. What's that? |
| 10:14:40 | 10 | A. The United States and Canada. |
| 10:14:42 | 11 | Q. Oh, okay. That's a big territory. |
| 10:14:45 | 12 | A. It is. |
| 10:14:45 | 13 | Q. So there's no other district manager for |
| 10:14:48 | 14 | the United States for human identity support than |
| 10:14:53 | 15 | you? |
| 10:14:54 | 16 | A. That is correct. |
| 10:14:55 | 17 | Q. Okay. And now let's go down to those FASs; |
| 10:15:01 | 18 | you said you have three of them? |
| 10:15:02 | 19 | A. I do. Currently. |
| 10:15:04 | 20 | Q. And what are their territories? |
| 10:15:06 | 21 | A. They're geographically based. |
| 10:15:09 | 22 | Q. Okay. Three areas in the United States |
| 10:15:13 | 23 | or -- |
| 10:15:13 | 24 | A. There are four areas, but one of those head |
| 10:15:17 | 25 | count is currently open. |

Page 20

| | | |
|---|---|---|
| 10:15:18 | 1 | Q. Okay. |
| 10:15:19 | 2 | A. I have -- we have a southeastern, |
| 10:15:21 | 3 | northeastern, a midwestern and a western. |
| 10:15:24 | 4 | Q. Okay. Just taking a shot on some of the |
| 10:15:27 | 5 | documents I've seen, is Robert Rossi one of these |
| 10:15:34 | 6 | field application specialists? |
| 10:15:35 | 7 | A. He is not. |
| 10:15:36 | 8 | Q. He is not? |
| 10:15:37 | 9 | A. (Witness shakes head.) |
| 10:15:38 | 10 | Q. Does he report to you at all? |
| 10:15:39 | 11 | A. He does not. |
| 10:15:40 | 12 | Q. He does not. |
| 10:15:40 | 13 | Do you know who he is? |
| 10:15:41 | 14 | A. I do. |
| 10:15:42 | 15 | Q. Who is he? |
| 10:15:43 | 16 | A. He's a sales representative. |
| 10:15:44 | 17 | Q. Okay. |
| 10:15:45 | 18 | A. For human identification. |
| 10:15:47 | 19 | Q. Not involved in support? |
| 10:15:49 | 20 | A. Not involved in support. |
| 10:15:50 | 21 | Q. I got it. Okay. |
| 10:15:51 | 22 | So why don't we get the names of your three |
| 10:15:54 | 23 | field application specialists since I guessed wrong. |
| 10:15:57 | 24 | A. That's fine. April Orbison. |
| 10:16:00 | 25 | Q. Okay. |

Page 21

| | | |
|---|---|---|
| 10:16:01 | 1 | A. Melissa Kotkin. |
| 10:16:03 | 2 | Q. Okay. |
| 10:16:03 | 3 | A. Sorry, Mark Danus, D-a-n-u-s. |
| 10:16:09 | 4 | Q. Okay. And who's east coast among those |
| 10:16:14 | 5 | three? |
| 10:16:14 | 6 | A. Melissa Kotkin is southeast. |
| 10:16:17 | 7 | Q. Okay. Is the east coast open right now? |
| 10:16:19 | 8 | A. No. |
| 10:16:19 | 9 | Q. Oh, okay. Who's -- who would cover, like, |
| 10:16:23 | 10 | New England? |
| 10:16:23 | 11 | A. Mark Danus. |
| 10:16:24 | 12 | Q. Okay. What's the region that's open right |
| 10:16:28 | 13 | now that you don't have? |
| 10:16:29 | 14 | A. The west coast. |
| 10:16:29 | 15 | Q. Oh, the west coast. Okay. |
| 10:16:30 | 16 | How are you handling that? |
| 10:16:35 | 17 | A. I'm currently interviewing to fill that |
| 10:16:35 | 18 | position. |
| 10:16:36 | 19 | Q. Okay. Are you kind of yourself, though, |
| 10:16:38 | 20 | double duty, being an FAS person as well as your |
| 10:16:42 | 21 | regular job until it gets filled? |
| 10:16:44 | 22 | A. Not currently. We divide up the calls or |
| 10:16:47 | 23 | requests as they come in amongst the team. |
| 10:16:50 | 24 | Q. Okay. I got it. |
| 10:16:52 | 25 | Now, you also said you had, and I may get |

6 (Pages 18 to 21)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 22

| 10:16:54 | 1 | this term wrong, technical support specialists? |
| 10:16:57 | 2 | A. Yes. |
| 10:16:58 | 3 | Q. Am I using the right term? |
| 10:16:59 | 4 | A. They are technically FAS, but we -- since |
| 10:17:03 | 5 | they're primarily assigned to their home office, is |
| 10:17:07 | 6 | where they do e-mail and phone support, we |
| 10:17:12 | 7 | internally call them tech support. |
| 10:17:14 | 8 | Q. Okay. So if I heard you right, you said |
| 10:17:18 | 9 | you had the three FAS, and we've named them now? |
| 10:17:22 | 10 | A. Yes. |
| 10:17:22 | 11 | Q. And you have two of these technical support |
| 10:17:24 | 12 | people? |
| 10:17:24 | 13 | A. Yes. |
| 10:17:24 | 14 | Q. Who are also pseudo FAS. Can you give me |
| 10:17:28 | 15 | their two names? |
| 10:17:28 | 16 | A. Yes. |
| 10:17:29 | 17 | Q. Okay. |
| 10:17:29 | 18 | A. Ellen Bishop and Lisa Ortuno. |
| 10:17:32 | 19 | Q. I've seen Lisa's name on some of the |
| 10:17:34 | 20 | documents. |
| 10:17:35 | 21 | A. Okay. |
| 10:17:36 | 22 | Q. You said they -- something about they are |
| 10:17:39 | 23 | more local? |
| 10:17:41 | 24 | A. They are primarily -- their duties are to |
| 10:17:45 | 25 | be assigned to be in their home offices so that they |

Page 23

| 10:17:50 | 1 | can receive e-mails and receive phone calls. |
| 10:17:53 | 2 | Q. Okay. So your team, then, you're not all |
| 10:17:58 | 3 | together in one building? |
| 10:17:59 | 4 | A. No. |
| 10:18:00 | 5 | Q. Okay. So where are you located primarily? |
| 10:18:04 | 6 | A. In my home office. |
| 10:18:05 | 7 | Q. Where's that? |
| 10:18:06 | 8 | A. Conyers, Georgia, just outside Atlanta. |
| 10:18:10 | 9 | Q. Okay. And your three FAS, where are they |
| 10:18:13 | 10 | typically located? |
| 10:18:14 | 11 | A. Melissa is based in Orlando, Florida; Mark |
| 10:18:18 | 12 | Danus is based in Burlington, North Carolina. And |
| 10:18:24 | 13 | who's left? I'm sorry, April is based in Austin, |
| 10:18:28 | 14 | Texas. |
| 10:18:29 | 15 | Q. Okay. And the two technical support, where |
| 10:18:31 | 16 | are they based? |
| 10:18:32 | 17 | A. Ellen is based in Modesto, California, and |
| 10:18:36 | 18 | Lisa in Columbia, South Carolina. |
| 10:18:39 | 19 | Q. Okay. And is that your whole team? |
| 10:18:41 | 20 | A. That is my team currently, yes. |
| 10:18:44 | 21 | Q. Okay. And when I say "your whole team," |
| 10:18:45 | 22 | that's -- that's your senior team, but are there |
| 10:18:49 | 23 | people underneath, secretaries, assistants, anybody |
| 10:18:54 | 24 | like that? |
| 10:18:55 | 25 | A. I wish, no. |

Page 24

| 10:18:57 | 1 | Q. Okay. |
| 10:18:58 | 2 | A. For human identification that is the team. |
| 10:19:00 | 3 | Q. Okay. Do you take phone calls yourself? |
| 10:19:04 | 4 | A. Sometimes. |
| 10:19:05 | 5 | Q. Okay. Big accounts? |
| 10:19:06 | 6 | A. Sometimes. |
| 10:19:08 | 7 | Q. Okay. Do you fill out this form? |
| 10:19:11 | 8 | A. Yes. |
| 10:19:11 | 9 | Q. And enter data into Siebel? |
| 10:19:14 | 10 | A. Yes. |
| 10:19:14 | 11 | Q. Okay. And can you get that printed out? |
| 10:19:18 | 12 | A. We can run reports. |
| 10:19:21 | 13 | Q. Okay. |
| 10:19:23 | 14 | A. That printing from Siebel is not -- is not |
| 10:19:28 | 15 | as efficient as it should be. |
| 10:19:30 | 16 | Q. Okay. Is it something that you can put |
| 10:19:35 | 17 | electronically, like on a stick? |
| 10:19:37 | 18 | A. Yes. |
| 10:19:37 | 19 | Q. Okay. And do you actually use -- use a |
| 10:19:40 | 20 | stick when you're, say, remote, or do you actually |
| 10:19:43 | 21 | call in to Siebel? |
| 10:19:45 | 22 | A. It's a web-based program. |
| 10:19:47 | 23 | Q. It's web-based. |
| 10:19:48 | 24 | A. If we have Internet, access to the |
| 10:19:51 | 25 | Internet, then we can have full view of it. |

Page 25

| 10:19:54 | 1 | Q. Okay. Now, you mentioned that in Siebel |
| 10:19:58 | 2 | there's this serial number if they've purchased an |
| 10:20:01 | 3 | instrument. |
| 10:20:01 | 4 | A. Yes. |
| 10:20:02 | 5 | Q. And let's just get through the instrument |
| 10:20:04 | 6 | terminology so we can kind of come to some |
| 10:20:07 | 7 | shorthand. |
| 10:20:07 | 8 | A. Okay. |
| 10:20:08 | 9 | Q. I've seen 3130, I've seen 3500, and a lot |
| 10:20:16 | 10 | of letters. Are these prism instruments? Are they |
| 10:20:19 | 11 | all called prism? |
| 10:20:20 | 12 | A. They're not all called prism, but they are |
| 10:20:23 | 13 | instruments, yes. |
| 10:20:26 | 14 | Q. Okay. Help me, what are the prism |
| 10:20:26 | 15 | instruments? |
| 10:20:28 | 16 | MS. JOHNSON: And I'll object to the extent |
| 10:20:30 | 17 | it goes beyond the scope. I understand it's just |
| 10:20:33 | 18 | foundation at this point. |
| 10:20:34 | 19 | MR. CARROLL: Right. |
| 10:20:34 | 20 | THE WITNESS: So do I answer as best I'm |
| 10:20:36 | 21 | able? |
| 10:20:37 | 22 | MS. JOHNSON: If you can. |
| 10:20:38 | 23 | THE WITNESS: Prism relates to the part of |
| 10:20:42 | 24 | the instrument that has to do with the optics and |
| 10:20:44 | 25 | the way that they're captured by the camera and |

7 (Pages 22 to 25)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 26

| | | |
|---|---|---|
| 10:20:48 | 1 | presented in the software. But we certainly support |
| 10:20:51 | 2 | instruments that aren't all prism. |
| 10:20:54 | 3 | MR. CARROLL: Okay. |
| 10:20:54 | 4 | Q. Is the 3130 a prism? |
| 10:20:58 | 5 | A. It is. |
| 10:20:59 | 6 | Q. Is the 3500 a prism? |
| 10:21:03 | 7 | A. I'm not sure that it is labeled a prism. |
| 10:21:08 | 8 | Q. Okay. All right. Well, the reporter has |
| 10:21:12 | 9 | kindly premarked an exhibit, Exhibit 1 there, so why |
| 10:21:16 | 10 | don't we pull that out. |
| 10:21:18 | 11 | A. Okay. |
| 10:21:19 | 12 | (The document referred to was marked by the |
| | 13 | reporter as Exhibit 1 for identification and is |
| | 14 | attached hereto.) |
| 10:21:20 | 15 | MR. CARROLL: Now that I have an |
| 10:21:20 | 16 | understanding of what you do, we can talk a little |
| 10:21:23 | 17 | bit about some of these topics. |
| 10:21:25 | 18 | Q. You understand that this is litigation and |
| 10:21:32 | 19 | that Life Tech is one of the parties in the |
| 10:21:35 | 20 | litigation? |
| 10:21:36 | 21 | A. Yes. |
| 10:21:36 | 22 | Q. And you understand this is in a federal |
| 10:21:39 | 23 | court? |
| 10:21:39 | 24 | A. Yes. |
| 10:21:39 | 25 | Q. And you understand that this is a |

Page 27

| | | |
|---|---|---|
| 10:21:42 | 1 | deposition where you speak for the company? |
| 10:21:44 | 2 | A. Yes. |
| 10:21:44 | 3 | Q. So it's not just your knowledge, it's the |
| 10:21:48 | 4 | collective knowledge of the company? |
| 10:21:50 | 5 | A. Yes. |
| 10:21:50 | 6 | Q. Okay. And are there steps you took before |
| 10:21:53 | 7 | today to kind of acquire that collective knowledge |
| 10:21:56 | 8 | of the company? |
| 10:21:57 | 9 | A. Yes. |
| 10:21:57 | 10 | Q. And what were those steps? |
| 10:21:59 | 11 | A. I reviewed some documents. I spoke with |
| 10:22:05 | 12 | our attorneys. |
| 10:22:05 | 13 | Q. Okay. Let me stop you there for one |
| 10:22:07 | 14 | second, because I can't remember that much, so I'm |
| 10:22:09 | 15 | going to stop you when I -- |
| 10:22:12 | 16 | Not talking about the attorneys for a |
| 10:22:14 | 17 | minute, just the documents. |
| 10:22:16 | 18 | A. Okay. |
| 10:22:16 | 19 | Q. Can you tell me some of the documents that |
| 10:22:18 | 20 | you looked at? |
| 10:22:18 | 21 | A. E-mails, Siebel entries. |
| 10:22:22 | 22 | Q. Okay. And how did you look at Siebel |
| 10:22:25 | 23 | entries? |
| 10:22:26 | 24 | A. I had Ellen Bishop run a report to gather |
| 10:22:32 | 25 | those in one file. |

Page 28

| | | |
|---|---|---|
| 10:22:34 | 1 | Q. Okay. Electronic file? |
| 10:22:36 | 2 | A. Yes. |
| 10:22:36 | 3 | Q. Okay. So this was something you could |
| 10:22:39 | 4 | access on your laptop? |
| 10:22:41 | 5 | A. Yes. |
| 10:22:41 | 6 | Q. And when you looked at those |
| 10:22:46 | 7 | documents, were you able to sort out customers who |
| 10:22:54 | 8 | use STR kits for clinical purposes? |
| 10:22:54 | 9 | MS. JOHNSON: Object. Object to form. |
| 10:22:56 | 10 | You can answer if you understand the |
| 10:22:57 | 11 | question. |
| 10:22:59 | 12 | THE WITNESS: I had Ellen run a search |
| 10:23:07 | 13 | of -- of entries from accounts from a list that was |
| 10:23:14 | 14 | supplied to me. |
| 10:23:14 | 15 | MR. CARROLL: Oh, okay. |
| 10:23:15 | 16 | Q. Who supplied the list? |
| 10:23:18 | 17 | A. Amy Sun. |
| 10:23:19 | 18 | Q. Okay. And do you have an understanding of |
| 10:23:22 | 19 | what that list was supplied to you represented? |
| 10:23:25 | 20 | MS. JOHNSON: And I would caution you not |
| 10:23:27 | 21 | to divulge the content of anything that Amy told |
| 10:23:30 | 22 | you. But if you have an understanding of what that |
| 10:23:32 | 23 | list represented, then you can answer the question. |
| 10:23:35 | 24 | THE WITNESS: Okay. I understood that the |
| 10:23:38 | 25 | list represented accounts that would be topics for |

Page 29

| | | |
|---|---|---|
| 10:23:42 | 1 | discussion today, so that is what I instructed Ellen |
| 10:23:46 | 2 | to pull a report on. |
| 10:23:48 | 3 | MR. CARROLL: Okay. |
| 10:23:48 | 4 | Q. And did you understand those topics would |
| 10:23:51 | 5 | include clinical customers? |
| 10:23:54 | 6 | MS. JOHNSON: And again, I would caution |
| 10:23:56 | 7 | you not to divulge anything that counsel told you, |
| 10:24:00 | 8 | but you can answer the question as far as your |
| 10:24:02 | 9 | understanding goes. |
| 10:24:02 | 10 | THE WITNESS: I'll just restate: I |
| 10:24:06 | 11 | instructed Ellen to run a report of any entries from |
| 10:24:11 | 12 | these customers. |
| 10:24:12 | 13 | MR. CARROLL: Okay. |
| 10:24:12 | 14 | Q. And from which -- which customers? |
| 10:24:15 | 15 | A. From the list of customers that I'd been |
| 10:24:17 | 16 | given. |
| 10:24:18 | 17 | Q. You'd been given. Okay. Understood. |
| 10:24:19 | 18 | Did you have occasion to read what's been |
| 10:24:24 | 19 | marked Exhibit 1 in front of you before today? |
| 10:24:27 | 20 | A. I have looked over it. |
| 10:24:28 | 21 | Q. Okay. Can you give me a feel of how much |
| 10:24:32 | 22 | you looked over? For example, did you look at the |
| 10:24:34 | 23 | definitions? |
| 10:24:37 | 24 | A. Definitions of what? |
| 10:24:40 | 25 | Q. So, for example, the definition of |

8 (Pages 26 to 29)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 30

| | | |
|---|---|---|
| 10:24:42 | 1 | "document" on page 2, the definition of "defendants" |
| 10:24:46 | 2 | at the bottom of page 2, did you have occasion to |
| 10:24:49 | 3 | see that? |
| 10:24:50 | 4 | A. I did see that. |
| 10:24:51 | 5 | Q. Okay. And then the topics start on page 3; |
| 10:24:55 | 6 | do you see that? |
| 10:24:56 | 7 | A. Yes. |
| 10:24:56 | 8 | Q. Okay. Did you have occasion to read these |
| 10:24:59 | 9 | numbered paragraphs? |
| 10:25:00 | 10 | A. I did. |
| 10:25:01 | 11 | Q. Okay. Great. |
| 10:25:04 | 12 | Looking at the first topic, you can just |
| 10:25:08 | 13 | read it to yourself, my question is: Are you the |
| 10:25:11 | 14 | most knowledgeable at Life Tech on that topic? |
| 10:25:24 | 15 | A. I'm the most knowledgeable on the support |
| 10:25:27 | 16 | of STR kits in the United States and Canada. |
| 10:25:32 | 17 | Q. Okay. Great. |
| 10:25:33 | 18 | Are you the most knowledgeable with respect |
| 10:25:38 | 19 | to the clinical applications that are specified in |
| 10:25:44 | 20 | paragraph 1 on page 3 of what we've marked Exhibit |
| 10:25:47 | 21 | 1? |
| 10:25:50 | 22 | MS. JOHNSON: Objection. Vague. |
| 10:25:51 | 23 | You can answer if you understand the |
| 10:25:52 | 24 | question. |
| 10:25:55 | 25 | THE WITNESS: Could you define "clinical |

Page 31

| | | |
|---|---|---|
| 10:25:57 | 1 | applications"? |
| 10:25:57 | 2 | MR. CARROLL: Yeah. I think we ought to do |
| 10:25:59 | 3 | that because I don't want to have to go through all |
| 10:26:01 | 4 | of these little applications that are listed. So I |
| 10:26:04 | 5 | just want to maybe come -- just like we did with |
| 10:26:07 | 6 | other things, a shorthand. If I can use the word |
| 10:26:09 | 7 | "clinical applications" to mean -- and I'm going to |
| 10:26:13 | 8 | read them, and hopefully we won't have to read them |
| 10:26:15 | 9 | again -- STR kits for bone marrow transplantation, |
| 10:26:21 | 10 | hydatidiform mole characterization, cancer genotype |
| 10:26:25 | 11 | diagnostics, clinical diagnostic tests, including |
| 10:26:29 | 12 | home brew tests; cell culture authentication, |
| 10:26:34 | 13 | clinical research, clinical sample misidentification, |
| 10:26:39 | 14 | and clinical sample contamination. |
| 10:26:42 | 15 | Q. Can we agree, when I say "clinical |
| 10:26:44 | 16 | applications," that's the list I'll mean? |
| 10:26:48 | 17 | A. I disagree that -- first of all, I don't |
| 10:26:51 | 18 | know what some of these are. |
| 10:26:53 | 19 | Q. Okay. That's fine. Are there -- |
| 10:26:56 | 20 | A. Second -- |
| 10:26:57 | 21 | Q. No, I don't want to interrupt you. Sorry. |
| 10:26:59 | 22 | A. And I would disagree that everything in |
| 10:27:02 | 23 | this list could be classified as clinical |
| 10:27:05 | 24 | applications. |
| 10:27:05 | 25 | Q. Okay. Well, let's break it apart, then. |

Page 32

| | | |
|---|---|---|
| 10:27:08 | 1 | A. Okay. |
| 10:27:08 | 2 | Q. How about bone marrow transplantation, is |
| 10:27:11 | 3 | that clinical? |
| 10:27:13 | 4 | A. What exactly -- |
| 10:27:14 | 5 | MS. JOHNSON: Are you asking to her |
| 10:27:16 | 6 | understanding, for her understanding as to whether |
| 10:27:18 | 7 | that's clinical or -- |
| 10:27:19 | 8 | MR. CARROLL: Yes. She mentioned a minute |
| 10:27:20 | 9 | ago she didn't think all these things were clinical, |
| 10:27:23 | 10 | so I thought I would go through them and let her |
| 10:27:26 | 11 | tell me what she thought was clinical. |
| 10:27:28 | 12 | THE WITNESS: Okay. Bone marrow |
| 10:27:32 | 13 | transplantation, as it would relate to a diagnosis |
| 10:27:38 | 14 | of a patient and a donor, I would classify as |
| 10:27:43 | 15 | clinical. |
| 10:27:44 | 16 | MR. CARROLL: Okay. |
| 10:27:44 | 17 | Q. And you mentioned you aren't familiar with |
| 10:27:46 | 18 | all of these. Let's start with bone marrow |
| 10:27:49 | 19 | transplantation. Are you familiar with how STR kits |
| 10:27:54 | 20 | are used for bone marrow transplantation? |
| 10:27:56 | 21 | A. Somewhat. |
| 10:27:56 | 22 | Q. And we'll get back to that. But we'll just |
| 10:27:59 | 23 | finish the same question for hydatidiform moles, is |
| 10:28:03 | 24 | that clinical? |
| 10:28:04 | 25 | A. I'm not familiar with that application. |

Page 33

| | | |
|---|---|---|
| 10:28:05 | 1 | Q. That's fine. That's fine. It's a big |
| 10:28:07 | 2 | list. |
| 10:28:08 | 3 | Cancer genotype diagnostics, are you |
| 10:28:10 | 4 | familiar with that? |
| 10:28:11 | 5 | A. I am not. |
| 10:28:12 | 6 | Q. Okay. How about, let's go to cell culture |
| 10:28:17 | 7 | authentication. |
| 10:28:18 | 8 | A. I am. |
| 10:28:19 | 9 | Q. You're familiar with that? |
| 10:28:20 | 10 | A. Yes. |
| 10:28:20 | 11 | Q. All right. What is that? |
| 10:28:22 | 12 | A. That is, in my understanding, where a |
| 10:28:26 | 13 | laboratory will start with a cell culture that they |
| 10:28:31 | 14 | will clone over several generations or iterations, |
| 10:28:37 | 15 | and often in their research will apply different |
| 10:28:45 | 16 | pharmacogenetics to see the response of that cell |
| 10:28:48 | 17 | line to those, to see if they can spawn mutations, |
| 10:28:52 | 18 | etcetera. |
| 10:28:52 | 19 | And then at the end of that study, to run |
| 10:28:57 | 20 | STR kits to see if it's the same cell line, if these |
| 10:29:02 | 21 | actions have caused a change at the genetic level. |
| 10:29:08 | 22 | Q. Okay. And are you familiar with customers |
| 10:29:12 | 23 | who buy LTI/ABI STR kits for the type of testing you |
| 10:29:20 | 24 | just described for cell culture authentication? |
| 10:29:23 | 25 | A. I am. |

9 (Pages 30 to 33)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 34

10:29:24  1    Q. Okay. How about sample contamination, are
10:29:33  2  you familiar with the use of STR kits to study
10:29:36  3  sample contamination?
10:29:37  4    A. I am.
10:29:38  5    Q. And, you know, what kind of familiarity is
10:29:41  6  that? What type of thing are you familiar with?
10:29:44  7    A. An example would be a maternal cell line:
10:29:50  8  very much like the cell culture authentication where
10:29:57  9  a researcher might be doing genetic studies on a
10:30:02  10  certain disease, say diabetes, that they would have
10:30:06  11  maternal and fetal cells, and they would want to
10:30:09  12  make sure that the -- the findings they were making
10:30:16  13  published results on were from maternal cell line
10:30:19  14  that, or potentially the fetal cell line, that would
10:30:24  15  not be contaminated by the maternal cell line.
10:30:28  16  Because when you harvest fetal cells, it's very
10:30:31  17  difficult to purify and just get fetal cells.
10:30:35  18    Q. I see. Okay. All right.
10:30:38  19     Given what we've gone through, why don't we
10:30:43  20  agree, then, on just the word "applications" for the
10:30:48  21  ones you're familiar with, bone marrow, cell culture
10:30:54  22  authentication, and sample contamination. Is there
10:30:59  23  anything else we can add to that list from the list
10:31:02  24  in paragraph 1 of page 3 of the exhibit we've marked
10:31:06  25  Exhibit 1 than those three that you're familiar

Page 35

10:31:11  1  with?
10:31:12  2    A. Yes.
10:31:12  3    Q. Oh, good.
10:31:13  4    A. Laboratory sample misidentification.
10:31:17  5    Q. Great. Tell me about that.
10:31:21  6    A. So I've worked in a laboratory, and you
10:31:25  7  always want to make certain that what you're
10:31:27  8  reporting out on is the right sample, that there
10:31:31  9  hasn't been some sample switching, or if you've run
10:31:34  10  a series of tests on a known and you're making a
10:31:38  11  comparison to an unknown, and you want to make
10:31:41  12  certain that those originated from the same
10:31:44  13  individual, after you do your tests they're
10:31:48  14  separated in time and space. And so once you
10:31:51  15  complete your tests, you want to make sure that
10:31:54  16  you've done the test on the proper sample that you
10:31:57  17  think you have. So STR kits are used to make that
10:32:02  18  identification confirmed.
10:32:05  19    Q. Okay. So we've got bone marrow
10:32:08  20  transplantation, cell culture authentication, the
10:32:12  21  one you just talked about, which is sample
10:32:15  22  misidentification, and then sample contamination.
10:32:18  23  So I've got four out of that list.
10:32:20  24    A. Okay.
10:32:21  25    Q. Anything else in that list that you're

Page 36

10:32:22  1  familiar with?
10:32:24  2    A. No.
10:32:24  3    Q. Okay. So we'll agree, then, when I say the
10:32:28  4  applications that you're familiar with in paragraph
10:32:31  5  1 -- and I won't use the word clinical, I'll just
10:32:35  6  say applications so we won't have any
10:32:37  7  disagreement -- will be those four?
10:32:38  8    A. Okay.
10:32:39  9    Q. Is that okay?
10:32:39  10    A. Yes.
10:32:40  11    Q. That way I don't have to go through them,
10:32:41  12  and I can spare the reporter his fingers when we go
10:32:46  13  on because the other paragraphs that follow I'll
10:32:51  14  want to refer back to those four applications that
10:32:53  15  you're familiar with.
10:32:54  16    A. Okay.
10:32:54  17    Q. Okay. In preparing for this deposition,
10:33:02  18  you mentioned that you looked at this database,
10:33:06  19  Siebel database. On that database that you looked
10:33:11  20  at in preparation for the deposition, were there
10:33:15  21  customers who used STRs for any of the four
10:33:19  22  applications we just talked about?
10:33:22  23    A. Yes.
10:33:22  24    Q. Okay. And how could you identify that on
10:33:26  25  Siebel? If you could.

Page 37

10:33:28  1    A. By the summary of the entry that the person
10:33:38  2  who took the call.
10:33:40  3    Q. Okay. So, again, never having seen it
10:33:44  4  myself, I'm trying to imagine it, but most data
10:33:47  5  entries have kind of some central comment section,
10:33:51  6  as well as codes and dates and numbers. Is it that
10:33:57  7  central comment-type section that would give you
10:34:00  8  that information, or Siebel's structured a little
10:34:03  9  differently than that?
10:34:06  10    A. No, it's structured similarly. It would be
10:34:07  11  more of a call entry summary.
10:34:10  12    Q. Okay. Help me. As you can imagine, I'm
10:34:13  13  not familiar with this business and that detail. So
10:34:16  14  what would a call entry summary be?
10:34:20  15    A. Customer has software question, customer
10:34:27  16  has read a journal article and requests a protocol.
10:34:33  17    Q. Okay. And I mentioned before that you had
10:34:38  18  filled out these types of forms, but the Siebel
10:34:42  19  database that you searched in preparation for this
10:34:45  20  deposition would include those as well as other
10:34:48  21  people's?
10:34:48  22    A. Yes.
10:34:48  23    Q. Okay. So in preparation for this
10:34:50  24  deposition, did you look at other people's data
10:34:53  25  entries?

10 (Pages 34 to 37)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 38

| | | |
|---|---|---|
| 10:34:54 | 1 | A. I did on my team. |
| 10:34:56 | 2 | Q. Okay. And is there a way on Siebel to see |
| 10:34:59 | 3 | who in your team had made those entries? |
| 10:35:02 | 4 | A. Yes. |
| 10:35:02 | 5 | Q. Okay. Is there a way on that Siebel |
| 10:35:05 | 6 | database to see when those entries were made? |
| 10:35:08 | 7 | A. Yes. |
| 10:35:09 | 8 | Q. Okay. Today I'm going to be most |
| 10:35:13 | 9 | interested in the period 2006 to the present. Okay? |
| 10:35:18 | 10 | A. Okay. |
| 10:35:18 | 11 | Q. I'm going to call that the period of time. |
| 10:35:21 | 12 | I'll probably repeat 2006 to present as many times |
| 10:35:23 | 13 | as I can. |
| 10:35:26 | 14 | In you preparing for this deposition, did |
| 10:35:28 | 15 | you have occasion to look at entries that were made |
| 10:35:31 | 16 | in the period 2006 to present? |
| 10:35:33 | 17 | A. I did. |
| 10:35:34 | 18 | Q. Okay. And in that group were there |
| 10:35:38 | 19 | customers who had purchased and used LTI/ABI STR |
| 10:35:47 | 20 | kits for any of the four applications in paragraph 1 |
| 10:35:51 | 21 | of Exhibit 1? |
| 10:35:54 | 22 | A. I'm unable to answer for certain on every |
| 10:35:58 | 23 | one of the entries. The topic of STR kits does not |
| 10:36:02 | 24 | always come up in their requests of us. So it may |
| 10:36:11 | 25 | be they were calling about a hardware issue or a |

Page 39

| | | |
|---|---|---|
| 10:36:14 | 1 | software issue or a user issue. |
| 10:36:17 | 2 | Q. Okay. |
| 10:36:18 | 3 | A. So we don't always know what kits they're |
| 10:36:22 | 4 | using. |
| 10:36:22 | 5 | Q. Okay. |
| 10:36:23 | 6 | A. They may -- |
| 10:36:24 | 7 | Q. So I'll back up, then. |
| 10:36:25 | 8 | Some of these entries could simply be that |
| 10:36:30 | 9 | you have installed an instrument in a clinical lab |
| 10:36:34 | 10 | and they have a question about it? |
| 10:36:37 | 11 | A. Could be, yes. |
| 10:36:40 | 12 | Q. Okay. Let's go with that. Let's talk |
| 10:36:42 | 13 | about the instrument a little bit. These are pretty |
| 10:36:44 | 14 | complicated instruments? |
| 10:36:45 | 15 | A. They are. |
| 10:36:45 | 16 | Q. And we talked a little bit about the prism |
| 10:36:48 | 17 | instruments before. The 3130, is that a complicated |
| 10:36:53 | 18 | instrument? |
| 10:36:55 | 19 | A. Yes. |
| 10:36:55 | 20 | MS. JOHNSON: Object to the extent it goes |
| 10:36:58 | 21 | beyond the scope. Again, if it's just for |
| 10:37:00 | 22 | foundation, I'll allow it at this point. |
| 10:37:01 | 23 | BY MR. CARROLL: |
| 10:37:02 | 24 | Q. For example, it would require training? |
| 10:37:03 | 25 | A. Yes. |

Page 40

| | | |
|---|---|---|
| 10:37:03 | 1 | Q. Okay. That's where I'm going. |
| 10:37:05 | 2 | And that's a form of support? In your |
| 10:37:09 | 3 | business, do you consider training on these |
| 10:37:12 | 4 | instruments part of your support function? |
| 10:37:15 | 5 | A. Yes. |
| 10:37:15 | 6 | Q. Okay. Have you trained customers on |
| 10:37:19 | 7 | instruments? |
| 10:37:19 | 8 | A. Yes. |
| 10:37:19 | 9 | Q. Have you trained customers on such |
| 10:37:23 | 10 | instruments where you knew they were going to use |
| 10:37:25 | 11 | them for bone marrow transplant monitoring? |
| 10:37:28 | 12 | MS. JOHNSON: Object to the extent that it |
| 10:37:31 | 13 | goes beyond the scope. |
| 10:37:33 | 14 | THE WITNESS: So do I answer? |
| 10:37:34 | 15 | MS. JOHNSON: You can answer to the extent |
| 10:37:35 | 16 | you know. |
| 10:37:38 | 17 | THE WITNESS: Could you restate the |
| 10:37:39 | 18 | question? |
| 10:37:39 | 19 | MR. CARROLL: I'll let him do it. He does |
| 10:37:41 | 20 | a much better job. |
| 10:37:53 | 21 | (Whereupon the record was read as follows: |
| 10:37:20 | 22 | "Q. Have you trained customers on |
| 10:37:23 | 23 | such instruments where you knew they |
| 10:37:25 | 24 | were going to use them for bone marrow |
| 10:37:28 | 25 | transplant monitoring?") |

Page 41

| | | |
|---|---|---|
| 10:37:56 | 1 | THE WITNESS: I've trained customers on |
| 10:37:58 | 2 | instruments that I knew were not crime laboratories. |
| 10:38:02 | 3 | I'm not always certain of their application. |
| 10:38:05 | 4 | BY MR. CARROLL: |
| 10:38:07 | 5 | Q. Okay. Given that, that's fine, has there |
| 10:38:10 | 6 | ever been an instance for which you did know |
| 10:38:13 | 7 | what they were going to do and it was not going to |
| 10:38:16 | 8 | be a crime lab application? |
| 10:38:18 | 9 | A. No. |
| 10:38:18 | 10 | Q. Okay. When you looked at the database in |
| 10:38:28 | 11 | preparation for this deposition, are you able to |
| 10:38:33 | 12 | determine what uses the particular caller who made |
| 10:38:39 | 13 | the call is making for the STR kit? Are you able to |
| 10:38:45 | 14 | discern that? |
| 10:38:45 | 15 | A. Not always. |
| 10:38:46 | 16 | Q. Not always. |
| 10:38:46 | 17 | In some cases? |
| 10:38:48 | 18 | A. In some, yes. |
| 10:38:49 | 19 | Q. And in the database information that you |
| 10:38:52 | 20 | reviewed, were you able to see even one customer who |
| 10:38:57 | 21 | you could identify was using LTI/ABI STR kits for |
| 10:39:05 | 22 | one of the four applications we've talked about in |
| 10:39:07 | 23 | paragraph 1? |
| 10:39:12 | 24 | A. There was one that called and asked a |
| 10:39:15 | 25 | question about using an STR kit in bone marrow |

11 (Pages 38 to 41)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 42

| 10:39:22 | 1 | engraftment or in cell line authentication, but I |
| 10:39:26 | 2 | don't know for sure that they are using STR kits. |
| 10:39:30 | 3 | Q. Okay. Were you ever an FAS yourself? |
| 10:39:34 | 4 | A. I was. |
| 10:39:35 | 5 | Q. As part of your duties as an FAS, did you |
| 10:39:40 | 6 | go into customer labs? |
| 10:39:42 | 7 | A. I did. |
| 10:39:43 | 8 | Q. Did you ever go into a customer lab who had |
| 10:39:46 | 9 | purchased either an instrument or STR kits to work |
| 10:39:50 | 10 | on the instrument where you learned from your visit |
| 10:39:54 | 11 | that they were going to use them for one of the four |
| 10:39:56 | 12 | applications we've talked about in paragraph 1? |
| 10:39:59 | 13 | MS. JOHNSON: Can we put a time frame on |
| 10:40:01 | 14 | that? |
| 10:40:01 | 15 | MR. CARROLL: Sure. |
| 10:40:02 | 16 | 2006 to the present. |
| 10:40:03 | 17 | THE WITNESS: No. |
| 10:40:03 | 18 | BY MR. CARROLL: |
| 10:40:04 | 19 | Q. Were you an FAS before that? |
| 10:40:07 | 20 | A. I was. |
| 10:40:07 | 21 | Q. Aha, okay. All right. |
| 10:40:10 | 22 | What was your time when you were an FAS? |
| 10:40:15 | 23 | A. From 1999 to 2005. |
| 10:40:19 | 24 | Q. Okay. That's a pretty big chunk of time. |
| 10:40:22 | 25 | Were you aware during this time period that |

Page 43

| 10:40:26 | 1 | clinical labs were interested in STR technology? |
| 10:40:31 | 2 | A. Yes. |
| 10:40:31 | 3 | Q. Was that a growing customer base for you as |
| 10:40:36 | 4 | an FAS person in the period that you were an FAS? |
| 10:40:41 | 5 | A. No. |
| 10:40:41 | 6 | MS. JOHNSON: Object. Beyond the scope. |
| 10:40:43 | 7 | Beyond the scope. |
| 10:40:44 | 8 | THE WITNESS: No. |
| 10:40:45 | 9 | BY MR. CARROLL: |
| 10:40:45 | 10 | Q. It wasn't growing? |
| 10:40:46 | 11 | A. It wasn't in -- in my perspective, it was |
| 10:40:50 | 12 | not a growing business. |
| 10:40:51 | 13 | Q. Okay. Now, in the period 2006 to present, |
| 10:40:56 | 14 | in your perspective, is it a growing business? |
| 10:41:00 | 15 | A. Relatively, no. |
| 10:41:01 | 16 | Q. And help me out. Relatively to other |
| 10:41:06 | 17 | STS -- sorry, other STR markets? |
| 10:41:10 | 18 | A. Yes. |
| 10:41:10 | 19 | Q. Okay. What's a big growing STR market? |
| 10:41:15 | 20 | A. Human identification, forensics. |
| 10:41:18 | 21 | Q. Okay. So the clinical applications are not |
| 10:41:23 | 22 | going as fast in terms of an expanding market as the |
| 10:41:28 | 23 | forensic applications? |
| 10:41:29 | 24 | MS. JOHNSON: Are we talking about the four |
| 10:41:31 | 25 | categories in topic No. 1 that we've identified? |

Page 44

| 10:41:34 | 1 | MR. CARROLL: Right, the four. We'll go |
| 10:41:36 | 2 | with that. |
| 10:41:36 | 3 | Q. The four categories -- the four topics in |
| 10:41:38 | 4 | paragraph 1, that market is not growing as rapidly |
| 10:41:42 | 5 | as, say, forensics? |
| 10:41:44 | 6 | MS. JOHNSON: And I'll object to the extent |
| 10:41:45 | 7 | this is beyond the scope of -- of Ms. Shepherd's |
| 10:41:49 | 8 | notice. |
| 10:41:50 | 9 | To the extent you can answer, you may |
| 10:41:52 | 10 | answer. |
| 10:41:52 | 11 | THE WITNESS: I would say no, forensics |
| 10:41:56 | 12 | is -- human identification is growing rapidly. |
| 10:41:59 | 13 | MR. CARROLL: Okay. All right. |
| 10:42:02 | 14 | Q. In your preparation for this deposition, |
| 10:42:07 | 15 | did you read any documents related to technical |
| 10:42:12 | 16 | service center or service sales representative |
| 10:42:15 | 17 | inquiries about STR kits? |
| 10:42:21 | 18 | A. I'm not sure. That's not the verbiage that |
| 10:42:28 | 19 | we would use, so -- |
| 10:42:30 | 20 | Do you have an example of what -- |
| 10:42:31 | 21 | Q. That's good. I'll break it down. I'm |
| 10:42:33 | 22 | glad -- if you don't know, go ahead and say it. |
| 10:42:35 | 23 | Is there a technical service center for |
| 10:42:38 | 24 | support of STR kits at Life Tech? |
| 10:42:42 | 25 | A. Yes. |

Page 45

| 10:42:42 | 1 | Q. Okay. What is that technical service |
| 10:42:45 | 2 | center? What is it? Is it a building? Is it a |
| 10:42:49 | 3 | team of people? |
| 10:42:50 | 4 | A. There's -- Life Technologies has many call |
| 10:42:56 | 5 | centers for many customers conducting many |
| 10:43:03 | 6 | applications. My area of expertise is the human |
| 10:43:06 | 7 | identification products. |
| 10:43:09 | 8 | Q. So if I'm a customer, do I call the |
| 10:43:14 | 9 | technical service center and then it gets routed to |
| 10:43:17 | 10 | you based on my question? |
| 10:43:19 | 11 | A. It could. |
| 10:43:21 | 12 | Q. Could it also be the case that I |
| 10:43:24 | 13 | call you somehow directly? |
| 10:43:26 | 14 | A. Yes. |
| 10:43:27 | 15 | Q. And how would I know to do that as a |
| 10:43:29 | 16 | customer? |
| 10:43:30 | 17 | A. We have a dedicated phone number for human |
| 10:43:34 | 18 | identification and a dedicated e-mail for human |
| 10:43:39 | 19 | identification. |
| 10:43:40 | 20 | Q. Okay. So just trying to understand that, |
| 10:43:45 | 21 | with that dedicated number, those inquiries from |
| 10:43:48 | 22 | your customers that you manage would not go through |
| 10:43:52 | 23 | the technical service center? |
| 10:43:54 | 24 | A. Correct. |
| 10:43:54 | 25 | Q. It would come directly where? |

12 (Pages 42 to 45)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 46

| | | |
|---|---|---|
| 10:43:57 | 1 | A. We have a cue phone system that it |
| 10:44:01 | 2 | literally rings in my basement in Conyers, Georgia, |
| 10:44:06 | 3 | or in Ellen's home office in Modesto, or in Lisa's |
| 10:44:10 | 4 | home office in Columbia, South Carolina. |
| 10:44:12 | 5 | Q. For the whole United States and Canada? |
| 10:44:15 | 6 | A. Yes. |
| 10:44:15 | 7 | Q. Is that phone ringing off the hook? |
| 10:44:19 | 8 | A. We receive several calls, yes. |
| 10:44:21 | 9 | Q. How many calls a day do you get in your |
| 10:44:23 | 10 | house? |
| 10:44:24 | 11 | A. It depends on the cue and the -- how many |
| 10:44:28 | 12 | people are logged in. |
| 10:44:30 | 13 | Q. Could it be 10? |
| 10:44:31 | 14 | A. Could be. |
| 10:44:31 | 15 | Q. Could it be more? |
| 10:44:32 | 16 | A. Could be. |
| 10:44:33 | 17 | Q. Whoa. What portion of your day, on |
| 10:44:37 | 18 | average, are you handling support questions for STR |
| 10:44:41 | 19 | kits from these phone calls? |
| 10:44:44 | 20 | MS. JOHNSON: You're asking just her |
| 10:44:46 | 21 | personally? |
| 10:44:47 | 22 | MR. CARROLL: Yes. Just to get a sense of |
| 10:44:50 | 23 | volume here. |
| 10:44:50 | 24 | THE WITNESS: Now that I'm a manager, |
| 10:44:52 | 25 | not -- maybe 10 percent of my time. |

Page 47

| | | |
|---|---|---|
| 10:44:55 | 1 | MR. CARROLL: Okay. Okay. |
| 10:44:55 | 2 | Q. And when did you become the manager? |
| 10:44:57 | 3 | A. Five and a half years ago. |
| 10:44:59 | 4 | Q. Okay. Before that you were handling more |
| 10:45:04 | 5 | of the load of the phone calls? |
| 10:45:05 | 6 | A. Yes. |
| 10:45:05 | 7 | Q. Okay. When your FAS or technical support |
| 10:45:09 | 8 | people take a phone call, do you find out about it? |
| 10:45:14 | 9 | A. Not on a daily basis. |
| 10:45:16 | 10 | Q. Okay. Is it one of these things where it |
| 10:45:20 | 11 | will be loaded into Siebel and if need be you could |
| 10:45:24 | 12 | look at it, but you're not going to look at it |
| 10:45:26 | 13 | unless some special need is there? |
| 10:45:28 | 14 | A. Yes. |
| 10:45:28 | 15 | Q. Okay. So your duties for support, then, if |
| 10:45:35 | 16 | they're not answering the phone calls, are what? |
| 10:45:39 | 17 | A. I manage the team that coordinates |
| 10:45:44 | 18 | prioritization of trainings, development of |
| 10:45:47 | 19 | curriculum, who's going to attend what meeting and |
| 10:45:51 | 20 | do what presentation. |
| 10:45:52 | 21 | Q. Okay. All right. |
| 10:45:54 | 22 | A. Who's going to go to what troubleshooting |
| 10:45:56 | 23 | site. |
| 10:45:57 | 24 | Q. Okay. Now, in the case where the phone |
| 10:46:00 | 25 | call does come in through the technical service |

Page 48

| | | |
|---|---|---|
| 10:46:03 | 1 | center, how is that tracked? Can that go up on |
| 10:46:08 | 2 | Siebel, for example, from there? |
| 10:46:09 | 3 | A. It can. So in the larger call centers for |
| 10:46:16 | 4 | what we refer to as the other side of the business, |
| 10:46:20 | 5 | they also have Siebel. But there -- we have an |
| 10:46:23 | 6 | option on the phone tree, you know, if you're |
| 10:46:26 | 7 | calling about a 3500 press one, so you go through |
| 10:46:32 | 8 | the phone tree and you could be routed to one of our |
| 10:46:37 | 9 | home offices that way as well. |
| 10:46:40 | 10 | Q. Okay. Got it. |
| 10:46:41 | 11 | Is there such a thing as the applications |
| 10:46:45 | 12 | technical support team at Life Tech? |
| 10:46:48 | 13 | A. There is. |
| 10:46:49 | 14 | Q. Are -- is your unit part of that or are |
| 10:46:53 | 15 | they distinct? |
| 10:46:54 | 16 | A. We are distinct. |
| 10:46:55 | 17 | Q. You're distinct. |
| 10:46:56 | 18 | So what is the applications technical |
| 10:46:59 | 19 | support team? Does it have anything to do with STR |
| 10:47:02 | 20 | kits? |
| 10:47:02 | 21 | A. Yes. |
| 10:47:02 | 22 | Q. Oh, okay. What is that? |
| 10:47:05 | 23 | A. Short tandem repeat kits are used for a |
| 10:47:08 | 24 | variety of applications. I'm -- I'm not -- I'm |
| 10:47:14 | 25 | not -- that's not my area of expertise to speak to |

Page 49

| | | |
|---|---|---|
| 10:47:16 | 1 | all that they support. |
| 10:47:19 | 2 | Q. Okay. |
| 10:47:19 | 3 | A. So just fragment analysis is STRs. What we |
| 10:47:29 | 4 | would call a general call may go to that group. |
| 10:47:29 | 5 | Q. Okay. Who's the head of that group? |
| 10:47:31 | 6 | A. Paul Galgano. |
| 10:47:32 | 7 | Q. Can you spell that? |
| 10:47:33 | 8 | A. Yes. G-a-l-g-a-n-o. |
| 10:47:37 | 9 | Q. Okay. And he still would deal with STR |
| 10:47:43 | 10 | kits, but not in the areas that your team deals |
| 10:47:50 | 11 | with? |
| 10:47:50 | 12 | A. Yes. |
| 10:47:51 | 13 | Q. Okay. So maybe -- I got to understand the |
| 10:47:55 | 14 | lingo here. |
| 10:47:58 | 15 | Does he handle STR kits for forensic uses? |
| 10:48:01 | 16 | A. No. |
| 10:48:02 | 17 | Q. For paternity uses? |
| 10:48:04 | 18 | A. No. |
| 10:48:04 | 19 | Q. For cell authentication uses? |
| 10:48:08 | 20 | A. He may. Again, callers may not identify |
| 10:48:15 | 21 | what exactly they're doing. They may be calling |
| 10:48:18 | 22 | about a thermal cycler, which is another instrument |
| 10:48:22 | 23 | we haven't even talked about yet. |
| 10:48:22 | 24 | Q. Sure. |
| 10:48:25 | 25 | A. They -- there's -- there's multiple steps |

13 (Pages 46 to 49)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 50

| | | |
|---|---|---|
| 10:48:30 | 1 | in the work flow, and STR kits are one piece of |
| 10:48:36 | 2 | that, so... |
| 10:48:38 | 3 | Q.  Okay.  Now that I understand a little bit |
| 10:48:40 | 4 | about -- more about these teams and about Siebel, |
| 10:48:43 | 5 | let me ask you this question:  Why did you go look |
| 10:48:46 | 6 | at entries on Siebel in preparation for this |
| 10:48:47 | 7 | deposition? |
| 10:48:51 | 8 | A.  Because I wanted to be prepared to speak |
| 10:48:54 | 9 | intelligently about the topics that we were going to |
| 10:48:58 | 10 | be asked about. |
| 10:48:58 | 11 | Q.  Okay.  And did that review, in your mind, |
| 10:49:01 | 12 | prepare you in that way? |
| 10:49:03 | 13 | A.  It did. |
| 10:49:04 | 14 | Q.  Okay.  Was there anything else you looked |
| 10:49:06 | 15 | at to prepare? |
| 10:49:07 | 16 | A.  Some e-mails, yes. |
| 10:49:08 | 17 | Q.  Okay.  And were those e-mails something |
| 10:49:12 | 18 | that had already been produced in discovery in this |
| 10:49:15 | 19 | case?  If you know. |
| 10:49:17 | 20 | MS. JOHNSON:  You can answer to the extent |
| 10:49:19 | 21 | you know. |
| 10:49:19 | 22 | THE WITNESS:  I've no idea. |
| 10:49:21 | 23 | BY MR. CARROLL: |
| 10:49:21 | 24 | Q.  Okay.  Were these your e-mails? |
| 10:49:23 | 25 | A.  Some of them, yes. |

Page 51

| | | |
|---|---|---|
| 10:49:24 | 1 | Q.  Were some of them some other people's |
| 10:49:27 | 2 | e-mails that didn't even relate to you?  In other |
| 10:49:30 | 3 | words, e-mails between two people that you're not |
| 10:49:34 | 4 | cc'd on any of the "re" lines or anything. |
| 10:49:36 | 5 | A.  Yes. |
| 10:49:36 | 6 | Q.  Okay.  And how were those -- did you pick |
| 10:49:39 | 7 | those to review? |
| 10:49:41 | 8 | A.  Are you asking -- |
| 10:49:44 | 9 | Q.  For preparation for the depo. |
| 10:49:46 | 10 | A.  For preparation of this deposition, I also |
| 10:49:49 | 11 | asked my team for any e-mails or documents that they |
| 10:49:55 | 12 | had to help me prepare -- |
| 10:49:56 | 13 | Q.  Okay. |
| 10:49:56 | 14 | A.  -- for this. |
| 10:49:57 | 15 | Q.  Okay.  Did you search yourself your own |
| 10:50:02 | 16 | records for your own e-mails in preparation for |
| 10:50:04 | 17 | this? |
| 10:50:05 | 18 | A.  Yes. |
| 10:50:05 | 19 | Q.  Okay.  Did you find anything? |
| 10:50:09 | 20 | A.  I found e-mails. |
| 10:50:11 | 21 | Q.  What specifically? |
| 10:50:12 | 22 | Q.  Did you give notice to counsel that you'd |
| 10:50:15 | 23 | found these e-mails? |
| 10:50:17 | 24 | A.  I sent a copy of them to counsel, yes. |
| 10:50:19 | 25 | Q.  Okay.  And what about these e-mails of your |

Page 52

| | | |
|---|---|---|
| 10:50:22 | 1 | team, did you bring those to attention of counsel? |
| 10:50:25 | 2 | A.  Yes. |
| 10:50:25 | 3 | Q.  Okay.  What are we talking about in terms |
| 10:50:28 | 4 | of amounts of e-mails? |
| 10:50:31 | 5 | A.  Five. |
| 10:50:32 | 6 | Q.  Okay. |
| 10:50:32 | 7 | A.  Six. |
| 10:50:33 | 8 | Q.  All right.  Why don't we take a |
| 10:50:37 | 9 | five-minute break, if that's good for you. |
| 10:50:39 | 10 | A.  Okay. |
| 10:50:40 | 11 | MR. CARROLL:  Okay. |
| 10:50:40 | 12 | THE VIDEOGRAPHER:  Off the record.  The |
| 10:50:41 | 13 | time is 10:50. |
| 10:50:41 | 14 | (Brief recess.) |
| 11:01:35 | 15 | THE VIDEOGRAPHER:  We're back on the record |
| 11:01:47 | 16 | at 11:01. |
| 11:01:47 | 17 | BY MR. CARROLL: |
| 11:01:50 | 18 | Q.  We were talking about your preparation for |
| 11:01:52 | 19 | this deposition and some of the e-mails that you had |
| 11:01:55 | 20 | looked at.  The reporter has marked as Exhibit 2 an |
| 11:02:01 | 21 | e-mail, Bates stamped LIFE 002030 to 2031. |
| 11:02:08 | 22 | (The document referred to was marked by the |
| | 23 | reporter as Exhibit 2 for identification and is |
| | 24 | attached hereto.) |
| 11:02:09 | 25 | /// |

Page 53

| | | |
|---|---|---|
| 11:02:09 | 1 | BY MR. CARROLL: |
| 11:02:09 | 2 | Q.  And if you could just have a look at that. |
| 11:02:11 | 3 | My question's going to be:  Is this one of the |
| 11:02:14 | 4 | e-mails you looked at in preparation for this |
| 11:02:15 | 5 | deposition? |
| 11:02:16 | 6 | A.  Yes, it is. |
| 11:02:19 | 7 | Q.  Okay.  Do you recall receiving this e-mail |
| 11:02:25 | 8 | back in April of 2010? |
| 11:02:36 | 9 | A.  I recalled it when I saw that e-mail. |
| 11:02:39 | 10 | Q.  Just recently? |
| 11:02:40 | 11 | A.  Yes. |
| 11:02:41 | 12 | Q.  You recalled that, in fact, you had seen |
| 11:02:43 | 13 | this before? |
| 11:02:43 | 14 | A.  Yes. |
| 11:02:44 | 15 | Q.  Okay.  Do you, as you sit here today, |
| 11:02:49 | 16 | recall what prompted you to get this e-mail since I |
| 11:02:58 | 17 | think you testified Robert Rossi did not report to |
| 11:02:58 | 18 | you? |
| 11:03:00 | 19 | A.  I'm sorry, restate the question. |
| 11:03:02 | 20 | Q.  Sure. |
| 11:03:02 | 21 | If I understood from your testimony before, |
| 11:03:04 | 22 | that Robert Rossi did not report to you? |
| 11:03:07 | 23 | A.  Does not. |
| 11:03:07 | 24 | Q.  Right.  I'm just trying to understand, |
| 11:03:11 | 25 | then, why would he send you this e-mail back in |

14 (Pages 50 to 53)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 54

| 11:03:13 | 1 | April of 2010? |
| 11:03:16 | 2 | MS. JOHNSON: Object to the extent it calls |
| 11:03:18 | 3 | for speculation. |
| 11:03:18 | 4 | You can answer if you know. |
| 11:03:20 | 5 | THE WITNESS: Since I manage the support |
| 11:03:23 | 6 | team, I'm often copied on sales e-mails. |
| 11:03:28 | 7 | MR. CARROLL: Okay. I see. |
| 11:03:30 | 8 | Q. So, for example, if you read the -- I'm on |
| 11:03:34 | 9 | the first page, which is Bates stamp 2030 of Exhibit |
| 11:03:40 | 10 | 1 -- if you read the last full paragraph beginning: |
| 11:03:43 | 11 | "They will also purchase the three day-training" -- |
| 11:03:46 | 12 | Do you see that paragraph? |
| 11:03:46 | 13 | A. Yes. |
| 11:03:48 | 14 | Q. -- would that be a function your group |
| 11:03:50 | 15 | would do? |
| 11:03:51 | 16 | A. If it's for human identification, yes. |
| 11:03:55 | 17 | Q. Okay. So help me understand this. The |
| 11:03:59 | 18 | paragraph before the one we just talked about with |
| 11:04:03 | 19 | the "training" in it, the paragraph above that says: |
| 11:04:06 | 20 | "Their application is for monitoring bone |
| 11:04:08 | 21 | marrow transplants using STRs." |
| 11:04:10 | 22 | Do you see that? |
| 11:04:11 | 23 | A. I do. |
| 11:04:11 | 24 | Q. Okay. So on the basis of that, who -- what |
| 11:04:14 | 25 | group would be assigned the training that's referred |

Page 55

| 11:04:18 | 1 | to in the second paragraph of Exhibit 2, at the |
| 11:04:21 | 2 | bottom? |
| 11:04:22 | 3 | A. My group. Again, if they used human |
| 11:04:26 | 4 | identification. |
| 11:04:27 | 5 | Q. Okay. I guess I'm having trouble |
| 11:04:30 | 6 | understanding your -- your answer. |
| 11:04:32 | 7 | What do you mean "if they used human |
| 11:04:34 | 8 | identification"? |
| 11:04:36 | 9 | A. If they -- this, in my understanding, this |
| 11:04:41 | 10 | is a, what we call, shared lab, so they received a |
| 11:04:47 | 11 | quote for 3500 XL, and this is conversation about |
| 11:04:54 | 12 | what the customer plans to do with that instrument |
| 11:05:02 | 13 | and... |
| 11:05:11 | 14 | So Rob would be quoting or discussing they |
| 11:05:15 | 15 | will also purchase the three-day training, which |
| 11:05:18 | 16 | will be very helpful since they will be starting |
| 11:05:20 | 17 | from scratch. So if they're going to be using human |
| 11:05:29 | 18 | identification STR kits, then that is my team's |
| 11:05:34 | 19 | responsibility. |
| 11:05:35 | 20 | Q. Okay. Okay. So let's get our hands around |
| 11:05:38 | 21 | human identification. |
| 11:05:40 | 22 | A. Okay. |
| 11:05:41 | 23 | Q. In your world, in your business, are the |
| 11:05:44 | 24 | STR kits sold by LTI/ABI human identification? |
| 11:05:55 | 25 | A. Some of them are, yes. |

Page 56

| 11:05:57 | 1 | Q. Okay. Is Identifiler as an STR kit, in |
| 11:06:05 | 2 | your view, human identification? |
| 11:06:07 | 3 | A. Yes. |
| 11:06:07 | 4 | Q. Okay. And help me understand why. |
| 11:06:10 | 5 | A. Because it is a kit that was designed and |
| 11:06:15 | 6 | developed and manufactured and validated and is |
| 11:06:20 | 7 | promoted with a forensically-validated protocol that |
| 11:06:27 | 8 | is implemented for the purpose of human |
| 11:06:31 | 9 | identification. |
| 11:06:31 | 10 | Q. I see. Okay. |
| 11:06:34 | 11 | So in a way, the Identifiler's origin and |
| 11:06:39 | 12 | how it was developed and what purpose it was gets it |
| 11:06:41 | 13 | under that human identity title? |
| 11:06:44 | 14 | A. Yes. |
| 11:06:44 | 15 | Q. Even if later on some customer's going to |
| 11:06:48 | 16 | use it for some other purpose? |
| 11:06:50 | 17 | A. Yes. |
| 11:06:50 | 18 | Q. I see. Okay. All right. |
| 11:06:54 | 19 | So this e-mail, then, was kind of a |
| 11:07:00 | 20 | heads-up to your group that there would be some kind |
| 11:07:03 | 21 | of responsibility in your group to get these people |
| 11:07:07 | 22 | up and running? |
| 11:07:08 | 23 | A. Yes. |
| 11:07:08 | 24 | Q. Okay. Does your group train such a |
| 11:07:17 | 25 | customer who's getting a new instrument on how to |

Page 57

| 11:07:21 | 1 | run the instrument? |
| 11:07:21 | 2 | A. Yes. |
| 11:07:22 | 3 | Q. Okay. Does your group also help train on |
| 11:07:28 | 4 | the actual protocols of carrying out the, say, |
| 11:07:35 | 5 | amplification of the STR kit? |
| 11:07:37 | 6 | A. Sometimes, yes. |
| 11:07:38 | 7 | Q. Okay. Now, in this particular case there's |
| 11:07:47 | 8 | a discussion about a quote. I don't know if you see |
| 11:07:51 | 9 | that. Go ahead and look at that paragraph. |
| 11:07:53 | 10 | A. I did. |
| 11:07:54 | 11 | Q. It says, "Danny" -- let me just tell you |
| 11:07:58 | 12 | where I am. About middle of the page under "good |
| 11:08:02 | 13 | morning all," the paragraph beginning "I just |
| 11:08:04 | 14 | wanted," on Bates stamp 2030, the second sentence, |
| 11:08:09 | 15 | "Danny quoted this late last year." |
| 11:08:12 | 16 | A. Yes. |
| 11:08:12 | 17 | Q. Okay. What does that mean to you? |
| 11:08:16 | 18 | A. That means -- Danny is a sales |
| 11:08:20 | 19 | representative for human identification, and the |
| 11:08:22 | 20 | customer at some point must have requested a quote, |
| 11:08:27 | 21 | a sales quote, how much does this instrument cost. |
| 11:08:31 | 22 | Q. Okay. And those quotes are put out by |
| 11:08:34 | 23 | sales? |
| 11:08:34 | 24 | A. Yes. |
| 11:08:34 | 25 | Q. Okay. And do those quotes, depending on |

15 (Pages 54 to 57)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 58

| | | |
|---|---|---|
| 11:08:39 | 1 | the circumstance, adjust the price? If you know. |
| 11:08:44 | 2 | A. I believe they do. |
| 11:08:45 | 3 | Q. Okay. Up to the point where you received |
| 11:08:52 | 4 | this e-mail in April of 2010, had you or your team |
| 11:08:56 | 5 | had any contact with Stony Brook Health Sciences |
| 11:09:01 | 6 | Center? |
| 11:09:01 | 7 | A. Not to my knowledge. |
| 11:09:02 | 8 | Q. Okay. From this e-mail, was it your |
| 11:09:05 | 9 | understanding that this was a new customer? |
| 11:09:08 | 10 | A. Yes. |
| 11:09:08 | 11 | Q. Okay. Was this type of e-mail for a new |
| 11:09:13 | 12 | customer where you were going to share some |
| 11:09:16 | 13 | responsibilities common in your business? |
| 11:09:25 | 14 | A. I don't know if I'd say common. It would |
| 11:09:29 | 15 | be our habit, if a new customer was being quoted |
| 11:09:33 | 16 | something and that was conversation about what that |
| 11:09:37 | 17 | application at that site was going to be, it would |
| 11:09:41 | 18 | be our habit to compose an e-mail or -- or call |
| 11:09:46 | 19 | folks to say here's what's going on in this |
| 11:09:51 | 20 | potential site. |
| 11:09:52 | 21 | Q. Okay. Now, you said you had seen this |
| 11:09:54 | 22 | e-mail when you prepared. |
| 11:09:56 | 23 | A. Yes. |
| 11:09:56 | 24 | Q. Okay. This e-mail's from April of 2010. |
| 11:10:01 | 25 | Are there other e-mails you saw of this type where a |

Page 59

| | | |
|---|---|---|
| 11:10:05 | 1 | customer was going to get a machine and they knew |
| 11:10:10 | 2 | ahead of time that the customer was going to use the |
| 11:10:13 | 3 | machine with STR kits to monitor bone marrow |
| 11:10:18 | 4 | transplants? |
| 11:10:19 | 5 | A. Not that I recall. |
| 11:10:19 | 6 | Q. Okay. And when you say "not that I |
| 11:10:24 | 7 | recall," that's in your preparation for this |
| 11:10:26 | 8 | deposition you didn't see anything like that? |
| 11:10:27 | 9 | A. Correct. |
| 11:10:28 | 10 | Q. Okay. How about in your just general |
| 11:10:31 | 11 | recollection of the period 2006 to present, do you |
| 11:10:34 | 12 | recall seeing other e-mails like that? |
| 11:10:39 | 13 | A. Not specifically. |
| 11:10:41 | 14 | Q. Okay. Would you agree in this case Robert |
| 11:10:50 | 15 | Rossi is telling his colleagues at Life Tech what |
| 11:10:57 | 16 | Stony Brook Health Sciences Center is going to do |
| 11:11:01 | 17 | with the machine even before they have the machine |
| 11:11:05 | 18 | or the kits? |
| 11:11:06 | 19 | MS. JOHNSON: Objection. Document speaks |
| 11:11:07 | 20 | for itself. |
| 11:11:09 | 21 | BY MR. CARROLL: |
| 11:11:10 | 22 | Q. If you can answer. |
| 11:11:12 | 23 | A. He appears to be communicating what he's |
| 11:11:15 | 24 | been told. |
| 11:11:17 | 25 | Q. And when you got this, did you understand |

Page 60

| | | |
|---|---|---|
| 11:11:20 | 1 | that the Stony Brook Health Sciences Center had not |
| 11:11:26 | 2 | yet purchased the machine? |
| 11:11:29 | 3 | A. That would be my understanding, if they've |
| 11:11:31 | 4 | only been quoted an instrument. |
| 11:11:33 | 5 | Q. Okay. And the process works as follows: |
| 11:11:39 | 6 | That you quote an instrument, and then the customer |
| 11:11:43 | 7 | accepts it and sends a purchase order? |
| 11:11:45 | 8 | MS. JOHNSON: Again, to the extent that you |
| 11:11:47 | 9 | know. |
| 11:11:47 | 10 | THE WITNESS: That's my understanding. |
| 11:11:48 | 11 | MR. CARROLL: Okay. |
| 11:11:49 | 12 | THE WITNESS: That would be -- yeah. I'm |
| 11:11:51 | 13 | not a sales rep. |
| 11:11:52 | 14 | MR. CARROLL: Right. Okay. |
| 11:11:53 | 15 | Q. And in this case, then, the sales and now |
| 11:12:02 | 16 | support team -- you -- were aware that LTI was going |
| 11:12:07 | 17 | to set up the Stony Brook Health Sciences Center so |
| 11:12:13 | 18 | that they could run STR kits to monitor bone marrow |
| 11:12:18 | 19 | transplants? |
| 11:12:22 | 20 | A. It's my understanding that this would be a |
| 11:12:25 | 21 | shared account, because it also says their |
| 11:12:29 | 22 | application is for monitoring bone marrow |
| 11:12:32 | 23 | transplants using STRs and may have additional |
| 11:12:35 | 24 | applications once Dr. Allen Norin is on board. |
| 11:12:40 | 25 | Q. Oh, I see. |

Page 61

| | | |
|---|---|---|
| 11:12:41 | 1 | So you're saying there may be other things |
| 11:12:44 | 2 | than just bone marrow transplant -- |
| 11:12:46 | 3 | A. Yes. |
| 11:12:46 | 4 | Q. -- from that sentence? |
| 11:12:47 | 5 | Do you know who Dr. Allen Norin is? |
| 11:12:50 | 6 | A. I do not. |
| 11:12:57 | 7 | Q. Okay. Without regard to whether other |
| 11:12:57 | 8 | applications may or may not have happened, are you |
| 11:13:00 | 9 | aware of whether the instrument did, in fact, get |
| 11:13:03 | 10 | installed? |
| 11:13:04 | 11 | A. I am. |
| 11:13:04 | 12 | Q. And how do you know that? |
| 11:13:08 | 13 | A. Because of my experience with the HLA FAS |
| 11:13:16 | 14 | team. |
| 11:13:16 | 15 | Q. Okay. And are you aware whether the |
| 11:13:18 | 16 | machine at Stony Brook Health Sciences Center is |
| 11:13:21 | 17 | being used today with STR kits for monitoring bone |
| 11:13:25 | 18 | marrow transplants? |
| 11:13:27 | 19 | A. I'm not -- I'm not aware that Stony Brook |
| 11:13:30 | 20 | is using STR kits for bone marrow monitoring. |
| 11:13:35 | 21 | Q. Yourself? |
| 11:13:35 | 22 | A. If they are. Correct. |
| 11:13:37 | 23 | Q. Okay. Would one of your FAS people be |
| 11:13:40 | 24 | handling that account? |
| 11:13:42 | 25 | A. Yes. |

16 (Pages 58 to 61)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 62

| | | |
|---|---|---|
| 11:13:42 | 1 | Q. And who would that be? |
| 11:13:43 | 2 | A. Lisa Ortuno. |
| 11:13:46 | 3 | Q. Okay. Are you aware as to whether the |
| 11:13:51 | 4 | Stony Brook Health Sciences Center is using STR kits |
| 11:13:55 | 5 | for another purpose? |
| 11:13:57 | 6 | A. I am. |
| 11:13:57 | 7 | Q. And what is that other purpose? |
| 11:13:59 | 8 | A. HLA. |
| 11:14:01 | 9 | Q. And how do you know that? |
| 11:14:02 | 10 | A. Because of my interactions with HLA FAS |
| 11:14:07 | 11 | team. |
| 11:14:07 | 12 | Q. Okay. Now, you say the "HLA FAS team"; |
| 11:14:11 | 13 | that's not your team? |
| 11:14:12 | 14 | A. It is. |
| 11:14:12 | 15 | Q. Oh, it is your team? |
| 11:14:13 | 16 | A. Yes. |
| 11:14:13 | 17 | Q. So you don't just do STRs? |
| 11:14:17 | 18 | A. I manage a group of gentlemen that support |
| 11:14:21 | 19 | HLA technology. |
| 11:14:22 | 20 | Q. Okay. And how is that HLA technology |
| 11:14:26 | 21 | performed? Is that PCR? |
| 11:14:29 | 22 | A. It is PCR, but it's sequencing-based |
| 11:14:33 | 23 | application. |
| 11:14:34 | 24 | Q. Okay. And it doesn't use STR kits? |
| 11:14:36 | 25 | A. Correct. |

Page 63

| | | |
|---|---|---|
| 11:14:37 | 1 | Q. Okay. All right. Are you aware of any |
| 11:14:39 | 2 | other applications for STR kits at Stony Brook |
| 11:14:44 | 3 | Health Sciences Center? |
| 11:14:46 | 4 | A. I'm not. |
| 11:14:46 | 5 | Q. Okay. Have you visited that customer? |
| 11:14:49 | 6 | A. I have not. |
| 11:14:49 | 7 | Q. Have your FAS people visited that customer? |
| 11:14:53 | 8 | A. No, they have not. I'm sorry, my HID FAS |
| 11:14:58 | 9 | have not been in that lab. |
| 11:15:00 | 10 | Q. Okay. Now, just so I understand, these are |
| 11:15:02 | 11 | five people. Are some of them -- under you -- are |
| 11:15:07 | 12 | some of them HID FAS and some of them are HLA FAS? |
| 11:15:12 | 13 | A. The five that we've discussed are all |
| 11:15:15 | 14 | dedicated human identification FAS. |
| 11:15:15 | 15 | Q. Okay. So you have another team for HLA? |
| 11:15:19 | 16 | A. We're all one team, but yes, I have three |
| 11:15:22 | 17 | gentlemen that are assigned to support HLA |
| 11:15:27 | 18 | applications. |
| 11:15:30 | 19 | Q. I see. Okay. Got it. |
| 11:15:31 | 20 | Have you interacted directly with Robert |
| 11:15:33 | 21 | Rossi at any time in your work at LTI? |
| 11:15:43 | 22 | A. Yes. |
| 11:15:46 | 23 | Q. And does that give you knowledge as to his |
| 11:15:47 | 24 | interaction with clients who use STR kits for bone |
| 11:15:53 | 25 | marrow -- bone marrow transplant monitoring? |

Page 64

| | | |
|---|---|---|
| 11:16:04 | 1 | MS. JOHNSON: I'll object to the extent |
| 11:16:05 | 2 | that it's beyond the scope of the deposition. I |
| 11:16:08 | 3 | think Mr. Hall will be better situated to answer the |
| 11:16:10 | 4 | question. If she has knowledge, I'll allow her to |
| 11:16:12 | 5 | answer in her personal capacity. |
| 11:16:17 | 6 | THE WITNESS: I work with Rob. I don't |
| 11:16:19 | 7 | recall specifically talking about bone marrow |
| 11:16:24 | 8 | laboratories with him. |
| 11:16:24 | 9 | MR. CARROLL: Okay. |
| 11:16:28 | 10 | Q. All right. Let's go back to the Exhibit 1. |
| 11:16:43 | 11 | And you had talked about looking at e-mails in |
| 11:16:45 | 12 | preparation for this deposition. Did you consult |
| 11:16:49 | 13 | with anyone other than attorneys in preparation for |
| 11:16:51 | 14 | this deposition? |
| 11:16:55 | 15 | A. Yes. |
| 11:16:55 | 16 | Q. And who would that be? |
| 11:16:56 | 17 | A. Members of my team and colleagues in the |
| 11:17:03 | 18 | product group and colleagues on the sales team. |
| 11:17:08 | 19 | Q. Okay. So we know your team. |
| 11:17:10 | 20 | Now, who are the first group that you |
| 11:17:11 | 21 | talked about, colleagues on the -- |
| 11:17:13 | 22 | A. -- product group -- |
| 11:17:14 | 23 | Q. Yes, what's that? |
| 11:17:16 | 24 | A. -- team. They're the team in Foster City |
| 11:17:21 | 25 | that develops and manufactures the kits, so they |

Page 65

| | | |
|---|---|---|
| 11:17:24 | 1 | have responsibility for the oversight of the human |
| 11:17:28 | 2 | identification product portfolio. |
| 11:17:30 | 3 | Q. Okay. Since you go there, let me take you |
| 11:17:34 | 4 | to what's been marked as Exhibit 1, and take you to |
| 11:17:40 | 5 | paragraph -- the numbered paragraph -- 14. You |
| 11:17:47 | 6 | mentioned Foster City as where the kits are |
| 11:17:50 | 7 | manufactured? |
| 11:17:53 | 8 | A. Components of the kits are manufactured in |
| 11:17:56 | 9 | Foster City. |
| 11:17:57 | 10 | Q. And these are the STR kits? |
| 11:17:58 | 11 | A. Yes. |
| 11:18:02 | 12 | Q. Okay. What components? If you know. |
| 11:18:04 | 13 | A. The allelic ladders. |
| 11:18:09 | 14 | Allelic is a-l-l-e-l-i-c. |
| 11:18:10 | 15 | Q. What about the primers and the other |
| 11:18:15 | 16 | reagents for the amplification? |
| 11:18:18 | 17 | A. Where they're manufactured? |
| 11:18:19 | 18 | Q. Right. |
| 11:18:20 | 19 | A. In Warrington, England. |
| 11:18:28 | 20 | Q. How do you spell -- |
| 11:18:28 | 21 | THE REPORTER: I lived next to there. |
| 11:18:33 | 22 | THE WITNESS: We'll use Philip, then. |
| 11:18:35 | 23 | BY MR. CARROLL: |
| 11:18:35 | 24 | Q. So for the sale of an STR kit in the United |
| 11:18:39 | 25 | States, components are coming in from England? |

17 (Pages 62 to 65)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 66

| 11:18:43 | 1 | A. Yes. |
| 11:18:43 | 2 | Q. For all STR kits? |
| 11:18:48 | 3 | A. For all AmpFLSTR, for all human |
| 11:18:50 | 4 | identification STR kits, yes. |
| 11:18:53 | 5 | Q. Okay. So just so we have a list, going to |
| 11:18:56 | 6 | paragraph 3 on page 3 of what's been marked Exhibit |
| 11:19:01 | 7 | 1 -- |
| 11:19:03 | 8 | A. Yes. |
| 11:19:03 | 9 | Q. -- there's a list of kits: Profiler, |
| 11:19:07 | 10 | Cofiler, Xfiler (sic). And then it looks like |
| 11:19:11 | 11 | Identifiler has been misspelled. I apologize. |
| 11:19:14 | 12 | For those four kits, you're familiar with |
| 11:19:17 | 13 | those? |
| 11:19:17 | 14 | A. Yfiler is a kit, Xfiler is not a kit. |
| 11:19:23 | 15 | Q. Did I say "X"? |
| 11:19:24 | 16 | A. I believe you said "X." |
| 11:19:25 | 17 | Q. I apologize. |
| 11:19:26 | 18 | A. So Identifiler, Profiler, Cofiler and |
| 11:19:30 | 19 | Yfiler are all kits. |
| 11:19:32 | 20 | Q. Okay. |
| 11:19:33 | 21 | A. Yes. |
| 11:19:33 | 22 | Q. And coming back now to this discussion |
| 11:19:37 | 23 | about components coming from England -- |
| 11:19:38 | 24 | A. Yes. |
| 11:19:39 | 25 | Q. -- do components come from England for |

Page 67

| 11:19:41 | 1 | those four kits that are in paragraph 3 of Exhibit |
| 11:19:44 | 2 | 1? |
| 11:19:44 | 3 | A. Yes. |
| 11:19:45 | 4 | Q. And how do you know that? |
| 11:19:50 | 5 | A. Through my interactions with the product |
| 11:19:53 | 6 | group and past troubleshooting situations. |
| 11:19:57 | 7 | Q. Okay. Is there a technical reason for why |
| 11:20:01 | 8 | components are coming from outside the country and |
| 11:20:04 | 9 | not from Foster City where the other components are |
| 11:20:07 | 10 | coming from? |
| 11:20:11 | 11 | A. I would believe that it's more of a -- |
| 11:20:22 | 12 | geographical and capacity. Foster City, California |
| 11:20:27 | 13 | is on a fault, and so some of our critical |
| 11:20:33 | 14 | components are manufactured in another part of the |
| 11:20:36 | 15 | world in cases of mass disaster or acts of God so |
| 11:20:43 | 16 | that we can maintain product supply and ramp up if |
| 11:20:50 | 17 | need to. So I'm not sure that's a technical reason, |
| 11:20:53 | 18 | but I know that that thought process went into that |
| 11:20:58 | 19 | decision. |
| 11:20:58 | 20 | Q. Okay. Now, where are the -- where's the |
| 11:21:03 | 21 | final kit assembled? If the components are coming |
| 11:21:06 | 22 | in from England, components from Foster City, where |
| 11:21:09 | 23 | do they get assembled and put into a box that we |
| 11:21:12 | 24 | call an STR kit? |
| 11:21:13 | 25 | A. In Foster City. |

Page 68

| 11:21:14 | 1 | Q. So that's the final configuration of the |
| 11:21:16 | 2 | kit? The box is sealed, nothing more is going to go |
| 11:21:20 | 3 | into the kit? It's going to come out of Foster City |
| 11:21:23 | 4 | and go to a client, go to a customer? |
| 11:21:26 | 5 | A. No. And I'm not certain there -- all of |
| 11:21:30 | 6 | these varieties of AmpFLSTR kits are assembled in |
| 11:21:36 | 7 | Foster City. They may be assembled in Warrington. |
| 11:21:39 | 8 | Q. Oh, really? |
| 11:21:39 | 9 | A. Yes. |
| 11:21:40 | 10 | Q. Okay. So some complete kits may be shipped |
| 11:21:44 | 11 | out of England to a customer? |
| 11:21:46 | 12 | A. They would be shipped to a warehouse in the |
| 11:21:49 | 13 | States, and from there be shipped to a customer. |
| 11:21:53 | 14 | Q. Okay. So let's say I'm a customer in |
| 11:21:57 | 15 | Germany. |
| 11:21:58 | 16 | A. Yes. |
| 11:21:58 | 17 | Q. Would I ever get a kit directly from |
| 11:22:01 | 18 | England, or would it go to this warehouse in the |
| 11:22:06 | 19 | United States and then back out? |
| 11:22:07 | 20 | A. I'm only able to speak to the U.S. shipping |
| 11:22:10 | 21 | and manufacturing. |
| 11:22:11 | 22 | Q. Okay. So for -- or how about Canada, |
| 11:22:15 | 23 | that's one of your areas? |
| 11:22:16 | 24 | A. Yes. |
| 11:22:16 | 25 | Q. So if I'm -- if I'm in Montreal -- |

Page 69

| 11:22:19 | 1 | A. Okay. |
| 11:22:19 | 2 | Q. -- and I order an STR kit -- |
| 11:22:21 | 3 | A. Yes. |
| 11:22:21 | 4 | Q. -- I may very well have components from |
| 11:22:24 | 5 | that kit come from England? |
| 11:22:26 | 6 | A. Yes. |
| 11:22:26 | 7 | Q. But it will be assembled in the -- it will |
| 11:22:30 | 8 | be warehoused, sorry, in the United States and |
| 11:22:31 | 9 | shipped to me from that warehouse? |
| 11:22:33 | 10 | A. Correct. |
| 11:22:33 | 11 | Q. To Montreal? |
| 11:22:34 | 12 | A. Yes. |
| 11:22:35 | 13 | Q. Okay. And how do you know this? |
| 11:22:37 | 14 | A. Again, from interaction with the product |
| 11:22:40 | 15 | group and in the past troubleshooting situations, in |
| 11:22:44 | 16 | the past managing of supply during mass disasters. |
| 11:22:48 | 17 | Q. Okay. Since we've been talking about the |
| 11:22:51 | 18 | groups in paragraph 3 of Exhibit 1, why don't we |
| 11:22:55 | 19 | finish off paragraph 3, which is to ask you: In |
| 11:23:00 | 20 | preparation for this deposition, did you do anything |
| 11:23:06 | 21 | to prepare you to answer questions about the topic |
| 11:23:11 | 22 | of paragraph 3 of Exhibit 1? |
| 11:23:14 | 23 | MS. JOHNSON: Anything different than what |
| 11:23:16 | 24 | she's already testified to generally or -- |
| 11:23:18 | 25 | MR. CARROLL: Sure. |

18 (Pages 66 to 69)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 70

| | | |
|---|---|---|
| 11:23:18 | 1 | THE WITNESS: No, nothing in addition to |
| 11:23:20 | 2 | what we've -- I've already testified to. |
| 11:23:24 | 3 | MR. CARROLL: Okay. |
| 11:23:26 | 4 | Q. Does your team maintain published |
| 11:23:33 | 5 | scientific literature with regard to the use of the |
| 11:23:40 | 6 | STR kits specified in paragraph 3 for bone marrow |
| 11:23:45 | 7 | transplantation monitoring? |
| 11:23:46 | 8 | A. No. |
| 11:23:47 | 9 | Q. Do you know whether anyone at Life Tech |
| 11:23:53 | 10 | maintains a published literature database or even |
| 11:24:00 | 11 | informal library of such publications? |
| 11:24:07 | 12 | A. Not that I'm aware of. |
| 11:24:09 | 13 | Q. Have you ever seen a published literature, |
| 11:24:14 | 14 | scientific literature, which describes the use of |
| 11:24:20 | 15 | any of the four kits listed in paragraph 3 for the |
| 11:24:25 | 16 | use of bone marrow transplant monitoring? |
| 11:24:27 | 17 | A. Yes. |
| 11:24:27 | 18 | Q. And how have you seen that, under what |
| 11:24:31 | 19 | circumstances? |
| 11:24:35 | 20 | A. I'm a scientist and I read scientific |
| 11:24:38 | 21 | journals. |
| 11:24:39 | 22 | Q. Okay. So you know this happens? |
| 11:24:43 | 23 | A. Yes. |
| 11:24:43 | 24 | Q. Okay. And speaking now as the corporation, |
| 11:24:49 | 25 | the corporation knows this happens? |

Page 71

| | | |
|---|---|---|
| 11:24:54 | 1 | A. Yes. |
| 11:24:55 | 2 | Q. The corporation -- |
| 11:24:56 | 3 | A. It's published. If it's in the published |
| 11:25:00 | 4 | literature, yes. |
| 11:25:01 | 5 | Q. So it's fair to say that Life Tech |
| 11:25:03 | 6 | Corporation knows that some of the customers are |
| 11:25:09 | 7 | using one or more of the kits named in paragraph 3 |
| 11:25:13 | 8 | for bone marrow transplant monitoring? |
| 11:25:17 | 9 | A. Yes. |
| 11:25:17 | 10 | Q. Okay. Is there any policy that you know of |
| 11:25:22 | 11 | at Life Tech with regard to promoting the use of any |
| 11:25:29 | 12 | of those four kits for bone marrow transplant |
| 11:25:33 | 13 | monitoring? |
| 11:25:35 | 14 | A. Yes. |
| 11:25:35 | 15 | MS. JOHNSON: Object to the extent it goes |
| 11:25:37 | 16 | beyond the scope of the deposition. |
| 11:25:38 | 17 | She can answer if she has knowledge. |
| 11:25:41 | 18 | Again, it sounds to me like a sales question that |
| 11:25:44 | 19 | may be more appropriately posed to Mr. Hall. But to |
| 11:25:47 | 20 | the extent she has knowledge, she can answer. |
| 11:25:49 | 21 | THE WITNESS: These -- these four kits |
| 11:25:50 | 22 | listed are for research, forensic and paternity use |
| 11:25:56 | 23 | only, and whether that's a policy or obeying a |
| 11:26:01 | 24 | licensing or a patent agreement, that is well-known. |
| 11:26:06 | 25 | And these products are not promoted for bone marrow |

Page 72

| | | |
|---|---|---|
| 11:26:09 | 1 | transplantation monitoring. |
| 11:26:09 | 2 | BY MR. CARROLL: |
| 11:26:13 | 3 | Q. So you mentioned earlier that part of your |
| 11:26:15 | 4 | duties are to organize events maybe where you're |
| 11:26:19 | 5 | going to do a booth -- |
| 11:26:21 | 6 | A. Yes. |
| 11:26:21 | 7 | Q. -- at a show, and somebody comes up to the |
| 11:26:25 | 8 | booth and says I'm a clinical lab and I've -- I've |
| 11:26:30 | 9 | seen in the literature you can use STR kits for bone |
| 11:26:34 | 10 | marrow transplant monitoring. What do you say to |
| 11:26:39 | 11 | the customer? |
| 11:26:39 | 12 | A. I would say that AmpFLSTR kits are for |
| 11:26:42 | 13 | research, forensic, paternity use only. If you've |
| 11:26:49 | 14 | seen it in the literature, you know, you might reach |
| 11:26:52 | 15 | out to others in your community. |
| 11:26:54 | 16 | Q. Do you turn them away? |
| 11:26:57 | 17 | A. Not if they own our equipment. They're our |
| 11:27:02 | 18 | customer. |
| 11:27:02 | 19 | Q. Okay. So if they haven't yet purchased one |
| 11:27:06 | 20 | of LTI's machines, like a 3130 or 3500, but they're |
| 11:27:15 | 21 | interested for the purpose I just mentioned, bone |
| 11:27:17 | 22 | marrow, and they come up to your booth, what's the |
| 11:27:21 | 23 | policy? How do you handle them? |
| 11:27:25 | 24 | A. I would talk to them about the instrument |
| 11:27:28 | 25 | since the instrument is used for variety of -- wide |

Page 73

| | | |
|---|---|---|
| 11:27:33 | 1 | array of applications. I would show them the |
| 11:27:38 | 2 | instrument. I certainly wouldn't turn them away. |
| 11:27:40 | 3 | Q. Why wouldn't you tell them that you know |
| 11:27:41 | 4 | that it's done in the literature and that you have |
| 11:27:44 | 5 | other customers that use it for bone marrow and so |
| 11:27:47 | 6 | you could help them? |
| 11:27:52 | 7 | A. I'm not sure how to answer that question. |
| 11:27:56 | 8 | Why wouldn't I? Because it's for research, |
| 11:27:59 | 9 | forensics, paternity use only. |
| 11:28:02 | 10 | Q. Is there a penalty for making a sale or |
| 11:28:06 | 11 | assisting someone to purchase an STR kit for use in |
| 11:28:12 | 12 | bone marrow transplantation monitoring? |
| 11:28:14 | 13 | A. Not -- |
| 11:28:14 | 14 | MS. JOHNSON: Object to the -- object to |
| 11:28:16 | 15 | the form. |
| 11:28:16 | 16 | You can answer to the extent that you -- |
| 11:28:18 | 17 | that you understand the question. |
| 11:28:19 | 18 | THE WITNESS: Not to my knowledge. There's |
| 11:28:23 | 19 | not a punishment. |
| 11:28:24 | 20 | MR. CARROLL: Okay. |
| 11:28:24 | 21 | Q. Do clinical labs validate their labs for |
| 11:28:28 | 22 | the use of STR kits for bone marrow transplant |
| 11:28:33 | 23 | monitoring? |
| 11:28:34 | 24 | A. I do not know. |
| 11:28:35 | 25 | MS. JOHNSON: Objection. Objection. |

19 (Pages 70 to 73)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

## Page 74

| | | |
|---|---|---|
| 11:28:36 | 1 | Beyond the scope. |
| 11:28:37 | 2 | BY MR. CARROLL: |
| 11:28:37 | 3 | Q. Do you know? |
| 11:28:37 | 4 | A. I don't know. |
| 11:28:38 | 5 | Q. Okay. Have you had, in fact, people |
| 11:28:45 | 6 | approach you at an event, a show at a booth, and |
| 11:28:49 | 7 | request assistance as to how to use STR kits for |
| 11:28:52 | 8 | bone marrow transplant monitoring? |
| 11:28:54 | 9 | A. At a booth, no. |
| 11:28:57 | 10 | Q. At a show? |
| 11:28:58 | 11 | A. No. |
| 11:28:58 | 12 | Q. At a road show? |
| 11:29:00 | 13 | A. Not that I recall, no. |
| 11:29:02 | 14 | Q. No event? |
| 11:29:04 | 15 | A. No. |
| 11:29:04 | 16 | Q. Have they approached your FAS team? |
| 11:29:07 | 17 | MS. JOHNSON: At an event or road show |
| 11:29:10 | 18 | or -- |
| 11:29:10 | 19 | MR. CARROLL: Uh-huh. |
| 11:29:13 | 20 | THE WITNESS: Not to my knowledge at an |
| 11:29:16 | 21 | event or a road show. |
| 11:29:17 | 22 | BY MR. CARROLL: |
| 11:29:18 | 23 | Q. How -- how, then, would your FAS team |
| 11:29:25 | 24 | otherwise come in contact with customers other than |
| 11:29:27 | 25 | road shows, events, expositions? |

## Page 75

| | | |
|---|---|---|
| 11:29:34 | 1 | A. If -- if they call our dedicated lines or |
| 11:29:38 | 2 | if they e-mail us. |
| 11:29:39 | 3 | Q. All right. So let's go to a call. |
| 11:29:42 | 4 | A. Okay. |
| 11:29:43 | 5 | Q. An inquiry about using -- about buying a |
| 11:29:48 | 6 | machine and using STR kits for bone marrow |
| 11:29:52 | 7 | transplant monitoring, how does your team handle |
| 11:29:56 | 8 | such a call? |
| 11:29:59 | 9 | A. So we would ask for their contact |
| 11:30:02 | 10 | information, of course, and ask them what their |
| 11:30:07 | 11 | application would be, any existing equipment that |
| 11:30:11 | 12 | they already have, any existing experience with |
| 11:30:16 | 13 | sequencing or fragment analysis, try to talk to them |
| 11:30:23 | 14 | about throughput, and pass that information to the |
| 11:30:28 | 15 | sales team. |
| 11:30:29 | 16 | Q. Okay. And then, if you know, is the sales |
| 11:30:34 | 17 | team under Life Tech policy permitted to assist that |
| 11:30:42 | 18 | customer in getting up and running to do STR testing |
| 11:30:48 | 19 | for bone marrow transplant monitoring? |
| 11:30:50 | 20 | MS. JOHNSON: Again, if she knows I'll |
| 11:30:52 | 21 | allow her to answer, but I want to make it clear |
| 11:30:53 | 22 | that she's not designated on that topic, Mr. Hall |
| 11:30:57 | 23 | is, so her response would not be on behalf of the |
| 11:31:00 | 24 | corporation. |
| 11:31:01 | 25 | THE WITNESS: We are all aware of the |

## Page 76

| | | |
|---|---|---|
| 11:31:03 | 1 | forensic, research, paternity patents. Again, it |
| 11:31:20 | 2 | goes to the -- to the whole work flow. There's -- |
| 11:31:23 | 3 | there's an entire system of instruments and |
| 11:31:28 | 4 | equipment and software and reagents and consumables |
| 11:31:33 | 5 | that are required for applications, period. And so |
| 11:31:39 | 6 | as customer support and as sales, we can assist |
| 11:31:44 | 7 | customers across that spectrum with portfolio |
| 11:31:49 | 8 | products that we offer. |
| 11:31:50 | 9 | MR. CARROLL: Okay. |
| 11:31:51 | 10 | Q. But you started the sentence "we're aware |
| 11:31:53 | 11 | of the research, forensic," and I think you said |
| 11:32:00 | 12 | "patent" and then you stopped. |
| 11:32:01 | 13 | A. Okay. |
| 11:32:01 | 14 | Q. What were you -- what were you referring |
| 11:32:04 | 15 | to? What were you aware of? |
| 11:32:05 | 16 | A. All of our literature, all of our website, |
| 11:32:10 | 17 | all of our validated protocols, at the end of every |
| 11:32:14 | 18 | presentation that we give, we're required to publish |
| 11:32:19 | 19 | or document or put up on the screen -- I understand |
| 11:32:26 | 20 | it to be a patent or a licensing agreement that the |
| 11:32:32 | 21 | AmpFLSTR kits are licensed for use for research, |
| 11:32:35 | 22 | forensic and paternity use. |
| 11:32:40 | 23 | Q. And not for clinical use? |
| 11:32:42 | 24 | A. Define "clinical use." |
| 11:32:43 | 25 | Q. Well, I'll let you. I mean -- |

## Page 77

| | | |
|---|---|---|
| 11:32:49 | 1 | A. It's up to someone else to define. |
| 11:32:51 | 2 | Q. Is bone marrow -- in the group that you |
| 11:32:54 | 3 | just said, research, forensic, paternity, does use |
| 11:32:58 | 4 | of STR kits for bone marrow transplant monitoring |
| 11:33:02 | 5 | fit into research, forensics and paternity, in your |
| 11:33:07 | 6 | mind? |
| 11:33:07 | 7 | MS. JOHNSON: Objection. Beyond the scope. |
| 11:33:09 | 8 | Again, she would be answering as to her personal |
| 11:33:11 | 9 | opinion, but not on behalf of the corporation and |
| 11:33:13 | 10 | not in a 30 (b)(6) capacity. |
| 11:33:15 | 11 | THE WITNESS: So do I answer? |
| 11:33:16 | 12 | MS. JOHNSON: If you have a personal |
| 11:33:19 | 13 | belief. |
| 11:33:19 | 14 | THE WITNESS: Okay. Michelle believes that |
| 11:33:26 | 15 | a bone marrow transplantation monitoring where |
| 11:33:30 | 16 | you've got a patient sample and a donor sample and |
| 11:33:41 | 17 | there is a diagnosis made from, that that would be |
| 11:33:41 | 18 | clinical. |
| 11:33:41 | 19 | BY MR. CARROLL: |
| 11:33:42 | 20 | Q. And would not be forensic? |
| 11:33:43 | 21 | A. Would not be forensic. |
| 11:33:44 | 22 | Q. Would not be paternity? |
| 11:33:46 | 23 | A. Would not be paternity. |
| 11:33:47 | 24 | Q. And would not be research? |
| 11:33:49 | 25 | A. Would not be research. |

20 (Pages 74 to 77)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 78

11:33:51  1    Q. Okay. Let's go to another one of the four
11:33:56  2    applications that we talked about in paragraph 1.
11:33:59  3    A. Yes.
11:33:59  4    Q. Only, let's go to one of the specific
11:34:02  5    topics. You mentioned cell authentication, so let's
11:34:07  6    go to paragraph 7, still on page 3 there.
11:34:10  7    A. Okay.
11:34:10  8    Q. While we're there we might as well hit
11:34:12  9    another bird with the stone, I guess. Not a good
11:34:16  10   saying, by the way.
11:34:17  11      Are you familiar with this topic?
11:34:23  12   A. Somewhat, yes.
11:34:25  13   Q. Okay. Do you know whether Life Tech sells
11:34:30  14   STR kits, of the four that are mentioned there, for
11:34:38  15   cell authentication, which would include stem cell
11:34:42  16   culture authentication?
11:34:44  17   A. When you say sell kits, if I may, we -- we
11:34:50  18   sell these kits for the purpose of human
11:34:54  19   identification, and identifying a cell line,
11:34:59  20   comparing an unknown sorts to a known to say could
11:35:04  21   this individual be the contributor of this sample,
11:35:08  22   is human identification. So these kits were
11:35:12  23   designed for that purpose. And there are validated
11:35:18  24   protocols that are publicly available on the web and
11:35:24  25   in our literature. And they're everywhere, in

Page 79

11:35:27  1    scientific journals.
11:35:31  2    Q. Are you aware of cell authentication where
11:35:35  3    what information is sought is simply whether the
11:35:41  4    cell line I thought I had, say something I cloned
11:35:48  5    from a liver, is, in fact, after many passages in
11:35:55  6    the culture dish still my liver cell line? Is that
11:36:00  7    cell line authentication? Is that within the title
11:36:03  8    of cell authentication?
11:36:04  9    A. In my understanding, yes.
11:36:06  10   Q. Okay. And in that case, the person isn't
11:36:09  11   sought to be identified; right?
11:36:15  12   A. The profile of the individual. You're
11:36:20  13   identifying human DNA.
11:36:22  14   Q. Right. Right. But my question is: You
11:36:26  15   know, the person who gave me the liver is long gone.
11:36:30  16   I just want to know: Is my liver cell line still my
11:36:33  17   liver cell line so I can represent that, for
11:36:36  18   example, to the NIH? Are you familiar with that
11:36:39  19   situation?
11:36:39  20   A. Yes.
11:36:39  21   Q. In fact, are you familiar with the NIH now
11:36:43  22   is demanding this kind of verification for grants?
11:36:47  23   I don't know if you know that.
11:36:49  24   A. So your question is: Am I familiar with
11:36:53  25   the NIH doing what?

Page 80

11:36:54  1    Q. Requiring people who ask for grants now to
11:36:58  2    authenticate their cell lines that they're going to
11:37:01  3    use in the grant.
11:37:02  4    A. I have heard that. I don't know to the
11:37:05  5    extent that they're demanding it for receipt of a
11:37:09  6    grant.
11:37:10  7    Q. Okay. In any event, for that purpose of
11:37:14  8    simply saying this is, in fact, the liver cell line
11:37:19  9    that I'm saying it is --
11:37:20  10   A. Yes.
11:37:20  11   Q. -- are you familiar with STR testing in
11:37:23  12   that regard?
11:37:26  13   A. I've heard of labs that do that, yes.
11:37:26  14   Q. Okay. And is that human identity
11:37:30  15   testing --
11:37:30  16   A. Yes.
11:37:31  17   Q. -- in your mind?
11:37:33  18      Are you speaking for yourself or the
11:37:37  19   corporation?
11:37:39  20   A. I believe the corporation would agree with
11:37:40  21   me that you're identifying human DNA.
11:37:46  22   Q. Right. Are you seeking to determine the
11:37:49  23   human that's associated with that cell line?
11:37:54  24      MS. JOHNSON: Object to the extent it's
11:37:55  25   beyond the scope of the notice.

Page 81

11:37:58  1    BY MR. CARROLL:
11:37:59  2    Q. If you can answer.
11:38:00  3      MS. JOHNSON: And she's answering in her
11:38:01  4    personal capacity, if she can.
11:38:04  5      THE WITNESS: You're comparing an unknown
11:38:06  6    to a known to see if they're the same thing, and
11:38:11  7    it's human DNA, so that's human identification.
11:38:14  8      MR. CARROLL: Okay.
11:38:16  9    Q. Moving to paragraph 8. This is another one
11:38:18  10   of the four that we talked about.
11:38:19  11   A. Okay.
11:38:20  12   Q. Okay? And paragraph 8 mentions again four
11:38:23  13   specific kits. Are you familiar with this topic?
11:38:26  14   A. Yes.
11:38:28  15   Q. Okay. Does Life Tech sell STR kits to
11:38:31  16   customers for clinical sample misidentification?
11:38:36  17   A. Again, we sell our kits and customers do a
11:38:40  18   variety of things with those kits.
11:38:42  19   Q. Okay. Are you aware of some customers of
11:38:44  20   LTI that do clinical sample misidentification
11:38:48  21   testing with the four kits in paragraph 8?
11:38:51  22   A. I have heard of labs that do that. I do
11:38:55  23   not know specifically if they're with those four
11:38:58  24   kits.
11:38:58  25   Q. Okay. Have you heard this through your FAS

Merrill Corporation - Los Angeles

800-826-0277                                    www.merillcorp.com/law

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 82

| | | |
|---|---|---|
| 11:39:03 | 1 | or support people? |
| 11:39:07 | 2 | A. Yes. |
| 11:39:08 | 3 | Q. Have they had occasion to go to a lab and |
| 11:39:13 | 4 | report back to you on this type of use? |
| 11:39:17 | 5 | A. Not to my knowledge. |
| 11:39:18 | 6 | Q. Okay. How frequently do your FAS people |
| 11:39:21 | 7 | actually visit a customer onsite? |
| 11:39:25 | 8 | A. Ninety-five percent of the time. |
| 11:39:28 | 9 | Q. Oh, they do? |
| 11:39:29 | 10 | A. Yes. |
| 11:39:29 | 11 | Q. Okay. And is it fair to say in the course |
| 11:39:33 | 12 | of those visits they find out what use the |
| 11:39:37 | 13 | customer's putting to the STR kits? |
| 11:39:40 | 14 | A. Sometimes. |
| 11:39:41 | 15 | Q. Okay. If a troubleshooting situation |
| 11:39:47 | 16 | arises for a particular application, isn't it |
| 11:39:53 | 17 | necessary for the FAS to know the application to |
| 11:39:56 | 18 | troubleshoot it? |
| 11:39:58 | 19 | A. Not always. |
| 11:40:01 | 20 | Q. So might just be the machine messing up? |
| 11:40:04 | 21 | A. Exactly. |
| 11:40:05 | 22 | Q. That's what you're thinking? |
| 11:40:06 | 23 | A. Exactly. |
| 11:40:07 | 24 | Q. Okay. If -- if a customer does not have |
| 11:40:10 | 25 | familiarity with a new use, they've used the machine |

Page 83

| | | |
|---|---|---|
| 11:40:16 | 1 | for some other purpose, sequencing -- |
| 11:40:19 | 2 | A. Okay. |
| 11:40:20 | 3 | Q. -- does your FAS team assist in training |
| 11:40:25 | 4 | that customer for the new use? |
| 11:40:27 | 5 | A. Yes. |
| 11:40:28 | 6 | Q. Okay. And would this new use cover what's |
| 11:40:32 | 7 | in paragraph 8 of Exhibit 1? |
| 11:40:37 | 8 | MS. JOHNSON: Are you asking has it |
| 11:40:40 | 9 | covered, or is it a hypothetical question? |
| 11:40:42 | 10 | MR. CARROLL: Yes. |
| 11:40:43 | 11 | Q. Would they hypothetically, if somebody |
| 11:40:45 | 12 | wanted to do this, would they -- would that be some |
| 11:40:48 | 13 | of their -- that would be part of their task? |
| 11:40:50 | 14 | A. If a customer wants to use these four kits, |
| 11:40:53 | 15 | we would train them on the validated human |
| 11:40:56 | 16 | identification protocol. |
| 11:40:58 | 17 | Q. Okay. And if they had not ever used it for |
| 11:41:02 | 18 | sample misidentification, your FAS team could teach |
| 11:41:09 | 19 | them how to apply it to that? |
| 11:41:11 | 20 | A. We could teach them how to use these kits |
| 11:41:15 | 21 | within the forensically validated work flow, and |
| 11:41:19 | 22 | then what that customer does with that chemistry |
| 11:41:23 | 23 | once we walk out the door is up to that customer. |
| 11:41:26 | 24 | Q. Okay. And if a customer specifically asks |
| 11:41:30 | 25 | you to train them for the application in paragraph |

Page 84

| | | |
|---|---|---|
| 11:41:34 | 1 | 8, are your FAS people allowed to do that? |
| 11:41:39 | 2 | A. We would tell them that we are the human |
| 11:41:43 | 3 | identification group and we are well-versed and our |
| 11:41:46 | 4 | expertise is in forensically-validated protocols, |
| 11:41:50 | 5 | and we will show them how to use these kits in our |
| 11:41:57 | 6 | work flow using that validated protocol. |
| 11:41:57 | 7 | Q. And if the customer says, well, you know, I |
| 11:41:59 | 8 | really want to make sure this goes right, have you |
| 11:42:02 | 9 | got any experience in your team helping a lab do the |
| 11:42:09 | 10 | application in paragraph 8, what do you answer? |
| 11:42:13 | 11 | MS. JOHNSON: Object to the extent it calls |
| 11:42:14 | 12 | for speculation. |
| 11:42:17 | 13 | You may answer if you -- if you can. |
| 11:42:20 | 14 | THE WITNESS: Again, I would tell them -- |
| 11:42:23 | 15 | we would tell them we're forensic scientists and we |
| 11:42:27 | 16 | will show the use of these kits in an optimized |
| 11:42:31 | 17 | forensic protocol. |
| 11:42:32 | 18 | BY MR. CARROLL: |
| 11:42:33 | 19 | Q. Is there a problem with telling them that |
| 11:42:39 | 20 | you've done it for other customers and you could |
| 11:42:41 | 21 | certainly do it for them? Are you not permitted to |
| 11:42:45 | 22 | say that? |
| 11:42:45 | 23 | MS. JOHNSON: Object to the extent it |
| 11:42:47 | 24 | assumes facts not in evidence. |
| 11:42:49 | 25 | THE WITNESS: I'm not sure how to answer |

Page 85

| | | |
|---|---|---|
| 11:42:53 | 1 | that question. |
| 11:42:53 | 2 | BY MR. CARROLL: |
| 11:42:55 | 3 | Q. I mean, I'm not a sales guy, but it's my |
| 11:42:57 | 4 | understanding that when you've got a customer there |
| 11:42:59 | 5 | who's already buying for one use and wants a new |
| 11:43:02 | 6 | use, that it would behoove you to convince them that |
| 11:43:09 | 7 | you can help them with the new use. Are you |
| 11:43:13 | 8 | permitted to do that with all new uses, or are you |
| 11:43:13 | 9 | bound by this research, forensic, paternity |
| 11:43:17 | 10 | limitation to tell them well, that's off limits? |
| 11:43:26 | 11 | A. We're bound to tell them that the kits are |
| 11:43:30 | 12 | FRU only, and that we have the expertise to train |
| 11:43:34 | 13 | them in HID. |
| 11:43:38 | 14 | Q. Okay. But beyond that you can't say we can |
| 11:43:42 | 15 | help you with non-research, forensic or paternity |
| 11:43:47 | 16 | applications? Can you say that to a customer? |
| 11:43:52 | 17 | A. We would not promote the kits that way. |
| 11:43:55 | 18 | Q. Okay. But say you didn't promote it, they |
| 11:43:57 | 19 | came to you -- |
| 11:43:58 | 20 | A. Okay. |
| 11:43:59 | 21 | Q. -- can you say we can help you with |
| 11:44:01 | 22 | nonresearch, nonforensic, nonpaternity applications? |
| 11:44:07 | 23 | A. We're going to seek to assist our customers |
| 11:44:10 | 24 | using the validated protocol within our area of |
| 11:44:16 | 25 | expertise. |

22 (Pages 82 to 85)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 86

| | | |
|---|---|---|
| 11:44:17 | 1 | Q. And so you can't say to them I can assist |
| 11:44:23 | 2 | you with something outside research, forensics and |
| 11:44:26 | 3 | paternity? You can't say that specifically to a |
| 11:44:30 | 4 | customer? |
| 11:44:30 | 5 | MS. JOHNSON: Asked and answered. |
| 11:44:36 | 6 | You can answer. |
| 11:44:37 | 7 | THE WITNESS: Okay. |
| 11:44:39 | 8 | MS. JOHNSON: Sorry. |
| 11:44:39 | 9 | THE WITNESS: I'm confused. |
| 11:44:40 | 10 | MS. JOHNSON: Sorry. You can answer. |
| 11:44:41 | 11 | Sorry. |
| 11:44:42 | 12 | THE WITNESS: Can we back up, ask -- so I |
| 11:44:47 | 13 | can't say -- you're asking me -- |
| 11:44:50 | 14 | MR. CARROLL: Yes or no. |
| 11:44:50 | 15 | Q. Can you say to somebody who's asking for |
| 11:44:54 | 16 | something outside research, forensics, paternity, |
| 11:44:58 | 17 | can you say affirmatively we can help you with that |
| 11:45:01 | 18 | application specifically that's outside that group, |
| 11:45:05 | 19 | we can help you with that? |
| 11:45:09 | 20 | A. I would say to that customer there |
| 11:45:15 | 21 | are these kits available and validated forensic |
| 11:45:19 | 22 | protocols that are used globally by human |
| 11:45:23 | 23 | identification labs and my area of expertise is to |
| 11:45:29 | 24 | train you in the use of that product in this work |
| 11:45:31 | 25 | flow. |

Page 87

| | | |
|---|---|---|
| 11:45:34 | 1 | Q. And if they said well, I'm not interested |
| 11:45:38 | 2 | in forensic research or paternity, I'm interested in |
| 11:45:41 | 3 | the application of paragraph 8, what do you do? Do |
| 11:45:47 | 4 | you walk out? |
| 11:45:48 | 5 | A. No. Specifically for paragraph 8, again, |
| 11:45:54 | 6 | that's human identification of comparing a sample |
| 11:46:00 | 7 | over here to a sample over here to see if they're of |
| 11:46:04 | 8 | the same origin. |
| 11:46:04 | 9 | Q. And if it's checking on a biopsy and the |
| 11:46:17 | 10 | patient's known and they just want to make sure when |
| 11:46:20 | 11 | they report out the results of the biopsy that there |
| 11:46:23 | 12 | wasn't a slip-up, is that research, forensics or |
| 11:46:28 | 13 | paternity? |
| 11:46:29 | 14 | MS. JOHNSON: Again, object to the extent |
| 11:46:31 | 15 | it goes beyond the scope of the deposition, the |
| 11:46:34 | 16 | topics. |
| 11:46:34 | 17 | But it will be her personal answer, not the |
| 11:46:38 | 18 | corporate answer. |
| 11:46:39 | 19 | THE WITNESS: That's human identification. |
| 11:46:40 | 20 | You're seeking to identify if a tissue or a cell |
| 11:46:46 | 21 | came from an individual. |
| 11:46:47 | 22 | MR. CARROLL: Okay. All right. Why don't |
| 11:46:50 | 23 | we take a five-minute break. |
| 11:46:52 | 24 | THE VIDEOGRAPHER: Off the record. The |
| 11:46:54 | 25 | time is 11:46. |

Page 88

| | | |
|---|---|---|
| 11:46:55 | 1 | (Brief recess.) |
| 11:59:44 | 2 | THE VIDEOGRAPHER: We're back on the |
| 12:00:09 | 3 | record. This marks the beginning of Volume I, Tape |
| 12:00:09 | 4 | No. 2, in the 30 (b)(6) deposition of Michelle |
| 12:00:13 | 5 | Shepherd. Time is twelve o'clock. |
| 12:00:13 | 6 | MS. JOHNSON: Counsel, before we start, |
| 12:00:15 | 7 | just a housekeeping matter, we'll designate the |
| 12:00:18 | 8 | entire transcript for now as attorney's eyes only |
| 12:00:22 | 9 | and obviously work that out later. |
| 12:00:24 | 10 | MR. CARROLL: That's fine. |
| 12:00:26 | 11 | Q. Okay. We've been looking at what's been |
| 12:00:28 | 12 | marked Exhibit 1. Let's turn to paragraphs 42 |
| 12:00:45 | 13 | and -- paragraphs 42 onward, all the way to the end |
| 12:00:50 | 14 | to 91, refer to any and all documents; do you see |
| 12:00:53 | 15 | that? |
| 12:00:53 | 16 | A. I do. |
| 12:00:53 | 17 | Q. Okay. Did you have occasion to read these |
| 12:00:57 | 18 | paragraphs in preparation for this deposition? |
| 12:00:59 | 19 | A. I did. |
| 12:01:00 | 20 | Q. Did you seek out documents that would fit |
| 12:01:06 | 21 | within the categories of paragraphs 42 to 91? |
| 12:01:53 | 22 | A. Did you say 42 to 91? |
| 12:01:56 | 23 | Q. Correct. |
| 12:01:57 | 24 | A. Okay. With regard to paragraphs 42 through |
| 12:02:15 | 25 | 66, yes, as they relate to human identity tech |

Page 89

| | | |
|---|---|---|
| 12:02:23 | 1 | support. Paragraph 67 changes verbiage. It states: |
| 12:02:35 | 2 | "Any and all documents related to any and all |
| 12:02:39 | 3 | in-house or onsite testing, including |
| 12:02:43 | 4 | troubleshooting, tests," and I did not -- I would |
| 12:02:55 | 5 | not have access to any and all documents related to |
| 12:03:00 | 6 | any and all in-house and onsite testing at these |
| 12:03:05 | 7 | sites. |
| 12:03:06 | 8 | Q. Okay. Who would? |
| 12:03:09 | 9 | A. Could you clarify what that's asking for? |
| 12:03:13 | 10 | Q. Sure. Sure. Okay. |
| 12:03:14 | 11 | So let's -- what we'll do, I'm going to |
| 12:03:17 | 12 | come right back to 68, but let's just kind of clean |
| 12:03:21 | 13 | up the record on the first part. Is that okay? |
| 12:03:23 | 14 | A. Yes. |
| 12:03:24 | 15 | Q. So from 42 to 67, is it your testimony that |
| 12:03:31 | 16 | prior to this deposition you sought out documents |
| 12:03:34 | 17 | that would fit those topics? |
| 12:03:39 | 18 | A. With respect to human identification |
| 12:03:42 | 19 | contact, yes. |
| 12:03:44 | 20 | Q. The last word was "contact"? |
| 12:03:47 | 21 | A. Yes. |
| 12:03:47 | 22 | Q. And what did you mean by that? |
| 12:03:50 | 23 | A. With respect to calls or requests that have |
| 12:03:53 | 24 | come into the human identification group, support. |
| 12:04:00 | 25 | Q. So your group? |

23 (Pages 86 to 89)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

| | | Page 90 |
|---|---|---|
| 12:04:00 | 1 | A. Yes. |
| 12:04:01 | 2 | Q. Okay. |
| 12:04:02 | 3 | A. My group. |
| 12:04:02 | 4 | Q. What about those calls to the technical |
| 12:04:04 | 5 | service center that didn't go directly to your |
| 12:04:09 | 6 | group? |
| 12:04:09 | 7 | A. I -- I did not seek those out. |
| 12:04:13 | 8 | Q. Okay. Could those be sought out? |
| 12:04:16 | 9 | A. I would assume so, yes. |
| 12:04:17 | 10 | Q. Okay. Is there somebody who heads up |
| 12:04:20 | 11 | technical -- the technical service center that would |
| 12:04:23 | 12 | be the right person? |
| 12:04:24 | 13 | A. Paul Galgano. |
| 12:04:25 | 14 | Q. Okay. Now, he's been named twice; right? |
| 12:04:29 | 15 | You named him in the applications technical support |
| 12:04:33 | 16 | team? |
| 12:04:33 | 17 | A. Yes. |
| 12:04:33 | 18 | Q. And this technical service center? |
| 12:04:36 | 19 | A. Yes. |
| 12:04:37 | 20 | Q. Okay. So he's knowledgeable about both? |
| 12:04:41 | 21 | A. Yes. |
| 12:04:42 | 22 | Q. Okay. All right. So coming back now to |
| 12:04:46 | 23 | what you sought out. These paragraphs 42 to 67, |
| 12:04:53 | 24 | they name institutions; do you see that? |
| 12:04:57 | 25 | A. Yes. |

| | | Page 91 |
|---|---|---|
| 12:04:57 | 1 | Q. How did you seek out institution-specific |
| 12:05:03 | 2 | information that would fit within these paragraphs |
| 12:05:05 | 3 | of 42 to 67? I'm sorry, 66. |
| 12:05:12 | 4 | A. Sixty-six. |
| 12:05:12 | 5 | Q. I keep saying 67. Sixty-six. |
| 12:05:16 | 6 | How did you seek out the |
| 12:05:17 | 7 | institution-specific information in paragraphs 42 to |
| 12:05:21 | 8 | 66? |
| 12:05:21 | 9 | A. I instructed Ellen Bishop, who's a senior |
| 12:05:26 | 10 | HID FAS in technical support, to run a report from |
| 12:05:29 | 11 | Siebel to query that database for these specific |
| 12:05:36 | 12 | accounts. |
| 12:05:37 | 13 | Q. Okay. |
| 12:05:38 | 14 | A. And my team's interaction with these |
| 12:05:41 | 15 | accounts. |
| 12:05:42 | 16 | Q. Okay. And does that involve -- and I'm |
| 12:05:49 | 17 | only familiar with things like searching a document, |
| 12:05:52 | 18 | searching a database with a word search. Could you |
| 12:05:55 | 19 | put in for paragraph 42 Johns Hopkins -- Johns |
| 12:05:59 | 20 | Hopkins? |
| 12:06:00 | 21 | A. You could, yes. |
| 12:06:01 | 22 | Q. You could. |
| 12:06:02 | 23 | Was that done? |
| 12:06:03 | 24 | A. Yes. |
| 12:06:03 | 25 | Q. Okay. And were documents identified? |

| | | Page 92 |
|---|---|---|
| 12:06:08 | 1 | MS. JOHNSON: With respect to paragraph 42 |
| 12:06:10 | 2 | or -- |
| 12:06:11 | 3 | MR. CARROLL: Right. In this search that |
| 12:06:13 | 4 | she did with respect to 42, were documents |
| 12:06:16 | 5 | identified. |
| 12:06:17 | 6 | THE WITNESS: I don't recall specifically |
| 12:06:20 | 7 | about Johns Hopkins. |
| 12:06:22 | 8 | MR. CARROLL: Okay. |
| 12:06:24 | 9 | Q. What about paragraph 43? |
| 12:06:26 | 10 | A. Again, I don't have committed to memory |
| 12:06:30 | 11 | each of the accounts and what the content of those |
| 12:06:35 | 12 | inquires was. |
| 12:06:35 | 13 | Q. Okay. So Ms. Bishop, is that who did the |
| 12:06:40 | 14 | search? |
| 12:06:40 | 15 | A. Yes. |
| 12:06:40 | 16 | Q. Okay. She did the search in this |
| 12:06:43 | 17 | institution-specific way? |
| 12:06:45 | 18 | A. Yes. |
| 12:06:45 | 19 | Q. And she had a result? |
| 12:06:47 | 20 | A. Yes. |
| 12:06:47 | 21 | Q. And did she present the result? |
| 12:06:49 | 22 | A. She did. |
| 12:06:50 | 23 | Q. And what was the result? Were there hits? |
| 12:06:55 | 24 | I'll use that term. |
| 12:06:55 | 25 | A. She retrieved, I believe it was, 12 records |

| | | Page 93 |
|---|---|---|
| 12:07:02 | 1 | and presented them to me electronically. |
| 12:07:04 | 2 | Q. And do you remember the institutions for |
| 12:07:07 | 3 | those 12 records? |
| 12:07:08 | 4 | A. Not exactly. I mean, some of them may come |
| 12:07:14 | 5 | to mind and some may not. |
| 12:07:16 | 6 | Q. Okay. Go ahead, name one that comes to |
| 12:07:18 | 7 | mind. |
| 12:07:27 | 8 | A. Virginia Commonwealth University. |
| 12:07:29 | 9 | Q. Okay. Let's start there. That's paragraph |
| 12:07:32 | 10 | 47? |
| 12:07:32 | 11 | A. Yes. |
| 12:07:33 | 12 | Q. On page 20 of Exhibit 1. |
| 12:07:35 | 13 | What can you recall from Ms. Bishop's |
| 12:07:38 | 14 | search regarding Virginia Commonwealth University |
| 12:07:42 | 15 | Medical Center? |
| 12:07:43 | 16 | A. That it was three to four contacts with |
| 12:07:51 | 17 | VCU, with Dr. Traci Dawson Crews, C-r-e-w-s, or |
| 12:07:59 | 18 | members of her staff regarding operation of the |
| 12:08:10 | 19 | instrument and low peak quality with Identifiler. |
| 12:08:16 | 20 | Q. And just so I could make sure I understood, |
| 12:08:18 | 21 | "low peak quality"? |
| 12:08:20 | 22 | A. Yes. |
| 12:08:21 | 23 | Q. "Low peak quality"? |
| 12:08:22 | 24 | A. Correct. |
| 12:08:23 | 25 | Q. So on the machine, when you get a result, |

24 (Pages 90 to 93)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 94

| | | |
|---|---|---|
| 12:08:26 | 1 | you get peaks? |
| 12:08:27 | 2 | A. Yes. |
| 12:08:27 | 3 | Q. And this was a low peak quality result? |
| 12:08:32 | 4 | A. Yes. |
| 12:08:32 | 5 | Q. With the kit Identifiler? |
| 12:08:34 | 6 | A. To the best of my memory, yes. |
| 12:08:36 | 7 | Q. Okay. That's a pretty good memory. |
| 12:08:38 | 8 | What application was Virginia Commonwealth |
| 12:08:44 | 9 | University Medical Center doing when they had this |
| 12:08:45 | 10 | low peak quality? |
| 12:08:47 | 11 | A. Dr. Traci Dawson Crews is in charge of |
| 12:08:52 | 12 | their forensic teaching facility, so it was a |
| 12:08:55 | 13 | forensic teaching. She runs the kits and she |
| 12:08:59 | 14 | instructs grads and undergraduate students who want |
| 12:09:03 | 15 | to seek a forensic profession. |
| 12:09:06 | 16 | Q. Okay. Are you aware of nonforensic |
| 12:09:11 | 17 | applications at Virginia Commonwealth University |
| 12:09:15 | 18 | Medical Center? |
| 12:09:15 | 19 | A. I'm not. |
| 12:09:16 | 20 | Q. Okay. Is there a way to search Virginia |
| 12:09:24 | 21 | Commonwealth University Medical Center on the |
| 12:09:28 | 22 | database to identify that information? |
| 12:09:30 | 23 | A. Yes. |
| 12:09:30 | 24 | Q. Okay. On Siebel? |
| 12:09:32 | 25 | A. Yes. |

Page 95

| | | |
|---|---|---|
| 12:09:32 | 1 | Q. Okay. And has that been done? |
| 12:09:36 | 2 | A. That's what I instructed Ellen to do. |
| 12:09:39 | 3 | Q. Oh, look at all? |
| 12:09:42 | 4 | A. It hit Virginia Commonwealth University. |
| 12:09:46 | 5 | If that is contained in the name, it's going to |
| 12:09:48 | 6 | hit -- |
| 12:09:49 | 7 | Q. Okay. |
| 12:09:49 | 8 | A. -- and give you back a report. |
| 12:09:51 | 9 | Q. And so, if I understand your testimony, |
| 12:09:54 | 10 | that's going to hit regardless of the use, and then |
| 12:09:58 | 11 | you could look at the information and determine the |
| 12:10:00 | 12 | use? |
| 12:10:02 | 13 | A. It's going to hit if you put in Virginia |
| 12:10:06 | 14 | Commonwealth University, and my team has had |
| 12:10:09 | 15 | interaction and put that in the database. And |
| 12:10:14 | 16 | sometimes you can determine what the application is, |
| 12:10:18 | 17 | but not always. |
| 12:10:19 | 18 | Q. Okay. All right. So if your team had had |
| 12:10:31 | 19 | a nonforensic interaction with Virginia Commonwealth |
| 12:10:34 | 20 | University Medical Center -- |
| 12:10:37 | 21 | A. Yes. |
| 12:10:37 | 22 | Q. -- that would have come up on this search? |
| 12:10:40 | 23 | A. Yes. |
| 12:10:41 | 24 | Q. Okay. Because your search was broader than |
| 12:10:43 | 25 | that? You didn't limit your search to forensic |

Page 96

| | | |
|---|---|---|
| 12:10:50 | 1 | contact; right? |
| 12:10:56 | 2 | A. No. Correct. We -- contact with these |
| 12:11:02 | 3 | accounts would have come up. |
| 12:11:05 | 4 | Q. Now, you, when you did your search, did you |
| 12:11:12 | 5 | search in a way where contacts with the |
| 12:11:20 | 6 | applications -- get the terminology right -- |
| 12:11:22 | 7 | applications technical support team, would those |
| 12:11:24 | 8 | have popped up? |
| 12:11:26 | 9 | A. No. This search would have been for |
| 12:11:28 | 10 | interactions with my human identification team. |
| 12:11:31 | 11 | Q. Okay. So there still may be on the |
| 12:11:36 | 12 | database records for the Virginia Commonwealth |
| 12:11:39 | 13 | University Medical Center where they interacted with |
| 12:11:43 | 14 | the applications technical support team instead of |
| 12:11:46 | 15 | your team? |
| 12:11:47 | 16 | A. That's correct. |
| 12:11:50 | 17 | Q. And those records could indicate |
| 12:11:52 | 18 | nonforensic uses? |
| 12:11:54 | 19 | A. They could. |
| 12:11:56 | 20 | Q. Okay. I'm just trying to understand the |
| 12:11:58 | 21 | scope of the search. |
| 12:11:59 | 22 | A. Sure. |
| 12:12:00 | 23 | Q. Okay. Got it. |
| 12:12:01 | 24 | Now, since we're on Virginia Commonwealth |
| 12:12:04 | 25 | University Medical, let's go to paragraph 21 of |

Page 97

| | | |
|---|---|---|
| 12:12:20 | 1 | what's been marked Exhibit 1. Would your search |
| 12:12:27 | 2 | that we've been talking about with respect to |
| 12:12:30 | 3 | paragraph 47 identify what is contained in paragraph |
| 12:12:38 | 4 | 21 of Exhibit 1, which is also Virginia Commonwealth |
| 12:12:43 | 5 | University Medical Center specific? |
| 12:12:49 | 6 | A. Any of my team's interactions with VCU |
| 12:12:54 | 7 | would have come up on this search. |
| 12:12:56 | 8 | Q. Okay. But 21, paragraph 21, talks about |
| 12:13:01 | 9 | purchase, installation and operational setup. |
| 12:13:04 | 10 | That's not something your team does; right? |
| 12:13:07 | 11 | A. Not the purchase, not the installation. |
| 12:13:13 | 12 | Some operational setup, support and troubleshoot. |
| 12:13:17 | 13 | Operational setup, support and troubleshooting would |
| 12:13:19 | 14 | be the responsibility of my team. |
| 12:13:21 | 15 | Q. Okay. So there's some overlap in 21, but |
| 12:13:25 | 16 | to the extent there is information on the database |
| 12:13:30 | 17 | regarding interactions on purchase and installation, |
| 12:13:35 | 18 | those would not have been found in the search that |
| 12:13:37 | 19 | you just described for paragraph 47? |
| 12:13:41 | 20 | A. Correct. |
| 12:13:42 | 21 | Q. Okay. And turning the page to page 8 so we |
| 12:13:52 | 22 | can see the rest of paragraph 21, you'll see at the |
| 12:14:01 | 23 | top line, over to the far right, "field," and then |
| 12:14:07 | 24 | the next line "application specialist," and that's |
| 12:14:10 | 25 | part of your team; right? |

25 (Pages 94 to 97)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 98

| | | |
|---|---|---|
| 12:14:12 | 1 | A. The human -- the HID, they're human |
| 12:14:16 | 2 | identification FAS, are on my team, yes. |
| 12:14:19 | 3 | Q. Okay. Then you'll see "technical support |
| 12:14:24 | 4 | personnel"? |
| 12:14:25 | 5 | A. Yes. |
| 12:14:25 | 6 | Q. And some of your -- that covers some of |
| 12:14:29 | 7 | your team? |
| 12:14:29 | 8 | A. It does. |
| 12:14:30 | 9 | Q. But as you've said, there's some technical |
| 12:14:32 | 10 | support personnel in the applications technical |
| 12:14:39 | 11 | support team? |
| 12:14:39 | 12 | A. Correct. |
| 12:14:40 | 13 | Q. Okay. Which would not be covered by your |
| 12:14:43 | 14 | search? |
| 12:14:44 | 15 | A. Correct. |
| 12:14:45 | 16 | Q. Okay. Then there's "clinical diagnostic |
| 12:14:47 | 17 | account representatives"; that's not part of your |
| 12:14:51 | 18 | team? |
| 12:14:52 | 19 | A. I don't know what that is. |
| 12:14:54 | 20 | Q. Okay. |
| 12:14:55 | 21 | A. No, they're not part of my team if they |
| 12:14:57 | 22 | exist. |
| 12:14:58 | 23 | Q. All right. So you're not the right person |
| 12:15:00 | 24 | for clinical diagnostic account representative |
| 12:15:02 | 25 | interactions with customers of LTI? |

Page 99

| | | |
|---|---|---|
| 12:15:11 | 1 | A. Correct, I don't believe a clinical |
| 12:15:13 | 2 | diagnostic account representative exists. |
| 12:15:15 | 3 | Q. In LTI? |
| 12:15:16 | 4 | A. Correct. |
| 12:15:19 | 5 | Q. Oh, okay. |
| 12:15:20 | 6 | The field service engineers who install are |
| 12:15:23 | 7 | not under your team; right? |
| 12:15:26 | 8 | A. They are not. |
| 12:15:26 | 9 | Q. Whose team is that? |
| 12:15:28 | 10 | A. It's -- they currently fall under Albert, |
| 12:15:36 | 11 | and I'm unable to pronounce his last name. |
| 12:15:38 | 12 | Q. Go ahead, spell it. |
| 12:15:40 | 13 | A. Or spell it. |
| 12:15:42 | 14 | Q. Oh, really? |
| 12:15:43 | 15 | A. I call him Albert. I can get that name. |
| 12:15:47 | 16 | The manager of the field service engineers. |
| 12:15:49 | 17 | Q. Okay. |
| 12:15:50 | 18 | A. I'll get that to you. |
| 12:15:51 | 19 | Q. Okay. And would he have access to their |
| 12:15:55 | 20 | database interactions? |
| 12:15:56 | 21 | A. He would. |
| 12:15:57 | 22 | Q. Okay. You don't have access to that? |
| 12:15:59 | 23 | A. I do not. |
| 12:16:00 | 24 | Q. Okay. That's not on Siebel? |
| 12:16:02 | 25 | A. No, that's on another database. |

Page 100

| | | |
|---|---|---|
| 12:16:06 | 1 | Q. Oh, do you know the name of that? |
| 12:16:12 | 2 | A. No. |
| 12:16:12 | 3 | Q. Okay. |
| 12:16:13 | 4 | A. I don't know the name. |
| 12:16:14 | 5 | Q. Okay. |
| 12:16:14 | 6 | A. I could guess. |
| 12:16:15 | 7 | Q. We can ask Albert. |
| 12:16:18 | 8 | Okay. And continuing now on page 8 of |
| 12:16:21 | 9 | what's been marked Exhibit 1, the associated |
| 12:16:30 | 10 | documentation created by such individuals, for your |
| 12:16:38 | 11 | team, you were able to search for that |
| 12:16:42 | 12 | documentation, but for these other groups, like the |
| 12:16:44 | 13 | field service engineers, we'd have to search the |
| 12:16:49 | 14 | other database? |
| 12:16:49 | 15 | A. That is correct. |
| 12:16:50 | 16 | Q. Okay. Do you have any knowledge with |
| 12:16:53 | 17 | regard to how field service engineers operate with |
| 12:16:57 | 18 | customers? |
| 12:16:59 | 19 | A. I do. |
| 12:16:59 | 20 | Q. Okay. Are they involved in more than just |
| 12:17:04 | 21 | the initial installation? |
| 12:17:09 | 22 | A. Not routinely. |
| 12:17:10 | 23 | Q. Okay. But if there is a problem with the |
| 12:17:13 | 24 | machine that goes beyond something, say, you can |
| 12:17:17 | 25 | troubleshoot, would they be involved? |

Page 101

| | | |
|---|---|---|
| 12:17:20 | 1 | A. At times, yes. |
| 12:17:21 | 2 | Q. And these would be the field service |
| 12:17:23 | 3 | engineers? |
| 12:17:24 | 4 | A. Correct. |
| 12:17:24 | 5 | Q. Okay. Is there another group beyond the |
| 12:17:28 | 6 | field service engineers that help with |
| 12:17:31 | 7 | troubleshooting the machine other than your group? |
| 12:17:35 | 8 | A. Sometimes in a troubleshooting situation, |
| 12:17:42 | 9 | when you're trying to discern if it's hardware or |
| 12:17:45 | 10 | software, chemistry or user, we may involve software |
| 12:17:50 | 11 | writers or product group managers, hardware |
| 12:17:55 | 12 | developers. So there's various groups. But |
| 12:17:59 | 13 | definitely the FAS and the service engineers would |
| 12:18:02 | 14 | be the -- the main troubleshooting contacts. |
| 12:18:07 | 15 | Q. Okay. Now, let's go to 72, paragraph 72, |
| 12:18:12 | 16 | which is also Virginia Commonwealth, but this -- as |
| 12:18:23 | 17 | you say, the verbiage changes to applications |
| 12:18:26 | 18 | technical support team. |
| 12:18:27 | 19 | So I take it your search would not have |
| 12:18:30 | 20 | identified documents that fit paragraph 72? |
| 12:18:35 | 21 | A. What I took note of in the verbiage change |
| 12:18:38 | 22 | was any and all documents related to any and all |
| 12:18:44 | 23 | in-house or onsite testing. |
| 12:18:48 | 24 | Q. Okay. |
| 12:18:49 | 25 | A. Including troubleshooting tests. |

26 (Pages 98 to 101)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 102

| | | |
|---|---|---|
| 12:18:52 | 1 | Q. Okay. And help me understand what -- was |
| 12:18:56 | 2 | that a problem in terms of your search? |
| 12:19:00 | 3 | A. I don't know how to answer this. Any |
| 12:19:07 | 4 | documents related to in-house or onsite testing |
| 12:19:16 | 5 | in -- in my capacity, I don't have access to all |
| 12:19:20 | 6 | documents that are produced in-house or onsite for |
| 12:19:25 | 7 | any specific account. |
| 12:19:27 | 8 | Q. Oh, that's not on Siebel? |
| 12:19:32 | 9 | A. Please clarify what -- what is meant by |
| 12:19:36 | 10 | "any and all in-house or onsite testing." |
| 12:19:40 | 11 | Q. Okay. |
| 12:19:41 | 12 | A. I think that means something different. |
| 12:19:42 | 13 | Q. Okay. Try to give a concrete example. |
| 12:19:45 | 14 | A. Okay. |
| 12:19:45 | 15 | Q. Identifiler -- |
| 12:19:47 | 16 | A. Okay. |
| 12:19:48 | 17 | Q. -- starts acting up. |
| 12:19:49 | 18 | A. Okay. |
| 12:19:49 | 19 | Q. Okay? Customers start calling, say hey, |
| 12:19:53 | 20 | this kit lot, something's up; right? |
| 12:19:56 | 21 | A. Yes. |
| 12:19:57 | 22 | Q. You send some people out because you first |
| 12:20:00 | 23 | think well, this customer's not that experienced, so |
| 12:20:03 | 24 | you go and do onsite testing -- |
| 12:20:05 | 25 | A. Okay. |

Page 103

| | | |
|---|---|---|
| 12:20:06 | 1 | Q. -- and you find out whoa, Identifiler's -- |
| 12:20:09 | 2 | it is acting up. So then that gets reported back to |
| 12:20:12 | 3 | you, and you tell some group in-house, maybe |
| 12:20:15 | 4 | yourself, well, you know what, forget that customer, |
| 12:20:20 | 5 | we need to go back and look in-house at more of this |
| 12:20:26 | 6 | lot than just the kit they have to see if this is a |
| 12:20:30 | 7 | lot line problem or just that one box out on the |
| 12:20:34 | 8 | tarmac somewhere. And you find out oh, God, it's |
| 12:20:38 | 9 | the whole lot, something went wrong, magnesium |
| 12:20:43 | 10 | concentration, some primer -- who knows -- a |
| 12:20:46 | 11 | component; right? |
| 12:20:47 | 12 | A. Yes. |
| 12:20:47 | 13 | Q. You now realize you've got a real problem. |
| 12:20:51 | 14 | You've got to figure out that kit's not working, |
| 12:20:55 | 15 | so you -- so you do in-house testing. |
| 12:20:57 | 16 | A. Okay. |
| 12:20:58 | 17 | Q. Right? So I assumed if you troubleshoot |
| 12:21:02 | 18 | you would have access at least to the customer |
| 12:21:04 | 19 | onsite test results; right? Your FAS person would |
| 12:21:11 | 20 | come back and state these are the results I got out |
| 12:21:14 | 21 | at customer X who was complaining and they'd show |
| 12:21:18 | 22 | them to you; right? |
| 12:21:20 | 23 | A. Sometimes. |
| 12:21:21 | 24 | Q. Okay. Would those test results go into |
| 12:21:24 | 25 | Siebel, the actual data? |

Page 104

| | | |
|---|---|---|
| 12:21:27 | 1 | A. No. |
| 12:21:27 | 2 | Q. Where would they go? |
| 12:21:32 | 3 | A. Customers don't always allow us to remove |
| 12:21:39 | 4 | their data from their sphere of control. |
| 12:21:45 | 5 | Q. Really? |
| 12:21:47 | 6 | A. Yes. |
| 12:21:47 | 7 | Q. And you -- you don't have access to that |
| 12:21:51 | 8 | electronically through the machine? |
| 12:21:55 | 9 | A. We do onsite and we can look at it, but |
| 12:21:59 | 10 | customers don't always -- |
| 12:22:01 | 11 | Q. Let you walk away from it? |
| 12:22:03 | 12 | A. -- let us take those files away. |
| 12:22:05 | 13 | Q. Okay. Got it. |
| 12:22:06 | 14 | So some onsite testing is going to stay |
| 12:22:09 | 15 | onsite? |
| 12:22:10 | 16 | A. Yes. |
| 12:22:10 | 17 | Q. And not go into your database? |
| 12:22:12 | 18 | A. Yes. |
| 12:22:12 | 19 | Q. And once in a while some will go into your |
| 12:22:14 | 20 | database? |
| 12:22:15 | 21 | A. The data itself does not go into the |
| 12:22:18 | 22 | database. |
| 12:22:18 | 23 | Q. Okay. So in a case where a customer says |
| 12:22:21 | 24 | please fix this problem, and you say can I take this |
| 12:22:24 | 25 | data with me, where does that data go? |

Page 105

| | | |
|---|---|---|
| 12:22:26 | 1 | A. That would go to the in-house product |
| 12:22:28 | 2 | group. |
| 12:22:28 | 3 | Q. Okay. Who's that? |
| 12:22:29 | 4 | A. That would be Lisa Calandro, is head of |
| 12:22:33 | 5 | that group. |
| 12:22:34 | 6 | Q. How do you spell that? |
| 12:22:34 | 7 | A. C-a-l-a-n-d-r-o. |
| 12:22:37 | 8 | Q. Okay. In-house product group? |
| 12:22:40 | 9 | A. Yes. |
| 12:22:41 | 10 | Q. And what's their -- what's their duty? |
| 12:22:44 | 11 | What's their responsibility? |
| 12:22:45 | 12 | A. Their duty is to have oversight, again, for |
| 12:22:49 | 13 | the development and manufacture and marketing and |
| 12:22:53 | 14 | supply of the human identification kits and |
| 12:22:58 | 15 | portfolio. So anytime there's an issue with that, |
| 12:23:03 | 16 | that we're not able to resolve in the field, then we |
| 12:23:06 | 17 | call on them. We include them in our |
| 12:23:10 | 18 | troubleshooting efforts. |
| 12:23:11 | 19 | Q. Okay. So in this case where Identifiler is |
| 12:23:15 | 20 | acting up and you determine it's not operator error |
| 12:23:19 | 21 | by the customer, would it be that moment that you go |
| 12:23:23 | 22 | to this in-house product group? |
| 12:23:26 | 23 | A. Yes. |
| 12:23:26 | 24 | Q. Okay. Have you done this before? |
| 12:23:28 | 25 | A. Yes, I have. |

27 (Pages 102 to 105)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

| | | Page 106 |
|---|---|---|
| 12:23:28 | 1 | Q. This has happened? |
| 12:23:30 | 2 | A. Yes, it has. |
| 12:23:30 | 3 | Q. Has it happened for Identifiler? |
| 12:23:32 | 4 | A. Yes, it has. |
| 12:23:33 | 5 | Q. What happens now to the data that was |
| 12:23:39 | 6 | coming from the lab in the case that the lab let you |
| 12:23:42 | 7 | take it? What happens to that data? Does she |
| 12:23:46 | 8 | evaluate it? |
| 12:23:47 | 9 | A. Yes, she or someone on her team. |
| 12:23:49 | 10 | Q. Okay. Is her team a big team? |
| 12:23:53 | 11 | A. Define "big." I believe -- |
| 12:23:55 | 12 | Q. Bigger than yours? |
| 12:23:56 | 13 | A. It's about the same size as mine. |
| 12:23:58 | 14 | Q. Okay. Are they all in-house? |
| 12:24:01 | 15 | A. No. |
| 12:24:01 | 16 | Q. Okay. And if she now gets this data, does |
| 12:24:08 | 17 | she go and pull the same lot number and start doing |
| 12:24:11 | 18 | in-house testing? |
| 12:24:14 | 19 | A. Yes. |
| 12:24:14 | 20 | Q. And where do those test results go? |
| 12:24:16 | 21 | A. I believe they remain either in Warrington |
| 12:24:24 | 22 | or Foster City within the product group. |
| 12:24:27 | 23 | Q. Oh. Now, do you have access to those? |
| 12:24:33 | 24 | A. I've never accessed those. |
| 12:24:36 | 25 | Q. Okay. If you asked for them in a |

| | | Page 107 |
|---|---|---|
| 12:24:40 | 1 | particular situation you could get them? |
| 12:24:43 | 2 | A. Probably. |
| 12:24:43 | 3 | Q. Okay. |
| 12:24:44 | 4 | A. Yes. |
| 12:24:44 | 5 | Q. Do you know that they maintain these |
| 12:24:48 | 6 | records over years? |
| 12:24:50 | 7 | A. I do. |
| 12:24:51 | 8 | Q. And do they maintain these records, say, |
| 12:24:54 | 9 | for the period 2006 to present? Would they have |
| 12:24:58 | 10 | them back that far? |
| 12:24:59 | 11 | A. I would believe so, yes. |
| 12:25:00 | 12 | Q. Okay. Now, if the problem gets resolved |
| 12:25:10 | 13 | and all the testing's been done, so the whole |
| 12:25:13 | 14 | thing's wrapped up in a bow and that chapter's over, |
| 12:25:16 | 15 | who maintains those records now? Where do those |
| 12:25:20 | 16 | records go? Do they go in storage, they stay |
| 12:25:24 | 17 | electronic? What happens to that whole chapter? |
| 12:25:26 | 18 | A. The final resolution of, say, a kit |
| 12:25:32 | 19 | replacement resulting from a quality issue, on a |
| 12:25:38 | 20 | summary level, would be documented in Siebel. But |
| 12:25:42 | 21 | the data itself would be with the in-house group. |
| 12:25:47 | 22 | Q. Okay. So they would be the only ones who |
| 12:25:50 | 23 | could provide that actual troubleshooting data? |
| 12:25:53 | 24 | A. Yes. |
| 12:25:53 | 25 | Q. Okay. Got it. |

| | | Page 108 |
|---|---|---|
| 12:25:58 | 1 | Since we're on the topic of Identifiler and |
| 12:26:02 | 2 | this kind of incident, we might as well go to the |
| 12:26:07 | 3 | real thing. I think we're up to Exhibit 3. |
| 12:26:20 | 4 | (The document referred to was marked by the |
| | 5 | reporter as Exhibit 3 for identification and is |
| | 6 | attached hereto.) |
| 12:26:21 | 7 | BY MR. CARROLL: |
| 12:26:28 | 8 | Q. Ms. Shepherd, the court reporter has |
| 12:26:32 | 9 | supplied you what's been marked Exhibit 3. It's |
| 12:26:39 | 10 | Bates stamped LIFE 0004557, 558 and 559. |
| 12:26:40 | 11 | Do you recognize this? |
| 12:26:41 | 12 | A. I do. |
| 12:26:44 | 13 | Q. Is this a document you reviewed when you |
| 12:26:45 | 14 | prepared for this deposition? |
| 12:26:47 | 15 | A. It is not. |
| 12:26:48 | 16 | Q. It is not. Okay. |
| 12:26:55 | 17 | The "from" line just has your name on it, I |
| 12:26:55 | 18 | believe; right? |
| 12:26:55 | 19 | A. That's correct. |
| 12:26:57 | 20 | Q. And do you remember this event? |
| 12:26:58 | 21 | A. I do. |
| 12:27:08 | 22 | Q. Okay. The date is December 2009 on the |
| 12:27:09 | 23 | e-mail? |
| 12:27:09 | 24 | A. Yes. |
| | 25 | Q. Okay. And does that comport with your |

| | | Page 109 |
|---|---|---|
| 12:27:13 | 1 | recollection when, generally, when this event took |
| 12:27:15 | 2 | place? |
| 12:27:15 | 3 | A. Yes, it does. |
| 12:27:16 | 4 | Q. And this is part of a episode where the |
| 12:27:21 | 5 | Identifiler kit had a problem? |
| 12:27:22 | 6 | A. Yes. |
| 12:27:22 | 7 | Q. And was it a lot-wide problem? How big was |
| 12:27:28 | 8 | the problem? Was it -- it wasn't just one customer? |
| 12:27:32 | 9 | A. Correct. |
| 12:27:32 | 10 | Q. Right. It was some problem with the kit? |
| 12:27:35 | 11 | A. Yes. |
| 12:27:35 | 12 | Q. And was it more than just one lot of -- of |
| 12:27:39 | 13 | kit, many lots? |
| 12:27:40 | 14 | A. Yes. |
| 12:27:41 | 15 | Q. Many lots? |
| 12:27:42 | 16 | A. Several lots. |
| 12:27:43 | 17 | Q. Several lots. Okay. All right. |
| 12:27:46 | 18 | And did this problem come to light through |
| 12:27:51 | 19 | the efforts of your FAS team in supporting STR kits? |
| 12:28:00 | 20 | A. In part, yes. |
| 12:28:01 | 21 | Q. Okay. And do you recall the specifics of |
| 12:28:05 | 22 | your team's involvement in bringing this to light? |
| 12:28:10 | 23 | A. My team spent a lot of time troubleshooting |
| 12:28:16 | 24 | this, and there were a lot of people involved in |
| 12:28:19 | 25 | obtaining a resolution. |

28 (Pages 106 to 109)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 110

| 12:28:22 | 1 | What specifically do you want to ask me? |
| 12:28:26 | 2 | Q. Oh, no, I just didn't know -- for example, |
| 12:28:28 | 3 | I'm trying to find out how the onsite testing, the |
| 12:28:33 | 4 | in-house testing works, and we have now a specific |
| 12:28:36 | 5 | example, so we can understand -- |
| 12:28:37 | 6 | A. Okay. |
| 12:28:38 | 7 | Q. -- those paragraphs in the depo notice, |
| 12:28:40 | 8 | when I was asking about that, so we're clear on what |
| 12:28:43 | 9 | that is. I was just trying to understand if, for |
| 12:28:45 | 10 | example, one of your FAS did onsite testing, saw |
| 12:28:50 | 11 | that it's not operator error, and then brought it |
| 12:28:54 | 12 | back and said hey, guys, we're going to have to do |
| 12:28:58 | 13 | some in-house testing. I don't know if your team |
| 12:29:00 | 14 | was involved at that level. |
| 12:29:01 | 15 | A. And they were, yes. |
| 12:29:02 | 16 | Q. Okay. Was the FAS person involved one of |
| 12:29:07 | 17 | the three FAS that you named today? |
| 12:29:10 | 18 | A. Yes. |
| 12:29:10 | 19 | Q. One in particular or all three? |
| 12:29:14 | 20 | A. Well, all three eventually. |
| 12:29:15 | 21 | Q. Okay. What was the one in particular? |
| 12:29:17 | 22 | A. At the initial site it was April Orbison. |
| 12:29:22 | 23 | April Orbison. |
| 12:29:22 | 24 | Q. Orbison. Okay. Got it. I did hear that |
| 12:29:25 | 25 | name before. |

Page 111

| 12:29:26 | 1 | And was there testing onsite for the |
| 12:29:32 | 2 | Identifiler? |
| 12:29:35 | 3 | A. With April Orbison? |
| 12:29:37 | 4 | Q. Yes. |
| 12:29:37 | 5 | A. Yes, she did some testing onsite. |
| 12:29:39 | 6 | Q. Okay. And what customer was that? |
| 12:29:41 | 7 | A. Las Vegas Metropolitan Police Department. |
| 12:29:46 | 8 | Q. Okay. So they were doing forensics? |
| 12:29:48 | 9 | A. Yes. |
| 12:29:48 | 10 | Q. Okay. Was there any testing onsite of a |
| 12:29:51 | 11 | nonforensic lab by any of your FAS team for this |
| 12:29:57 | 12 | Identifiler problem? |
| 12:29:58 | 13 | A. Not that I recall. |
| 12:30:00 | 14 | Q. Okay. Were you aware of any complaints |
| 12:30:06 | 15 | from nonforensic customers regarding this |
| 12:30:12 | 16 | Identifiler problem related to what has been marked |
| 12:30:19 | 17 | as Exhibit 3? |
| 12:30:22 | 18 | A. Yes. |
| 12:30:22 | 19 | Q. Okay. And what was that? |
| 12:30:25 | 20 | A. We developed a spreadsheet once the |
| 12:30:33 | 21 | problematic kits were isolated and identified. A |
| 12:30:40 | 22 | spreadsheet was developed from SAP, which is, my |
| 12:30:46 | 23 | understanding, it's a database of what's been sold |
| 12:30:49 | 24 | and shipped and a specific lot number and where it |
| 12:30:54 | 25 | was shipped. And based on that spreadsheet, my team |

Page 112

| 12:30:58 | 1 | and I managed the supply and contacting the |
| 12:31:04 | 2 | customers to facilitate replacements of those kits. |
| 12:31:09 | 3 | Q. Okay. And looking at Exhibit 3, there are |
| 12:31:14 | 4 | some spreadsheets mentioned here. |
| 12:31:15 | 5 | A. Yes. |
| 12:31:16 | 6 | Q. They talk about a list -- let me get it |
| 12:31:20 | 7 | exactly right. It is: |
| 12:31:23 | 8 | "Attached please find today's list of |
| 12:31:23 | 9 | Identifiler ship-to's." |
| 12:31:28 | 10 | Do you see that? |
| 12:31:28 | 11 | A. I do. |
| 12:31:29 | 12 | Q. That's just after "Merry Christmas" |
| 12:31:32 | 13 | there -- |
| 12:31:32 | 14 | A. Yes. |
| 12:31:33 | 15 | Q. -- in the very middle. And then down |
| 12:31:35 | 16 | below, at the very end, it says: |
| 12:31:37 | 17 | "Also, please find the latest version of the |
| 12:31:40 | 18 | master spreadsheets for all" -- |
| 12:31:43 | 19 | How do you pronounce that? |
| 12:31:45 | 20 | A. AmpFLSTR. |
| 12:31:46 | 21 | Q. -- "AmpFLSTR replacements." |
| 12:31:50 | 22 | So we think we got those produced to us. |
| 12:31:57 | 23 | We brought them today. And if we could mark them |
| 12:32:01 | 24 | Exhibits 4 and 5, even though understanding that |
| 12:32:06 | 25 | they might have been electronic attachments to |

Page 113

| 12:32:10 | 1 | Exhibit 3, but just to handle them I'm going to mark |
| 12:32:13 | 2 | them 4 and 5. Okay? |
| 12:32:22 | 3 | A. Okay. |
| 12:32:23 | 4 | (The documents referred to were marked by |
| | 5 | the reporter as Exhibits 4 & 5 for identification |
| | 6 | and are attached hereto.) |
| 12:32:26 | 7 | MR. CARROLL: And you'll get yours right |
| 12:32:27 | 8 | here. |
| 12:32:29 | 9 | THE WITNESS: I'm sorry, I should have |
| 12:32:30 | 10 | known that. |
| 12:32:52 | 11 | BY MR. CARROLL: |
| 12:32:52 | 12 | Q. So before we go through these in any |
| 12:32:57 | 13 | detail, let me see if I can, just for convenience -- |
| 12:32:59 | 14 | again, understanding that they may have been |
| 12:33:01 | 15 | attached. I'm trying to find out if they've been |
| 12:33:04 | 16 | attached. |
| 12:33:04 | 17 | A. Okay. |
| 12:33:05 | 18 | Q. I noticed that one of the lists that we've |
| 12:33:16 | 19 | marked Exhibit 5 has a header "Ship to Name" at |
| 12:33:22 | 20 | the top; do you see that? |
| 12:33:23 | 21 | A. I do. |
| 12:33:24 | 22 | Q. And yet that kind of looks more like a |
| 12:33:28 | 23 | master list to me just because it has more than |
| 12:33:31 | 24 | Identifiler on it, but you tell me. Is this -- |
| 12:33:35 | 25 | which -- |

29 (Pages 110 to 113)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

## Page 114

```
12:33:36   1          Is -- are either of Exhibit 4 or 5 one of
12:33:39   2   the spreadsheets you've referred to in Exhibit 3?
12:33:55   3          A. Exhibit 5 appears to be a much broader
12:33:59   4   spreadsheet than what I worked from in December of
12:34:03   5   '09.
12:34:03   6          Q. Okay. So that might be the master?
12:34:07   7          A. It might be.
12:34:08   8          Q. Okay. Let me -- I'll give you a couple
12:34:12   9   hints. I've actually looked at this document. And
12:34:17  10   I don't know, might be helpful to look at some of
12:34:20  11   the comments.
12:34:21  12          A. Okay.
12:34:21  13          Q. I thought they were kind of interesting.
12:34:32  14   If you'll look for Exhibit 5, page 4612. It's the
12:34:37  15   Bates stamp on the right bottom.
12:34:41  16          A. Thank you.
12:34:42  17          Q. You probably have to take the clip off.
12:34:49  18          A. What's the number? 466?
12:34:51  19          Q. 4612. Sorry.
12:35:06  20          There's a comment page, and it's -- there's
12:35:10  21   not much on this document, but I wanted you to read
12:35:12  22   the comments because sometimes it looks like, you
12:35:17  23   know, somebody's adding, and it may be you, I don't
12:35:19  24   know, is adding comments as to what's going on about
12:35:21  25   the kits and the replacements.
```

## Page 115

```
12:35:25   1          Is that any help to you to tell me which
12:35:28   2   spreadsheet that is, that comment? Does that help
12:35:31   3   you?
12:35:31   4          A. The comment, this page, 4612, looks
12:35:35   5   familiar. However, the way it's formatted I have
12:35:41   6   concerns as to whether it was all one original,
12:35:52   7   voluminous document to begin with.
12:35:52   8          Q. Right. Right. Let me help you with that.
12:35:55   9   I know exactly what you're talking about. The way I
12:35:58  10   phrase it, just so you can hear my lingo, is, you
12:36:02  11   know, is this a horizontal document, like a normal
12:36:04  12   spreadsheet? Meaning, can you piece the pieces
12:36:10  13   horizontally together? And what I've done is
12:36:12  14   actually looked at that for Exhibit 5 and Exhibit 4.
12:36:17  15   So for just a minute, if you'll bear with me,
12:36:21  16   there's some interesting ends that I find very
12:36:25  17   useful.
12:36:26  18          So starting on Exhibit 5, if you page from
12:36:31  19   the beginning, 4563, back to 4586, you'll find a
12:36:38  20   kind of natural stopping place. 4586 is the Bates
12:36:43  21   number for Exhibit 5.
12:36:47  22          Do you see that break?
12:36:48  23          A. I do.
12:36:49  24          Q. Okay. So why don't you put that aside to
12:36:54  25   your left. Oh, keep it up, though. Yeah.
```

## Page 116

```
12:36:57   1          And now on 4587 a new column starts; do you
12:37:04   2   see that?
12:37:04   3          A. I do.
12:37:04   4          Q. And it appears that this lines up to 4563,
12:37:12   5   which you have to your left. So if you read across
12:37:17   6   the top of these columns now the way we've lined
12:37:21   7   them up on the table, you have "Material," "Order,"
12:37:27   8   "Material Description," "Ship to Name," "Region,"
12:37:33   9   "Country," "Batch Number," "Quality in UnE,"
12:37:39  10   "Posting Date," and then "Replacements Already
12:37:43  11   Sent," "Replacements Needed"; do you see that?
12:37:45  12          A. I do.
12:37:45  13          Q. Okay. Does that format look familiar to
12:37:49  14   you?
12:37:49  15          A. Yes.
12:37:49  16          Q. Is that the type of format that the
12:37:54  17   spreadsheets you provided with respect to Exhibit 3
12:38:00  18   that you've discussed, was that the type of format
12:38:03  19   for those spreadsheets?
12:38:04  20          A. Yes.
12:38:04  21          Q. Okay. Can you tell me yet which, if any,
12:38:12  22   of Exhibit 4 or 5 are the spreadsheets referred to
12:38:15  23   in Exhibit 3?
12:38:16  24          A. No, I can't tell you that yet.
12:38:19  25          Q. Okay. All right. So let's move on.
```

## Page 117

```
12:38:21   1          There's some more break points. Stay right
12:38:26   2   with your batch starting 4587.
12:38:29   3          A. Okay.
12:38:30   4          Q. And if you go to 4610, you will see that
12:38:48   5   nice break point again. 4610. There you go.
12:39:00   6          A. Okay.
12:39:00   7          Q. Do you see what I mean by the break point?
12:39:02   8          A. Yes.
12:39:02   9          Q. The end; right?
12:39:04  10          So if we take that as the end, and group
12:39:09  11   now 4587 with 4610, let's put that to the left.
12:39:16  12          A. Okay.
12:39:16  13          Q. So they're face up. And now that next page
12:39:26  14   is "Comments"; do you see that?
12:39:29  15          A. I do.
12:39:29  16          Q. So we're starting to build what I call a
12:39:32  17   horizontal spreadsheet; right?
12:39:34  18          A. Yes.
12:39:35  19          Q. Is this the type of spreadsheet that you
12:39:38  20   referred to in Exhibit 3?
12:39:39  21          A. It is.
12:39:39  22          Q. Can you tell if it is, in fact, the
12:39:42  23   spreadsheet?
12:39:44  24          A. I do not believe that it is.
12:39:45  25          Q. Okay. And why's that?
```

30 (Pages 114 to 117)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 118

| 12:39:48 | 1 | A. Because in the country codes it -- this is |
| 12:39:52 | 2 | a global spreadsheet, and I would have been working |
| 12:39:55 | 3 | from a U.S./Canada spreadsheet. |
| 12:39:59 | 4 | Q. Okay. Just go -- let's go back to Exhibit |
| 12:40:02 | 5 | 3 for a second. |
| 12:40:02 | 6 | A. Okay. |
| 12:40:03 | 7 | Q. It does talk about a master list. |
| 12:40:05 | 8 | A. Yes. |
| 12:40:06 | 9 | Q. Could that be global? |
| 12:40:10 | 10 | A. In its original form it may have been |
| 12:40:16 | 11 | presented to me as global, and I may have edited it |
| 12:40:19 | 12 | down to be U.S. and Canadian. |
| 12:40:22 | 13 | Q. Okay. Well, then, let's go to Exhibit 4 |
| 12:40:26 | 14 | because I believe Exhibit 4 -- let's re-assemble |
| 12:40:30 | 15 | Exhibit 5 the best you can. Right. Put that on top |
| 12:40:32 | 16 | of that one. |
| 12:40:33 | 17 | And then let's go to Exhibit 4, because |
| 12:40:36 | 18 | that does appear to be U.S., and we can go over that |
| 12:40:42 | 19 | to see if that's the case. And it's smaller and |
| 12:40:49 | 20 | easier to work with. |
| 12:41:01 | 21 | And just while we have this, Kris, we don't |
| 12:41:07 | 22 | have the original e-mails obviously, so we can't |
| 12:41:11 | 23 | tell what the attachments were. I suspect, since I |
| 12:41:15 | 24 | did my best to study this, and these follow in Bates |
| 12:41:19 | 25 | number, that I've got these, but it would be great |

Page 119

| 12:41:23 | 1 | if we could verify electronically that these come |
| 12:41:27 | 2 | from -- meaning Exhibits 4 and 5 -- come or don't |
| 12:41:30 | 3 | come from what was attached to this e-mail, Exhibit |
| 12:41:33 | 4 | 3. |
| 12:41:33 | 5 | MS. JOHNSON: We can follow up on that. |
| 12:41:34 | 6 | MR. CARROLL: Okay. Great. |
| 12:41:36 | 7 | Q. So let's look at Exhibit 4. I've looked |
| 12:41:42 | 8 | this over, too, and tried to assemble it. And the |
| 12:41:46 | 9 | same kind of nice little break points come. And the |
| 12:41:50 | 10 | first one comes at Bates stamp 4708 of Exhibit 4. |
| 12:41:57 | 11 | A. Yes. |
| 12:41:57 | 12 | Q. Do you see that? |
| 12:41:58 | 13 | A. I do. |
| 12:41:59 | 14 | Q. So let's do the same thing, let's put that |
| 12:42:01 | 15 | to your left. Okay? And now we're starting to see |
| 12:42:09 | 16 | territory codes and then up above years and |
| 12:42:12 | 17 | quarters; do you see that? |
| 12:42:14 | 18 | A. I do. |
| 12:42:14 | 19 | Q. Okay. So I went along doing that. And |
| 12:42:17 | 20 | that goes to 4716. And you'll see that nice little |
| 12:42:24 | 21 | break again. And just for a moment, if you look at |
| 12:42:29 | 22 | the break on 4708, which is to your left -- it's the |
| 12:42:35 | 23 | last page -- and you compare it to the break on |
| 12:42:42 | 24 | 4716, which is the last page in your right hand -- I |
| 12:42:48 | 25 | know it's a little bit of a puzzle -- you'll see |

Page 120

| 12:42:52 | 1 | that they kind of match up in terms of the number. |
| 12:42:56 | 2 | A. Okay. |
| 12:42:57 | 3 | Q. Okay? So I'm just, again, I'm showing |
| 12:43:00 | 4 | you -- I dissected this. I'm trying to figure it |
| 12:43:05 | 5 | out. It does look like it's U.S., but now that |
| 12:43:12 | 6 | we've got this much done, let's look at the |
| 12:43:12 | 7 | territory codes. |
| 12:43:12 | 8 | Are those codes you're familiar with? |
| 12:43:14 | 9 | A. Yes. |
| 12:43:14 | 10 | Q. Are those U.S. or Canada? |
| 12:43:14 | 11 | A. Yes. |
| 12:43:17 | 12 | Q. Okay. So we're doing okay. |
| 12:43:23 | 13 | Then on 4717 we seem to start again, and it |
| 12:43:30 | 14 | may be that this is part of the vertical aspect. In |
| 12:43:33 | 15 | other words, if you think about this spreadsheet, |
| 12:43:37 | 16 | it's possible 4717 would be the next layer of the |
| 12:43:43 | 17 | spreadsheet that's going to start another horizontal |
| 12:43:48 | 18 | spreadsheet. I don't know. But once again, if you |
| 12:43:50 | 19 | go through it, you come to another break, which is |
| 12:43:52 | 20 | on page 4726. Okay? |
| 12:44:03 | 21 | A. Okay. |
| 12:44:03 | 22 | Q. And now the next page starts quarters |
| 12:44:15 | 23 | across the top, and that goes onto 4736. And again, |
| 12:44:26 | 24 | we're in Exhibit 4. We'll do this little exercise |
| 12:44:33 | 25 | again, Ms. Shepherd. 4736 can line up and be |

Page 121

| 12:44:39 | 1 | lined up with 4726 if you put them next to each |
| 12:44:49 | 2 | other. And at least the way I'm lining them up, |
| 12:44:55 | 3 | they've got the same numbers. In other words, the |
| 12:44:58 | 4 | same number of rows or columns, depending on how you |
| 12:45:06 | 5 | call them, if you call them the horizontal kind, the |
| 12:45:09 | 6 | same kind of horizontal kind of columns. Or would |
| 12:45:13 | 7 | you call those rows? |
| 12:45:13 | 8 | A. I would call them horizontal rows. |
| 12:45:16 | 9 | Q. Rows. Let's go with that. |
| 12:45:19 | 10 | Seems like the same number of rows? |
| 12:45:20 | 11 | A. It appears to be, yes. |
| 12:45:22 | 12 | Q. Okay. So from this can you tell if this is |
| 12:45:24 | 13 | the spreadsheet you were referring to in Exhibit 3? |
| 12:45:28 | 14 | A. I can tell that this is not the spreadsheet |
| 12:45:31 | 15 | that I attached in this e-mail. |
| 12:45:33 | 16 | Q. Okay. And how is that? |
| 12:45:35 | 17 | A. Because this has forecast numbers and sales |
| 12:45:43 | 18 | territory codes. It has financial information. |
| 12:45:52 | 19 | Q. Oh, and that's not something you would |
| 12:45:54 | 20 | have? |
| 12:45:56 | 21 | A. It's not something that I -- it's not what |
| 12:45:59 | 22 | I'm referring to on the spreadsheet, on this e-mail. |
| 12:46:04 | 23 | Q. Okay. Okay. Is it a type of spreadsheet, |
| 12:46:08 | 24 | though, that you are familiar with? |
| 12:46:14 | 25 | MS. JOHNSON: Exhibit 4? |

31 (Pages 118 to 121)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

### Page 122

| | | |
|---|---|---|
| 12:46:15 | 1 | MR. CARROLL: Yes. |
| 12:46:17 | 2 | THE WITNESS: I've seen this type of |
| 12:46:19 | 3 | spreadsheet before, yes. |
| 12:46:21 | 4 | MR. CARROLL: Okay. |
| 12:46:22 | 5 | Q. Let's look at some of the customers |
| 12:46:23 | 6 | starting on 4702 of Exhibit 4, so you might want to |
| 12:46:28 | 7 | re-assemble it a little bit. I'm just re-assembling |
| 12:46:49 | 8 | mine. Give me one second. |
| 12:47:01 | 9 | Okay. So on 4702 the customers that are |
| 12:47:09 | 10 | listed from the top, some of them departments of |
| 12:47:14 | 11 | justices, bureaus of investigation, sheriff's |
| 12:47:18 | 12 | department, etcetera. Come down, then, to Ohio |
| 12:47:21 | 13 | University; are you familiar with that customer? |
| 12:47:24 | 14 | A. I'm not. |
| 12:47:25 | 15 | Q. Okay. If you continue down about five |
| 12:47:32 | 16 | more, University of Texas MD Anderson Cancer Center. |
| 12:47:36 | 17 | Are you familiar with that customer? |
| 12:47:38 | 18 | A. I am. |
| 12:47:39 | 19 | Q. Okay. And does that customer buy STR kits |
| 12:47:42 | 20 | from LTI? |
| 12:47:43 | 21 | A. I do not know. |
| 12:47:44 | 22 | Q. You don't know that? |
| 12:47:45 | 23 | A. I don't know. |
| 12:47:46 | 24 | Q. Okay. Let's go back to Exhibit 1. And |
| 12:47:51 | 25 | keep that exhibit near you. And let's look at |

### Page 123

| | | |
|---|---|---|
| 12:47:55 | 1 | paragraph 29. Oh, not page 29, sorry. Paragraph 29 |
| 12:48:13 | 2 | of Exhibit 1. |
| 12:48:15 | 3 | A. Thank you. |
| 12:48:19 | 4 | Yes? |
| 12:48:19 | 5 | Q. Okay. And do you see that that's specific |
| 12:48:21 | 6 | to M.D. Anderson? |
| 12:48:23 | 7 | A. I do. |
| 12:48:23 | 8 | Q. Okay. Did you have occasion prior to this |
| 12:48:27 | 9 | deposition to search for M.D. Anderson Cancer |
| 12:48:30 | 10 | Center? |
| 12:48:30 | 11 | A. I did. |
| 12:48:31 | 12 | Q. And did you get any results? |
| 12:48:33 | 13 | A. I did. |
| 12:48:34 | 14 | Q. Okay. And what were those results? |
| 12:48:35 | 15 | A. I recall a conversation with one of my FAS, |
| 12:48:44 | 16 | as well as an inquiry from M.D. Anderson, into the |
| 12:48:49 | 17 | tech support lines regarding HID questions. I don't |
| 12:48:57 | 18 | recall the specifics of the content. |
| 12:49:00 | 19 | Q. Okay. And did you provide that |
| 12:49:02 | 20 | documentation to counsel? |
| 12:49:03 | 21 | A. I did. |
| 12:49:04 | 22 | Q. Did you bring it to this depo? |
| 12:49:06 | 23 | A. I did not. |
| 12:49:07 | 24 | MR. CARROLL: Okay. Did counsel bring it |
| 12:49:09 | 25 | to this depo? |

### Page 124

| | | |
|---|---|---|
| 12:49:09 | 1 | MS. JOHNSON: No, I'm not sure exactly |
| 12:49:12 | 2 | which document she's referring to. I can tell you |
| 12:49:13 | 3 | that the e-mail documents that Ms. Shepherd is |
| 12:49:16 | 4 | referring to either have been part of the electronic |
| 12:49:19 | 5 | production that has been made or will be part of |
| 12:49:21 | 6 | that production. The Siebel documents have not yet |
| 12:49:24 | 7 | been produced. They will be once we've -- as she |
| 12:49:28 | 8 | mentioned, they're difficult to print, so we need to |
| 12:49:30 | 9 | figure out the correct format in which to produce |
| 12:49:33 | 10 | those. |
| 12:49:33 | 11 | MR. CARROLL: Okay. All right. |
| 12:49:34 | 12 | Understood. |
| 12:49:34 | 13 | Q. So you mentioned, with respect to paragraph |
| 12:49:37 | 14 | 29 of Exhibit 1, that you had a hit, but the more |
| 12:49:43 | 15 | detailed content you can't recall at this time? |
| 12:49:43 | 16 | A. That's correct. |
| 12:49:46 | 17 | Q. Okay. Since we're on M.D. Anderson, let's |
| 12:49:49 | 18 | finish M.D. Anderson with paragraphs 56 and 81. So |
| 12:49:54 | 19 | let's start with 56. Now, your testimony before, if |
| 12:50:09 | 20 | I got it right -- hopefully I did -- is that you can |
| 12:50:13 | 21 | get direct calls, but calls can come into the |
| 12:50:16 | 22 | technical service center as well, might be rerouted, |
| 12:50:19 | 23 | might be handled by that other applications group; |
| 12:50:22 | 24 | right? |
| 12:50:23 | 25 | A. Correct. |

### Page 125

| | | |
|---|---|---|
| 12:50:24 | 1 | Q. And his name is? |
| 12:50:24 | 2 | A. Paul Galgano is the manager of that group. |
| 12:50:28 | 3 | Q. Okay. Thank you. |
| 12:50:30 | 4 | In paragraph 56, your search would not have |
| 12:50:35 | 5 | identified M.D. Anderson Cancer Center inquiries |
| 12:50:40 | 6 | with regard to that applications group? |
| 12:50:44 | 7 | A. Correct. |
| 12:50:44 | 8 | Q. Okay. But they would have identified your |
| 12:50:53 | 9 | team's interactions with M.D. Anderson with respect |
| 12:50:57 | 10 | to the four STR kits mentioned? |
| 12:51:01 | 11 | A. Correct. |
| 12:51:02 | 12 | Q. Okay. So again, we have to go to Paul -- |
| 12:51:08 | 13 | Is that his name? |
| 12:51:08 | 14 | A. Paul. |
| 12:51:09 | 15 | Q. -- Paul to get any information he might |
| 12:51:13 | 16 | have? |
| 12:51:14 | 17 | A. You could. |
| 12:51:14 | 18 | Q. Okay. What about service sales |
| 12:51:19 | 19 | representatives, would your search have picked off |
| 12:51:23 | 20 | their interactions with M.D. Anderson? |
| 12:51:27 | 21 | A. I'm not sure what a service sales -- |
| 12:51:30 | 22 | service and sales is two different groups. |
| 12:51:33 | 23 | Q. Okay. Are there sales representatives? |
| 12:51:37 | 24 | A. Yes. |
| 12:51:37 | 25 | Q. And your search wouldn't have picked those |

32 (Pages 122 to 125)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

| | | Page 126 |
|---|---|---|
| 12:51:40 | 1 | up? |
| 12:51:40 | 2 | A. Correct. |
| 12:51:40 | 3 | Q. And who would we go to get those? Who |
| 12:51:44 | 4 | could search the database to get the sales rep |
| 12:51:47 | 5 | interactions with M.D. Anderson that fit the topic |
| 12:51:51 | 6 | 56, paragraph 56? |
| 12:51:53 | 7 | MS. JOHNSON: Object to the extent it |
| 12:51:54 | 8 | assumes facts not in evidence. I'm not sure that |
| 12:51:57 | 9 | there is testimony that there is a database that |
| 12:51:58 | 10 | would reflect sales representative inquiries with |
| 12:52:02 | 11 | any particular customer. |
| 12:52:04 | 12 | She can answer to the extent she knows. |
| 12:52:07 | 13 | THE WITNESS: That question would be better |
| 12:52:09 | 14 | directed to Danny Hall. |
| 12:52:11 | 15 | MR. CARROLL: Okay. |
| 12:52:13 | 16 | Q. You mentioned SAP -- |
| 12:52:14 | 17 | SAP? |
| 12:52:15 | 18 | A. Yes. |
| 12:52:15 | 19 | Q. Okay. |
| 12:52:16 | 20 | -- as a database. Okay. Does that stand |
| 12:52:19 | 21 | for something? |
| 12:52:20 | 22 | A. I'm sure it does, but I don't know. |
| 12:52:22 | 23 | Q. I don't know either. I actually have heard |
| 12:52:25 | 24 | the term before, so it's probably some software |
| 12:52:27 | 25 | term. |

| | | Page 127 |
|---|---|---|
| 12:52:28 | 1 | Who maintains that database? |
| 12:52:33 | 2 | A. I would assume our IT department. |
| 12:52:35 | 3 | Q. Okay. |
| 12:52:35 | 4 | A. But I don't know. |
| 12:52:37 | 5 | Q. And who would put entries into that? Would |
| 12:52:39 | 6 | that be salespeople? |
| 12:52:41 | 7 | A. Sales order administration, yes. Order |
| 12:52:46 | 8 | administration and sales. |
| 12:52:48 | 9 | Q. What's order and administration? Who's |
| 12:52:50 | 10 | that? |
| 12:52:50 | 11 | A. Order administration -- |
| 12:52:53 | 12 | Q. Okay. |
| 12:52:53 | 13 | A. -- is a group of individuals that receive |
| 12:52:58 | 14 | web-based orders, phone orders, e-mail orders and |
| 12:53:02 | 15 | process those. |
| 12:53:03 | 16 | Q. Okay. All right. Okay. So we did |
| 12:53:09 | 17 | paragraph 56 of M.D. Anderson. Where did M.D. |
| 12:53:16 | 18 | Anderson go? Here we go, paragraph 81 of Exhibit |
| 12:53:20 | 19 | A -- Exhibit 1. Sorry. |
| 12:53:23 | 20 | Now, this comes back to onsite and in-house |
| 12:53:30 | 21 | testing for M.D. Anderson. Are you aware of any |
| 12:53:35 | 22 | onsite or in-house testing for M.D. Anderson at all? |
| 12:53:40 | 23 | A. I am not. |
| 12:53:41 | 24 | Q. Okay. Do you know whether M.D. Anderson |
| 12:53:47 | 25 | was involved in the Identifiler problem that we |

| | | Page 128 |
|---|---|---|
| 12:53:52 | 1 | talked about with respect to Exhibit 3? |
| 12:53:55 | 2 | A. I don't recall specifically. |
| 12:54:02 | 3 | Q. All right. If we go back to Exhibit 4 and |
| 12:54:08 | 4 | move on down the list past M.D. Anderson, do you see |
| 12:54:13 | 5 | Boise State University right under M.D. Anderson? |
| 12:54:22 | 6 | This is on Bates stamp 4702. |
| 12:54:28 | 7 | A. How far down the page is it? |
| 12:54:30 | 8 | Q. About the top third. |
| 12:54:33 | 9 | A. I do. |
| 12:54:33 | 10 | Q. Okay. Do you -- are you familiar with this |
| 12:54:35 | 11 | customer? |
| 12:54:38 | 12 | A. Yes. |
| 12:54:38 | 13 | Q. And do they buy STR kits? |
| 12:54:43 | 14 | MS. JOHNSON: Objection. |
| 12:54:44 | 15 | THE WITNESS: Yes. |
| 12:54:44 | 16 | MS. JOHNSON: To the extent that's beyond |
| 12:54:46 | 17 | the scope of her deposition. I'll let her answer, |
| 12:54:48 | 18 | but it may be more appropriately posed to Mr. Hall. |
| 12:54:51 | 19 | THE WITNESS: I know that Boise State |
| 12:54:53 | 20 | University has a couple of Ph.D.s that run the |
| 12:54:58 | 21 | innocence project. |
| 12:54:58 | 22 | BY MR. CARROLL: |
| 12:54:59 | 23 | Q. And what's that? |
| 12:54:59 | 24 | A. The innocence project is a group that does |
| 12:55:09 | 25 | DNA testing or retesting on convicted offenders that |

| | | Page 129 |
|---|---|---|
| 12:55:15 | 1 | they believe are wrongfully accused for the purpose |
| 12:55:19 | 2 | of exonerating them using DNA results. |
| 12:55:24 | 3 | Q. Got it. |
| 12:55:25 | 4 | Are you aware of any nonforensic use of STR |
| 12:55:29 | 5 | kits by Boise State University? |
| 12:55:31 | 6 | A. I'm not. |
| 12:55:32 | 7 | Q. Okay. Moving on down to Ohio University, |
| 12:55:36 | 8 | just above Ohio University, Midwest Research |
| 12:55:40 | 9 | Institute, are you familiar with them? |
| 12:55:41 | 10 | A. I'm not. |
| 12:55:42 | 11 | Q. Okay. Pennsylvania State University? |
| 12:55:45 | 12 | A. I am. |
| 12:55:45 | 13 | Q. And do they use STR kits? |
| 12:55:47 | 14 | A. They do. |
| 12:55:48 | 15 | Q. And for what purpose? |
| 12:55:49 | 16 | A. For the purpose of teaching forensic |
| 12:55:52 | 17 | students. |
| 12:55:52 | 18 | Q. Okay. Arizona State University at Tempe, |
| 12:55:58 | 19 | are you familiar with their use of STR kits? |
| 12:56:00 | 20 | A. I'm not. |
| 12:56:01 | 21 | Q. Okay. BRT Laboratories in Baltimore? |
| 12:56:05 | 22 | A. Yes. |
| 12:56:06 | 23 | Q. And forensic or nonforensic? |
| 12:56:08 | 24 | A. Paternity. |
| 12:56:10 | 25 | Q. Paternity. |

33 (Pages 126 to 129)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

## Page 130

| | | |
|---|---|---|
| 12:56:11 | 1 | Fayetteville State University, are you |
| 12:56:17 | 2 | familiar with their purchase of STR kits? |
| 12:56:19 | 3 | A. I'm not. |
| 12:56:20 | 4 | Q. Okay. Michigan -- sorry, University of |
| 12:56:25 | 5 | Central Oklahoma in Edmond? |
| 12:56:30 | 6 | A. I'm not familiar with them. |
| 12:56:31 | 7 | Q. Okay. SIR Logical Research in Richmond? |
| 12:56:37 | 8 | A. Yes. |
| 12:56:37 | 9 | Q. Forensic or nonforensic? |
| 12:56:39 | 10 | A. Forensic. |
| 12:56:40 | 11 | Q. Are you familiar with any nonforensic use |
| 12:56:42 | 12 | of STR kits by them? |
| 12:56:44 | 13 | A. Yes. |
| 12:56:44 | 14 | Q. And what would that be? |
| 12:56:46 | 15 | A. Research and development and antibodies and |
| 12:56:50 | 16 | monoclonals. |
| 12:56:51 | 17 | Q. Okay. And any nonforensic use of STR kits? |
| 12:56:56 | 18 | A. Not that I'm aware of. |
| 12:56:57 | 19 | Q. Okay. SUNY Albany, are you familiar with |
| 12:57:03 | 20 | them as a customer? |
| 12:57:04 | 21 | A. Yes. |
| 12:57:04 | 22 | Q. Okay. And just a question about SUNY |
| 12:57:08 | 23 | Albany: Are they the centralized customer for all |
| 12:57:14 | 24 | the universities in the SUNY system? |
| 12:57:17 | 25 | A. I don't know. |

## Page 131

| | | |
|---|---|---|
| 12:57:17 | 1 | Q. Okay. What do you know about SUNY Albany |
| 12:57:21 | 2 | and STR kit use? |
| 12:57:22 | 3 | A. I don't know anything about their STR kit |
| 12:57:28 | 4 | use. I know the lab. I know of the lab. |
| 12:57:31 | 5 | Q. Of the lab. Okay. |
| 12:57:33 | 6 | But not what they do there? |
| 12:57:34 | 7 | A. I do not. |
| 12:57:35 | 8 | Q. Forensics or otherwise? |
| 12:57:37 | 9 | A. I know some of what they do. |
| 12:57:38 | 10 | Q. Okay. What do they do? |
| 12:57:40 | 11 | A. HLA. |
| 12:57:40 | 12 | Q. Okay. But as far as STR kits, you don't |
| 12:57:45 | 13 | know? |
| 12:57:45 | 14 | A. I don't know. |
| 12:57:45 | 15 | Q. Okay. Going to 4703, BTG, Inc., it's the |
| 12:58:06 | 16 | fifth one down. |
| 12:58:07 | 17 | A. Yes. |
| 12:58:07 | 18 | Q. Do you know them? |
| 12:58:08 | 19 | A. I do. |
| 12:58:10 | 20 | Q. Are they a commercial lab? |
| 12:58:11 | 21 | A. They are. |
| 12:58:11 | 22 | Q. And do they do forensics? |
| 12:58:13 | 23 | A. Yes. |
| 12:58:13 | 24 | Q. With STRs? |
| 12:58:15 | 25 | A. Yes. |

## Page 132

| | | |
|---|---|---|
| 12:58:15 | 1 | Q. Any nonforensic STR use? |
| 12:58:19 | 2 | A. Not that I'm aware of. |
| 12:58:20 | 3 | Q. All right. Charles River Lab Preclinical |
| 12:58:24 | 4 | Research, are you familiar with them? |
| 12:58:26 | 5 | A. I'm not. |
| 12:58:30 | 6 | Q. Okay. British Columbia Institute Of |
| 12:58:31 | 7 | Technology? |
| 12:58:31 | 8 | A. Not familiar. |
| 12:58:32 | 9 | Q. Lakehead University? |
| 12:58:34 | 10 | A. Not familiar. |
| 12:58:34 | 11 | Q. McMaster University? |
| 12:58:37 | 12 | A. Not familiar. |
| 12:58:37 | 13 | Q. Maxxam Analytics, Inc.? |
| 12:58:42 | 14 | A. I've heard of them. |
| 12:58:44 | 15 | Q. Don't know what they do? |
| 12:58:44 | 16 | A. I do not. |
| 12:58:47 | 17 | Q. Okay. Mitotyping Technologies? |
| 12:58:54 | 18 | A. Yes. |
| 12:58:54 | 19 | Q. Private company? |
| 12:58:55 | 20 | A. Yes. |
| 12:58:55 | 21 | Q. STR use? |
| 12:58:57 | 22 | A. They're primarily, as their name says, a |
| 12:59:04 | 23 | mitochondrial sequencing lab, which is forensics, |
| 12:59:06 | 24 | but I don't know if they use STR kits. |
| 12:59:09 | 25 | Q. Okay. SRI International? |

## Page 133

| | | |
|---|---|---|
| 12:59:15 | 1 | A. Yes. |
| 12:59:17 | 2 | Q. They use STR kits? |
| 12:59:19 | 3 | A. They do. |
| 12:59:20 | 4 | Q. Forensic? |
| 12:59:23 | 5 | A. They do. |
| 12:59:24 | 6 | Q. Nonforensic STR use? |
| 12:59:29 | 7 | A. I don't know. |
| 12:59:30 | 8 | Q. Center for Disease Control? |
| 12:59:31 | 9 | A. Yes. |
| 12:59:32 | 10 | Q. STR use? |
| 12:59:34 | 11 | A. Yes. |
| 12:59:34 | 12 | Q. Forensic? |
| 12:59:37 | 13 | A. No. |
| 12:59:38 | 14 | Q. What do they use STR kits for? |
| 12:59:40 | 15 | A. To validate trios and disease studies for |
| 12:59:51 | 16 | diabetes. A trio would be a mother, a father and a |
| 12:59:54 | 17 | child or offspring. They're investing a lot of |
| 13:00:00 | 18 | research money and time into studying specific |
| 13:00:04 | 19 | genes, and they want to make certain that the trios |
| 13:00:06 | 20 | that they're starting with are truly related in a |
| 13:00:11 | 21 | Mendelian fashion. Mendelian, M-e-n-d-e-l-i-a-n; |
| 13:00:16 | 22 | i.e., Gregor Mendel. |
| 13:00:18 | 23 | Q. You must have won a spelling bee. That's |
| 13:00:21 | 24 | very good. |
| 13:00:22 | 25 | Tell me this: Are there other customers |

34 (Pages 130 to 133)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 134

| | | |
|---|---|---|
| 3:00:25 | 1 | who do this type of trio work with STR kits from |
| 3:00:29 | 2 | Life Tech? |
| 3:00:29 | 3 | A. Not that I'm aware of. |
| 3:00:31 | 4 | Q. Okay. MIT Lincoln Lab? |
| 3:00:36 | 5 | A. I'm not familiar with them. |
| 3:00:37 | 6 | Q. NIH NCI? |
| 3:00:41 | 7 | A. I have obviously heard of NIH, but I'm not |
| 3:00:44 | 8 | aware of any STR use there. |
| 3:00:46 | 9 | Q. Okay. West Virginia University, |
| 3:00:53 | 10 | Morgantown? |
| 3:00:53 | 11 | A. Yes. |
| 3:00:53 | 12 | Q. Do they use STR kits? |
| 3:00:55 | 13 | A. Yes. |
| 3:00:55 | 14 | Q. Forensic? |
| 3:00:56 | 15 | A. Forensic teaching, yes. |
| 3:00:58 | 16 | Q. And any nonforensic use of STR? |
| 3:01:01 | 17 | A. Not that I'm aware of. |
| 3:01:02 | 18 | Q. Okay. Isis Pharmaceuticals? |
| 3:01:10 | 19 | A. Again, I've heard of them, but I don't know |
| 3:01:13 | 20 | what they do. |
| 3:01:13 | 21 | Q. Okay. University of Massachusetts? |
| 3:01:18 | 22 | A. I'm not familiar with any STR use there. |
| 3:01:21 | 23 | Q. University of Iowa? |
| 3:01:24 | 24 | A. Not familiar with any use of STR kits |
| 3:01:27 | 25 | there. |

Page 135

| | | |
|---|---|---|
| 3:01:27 | 1 | Q. University of Alabama? |
| 3:01:31 | 2 | A. Yes. |
| 3:01:31 | 3 | Q. STR kit use? |
| 3:01:33 | 4 | A. Yes. |
| 3:01:33 | 5 | Q. Forensic? |
| 3:01:35 | 6 | A. Yes. |
| 3:01:35 | 7 | Q. Non-forensic STR kit use? |
| 3:01:40 | 8 | A. Maybe. |
| 3:01:40 | 9 | Q. Do you know what it might be? |
| 3:01:43 | 10 | A. I do not. |
| 3:01:43 | 11 | Q. Okay. Why do you say "maybe," though? |
| 3:01:51 | 12 | A. Because they have contacted our tech |
| 3:01:55 | 13 | support services. I know that in the past they have |
| 3:02:01 | 14 | used STR, but I -- I don't know. I have not had |
| 3:02:04 | 15 | contact with them in the context of time that we're |
| 3:02:07 | 16 | referring to. |
| 3:02:08 | 17 | Q. Okay. It's one o'clock. Lunchtime. So |
| 3:02:12 | 18 | why don't we take a break. |
| 3:02:14 | 19 | How long would you like to go? |
| 3:02:17 | 20 | THE VIDEOGRAPHER: Off the record. The |
| 3:02:18 | 21 | time is 1:02. |
| 3:02:21 | 22 | (Lunch recess.) |
| 3:02:23 | 23 | /// |
| 3:02:23 | 24 | /// |
| 3:02:23 | 25 | /// |

Page 136

| | | |
|---|---|---|
| 14:10:06 | 1 | LOS ANGELES, CALIFORNIA; TUESDAY, JULY 26, 2011 |
| 14:10:57 | 2 | 2:13 P.M. |
| 14:10:57 | 3 | |
| 14:13:19 | 4 | |
| 14:13:19 | 5 | THE VIDEOGRAPHER: We're back on the record |
| 14:13:29 | 6 | at 2:13. |
| 14:13:31 | 7 | |
| 14:13:31 | 8 | FURTHER EXAMINATION |
| 14:13:31 | 9 | |
| 14:13:31 | 10 | BY MR. CARROLL: |
| 14:13:36 | 11 | Q. I think we were looking at Exhibit 4 before |
| 14:13:38 | 12 | the break. |
| 14:13:38 | 13 | A. Yes. |
| 14:13:39 | 14 | Q. And I think we got as far as 4703, so let's |
| 14:13:51 | 15 | turn over to 4704. The third one down is Marshall |
| 14:14:01 | 16 | University Research Corp; are you familiar with |
| 14:14:01 | 17 | them? |
| 14:14:02 | 18 | A. I am. |
| 14:14:02 | 19 | Q. Do they use STR kits? |
| 14:14:04 | 20 | A. They do. |
| 14:14:05 | 21 | Q. Forensic? |
| 14:14:06 | 22 | A. Yes. |
| 14:14:07 | 23 | Q. Nonforensic? |
| 14:14:08 | 24 | A. Not aware if they do. |
| 14:14:09 | 25 | Q. Okay. Genzyme Genetics? |

Page 137

| | | |
|---|---|---|
| 14:14:12 | 1 | A. I've heard of them. |
| 14:14:13 | 2 | Q. Are you familiar with what they do? |
| 14:14:14 | 3 | A. I'm not. |
| 14:14:15 | 4 | Q. Don't know if they use STR? |
| 14:14:19 | 5 | A. I do not. |
| 14:14:20 | 6 | Q. University of Central Florida? |
| 14:14:21 | 7 | A. Yes. |
| 14:14:22 | 8 | Q. Familiar with what they do? |
| 14:14:23 | 9 | A. Yes. |
| 14:14:24 | 10 | Q. Use STR kits? |
| 14:14:25 | 11 | A. They do. |
| 14:14:26 | 12 | Q. Forensics? |
| 14:14:27 | 13 | A. Yes. |
| 14:14:27 | 14 | Q. Nonforensic? |
| 14:14:28 | 15 | A. Don't know. |
| 14:14:29 | 16 | Q. Okay. We talked about SUNY Albany before. |
| 14:14:34 | 17 | Orchid Cellmark, do you know them? |
| 14:14:35 | 18 | A. I do. |
| 14:14:36 | 19 | Q. Private company? |
| 14:14:37 | 20 | A. Yes. |
| 14:14:38 | 21 | Q. Do they use STR? |
| 14:14:39 | 22 | A. They do. |
| 14:14:40 | 23 | Q. Forensic? |
| 14:14:41 | 24 | A. Yes. |
| 14:14:43 | 25 | Q. Nonforensic? |

35 (Pages 134 to 137)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

---

Page 138

| | | |
|---|---|---|
| 14:14:44 | 1 | A. I believe they have other applications, but |
| 14:14:46 | 2 | I'm not aware of using STR kits, other applications. |
| 14:14:53 | 3 | Q. Okay. Transgenomic, Inc.? |
| 14:14:54 | 4 | A. I've heard the name. |
| 14:14:55 | 5 | Q. Don't know what they do? |
| 14:14:56 | 6 | A. Not familiar. |
| 14:14:56 | 7 | Q. Okay. Genetrack Biolabs? |
| 14:14:59 | 8 | A. Again, I've heard of this lab, but I'm not |
| 14:15:02 | 9 | familiar with what Genetrack does. |
| 14:15:04 | 10 | Q. University of Illinois at Chicago? |
| 14:15:09 | 11 | A. I'm not familiar with them. |
| 14:15:11 | 12 | Q. And we did University of South Florida. |
| 14:15:14 | 13 | Ethicon? |
| 14:15:18 | 14 | A. Not familiar with them. |
| 14:15:19 | 15 | Q. Now, there was -- oh, there it is, yeah -- |
| 14:15:26 | 16 | Boston University School of Medicine? |
| 14:15:29 | 17 | A. Not familiar with them. |
| 14:15:31 | 18 | Q. University of Southern Mississippi? |
| 14:15:34 | 19 | A. Not familiar with them. |
| 14:15:35 | 20 | Q. Microchip Biotechnologies? |
| 14:15:38 | 21 | A. Not familiar with them. |
| 14:15:40 | 22 | Q. IVK Labs Corporation? |
| 14:15:42 | 23 | A. Not familiar with them. |
| 14:15:43 | 24 | Q. University of Texas at Arlington? |
| 14:15:46 | 25 | A. Not familiar with them. |

---

Page 139

| | | |
|---|---|---|
| 14:15:47 | 1 | Q. University of North Texas? |
| 14:15:50 | 2 | A. Yes. |
| 14:15:50 | 3 | Q. Do you know what they do? |
| 14:15:52 | 4 | A. I do. |
| 14:15:53 | 5 | Q. Do they use STR kits? |
| 14:15:54 | 6 | A. They do. |
| 14:15:55 | 7 | Q. And do you know what purpose? |
| 14:15:56 | 8 | A. Yes. |
| 14:15:57 | 9 | Q. Forensic? |
| 14:15:58 | 10 | A. Yes. |
| 14:15:58 | 11 | Q. Nonforensic? |
| 14:15:59 | 12 | A. Teaching of forensics. |
| 14:16:01 | 13 | Q. Okay. Any nonforensic use of STRs that you |
| 14:16:04 | 14 | know of? |
| 14:16:04 | 15 | A. Not that I'm aware of. |
| 14:16:06 | 16 | Q. Okay. National Jewish Center in Denver? |
| 14:16:12 | 17 | A. Not familiar with them. |
| 14:16:13 | 18 | Q. University of Nebraska? |
| 14:16:15 | 19 | A. Not familiar. |
| 14:16:16 | 20 | Q. University of New Haven? |
| 14:16:25 | 21 | A. I'm aware of fault leaders in the forensic |
| 14:16:31 | 22 | community that are based out of the University of |
| 14:16:33 | 23 | New Haven. |
| 14:16:34 | 24 | Q. Okay. But not any more than that? |
| 14:16:37 | 25 | A. Correct. |

---

Page 140

| | | |
|---|---|---|
| 14:16:37 | 1 | Q. Okay. University of Ontario Institute of |
| 14:16:40 | 2 | Technology? |
| 14:16:41 | 3 | A. Not familiar with them. |
| 14:16:42 | 4 | Q. Okay. Chino Labs? |
| 14:16:46 | 5 | A. Not familiar with Chino Labs. |
| 14:16:49 | 6 | Q. Chromosomal Labs? |
| 14:16:52 | 7 | A. Yes. |
| 14:16:52 | 8 | Q. STR kits? |
| 14:16:54 | 9 | A. Yes. |
| 14:16:54 | 10 | Q. Forensics? |
| 14:16:56 | 11 | A. Yes. |
| 14:16:56 | 12 | Q. Nonforensics? |
| 14:16:59 | 13 | A. Not aware. |
| 14:17:00 | 14 | Q. Pace University? |
| 14:17:01 | 15 | A. Not familiar. |
| 14:17:03 | 16 | Q. CUNY John Jay College? |
| 14:17:08 | 17 | A. Yes. |
| 14:17:08 | 18 | Q. STR kits? |
| 14:17:10 | 19 | A. Yes. |
| 14:17:10 | 20 | Q. Forensics? |
| 14:17:11 | 21 | A. Yes. |
| 14:17:11 | 22 | Q. Nonforensics? |
| 14:17:12 | 23 | A. Not aware of nonforensics. |
| 14:17:15 | 24 | Q. Arizona State University? |
| 14:17:17 | 25 | A. Not familiar. |

---

Page 141

| | | |
|---|---|---|
| 14:17:18 | 1 | Q. Human Identification Technologies, Inc.? |
| 14:17:24 | 2 | A. I have no personal knowledge of them. |
| 14:17:26 | 3 | Q. Okay. National Institute of Standards? |
| 14:17:30 | 4 | A. Yes. |
| 14:17:30 | 5 | Q. STR kits? |
| 14:17:32 | 6 | A. Yes. |
| 14:17:32 | 7 | Q. Forensic? |
| 14:17:33 | 8 | A. Yes. |
| 14:17:33 | 9 | Q. Nonforensic? |
| 14:17:35 | 10 | A. Yes. |
| 14:17:35 | 11 | Q. What kind of nonforensic? |
| 14:17:37 | 12 | A. Research. |
| 14:17:37 | 13 | Q. With STR kits? |
| 14:17:39 | 14 | A. Yes. |
| 14:17:39 | 15 | Q. Okay. And how do you know that? |
| 14:17:41 | 16 | A. Dr. John Butler heads that laboratory and |
| 14:17:44 | 17 | he frequently publishes -- is a very well-known DNA |
| 14:17:50 | 18 | analyst. |
| 14:17:51 | 19 | Q. Okay. Veracity Biotechnology, LLC? |
| 14:17:56 | 20 | A. Not familiar. |
| 14:17:56 | 21 | Q. Genequest DNA Analysis Labs? |
| 14:18:01 | 22 | A. Not familiar. |
| 14:18:03 | 23 | Q. John -- Johns Hopkins University? |
| 14:18:11 | 24 | A. Not familiar with any STR use. |
| 14:18:15 | 25 | Q. Okay. That's one specific one that we have |

---

36 (Pages 138 to 141)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 142

| | | |
|---|---|---|
| 14:18:20 | 1 | in our 30 (b)(6), so let's go to Johns Hopkins. |
| 14:18:25 | 2 | A. Okay. |
| 14:18:25 | 3 | Q. Page -- sorry, paragraph 16 of Exhibit 1. |
| 14:18:31 | 4 | A. Okay. |
| 14:18:32 | 5 | Q. Did you have occasion to read that |
| 14:18:36 | 6 | paragraph before coming to the depo? |
| 14:18:37 | 7 | A. I did. |
| 14:18:38 | 8 | Q. Okay.  And are you aware of any information |
| 14:18:43 | 9 | concerning the use of STR kits by Johns Hopkins |
| 14:18:47 | 10 | University with respect to any of the four kits |
| 14:18:52 | 11 | mentioned in paragraph 16 during the period 2006 to |
| 14:18:55 | 12 | present where those uses were, and I'll use just use |
| 14:19:00 | 13 | the four applications we talked about in paragraph |
| 14:19:04 | 14 | 1?  Do you still remember those four applications? |
| 14:19:07 | 15 | A. I do.  That was a lot in your question. |
| 14:19:09 | 16 | Q. Okay. |
| 14:19:10 | 17 | A. So -- |
| 14:19:10 | 18 | Q. All I'm trying to do, and I'll restate it |
| 14:19:13 | 19 | for you -- |
| 14:19:13 | 20 | A. Okay. |
| 14:19:13 | 21 | Q. -- and that's fine, is try to limit it |
| 14:19:16 | 22 | because 16 is now broader than you and I have agreed |
| 14:19:19 | 23 | to talk about; right?  So you and I have talked |
| 14:19:22 | 24 | about four applications from paragraph 1? |
| 14:19:25 | 25 | A. Correct. |

Page 143

| | | |
|---|---|---|
| 14:19:25 | 1 | Q. So I'm going to limit paragraph 16 to just |
| 14:19:28 | 2 | those four applications.  I'm not going to use that |
| 14:19:31 | 3 | whole list that's at the bottom of paragraph 16. |
| 14:19:33 | 4 | See that? |
| 14:19:34 | 5 | A. Yes. |
| 14:19:34 | 6 | Q. Okay.  So are you aware of use of STR kits |
| 14:19:40 | 7 | by Johns Hopkins University with respect to the four |
| 14:19:44 | 8 | kits mentioned in paragraph 16 during the period |
| 14:19:47 | 9 | 2006 to present for any of the four applications you |
| 14:19:51 | 10 | and I have agreed to talk about? |
| 14:19:55 | 11 | A. Yes. |
| 14:19:55 | 12 | Q. Okay.  And what was that? |
| 14:19:57 | 13 | A. Johns Hopkins has contacted HID tech |
| 14:20:04 | 14 | support to ask questions about cell line |
| 14:20:08 | 15 | authentication. |
| 14:20:08 | 16 | Q. Okay.  And who did they contact? |
| 14:20:10 | 17 | A. Human identity tech support.  I believe it |
| 14:20:15 | 18 | was Lisa Ortuno, but I'm not certain. |
| 14:20:17 | 19 | Q. Okay.  And did you learn that from your |
| 14:20:19 | 20 | search that we talked about? |
| 14:20:22 | 21 | A. I did. |
| 14:20:22 | 22 | Q. Okay.  Was there a follow-up to that |
| 14:20:27 | 23 | inquiry concerning cell authentication? |
| 14:20:31 | 24 | A. Not that I'm aware of. |
| 14:20:32 | 25 | Q. Okay.  How do those follow-ups work?  We |

Page 144

| | | |
|---|---|---|
| 14:20:35 | 1 | talked about before lunch how the calls come in, |
| 14:20:38 | 2 | where they might go, etcetera. |
| 14:20:40 | 3 | A. Right. |
| 14:20:40 | 4 | Q. And then how data -- the database called |
| 14:20:43 | 5 | Siebel is maintained.  But once that happens and you |
| 14:20:48 | 6 | get an inquiry, does Siebel also take an entry as to |
| 14:20:53 | 7 | how that inquiry was handled and resolved? |
| 14:20:56 | 8 | A. Yes. |
| 14:20:57 | 9 | Q. Okay.  So that's spelled out in there? |
| 14:21:02 | 10 | A. Interactions are documented in there, so if |
| 14:21:06 | 11 | there are follow-up calls or replacements or we need |
| 14:21:11 | 12 | to open a service call, that would be documented as |
| 14:21:16 | 13 | a separate entry in Siebel. |
| 14:21:18 | 14 | Q. Okay.  And so when this call came in from |
| 14:21:21 | 15 | Johns Hopkins regarding cell authentication, was |
| 14:21:24 | 16 | there an indication of how that got resolved? |
| 14:21:27 | 17 | A. No, it -- it was just an inquiry about CLA. |
| 14:21:32 | 18 | Q. Okay.  And is there a procedure where, if |
| 14:21:37 | 19 | somebody calls in regarding that, that somebody |
| 14:21:41 | 20 | might be sent out to John -- Johns Hopkins to meet |
| 14:21:46 | 21 | with the client and then discuss it in more detail? |
| 14:21:49 | 22 | A. There could be. |
| 14:21:50 | 23 | Q. Okay.  Is that part of the normal process, |
| 14:21:54 | 24 | or one option, at least? |
| 14:21:55 | 25 | A. That could be an option. |

Page 145

| | | |
|---|---|---|
| 14:21:57 | 1 | Q. Okay. |
| 14:21:57 | 2 | A. Yes. |
| 14:21:58 | 3 | Q. And do you know if, in fact, any of your |
| 14:22:02 | 4 | FS -- FAS or technical support people have visited |
| 14:22:05 | 5 | Johns Hopkins? |
| 14:22:06 | 6 | A. I know that they have not. |
| 14:22:07 | 7 | Q. They have not. |
| 14:22:09 | 8 | Ever? |
| 14:22:09 | 9 | A. No one on my team has been into John -- |
| 14:22:14 | 10 | Johns Hopkins. |
| 14:22:15 | 11 | Q. Okay.  And how do you know that? |
| 14:22:20 | 12 | A. Because I, in preparation for today, I |
| 14:22:25 | 13 | inquired of them about their knowledge, again, about |
| 14:22:29 | 14 | this list of accounts. |
| 14:22:31 | 15 | Q. Okay.  So we talked about paragraph 16. |
| 14:22:33 | 16 | Let's finish off Johns Hopkins with paragraphs 42 |
| 14:22:37 | 17 | and 67.  Paragraph 42's on page 19 of Exhibit 1. |
| 14:22:47 | 18 | A. Yes. |
| 14:22:48 | 19 | Q. And this is one of these which specifies |
| 14:22:54 | 20 | the technical service center? |
| 14:22:56 | 21 | A. Yes. |
| 14:22:57 | 22 | Q. Okay.  And you would have that information |
| 14:23:01 | 23 | insofar as it was relayed on to you; right, about |
| 14:23:07 | 24 | Johns Hopkins? |
| 14:23:09 | 25 | A. Yes, as their interactions with my team. |

37 (Pages 142 to 145)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 146

14:23:13   1      Q.  Right.  And if the -- any inquiry at the
14:23:17   2   technical service center, to the extent it wasn't
14:23:20   3   forwarded on, you -- your search wouldn't have that
14:23:23   4   information?
14:23:23   5      A.  Correct.
14:23:24   6      Q.  Okay.  Does the technical service center
14:23:28   7   also put information into Siebel?
14:23:31   8      A.  It is my understanding they do, yes.
14:23:34   9      Q.  Okay.  All right.  So as we sit here now,
14:23:40  10   can you add anything further to what you know about
14:23:43  11   Johns Hopkins, other than what we talked about in
14:23:46  12   paragraph 16, as to the subject matter of paragraph
14:23:50  13   42?
14:23:51  14      A.  No.
14:23:51  15      Q.  Okay.  Moving to paragraph 67, which is on
14:24:02  16   page 23 of Exhibit 1.
14:24:03  17      A.  Yes.
14:24:04  18      Q.  This is another Johns Hopkins-specific
14:24:06  19   question, and this is the in-house, onsite testing
14:24:11  20   question that we've talked about before.
14:24:13  21      A.  Yes.
14:24:13  22      Q.  Are you aware of any in-house testing on
14:24:17  23   behalf or related to Johns Hopkins' use of STR kits
14:24:22  24   specified in paragraph 67?
14:24:24  25      A.  I'm not.

Page 147

14:24:25   1      Q.  Are you aware of any onsite testing?
14:24:27   2      A.  I'm not.
14:24:27   3      Q.  Okay.  And, again, we talked about the fact
14:24:31   4   that the applications technical support team is a
14:24:34   5   different group than yours?
14:24:35   6      A.  Yes.
14:24:35   7      Q.  And that your search would not have popped
14:24:37   8   up their interactions?
14:24:40   9      A.  Correct.
14:24:41  10      Q.  That's the gentleman Paul we'd have to
14:24:44  11   speak to?
14:24:45  12      A.  Paul Galgano.
14:24:46  13      Q.  Right.  Okay.  And that is Johns Hopkins.
14:24:51  14         So we did Johns Hopkins.  Let's go back to
14:24:56  15   paragraph 17 and do Yale.  And I take it your search
14:25:01  16   that was institution specific listed Yale at one
14:25:05  17   point?
14:25:05  18      A.  It did.
14:25:06  19      Q.  Okay.  And that was the search Ms. Bishop
14:25:11  20   did?
14:25:11  21      A.  Yes.
14:25:11  22      Q.  Did you get any results for Yale?
14:25:14  23      A.  I don't recall that I did.
14:25:16  24      Q.  Okay.  If you had, would you have presented
14:25:19  25   them to counsel?

Page 148

14:25:19   1      A.  Yes.
14:25:20   2      Q.  Okay.  Have any of your field application
14:25:22   3   specialists done an onsite visit at Yale?
14:25:27   4      A.  No.
14:25:27   5      Q.  Okay.  Are you aware that Yale University
14:25:31   6   uses STR kits?
14:25:32   7      A.  I'm not.
14:25:33   8      Q.  Okay.  Who among your FAS people would have
14:25:38   9   Yale in their territory?
14:25:41  10      A.  I'm sorry, I shouldn't -- where's Yale
14:25:44  11   located geographically?
14:25:46  12      Q.  Oh, Connecticut.
14:25:49  13      A.  Sorry.  That would be Martin Danus'
14:25:57  14   territory.
14:25:57  15      Q.  And did you speak with Mark Danus about
14:26:01  16   Yale prior to this deposition?
14:26:01  17      A.  I've never had a conversation with Mark
14:26:05  18   Danus regarding Yale.
14:26:05  19      Q.  Okay.  Let's go to paragraph 43.  I take it
14:26:19  20   your answer for 17 is probably the same for 43, you
14:26:23  21   have no information in this regard?
14:26:24  22      A.  That is correct.
14:26:25  23      Q.  Okay.  Paragraph 67?
14:26:32  24      A.  The same.
14:26:33  25      Q.  The same here.

Page 149

14:26:33   1         And once again, as far as applications,
14:26:36   2   technical support, we'd have to ask Paul?
14:26:38   3      A.  Correct.
14:26:38   4      Q.  Okay.  Let's go to paragraph 18, University
14:26:44   5   of Minnesota.  Did you have occasion to search that
14:26:47   6   institution prior to your deposition?
14:26:50   7      A.  I did.
14:26:50   8      Q.  Any results?
14:26:56   9      A.  I believe there was a result for the
14:26:59  10   University of Minnesota.  I do not recall the
14:27:02  11   context of it.
14:27:03  12      Q.  Okay.  Did you present that to counsel?
14:27:04  13      A.  I did.
14:27:05  14      Q.  Okay.  Have any of your field application
14:27:09  15   specialists done an onsite visit at University of
14:27:13  16   Minnesota regarding STR kits?
14:27:15  17      A.  No.
14:27:15  18      Q.  Okay.  Who would cover University of
14:27:18  19   Minnesota among your three FAS people?
14:27:23  20      A.  I believe that would be Mark Danus as well.
14:27:27  21      Q.  Again?  Really?
14:27:27  22      A.  Yes.
14:27:27  23      Q.  Okay.  Have you ever had a conversation
14:27:29  24   with Mark Danus about the University of Minnesota
14:27:32  25   and its use of STR kits?

38  (Pages 146 to 149)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 150

| | | |
|---|---|---|
| 14:27:34 | 1 | A. No. |
| 14:27:34 | 2 | Q. University of Minnesota's also at |
| 14:27:40 | 3 | paragraphs 44 and 69. Let's go to 44, which is on |
| 14:27:45 | 4 | page 19. |
| 14:27:45 | 5 | A. Yes. |
| 14:27:46 | 6 | Q. Same answer there, or anything more to add |
| 14:27:50 | 7 | regarding the University of Minnesota and your |
| 14:27:52 | 8 | knowledge of their STR kit use? |
| 14:27:53 | 9 | A. Same answer and nothing more to add. |
| 14:27:56 | 10 | Q. Okay. Paragraph 69? |
| 14:28:02 | 11 | A. Same answer and nothing more to add. |
| 14:28:04 | 12 | Q. Okay. Not aware of any onsite testing at |
| 14:28:07 | 13 | University of Minnesota? |
| 14:28:08 | 14 | A. No. |
| 14:28:08 | 15 | Q. Any in-house testing at University of |
| 14:28:11 | 16 | Minnesota? |
| 14:28:11 | 17 | A. No. |
| 14:28:11 | 18 | Q. Was University of Minnesota involved in |
| 14:28:14 | 19 | that Identifiler problem that we discussed before |
| 14:28:17 | 20 | lunch? |
| 14:28:22 | 21 | A. I don't recall. |
| 14:28:24 | 22 | Q. Okay. |
| 14:28:24 | 23 | A. I would have to check records. |
| 14:28:27 | 24 | Q. Okay. Do you recall whether Lab Corp of |
| 14:28:30 | 25 | America was involved in that Identifiler problem? |

Page 151

| | | |
|---|---|---|
| 14:28:33 | 1 | A. I do. |
| 14:28:34 | 2 | Q. Okay. Lab Corp buys STR kits? |
| 14:28:37 | 3 | A. They do. |
| 14:28:38 | 4 | Q. A lot of them? |
| 14:28:39 | 5 | A. Yes. |
| 14:28:39 | 6 | Q. A big account? |
| 14:28:40 | 7 | A. Yes. |
| 14:28:40 | 8 | Q. Now, who handles that account? |
| 14:28:43 | 9 | A. From the support side? |
| 14:28:46 | 10 | Q. Yes. |
| 14:28:47 | 11 | A. Lab Corp is -- is -- has multiple |
| 14:28:53 | 12 | locations, but that would be Melissa Kotkin and |
| 14:28:57 | 13 | April Orbison. |
| 14:28:58 | 14 | Q. Okay. And does Lab Corp use STR kits for |
| 14:29:03 | 15 | forensic use? |
| 14:29:04 | 16 | A. Yes. |
| 14:29:04 | 17 | Q. Do they use STR kits from LTI for |
| 14:29:08 | 18 | nonforensic uses? |
| 14:29:10 | 19 | A. For paternity. |
| 14:29:11 | 20 | Q. Any other use of STR kits by Lab |
| 14:29:14 | 21 | Corp that you know of? |
| 14:29:15 | 22 | A. Not that I'm aware of. |
| 14:29:17 | 23 | Q. Okay. Have you had any conversations with |
| 14:29:22 | 24 | any of your FAS or technical support people |
| 14:29:25 | 25 | regarding Lab Corp's use of STR kits outside the |

Page 152

| | | |
|---|---|---|
| 14:29:30 | 1 | field of forensics or paternity? |
| 14:29:32 | 2 | A. No. |
| 14:29:33 | 3 | Q. Okay. I think we did University of |
| 14:29:42 | 4 | Minnesota. University of Wisconsin starts at |
| 14:29:44 | 5 | paragraph 19. |
| 14:29:50 | 6 | Did you have occasion prior to this |
| 14:29:51 | 7 | deposition to specifically search for University of |
| 14:29:56 | 8 | Wisconsin in the manner you described before lunch? |
| 14:29:58 | 9 | A. Yes. |
| 14:29:59 | 10 | Q. And any hits? |
| 14:29:59 | 11 | A. Not that I recall. |
| 14:30:00 | 12 | Q. Okay. Who on your FAS team would handle |
| 14:30:03 | 13 | University of Wisconsin? |
| 14:30:08 | 14 | A. I believe that would be Mark Danus again. |
| 14:30:11 | 15 | Q. Okay. He's a busy guy. |
| 14:30:14 | 16 | A. You're testing my geography. |
| 14:30:17 | 17 | Q. Have you ever had a conversation with Mark |
| 14:30:20 | 18 | Danus about the use of STR kits at the University of |
| 14:30:24 | 19 | Wisconsin? |
| 14:30:24 | 20 | A. I've not. |
| 14:30:25 | 21 | Q. Do you know if there have been any onsite |
| 14:30:27 | 22 | visits by Mark Danus at the University of Wisconsin? |
| 14:30:30 | 23 | A. I know that there have not been any. |
| 14:30:34 | 24 | Q. Oh, how do you know? |
| 14:30:35 | 25 | A. Because, again, I -- I asked my team about |

Page 153

| | | |
|---|---|---|
| 14:30:39 | 1 | the list of accounts. |
| 14:30:40 | 2 | Q. Okay. In the list of accounts that you |
| 14:30:43 | 3 | asked your team about, did they say there had been |
| 14:30:47 | 4 | visits at any of the accounts? |
| 14:30:48 | 5 | A. Actually, they said there had not been. |
| 14:31:01 | 6 | Q. At any of them? |
| 14:31:03 | 7 | A. Correct. |
| 14:31:03 | 8 | Q. Oh, well, let's get the record clear on |
| 14:31:05 | 9 | that. So let's start with paragraph 16, and I think |
| 14:31:25 | 10 | up to 39, just so we know what accounts we're |
| 14:31:29 | 11 | talking about. Yes, paragraph 16 to 39. And we've |
| 14:31:43 | 12 | gone over Johns Hopkins, Yale, Minnesota -- |
| 14:31:47 | 13 | University of Minnesota, University of Wisconsin. |
| 14:31:50 | 14 | We're just about to do University of Colorado at |
| 14:31:53 | 15 | paragraph 20. |
| 14:31:54 | 16 | Are there any -- as I'm going through them, |
| 14:31:57 | 17 | because they go all the way up through Genzyme |
| 14:32:01 | 18 | Genetics in paragraph 39 -- are there any that you |
| 14:32:06 | 19 | recall that there had been an onsite visit by your |
| 14:32:10 | 20 | team of FAS or technical support people? |
| 14:32:12 | 21 | A. Not that I recall. |
| 14:32:13 | 22 | Q. Okay. Going to paragraph 20 for University |
| 14:32:20 | 23 | of Colorado, did you have occasion to search |
| 14:32:23 | 24 | specifically for this institution prior to the depo? |
| 14:32:25 | 25 | A. Yes. |

39 (Pages 150 to 153)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 154

| 14:32:26 | 1 | Q. In the Siebel database? |
| 14:32:29 | 2 | A. Yes. |
| 14:32:30 | 3 | Q. And did you have any hits? |
| 14:32:31 | 4 | A. I don't believe we did. |
| 14:32:32 | 5 | Q. Okay. Who handles the University of |
| 14:32:35 | 6 | Colorado account? |
| 14:32:36 | 7 | A. That would be April Orbison. |
| 14:32:38 | 8 | Q. Okay. Ever had any conversations with |
| 14:32:41 | 9 | April about the use of STR kits at the University of |
| 14:32:45 | 10 | Colorado? |
| 14:32:45 | 11 | A. No. |
| 14:32:45 | 12 | Q. Okay. Other than the database you searched |
| 14:32:55 | 13 | for University of Colorado, do you have access to |
| 14:32:58 | 14 | any other source of information about University of |
| 14:33:02 | 15 | Colorado that you didn't access in preparation for |
| 14:33:04 | 16 | this depo? |
| 14:33:11 | 17 | A. No. |
| 14:33:11 | 18 | Q. Okay. So you have access to Siebel? |
| 14:33:14 | 19 | A. Yes. |
| 14:33:14 | 20 | Q. But not to SAP? |
| 14:33:17 | 21 | A. Correct. |
| 14:33:18 | 22 | Q. Okay. |
| 14:33:18 | 23 | A. I don't have access to SAP. |
| 14:33:20 | 24 | Q. Okay. And that's the sales database? |
| 14:33:26 | 25 | A. Yes. |

Page 155

| 14:33:26 | 1 | Q. All right. Finish off University of |
| 14:33:28 | 2 | Colorado with paragraph 46, which appears on |
| 14:33:33 | 3 | paragraph -- page 19 of Exhibit 1. Anything to add |
| 14:33:38 | 4 | with respect to University of Colorado based on the |
| 14:33:41 | 5 | contents of paragraph 46? |
| 14:33:42 | 6 | A. No. |
| 14:33:43 | 7 | Q. And moving to paragraph 71, anything to add |
| 14:33:52 | 8 | with regard to the University of Colorado based on |
| 14:33:54 | 9 | the contents of paragraph 71? |
| 14:33:55 | 10 | A. No. |
| 14:33:56 | 11 | Q. Okay. Paragraph 21 we already did. That's |
| 14:33:59 | 12 | Virginia Commonwealth University. We did that |
| 14:34:01 | 13 | before lunch. |
| 14:34:02 | 14 | So let's move to paragraph 22, which is the |
| 14:34:05 | 15 | University of Medicine & Dentistry of New Jersey. |
| 14:34:10 | 16 | Did you have occasion to search that prior to this |
| 14:34:11 | 17 | deposition? |
| 14:34:12 | 18 | A. I don't recall specifically that account |
| 14:34:19 | 19 | being in the list. |
| 14:34:21 | 20 | Q. Okay. Had it been in the list, would you |
| 14:34:26 | 21 | have searched it? |
| 14:34:26 | 22 | A. Yes. |
| 14:34:26 | 23 | Q. You just don't recall? |
| 14:34:27 | 24 | A. I honestly don't recall. |
| 14:34:29 | 25 | Q. Okay. Who handles this account? |

Page 156

| 14:34:31 | 1 | A. Mark Danus. |
| 14:34:32 | 2 | Q. Okay. Has Mark Danus ever spoke with you |
| 14:34:36 | 3 | about the use of STR kits at the University of |
| 14:34:41 | 4 | Medicine & Dentistry of New Jersey? |
| 14:34:41 | 5 | A. No. |
| 14:34:42 | 6 | Q. Have there been any visits that you're |
| 14:34:44 | 7 | aware of by your staff? |
| 14:34:45 | 8 | A. No. |
| 14:34:45 | 9 | Q. Okay. University of Medical & -- Medicine |
| 14:34:53 | 10 | & Dentistry is also paragraphs 48 and 73. |
| 14:34:59 | 11 | Forty-eight appears on page 20. Anything to add |
| 14:35:06 | 12 | with regard to paragraph 48? |
| 14:35:09 | 13 | A. No. |
| 14:35:09 | 14 | Q. Okay. And anything to add with regard to |
| 14:35:13 | 15 | paragraph 73, which appears on page 24 of Exhibit 1? |
| 14:35:17 | 16 | A. No. |
| 14:35:17 | 17 | Q. Okay. Paragraph 23 is the City of Hope; |
| 14:35:24 | 18 | are you familiar with that account? |
| 14:35:25 | 19 | A. I am. |
| 14:35:25 | 20 | Q. And where is that account? |
| 14:35:27 | 21 | A. I believe it's in California somewhere. |
| 14:35:31 | 22 | Q. Okay. And did you have occasion to search |
| 14:35:34 | 23 | that prior to the deposition? |
| 14:35:35 | 24 | A. Yes. |
| 14:35:36 | 25 | Q. Any results? |

Page 157

| 14:35:36 | 1 | A. Yes. |
| 14:35:37 | 2 | Q. And what were those results? |
| 14:35:39 | 3 | A. I don't recall. I seem -- I don't recall. |
| 14:35:45 | 4 | Q. Okay. Did you present them to counsel? |
| 14:35:48 | 5 | A. I did. |
| 14:35:49 | 6 | Q. Okay. And who would handle the City of |
| 14:35:52 | 7 | Hope account on your team? |
| 14:35:54 | 8 | A. April Orbison. |
| 14:35:56 | 9 | Q. Okay. This is one of those California |
| 14:35:58 | 10 | accounts that would probably get assigned to the new |
| 14:36:01 | 11 | person once you're ready? |
| 14:36:02 | 12 | A. Yes. |
| 14:36:03 | 13 | Q. Okay. Did you have a conversation with |
| 14:36:06 | 14 | April regarding the use of STR kits at City of Hope? |
| 14:36:09 | 15 | A. No. |
| 14:36:09 | 16 | Q. Okay. Are you aware of any visits to City |
| 14:36:13 | 17 | of Hope by your team? |
| 14:36:14 | 18 | A. I'm not. |
| 14:36:15 | 19 | Q. Okay. City of Hope is also paragraphs 49 |
| 14:36:19 | 20 | and 74. If you can go to 49, anything to add with |
| 14:36:34 | 21 | regard to the content of 49? |
| 14:36:35 | 22 | A. No. |
| 14:36:35 | 23 | Q. Okay. Do you know if City of Hope was |
| 14:36:38 | 24 | involved in the Identifiler problem we talked about |
| 14:36:40 | 25 | before? |

40 (Pages 154 to 157)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

---

Page 158

| | | |
|---|---|---|
| 14:36:40 | 1 | A. I believe that they were. |
| 14:36:41 | 2 | Q. Okay. So they got replacement kits? |
| 14:36:45 | 3 | A. If they received kits of the effected lots, |
| 14:36:49 | 4 | yes. |
| 14:36:49 | 5 | Q. Okay. Does that help you recall how they |
| 14:36:52 | 6 | used kits, STR kits, at the City of Hope? |
| 14:36:54 | 7 | A. No. |
| 14:36:55 | 8 | Q. You don't know? |
| 14:36:55 | 9 | A. I don't. |
| 14:36:56 | 10 | Q. Okay. Paragraph 74, which is on page 24 of |
| 14:37:05 | 11 | Exhibit 1, any in-house or onsite testing for the |
| 14:37:11 | 12 | City of Hope? |
| 14:37:12 | 13 | A. Not that I'm aware of. |
| 14:37:13 | 14 | Q. Okay. Since you believe they were part of |
| 14:37:20 | 15 | the Identifiler problem, let me ask it this way: |
| 14:37:25 | 16 | Are you aware of any testing at the City of Hope at |
| 14:37:29 | 17 | the time of the Identifiler problem by any of your |
| 14:37:32 | 18 | team? |
| 14:37:33 | 19 | A. I'm not. |
| 14:37:34 | 20 | Q. Okay. Do you recall seeing any data from |
| 14:37:39 | 21 | the City of Hope with regard to that Identifiler |
| 14:37:42 | 22 | problem at the time? |
| 14:37:43 | 23 | A. I do not. |
| 14:37:44 | 24 | Q. Okay. Paragraph 24 is the Henry Ford |
| 14:37:52 | 25 | Hospital; are you familiar with this account? |

---

Page 159

| | | |
|---|---|---|
| 14:37:54 | 1 | A. I'm not. |
| 14:37:55 | 2 | Q. Okay. Don't know how they use their STR |
| 14:37:58 | 3 | kits? |
| 14:37:58 | 4 | A. I do not. |
| 14:37:59 | 5 | Q. Okay. And who on your staff would handle |
| 14:38:01 | 6 | the Henry Ford account? |
| 14:38:03 | 7 | A. I do not know where it is geographically. |
| 14:38:07 | 8 | Q. Michigan. |
| 14:38:10 | 9 | A. That would probably be Mark Danus. |
| 14:38:13 | 10 | Q. Okay. And have you ever had a conversation |
| 14:38:15 | 11 | with Mark Danus about STR kit use at Henry Ford |
| 14:38:18 | 12 | Hospital? |
| 14:38:19 | 13 | A. I've not. |
| 14:38:20 | 14 | Q. Were any visits to Henry Ford Hospital by |
| 14:38:23 | 15 | your team? |
| 14:38:23 | 16 | A. No. |
| 14:38:23 | 17 | Q. By anyone else at LTI? |
| 14:38:26 | 18 | A. I don't -- I don't know. |
| 14:38:29 | 19 | Q. Henry Ford Hospital is also paragraph 50, |
| 14:38:35 | 20 | which is page 20. Anything to add with regard to |
| 14:38:41 | 21 | paragraph 50? |
| 14:38:41 | 22 | A. No. |
| 14:38:42 | 23 | Q. And Henry Ford is paragraph 75. |
| 14:38:47 | 24 | A. Nothing to add. |
| 14:38:48 | 25 | Q. Okay. Paragraph 25, hopefully you realized |

---

Page 160

| | | |
|---|---|---|
| 14:38:57 | 1 | we had a typo here, not the University of Mexico but |
| 14:39:00 | 2 | the University of New Mexico. Do you know how you |
| 14:39:05 | 3 | searched it prior to the depo? |
| 14:39:06 | 4 | A. I do recall that it was New Mexico. |
| 14:39:08 | 5 | Q. Okay. Any results? |
| 14:39:10 | 6 | A. I believe there was. |
| 14:39:11 | 7 | Q. Okay. And do you recall the specifics? |
| 14:39:13 | 8 | A. I believe it was a hardware issue. |
| 14:39:16 | 9 | Q. Okay. Do you know what context it was? In |
| 14:39:19 | 10 | other words, how they were using the hardware. |
| 14:39:22 | 11 | A. No. |
| 14:39:22 | 12 | Q. Okay. So you do not know how they use STR |
| 14:39:28 | 13 | kits at the University of New Mexico? |
| 14:39:28 | 14 | A. I do not. |
| 14:39:29 | 15 | Q. Okay. Who handles that account on your |
| 14:39:31 | 16 | team? |
| 14:39:31 | 17 | A. April Orbison. |
| 14:39:32 | 18 | Q. All right. Has April ever had a |
| 14:39:34 | 19 | conversation about the use of STR kits at the |
| 14:39:37 | 20 | University of New Mexico with you? |
| 14:39:39 | 21 | A. No. |
| 14:39:39 | 22 | Q. Any knowledge of any visits -- |
| 14:39:41 | 23 | A. No. |
| 14:39:42 | 24 | Q. -- to University of New Mexico? |
| 14:39:44 | 25 | A. No. |

---

Page 161

| | | |
|---|---|---|
| 14:39:44 | 1 | Q. Okay. University of New Mexico's at |
| 14:39:47 | 2 | paragraph 51, and that's at page 20. Anything to |
| 14:39:52 | 3 | add with regard to paragraph 51? |
| 14:39:53 | 4 | A. No. |
| 14:39:53 | 5 | Q. University of Mexico's at 76 on page 25 of |
| 14:39:58 | 6 | Exhibit 1. Anything to add with regard to paragraph |
| 14:40:04 | 7 | 76? |
| 14:40:04 | 8 | A. Okay. |
| 14:40:05 | 9 | Q. Hackensack is paragraph 26; familiar with |
| 14:40:10 | 10 | that account? |
| 14:40:10 | 11 | A. I am not. |
| 14:40:12 | 12 | Q. Okay. Mark Danus for this one in |
| 14:40:15 | 13 | Hackensack, New Jersey? |
| 14:40:17 | 14 | A. Yes. |
| 14:40:17 | 15 | Q. Okay. Any conversation with Mark Danus |
| 14:40:19 | 16 | about this account? |
| 14:40:20 | 17 | A. No. |
| 14:40:20 | 18 | Q. Have no idea how they use STR kits? |
| 14:40:22 | 19 | A. That's correct. |
| 14:40:23 | 20 | Q. Okay. Hackensack is also at paragraphs 52 |
| 14:40:28 | 21 | and 77. Fifty-two is page -- bottom of page 20 of |
| 14:40:34 | 22 | Exhibit 1. Anything to add about Hackensack? |
| 14:40:37 | 23 | A. No. |
| 14:40:38 | 24 | Q. And paragraph 77, anything to add about |
| 14:40:44 | 25 | Hackensack? |

41 (Pages 158 to 161)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 162

14:40:45  1      A. No.
14:40:45  2      Q. Okay. University of Arizona we covered --
14:40:50  3   we touched on in Exhibit 4. I noticed, however,
14:40:58  4   that there's both a University of Arizona and a
14:41:01  5   Arizona State on some documents, so do you know how
14:41:06  6   you searched it?
14:41:07  7      A. I do not.
14:41:08  8      Q. Okay. Well, let me ask you this just so I
14:41:11  9   clear the record up: For University of Arizona, do
14:41:14  10  you know that account?
14:41:15  11     A. I do not.
14:41:16  12     Q. Okay. For Arizona State, do you know that
14:41:18  13  account?
14:41:18  14     A. I do not.
14:41:19  15     Q. Okay. All right. Figured I'd cover the
14:41:24  16  bases.
14:41:24  17        I trust, then, the corresponding paragraphs
14:41:26  18  of 53 and 78 for University of Arizona you have
14:41:29  19  nothing to add?
14:41:29  20     A. Correct.
14:41:30  21     Q. Okay. Paragraph 28, University of
14:41:32  22  Pittsburgh, and paragraph 28 has both University of
14:41:37  23  Pittsburgh and University of Pittsburgh Medical
14:41:39  24  Center. I don't know if you had a chance to search
14:41:42  25  both prior to this deposition.

Page 163

14:41:44  1      A. I don't -- I don't know how it was searched
14:41:47  2   specifically.
14:41:47  3      Q. Okay. Do you recall anything coming back
14:41:50  4   from --
14:41:50  5      A. I do not.
14:41:51  6      Q. -- Pittsburgh? Okay.
14:41:53  7        Again, another Mark Danus account?
14:41:54  8      A. Yes.
14:41:55  9      Q. Any conversation with Mark Danus about the
14:41:56  10  University of Pittsburgh?
14:41:57  11     A. No.
14:41:58  12     Q. How about the University of Pittsburgh
14:42:00  13  Medical Center?
14:42:00  14     A. No.
14:42:01  15     Q. Any personal knowledge about how they might
14:42:03  16  use STR kits at the University of Pittsburgh?
14:42:06  17     A. No.
14:42:06  18     Q. Anything to add with regard to the
14:42:08  19  University of Pittsburgh in the corresponding
14:42:12  20  paragraphs 54 and 55? Because we broke them out
14:42:16  21  there. That's on page 21.
14:42:21  22     A. No, nothing to add.
14:42:22  23     Q. Okay. And similarly, we broke them out to
14:42:26  24  79 and 80 on page 25.
14:42:30  25     A. Nothing to add.

Page 164

14:42:31  1      Q. Okay. We talked about M.D. Anderson and we
14:42:37  2   actually did the paragraphs. Let's go to paragraph
14:42:40  3   30, which is Rutgers. Are you familiar with that
14:42:44  4   account?
14:42:44  5      A. No.
14:42:45  6      Q. Okay. Another Mark Danus account?
14:42:49  7      A. Yes.
14:42:49  8      Q. Okay. Any conversation with Mark Danus
14:42:51  9   about how STR kits are used at Rutgers?
14:42:56  10     A. No.
14:43:01  11     Q. Any visits to Rutgers that you're aware of?
14:43:05  12     A. No.
14:43:06  13     Q. Okay. Rutgers has corresponding paragraphs
14:43:10  14  57 and 82. You've seen those paragraphs, similar
14:43:14  15  paragraphs. Anything to add?
14:43:16  16     A. No.
14:43:16  17     Q. Okay. Paragraph 31, Washington University
14:43:21  18  and the Barnes Jewish Hospital, are you familiar
14:43:25  19  with this account?
14:43:27  20     A. I'm not.
14:43:27  21     Q. You're not.
14:43:27  22        You don't know that the Barnes Jewish
14:43:29  23  Hospital is a major transplant center?
14:43:33  24     A. I do not.
14:43:34  25     Q. Okay. Who would handle that account?

Page 165

14:43:38  1   That's in St. Louis, Missouri.
14:43:42  2      A. That would be Mark Danus.
14:43:43  3      Q. Okay. Any conversations with him about
14:43:45  4   Washington University's use of STR kits?
14:43:48  5      A. No.
14:43:48  6      Q. Any visits, to your knowledge?
14:43:49  7      A. No.
14:43:50  8      Q. Okay. Wash U has a corresponding paragraph
14:43:54  9   58 and 83. Oh, and I have a note here. I got to
14:44:01  10  ask you another question. But let's do 58 and 83.
14:44:04  11  Anything to add with 58?
14:44:05  12     A. No.
14:44:06  13     Q. Eighty-three?
14:44:06  14     A. No.
14:44:07  15     Q. I notice in some of the documents that
14:44:09  16  we've seen the indication, all capitals "BJC" and
14:44:15  17  then "Health Systems." Are you familiar with that
14:44:18  18  account?
14:44:20  19     A. No.
14:44:20  20     Q. Okay. Because I Googled that and it was
14:44:23  21  Barnes -- it was the Barnes Jewish, but it didn't,
14:44:27  22  you know, on your documents, it didn't list it like
14:44:30  23  that, so I thought you might know it another way.
14:44:32  24     A. No.
14:44:33  25     Q. Okay. So you don't have any knowledge

42 (Pages 162 to 165)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 166

| 14:44:36 | 1 | about STR kit use at BJC Health Systems? |
| 14:44:39 | 2 | A. No. |
| 14:44:40 | 3 | Q. Okay. Paragraph 32, University of Southern |
| 14:44:46 | 4 | California, familiar with this account? |
| 14:44:47 | 5 | A. No. |
| 14:44:47 | 6 | Q. Okay. And who's handling this account |
| 14:44:51 | 7 | while you're waiting to hire another person? |
| 14:44:53 | 8 | A. That would be April Orbison. |
| 14:44:54 | 9 | Q. And has she ever spoken to you about this |
| 14:44:58 | 10 | case? |
| 14:44:58 | 11 | A. No. |
| 14:44:59 | 12 | Q. Any visits to this account? |
| 14:45:00 | 13 | A. No. |
| 14:45:00 | 14 | Q. Okay. Is -- now we've gone through a |
| 14:45:08 | 15 | number of these where you're not familiar with them. |
| 14:45:11 | 16 | Is there anybody in the corporation for the ones |
| 14:45:13 | 17 | that you're not familiar with who would have more |
| 14:45:15 | 18 | knowledge about the accounts and how they're using |
| 14:45:17 | 19 | STRs? For example, the sales side of the business. |
| 14:45:24 | 20 | A. Yes. |
| 14:45:24 | 21 | Q. Okay. |
| 14:45:25 | 22 | A. Yes. |
| 14:45:25 | 23 | Q. They might know? |
| 14:45:26 | 24 | A. Yes. |
| 14:45:27 | 25 | Q. Danny might know? |

Page 167

| 14:45:27 | 1 | A. Danny might know. |
| 14:45:29 | 2 | Q. Okay. And what's Danny's position? If you |
| 14:45:32 | 3 | know. |
| 14:45:33 | 4 | A. He's the district manager for human |
| 14:45:36 | 5 | identification sales. |
| 14:45:37 | 6 | Q. And do you know his territory? Is it like |
| 14:45:40 | 7 | yours? |
| 14:45:40 | 8 | A. His is more east/west in the United States. |
| 14:45:45 | 9 | Q. Okay. Are there other district managers |
| 14:45:47 | 10 | for sales? |
| 14:45:49 | 11 | A. There are very recently, yes. It was |
| 14:45:52 | 12 | divided. |
| 14:45:53 | 13 | Q. Okay. So you think Danny would probably be |
| 14:45:58 | 14 | more knowledgeable about what's potentially being |
| 14:46:02 | 15 | sold to these customers? |
| 14:46:03 | 16 | A. Yes. |
| 14:46:04 | 17 | Q. Okay. |
| 14:46:04 | 18 | A. My team and I has only knowledge if these |
| 14:46:08 | 19 | customers contact us or a troubleshooting or an |
| 14:46:13 | 20 | inquiry. |
| 14:46:13 | 21 | Q. Support side? |
| 14:46:14 | 22 | A. Yes. |
| 14:46:14 | 23 | MS. JOHNSON: And I believe that |
| 14:46:17 | 24 | Ms. Shepherd was designated to talk about support |
| 14:46:20 | 25 | and troubleshooting of these categories, and |

Page 168

| 14:46:22 | 1 | Mr. Hall was designated to talk about sales. |
| 14:46:27 | 2 | MR. CARROLL: Understood. |
| 14:46:28 | 3 | Q. We did University of Cal, paragraph 22. |
| 14:46:32 | 4 | There are corresponding paragraphs 59 and 84. |
| 14:46:36 | 5 | Fifty-nine shows up, I think, on page 22. Yes, top |
| 14:46:42 | 6 | of page 22. Anything to add there? |
| 14:46:45 | 7 | A. No. |
| 14:46:46 | 8 | Q. And paragraph 84 shows up on page 26. |
| 14:46:50 | 9 | Anything to add there? |
| 14:46:51 | 10 | A. No. |
| 14:46:52 | 11 | Q. The H. Lee Moffitt Cancer Center is on |
| 14:46:59 | 12 | paragraph 33. |
| 14:47:00 | 13 | A. Yes. |
| 14:47:00 | 14 | Q. Familiar with this account? |
| 14:47:02 | 15 | A. I am. |
| 14:47:03 | 16 | Q. Okay. And how is that? |
| 14:47:04 | 17 | A. They have contacted our tech support center |
| 14:47:12 | 18 | with questions regarding cell line authentication |
| 14:47:18 | 19 | and chimerisms. |
| 14:47:20 | 20 | Q. Okay. And the chimerism was in the context |
| 14:47:23 | 21 | of transplants? |
| 14:47:27 | 22 | A. I don't know. |
| 14:47:28 | 23 | Q. Do you know much about use of STR kits in |
| 14:47:30 | 24 | the context of chimerisms? |
| 14:47:31 | 25 | A. I don't. |

Page 169

| 14:47:32 | 1 | Q. Do you know who took that call from the Lee |
| 14:47:36 | 2 | Moffitt Cancer Center? |
| 14:47:36 | 3 | A. I do. |
| 14:47:36 | 4 | Q. Who's that? |
| 14:47:37 | 5 | A. Lisa Ortuno. |
| 14:47:38 | 6 | Q. Okay. Do you recall having any |
| 14:47:41 | 7 | conversations with Lisa Ortuno about the use of STR |
| 14:47:49 | 8 | kits at the H. Lee Moffitt Cancer Center? |
| 14:47:49 | 9 | A. Not specifically about the use of STR kits, |
| 14:47:52 | 10 | no. |
| 14:47:52 | 11 | Q. Have there been any visits to that cancer |
| 14:47:55 | 12 | institute? |
| 14:47:55 | 13 | A. No. |
| 14:47:55 | 14 | Q. All right. Paragraph 33 is specific to the |
| 14:48:02 | 15 | Lee Moffitt Cancer Center, as are paragraphs 60 and |
| 14:48:07 | 16 | 85. Sixty is on page 22. Anything to add there? |
| 14:48:15 | 17 | A. No. |
| 14:48:15 | 18 | Q. Paragraph 85 is on page 26. Anything to |
| 14:48:19 | 19 | add there? |
| 14:48:20 | 20 | A. No. |
| 14:48:20 | 21 | Q. Paragraph 34 is the University of Alabama |
| 14:48:27 | 22 | at Birmingham; are you familiar with that account? |
| 14:48:29 | 23 | A. I am. |
| 14:48:30 | 24 | Q. Okay. Is that an account you handle? |
| 14:48:33 | 25 | A. It has been in the past. I attended |

43 (Pages 166 to 169)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

| | | Page 170 |
|---|---|---|
| 14:48:36 | 1 | graduate school there. |
| 14:48:37 | 2 | Q. Okay. Familiar with STR use there? |
| 14:48:41 | 3 | A. In the forensic teaching program, yes. |
| 14:48:44 | 4 | Q. Any -- any knowledge of STR use at the |
| 14:48:47 | 5 | University of Alabama at Birmingham that's not |
| 14:48:49 | 6 | forensic? |
| 14:49:00 | 7 | A. Yes. |
| 14:49:00 | 8 | Q. Okay. And what was that? |
| 14:49:04 | 9 | A. I don't know what they're doing with the |
| 14:49:08 | 10 | kits, but I know that they purchase STR kits. |
| 14:49:13 | 11 | Q. Not for forensic use? |
| 14:49:15 | 12 | A. I don't know what they're doing with them. |
| 14:49:17 | 13 | Q. Okay. Did they come up on your search? |
| 14:49:22 | 14 | A. Yes. |
| 14:49:22 | 15 | Q. Was there a hit? |
| 14:49:24 | 16 | A. Yes. |
| 14:49:24 | 17 | Q. Okay. And what was that about? |
| 14:49:26 | 18 | A. They were from the Forensic Teaching |
| 14:49:30 | 19 | Institute, yes. |
| 14:49:32 | 20 | Q. Okay. Anything else? |
| 14:49:33 | 21 | A. No. |
| 14:49:34 | 22 | Q. Paragraph 34 has corresponding paragraph 61 |
| 14:49:39 | 23 | and 86. Sixty-one is on paragraph -- page 22 of |
| 14:49:44 | 24 | Exhibit 1. Anything to add there? |
| 14:49:46 | 25 | A. No. |

| | | Page 171 |
|---|---|---|
| 14:49:46 | 1 | Q. And paragraph 86 is at the bottom of page |
| 14:49:50 | 2 | 26 of Exhibit 1. Anything to add there? |
| 14:49:52 | 3 | A. No. |
| 14:49:52 | 4 | Q. Paragraph 35 is the Carbone Cancer Center. |
| 14:49:56 | 5 | Are you familiar with that institute? |
| 14:49:57 | 6 | A. I am not. |
| 14:49:58 | 7 | Q. Did it -- was it searched? |
| 14:50:04 | 8 | A. I don't believe. I don't recall. |
| 14:50:06 | 9 | Q. Okay. Do you know who handles this |
| 14:50:13 | 10 | account? |
| 14:50:13 | 11 | A. I don't know. |
| 14:50:14 | 12 | Do you know where it's located? |
| 14:50:16 | 13 | Q. In this case I don't. I'm stumped. |
| 14:50:18 | 14 | A. I don't know where that is. |
| 14:50:19 | 15 | Q. Okay. So nothing on paragraph 35. It has |
| 14:50:22 | 16 | corresponding paragraphs 62 and 87. Anything to add |
| 14:50:26 | 17 | for 62? |
| 14:50:27 | 18 | A. No. |
| 14:50:28 | 19 | Q. Eighty-seven? |
| 14:50:29 | 20 | A. No. |
| 14:50:29 | 21 | Q. Paragraph 36 is Children's Oncology Group; |
| 14:50:35 | 22 | are you familiar with this account? |
| 14:50:36 | 23 | A. I'm not. |
| 14:50:37 | 24 | Q. Okay. I worried that -- because we saw in |
| 14:50:42 | 25 | some of the documents there's Children's Hospitals |

| | | Page 172 |
|---|---|---|
| 14:50:44 | 1 | all over the country. |
| 14:50:46 | 2 | A. There are. |
| 14:50:46 | 3 | Q. I worried that this might be something |
| 14:50:51 | 4 | within one of those Children's Hospitals. Are you |
| 14:50:53 | 5 | aware of that? |
| 14:50:55 | 6 | A. I'm not familiar with this account. I am |
| 14:50:59 | 7 | aware that there are numerous Children's Hospitals |
| 14:51:01 | 8 | across the country. |
| 14:51:02 | 9 | Q. Right. Let's talk about Children's |
| 14:51:07 | 10 | Hospital in Cincinnati. Are you familiar with that |
| 14:51:10 | 11 | account? |
| 14:51:10 | 12 | A. I'm not. |
| 14:51:11 | 13 | Q. You're not. Okay. |
| 14:51:12 | 14 | How about Children's Hospital in Boston? |
| 14:51:14 | 15 | A. I'm not. |
| 14:51:15 | 16 | Q. Okay. Any Children's Hospital that you are |
| 14:51:18 | 17 | familiar with that buys STR kits? |
| 14:51:22 | 18 | A. No. |
| 14:51:22 | 19 | Q. Okay. I saw, just in case this rings a |
| 14:51:26 | 20 | bell, I saw Children's Memorial in some of the |
| 14:51:30 | 21 | documents; does that account ring a bell? |
| 14:51:33 | 22 | A. Does not. |
| 14:51:33 | 23 | Q. Okay. Children's Oncology Group has |
| 14:51:38 | 24 | corresponding paragraphs 63 and 88. I take it you |
| 14:51:42 | 25 | have nothing to add for 63? |

| | | Page 173 |
|---|---|---|
| 14:51:43 | 1 | A. Correct. |
| 14:51:44 | 2 | Q. Nothing to add for 88? |
| 14:51:45 | 3 | A. Correct. |
| 14:51:46 | 4 | Q. Paragraph 37 is a company called SeqWright |
| 14:51:49 | 5 | DNA Technology Services; are you familiar with them? |
| 14:51:53 | 6 | A. I am. Oh, I'm sorry, I've heard of them, |
| 14:51:57 | 7 | and I searched them. |
| 14:51:58 | 8 | Q. Oh, any hits? |
| 14:52:00 | 9 | A. Not that I recall. |
| 14:52:01 | 10 | Q. Okay. Do you know what they do with STR |
| 14:52:05 | 11 | kits? |
| 14:52:05 | 12 | A. I don't. |
| 14:52:05 | 13 | Q. And who would handle that account? |
| 14:52:08 | 14 | A. Where is that located? |
| 14:52:09 | 15 | Q. I don't know right offhand. Okay. |
| 14:52:14 | 16 | A. Sorry. |
| 14:52:14 | 17 | Q. SeqWright, paragraph 37, has corresponding |
| 14:52:17 | 18 | paragraphs 64 and 89. Sixty-four shows up on |
| 14:52:25 | 19 | paragraph -- I think it straddles page 22 and 23 of |
| 14:52:30 | 20 | Exhibit 1. Anything to add there? |
| 14:52:32 | 21 | A. No. |
| 14:52:32 | 22 | Q. And paragraph 89 shows up on page 27. |
| 14:52:37 | 23 | Anything to add there? |
| 14:52:38 | 24 | A. No. |
| 14:52:38 | 25 | Q. Paragraph 38 of Exhibit 1 refers to |

44 (Pages 170 to 173)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 174

| | | |
|---|---|---|
| 14:52:46 | 1 | Bio-Synthesis, Inc.; are you familiar with that |
| 14:52:49 | 2 | account? |
| 14:52:49 | 3 | A. No. |
| 14:52:50 | 4 | Q. It has corresponding paragraphs 65 and 90. |
| 14:52:57 | 5 | I take it nothing to add for either of those? |
| 14:53:00 | 6 | A. Correct. |
| 14:53:00 | 7 | Q. Paragraph 39 is Genzyme Genetics. I've |
| 14:53:04 | 8 | seen that on some of the documents. Did you have |
| 14:53:06 | 9 | occasion to search that? |
| 14:53:07 | 10 | A. I did. |
| 14:53:07 | 11 | Q. Did you get any hits? |
| 14:53:08 | 12 | A. I did. |
| 14:53:09 | 13 | Q. And what was the nature of those hits? |
| 14:53:11 | 14 | A. I don't recall specifically, but I did |
| 14:53:16 | 15 | provide that to counsel. |
| 14:53:17 | 16 | Q. To counsel. Okay. |
| 14:53:18 | 17 | Do you have a general knowledge of what |
| 14:53:20 | 18 | Genzyme Genetics is doing with STR kits? |
| 14:53:23 | 19 | A. I do not. |
| 14:53:24 | 20 | Q. Okay. Is there a market development person |
| 14:53:29 | 21 | that you can point me to who is either monitoring or |
| 14:53:33 | 22 | actively studying where the clinical market is going |
| 14:53:39 | 23 | for STR kits at Life Tech? |
| 14:53:42 | 24 | MS. JOHNSON: Object to the extent it's |
| 14:53:43 | 25 | beyond the scope. |

Page 175

| | | |
|---|---|---|
| 14:53:44 | 1 | If she knows from her personal knowledge, |
| 14:53:48 | 2 | she can answer. |
| 14:53:48 | 3 | THE WITNESS: I don't know. |
| 14:53:49 | 4 | BY MR. CARROLL: |
| 14:53:50 | 5 | Q. You don't know a marketing development-type |
| 14:53:53 | 6 | person? |
| 14:53:53 | 7 | A. I know a marketing development person for |
| 14:53:56 | 8 | human identification, but I understood your question |
| 14:53:57 | 9 | to be for clinical diagnostic. |
| 14:54:00 | 10 | Q. That's right. That's right. |
| 14:54:01 | 11 | A. And I don't believe that exists. |
| 14:54:02 | 12 | Q. Okay. How about for human identity, who do |
| 14:54:06 | 13 | you know is the marketing development person? |
| 14:54:10 | 14 | A. The manager of global marketing is Lisa |
| 14:54:14 | 15 | Schade, and that's S-c-h-a-d-e. |
| 14:54:17 | 16 | Q. Okay. And is she senior? Is that a pretty |
| 14:54:21 | 17 | senior position? |
| 14:54:21 | 18 | A. Yes. |
| 14:54:23 | 19 | Q. Who is Adriana Wheaton? If you know. |
| 14:54:28 | 20 | A. Ariana Wheaton. |
| 14:54:28 | 21 | Q. Ariana? Okay. |
| 14:54:36 | 22 | A. A-r-i-a-n-a, Wheaton, W-h-e-a-t-o-n. She's |
| 14:54:36 | 23 | the U.S. HID marketing manager. |
| 14:54:40 | 24 | Q. Okay. Is she senior to you? |
| 14:54:42 | 25 | A. She would be my colleague. |

Page 176

| | | |
|---|---|---|
| 14:54:44 | 1 | Q. Colleague. Okay. |
| 14:54:46 | 2 | A. Yes. |
| 14:54:46 | 3 | Q. Is she on the sales side? |
| 14:54:48 | 4 | A. She's in the marketing department. |
| 14:54:50 | 5 | Q. Marketing department. Okay. |
| 14:54:51 | 6 | Do you know if she does marketing |
| 14:54:54 | 7 | development for STR kits? |
| 14:54:56 | 8 | A. Yes. |
| 14:54:56 | 9 | Q. Okay. |
| 14:54:57 | 10 | A. She does. |
| 14:54:58 | 11 | Q. All right. I think we finished the |
| 14:55:08 | 12 | institution-specific paragraphs that we set forth in |
| 14:55:13 | 13 | Exhibit 1. Are there any accounts which you are |
| 14:55:33 | 14 | familiar with not listed in the 30 (b)(6) deposition |
| 14:55:39 | 15 | notice which you know use LTI/ABI STR kits for |
| 14:55:51 | 16 | nonforensic purposes? |
| 14:56:02 | 17 | A. No. |
| 14:56:02 | 18 | Q. None? |
| 14:56:05 | 19 | A. Not that I'm personally aware of. |
| 14:56:08 | 20 | MR. CARROLL: Okay. Why don't we take a |
| 14:56:45 | 21 | five-minute break. I'm just going to search this |
| 14:56:47 | 22 | through. I think we may be ready for Danny. |
| 14:56:49 | 23 | MS. JOHNSON: Okay. |
| 14:56:50 | 24 | MR. CARROLL: If he's available. |
| 14:56:51 | 25 | MS. JOHNSON: He is. He needs just a |

Page 177

| | | |
|---|---|---|
| 14:56:52 | 1 | couple minutes to get here, so we'll give him a |
| 14:56:56 | 2 | call. |
| 14:56:56 | 3 | THE VIDEOGRAPHER: Off the record. The |
| 14:56:57 | 4 | time is 2:56. |
| 14:56:59 | 5 | (Brief recess.) |
| 15:04:46 | 6 | THE VIDEOGRAPHER: Back on the record at |
| 15:04:56 | 7 | 3:04. |
| 15:04:57 | 8 | MR. CARROLL: So given the materials I have |
| 15:05:01 | 9 | right now, I think probably the best thing would be |
| 15:05:05 | 10 | to move on with Danny. |
| 15:05:05 | 11 | So I'm done with my questions for you |
| 15:05:07 | 12 | today. Thank you. |
| 15:05:07 | 13 | THE WITNESS: Thanks. |
| 15:05:08 | 14 | |
| 15:05:08 | 15 | EXAMINATION |
| 15:05:09 | 16 | |
| 15:05:09 | 17 | BY MS. JOHNSON: |
| 15:05:09 | 18 | Q. Ms. Shepherd, I just have one question just |
| 15:05:11 | 19 | to clarify, and I'm looking at Deposition Exhibit |
| 15:05:14 | 20 | No. 1, which is your -- the 30 (b)(6) notice of |
| 15:05:19 | 21 | deposition. And I'm looking specifically at |
| 15:05:21 | 22 | paragraphs 15, starting on page 4, through 39 on |
| 15:05:29 | 23 | page 17 of that notice. |
| 15:05:31 | 24 | Now, counsel went through each of those |
| 15:05:34 | 25 | paragraphs with you. Do you recall that? |

45 (Pages 174 to 177)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 178

| | | |
|---|---|---|
| 15:05:35 | 1 | A. I do. |
| 15:05:36 | 2 | Q. And those paragraphs list a number of |
| 15:05:39 | 3 | specific institutions. |
| 15:05:41 | 4 | A. They do. |
| 15:05:42 | 5 | Q. And you testified earlier that you asked |
| 15:05:45 | 6 | someone to perform a search in the Siebel database |
| 15:05:49 | 7 | for hits; is that correct? |
| 15:05:50 | 8 | A. Yes. |
| 15:05:50 | 9 | Q. And did that search, to your knowledge, |
| 15:05:52 | 10 | include all of the institutions listed in paragraphs |
| 15:05:55 | 11 | 15 through 39 of Exhibit 1? |
| 15:05:57 | 12 | A. It did. |
| 15:05:59 | 13 | MS. JOHNSON: That's all that I have. |
| 15:06:02 | 14 | MR. CARROLL: Very good. Thank you. |
| 15:06:03 | 15 | THE VIDEOGRAPHER: This will then conclude |
| 15:06:05 | 16 | the 30 (b)(6) deposition of Michelle Shepherd. The |
| 15:06:08 | 17 | total number of tapes used today was two, and these |
| 15:06:11 | 18 | original videotapes will be retained by Merrill |
| 15:06:14 | 19 | Legal Solutions at 20750 Ventura Boulevard, Woodland |
| 15:06:16 | 20 | Hills, California. Going off the record. The time |
| 15:06:18 | 21 | is 3:06. |
| 15:06:20 | 22 | /// |
| | 23 | /// |
| | 24 | /// |
| | 25 | |

Page 179

1      Declaration
2
3
4
5      I hereby declare I am the deponent in the
6  within matter; that I have read the foregoing
7  deposition and know the contents thereof, and I
8  declare that the same is true of my knowledge,
9  except as to the matters which are therein stated
10  upon my information or belief, and as to those
11  matters, I believe it to be true.
12      I declare under the penalties of perjury
13  under the laws of the United States that the
14  foregoing is true and correct.
15      Executed on the     day of          ,
16  2011, at               , California.
17
18
19
20      W i t n e s s
21
22
23
24
25

Page 180

1  STATE OF CALIFORNIA   )
2  COUNTY OF LOS ANGELES )  ss.
3
4      I, Philip D. Norris, a Certified Shorthand
5  Reporter for the State of California, do hereby
6  certify:
7      I am the deposition officer that
8  stenographically recorded the testimony in the
9  foregoing deposition:
10      Prior to being examined the deponent was
11  first duly sworn by me;
12      The foregoing transcript is a true record
13  of the testimony given;
14      Before completion of the deposition, review
15  of the transcript [ ] was [ x ] was not requested.
16  If requested, any changes made by the deponent (and
17  provided to the reporter) during the period allowed
18  are appended.
19
20  Dated
21
22
23          Philip D. Norris
            CSR NO. 4980
24
25

46 (Pages 178 to 180)

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

**A**

**abbreviation** 7:16
**abbreviations** 7:18
**ABI** 8:20,22
**able** 17:8 25:21
  28:7 41:11,13,20
  68:20 100:11
  105:16
**accepts** 60:7
**access** 16:15,19
  18:14 24:24 28:4
  89:5 99:19,22
  102:5 103:18
  104:7 106:23
  154:13,15,18,23
**accessed** 106:24
**account** 60:21
  61:24 98:17,24
  99:2 102:7 151:6
  151:8 154:6
  155:18,25 156:18
  156:20 157:7
  158:25 159:6
  160:15 161:10,16
  162:10,13 163:7
  164:4,6,19,25
  165:18 166:4,6,12
  168:14 169:22,24
  171:10,22 172:6
  172:11,21 173:13
  174:2
**accounts** 18:22
  19:1 24:5 28:13
  28:25 91:12,15
  92:11 96:3 145:14
  153:1,2,4,10
  157:10 166:18
  176:13
**accused** 129:1
**acquire** 27:7
**acquisitions** 8:10
**acting** 102:17
  103:2 105:20
**actions** 33:21

**actively** 174:22
**acts** 67:15
**actual** 57:4 103:25
  107:23
**add** 34:23 146:10
  150:6,9,11 155:3
  155:7 156:11,14
  157:20 159:20,24
  161:3,6,22,24
  162:19 163:18,22
  163:25 164:15
  165:11 168:6,9
  169:16,19 170:24
  171:2,16 172:25
  173:2,20,23 174:5
**adding** 114:23,24
**addition** 70:1
**additional** 60:23
**adjust** 58:1
**administration**
  127:7,8,9,11
**Adriana** 175:19
**adventure** 6:19
**affirmatively** 86:17
**ago** 8:14 11:7 32:9
  47:3
**agree** 16:6 31:15
  34:20 36:3 59:14
  80:20
**agreed** 142:22
  143:10
**agreement** 71:24
  76:20
**Aha** 42:21
**ahead** 44:22 57:9
  59:2 93:6 99:12
**al** 5:9,10
**Alabama** 10:24
  11:14 135:1
  169:21 170:5
**Albany** 130:19,23
  131:1 137:16
**Albert** 99:10,15
  100:7
**allelic** 65:13,14

**Allen** 3:5 60:24
  61:5
**allow** 17:13 39:22
  64:4 75:21 104:3
**allowed** 84:1
  180:17
**America** 150:25
**amounts** 52:4
**AmpFLSTR** 66:3
  68:6 72:12 76:21
  112:20,21
**amplification** 57:5
  65:16
**Amy** 3:4 6:1 28:17
  28:21
**analysis** 49:3 75:13
  141:21
**analyst** 12:8 141:18
**Analytics** 132:13
**Anderson** 122:16
  123:6,9,16 124:17
  124:18 125:5,9,20
  126:5 127:17,18
  127:21,22,24
  128:4,5 164:1
**Andros** 14:14
**Angeles** 2:3 5:1,20
  136:1 180:2
**answer** 25:20 28:10
  28:23 29:8 30:23
  38:22 40:14,15
  44:9,10 50:20
  54:4 55:6 59:22
  64:3,5 69:21
  71:17,20 73:7,16
  75:21 77:11 81:2
  84:10,13,25 86:6
  86:10 87:17,18
  102:3 126:12
  128:17 148:20
  150:6,9,11 175:2
**answered** 86:5
**answering** 47:16
  77:8 81:3
**antibodies** 130:15

**anybody** 23:23
  166:16
**anytime** 105:15
**apart** 31:25
**apologize** 66:11,17
**appear** 118:18
**APPEARANCES**
  2:7 3:1
**appears** 59:23
  114:3 116:4
  121:11 155:2
  156:11,15
**appended** 180:18
**application** 15:9
  16:3,6,18 17:6
  20:6,23 32:25
  41:3,8 54:20
  58:17 60:22 62:23
  75:11 82:16,17
  83:25 84:10 86:18
  87:3 94:8 95:16
  97:24 148:2
  149:14
**applications** 13:19
  15:3 30:19 31:1,4
  31:7,16,24 34:20
  36:4,6,14,22
  38:20 41:22 42:12
  43:21,23 45:6
  48:11,18,24 60:24
  61:8 63:2,18 73:1
  76:5 78:2 85:16
  85:22 90:15 94:17
  96:6,7,14 98:10
  101:17 124:23
  125:6 138:1,2
  142:13,14,24
  143:2,9 147:4
  149:1
**applied** 1:14 8:2,12
  8:13,17,19 13:15
  13:17 14:12,14,16
  14:18,19
**apply** 33:15 83:19
**approach** 74:6

**approached** 74:16
**appropriately**
  71:19 128:18
**April** 20:24 23:13
  53:8 54:1 58:4,24
  110:22,23 111:3
  151:13 154:7,9
  157:8,14 160:17
  160:18 166:8
**area** 45:6 48:25
  85:24 86:23
**areas** 19:22,24
  49:10 68:23
**Ariana** 175:20,21
**arises** 82:16
**Arizona** 129:18
  140:24 162:2,4,5
  162:9,12,18
**Arlington** 138:24
**array** 73:1
**article** 37:16
**aside** 115:24
**asked** 41:24 50:10
  51:11 86:5 106:25
  152:25 153:3
  178:5
**asking** 7:3 32:5
  46:20 51:8 83:8
  86:13,15 89:9
  110:8
**asks** 83:24
**aspect** 9:5 120:14
**assemble** 119:8
**assembled** 67:21
  67:23 68:6,7 69:7
**assigned** 15:17
  22:5,25 54:25
  63:17 157:10
**assist** 75:17 76:6
  83:3 85:23 86:1
**assistance** 74:7
**assistants** 23:23
**assisting** 73:11
**associated** 80:23
  100:9

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 2

assume 90:9 127:2
assumed 103:17
assumes 84:24
  126:8
Atlanta 23:8
attached 26:14
  52:24 108:6 112:8
  113:6,15,16 119:3
  121:15
attachments
  112:25 118:23
attend 47:19
attended 169:25
attention 52:1
attorneys 27:12,16
  64:13
attorney's 1:9 88:8
Auburn 10:21
Austin 23:13
authenticate 80:2
authentication
  31:12 33:7,24
  34:8,22 35:20
  42:1 49:19 78:5
  78:15,16 79:2,7,8
  143:15,23 144:15
  168:18
available 78:24
  86:21 176:24
average 46:18
avoid 12:20
aware 42:25 60:16
  61:9,15,19 62:3
  63:1 70:12 75:25
  76:10,15 79:2
  81:19 94:16
  111:14 127:21
  129:4 130:18
  132:2 134:3,8,17
  136:24 138:2
  139:15,21 140:13
  140:23 142:8
  143:6,24 146:22
  147:1 148:5
  150:12 151:22

156:7 157:16
  158:13,16 164:11
  172:5,7 176:19
a-l-l-e-l-i-c 65:14
A-r-i-a-n-a 175:22
a.m 2:4 5:2

**B**
b 4:7 77:10 88:4
  142:1 176:14
  177:20 178:16
Bachelor 10:20
back 12:10 32:22
  36:14 39:7 52:15
  53:8,25 64:10
  66:22 68:19 82:4
  86:12 88:2 89:12
  90:22 95:8 103:2
  103:5,20 107:10
  110:12 115:19
  118:4 122:24
  127:20 128:3
  136:5 147:14
  163:3 177:6
background 10:17
Baltimore 129:21
Barnes 164:18,22
  165:21,21
base 43:3
based 19:21 23:11
  23:12,13,16,17
  45:10 111:25
  139:22 155:4,8
basement 46:2
bases 162:16
basis 47:9 54:24
batch 116:9 117:2
Bates 4:10,12,14,16
  52:21 54:9 57:14
  108:10 114:15
  115:20 118:24
  119:10 128:6
bear 115:15
bee 133:23
beginning 5:6

54:10 57:13 88:3
  115:19
behalf 2:2 75:23
  77:9 146:23
BEHLE 2:18
behoove 85:6
belief 77:13 179:10
believe 8:13 9:20
  58:2 66:16 67:11
  80:20 92:25 99:1
  106:11,21 107:11
  108:18 117:24
  118:14 129:1
  138:1 143:17
  149:9,20 152:14
  154:4 156:21
  158:1,14 160:6,8
  167:23 171:8
  175:11 179:11
believes 77:14
bell 172:20,21
best 25:20 94:6
  118:15,24 177:9
better 17:14 40:20
  64:3 126:13
beyond 10:22
  25:17 39:21 40:13
  43:6,7 44:7 64:2
  71:16 74:1 77:7
  80:25 85:14 87:15
  100:24 101:5
  128:16 174:25
big 18:13 19:11
  24:5 33:1 42:24
  43:19 106:10,11
  109:7 151:6
Bigger 106:12
Bio 8:19
Biolabs 138:7
biopsy 87:9,11
Biosystems 1:14
  8:2,12,12,13,17
  13:15,17
Biotechnologies
  138:20

Biotechnology
  141:19
Bio-Synthesis
  174:1
bird 78:9
Birmingham 10:25
  169:22 170:5
Bishop 22:18 27:24
  91:9 92:13 147:19
Bishop's 93:13
bit 26:17 39:13,16
  50:3 119:25 122:7
bite 14:4
BJC 165:16 166:1
board 60:24
Boise 128:5,19
  129:5
bone 31:9 32:2,12
  32:18,20 34:21
  35:19 40:11,24
  41:25 54:20 59:3
  60:18,22 61:2,17
  61:20 63:24,25
  64:7 70:6,16 71:8
  71:12,25 72:9,21
  73:5,12,22 74:8
  75:6,19 77:2,4,15
  booth 72:5,8,22
  74:6,9
Boston 138:16
  172:14
bottom 30:2 55:2
  114:15 143:3
  161:21 171:1
Boulevard 5:18
  178:19
bound 85:9,11
bow 107:14
box 67:23 68:2
  103:7
Braintree 2:14
break 6:24,24 7:2
  31:25 44:21 52:9
  87:23 115:22
  117:1,5,7 119:9

119:21,22,23
  120:19 135:18
  136:12 176:21
breaks 6:25
brew 31:12
Brief 52:14 88:1
  177:5
briefly 6:23
bring 52:1 123:22
  123:24
bringing 109:22
British 132:6
broader 95:24
  114:3 142:22
broke 163:20,23
Brook 58:5 59:16
  60:1,17 61:16,19
  62:4 63:2
brought 110:11
  112:23
BRT 129:21
BTG 131:15
build 117:16
building 23:3 45:2
built 17:13,22
Bureau 11:5,18
bureaus 122:11
Burlington 23:12
business 37:13 40:3
  43:12,14 48:4
  55:23 58:13
  166:19
busy 152:15
Butler 141:16
buy 33:23 122:19
  128:13
buying 75:5 85:5
buys 151:2 172:17

**C**
Cal 168:3
Calandro 105:4
California 2:3 3:6
  5:1,19 23:17
  67:12 136:1

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

156:21 157:9
166:4 178:20
179:16 180:1,5
**call** 15:22 16:4,8,23
17:7,8,10,15 22:7
24:21 37:2,11,14
38:11 41:13 45:4
45:8,13 47:8,25
48:3 49:4,4 55:10
58:18 67:24 75:1
75:3,8 99:15
105:17 117:16
121:5,5,7,8
144:12,14 169:1
177:2
**called** 25:11,12
41:24 144:4 173:4
**caller** 41:12
**callers** 49:20
**calling** 38:25 48:7
49:21 102:19
**calls** 10:3 17:3
21:22 23:1 24:3
46:8,9,19 47:5,16
54:2 84:11 89:23
90:4 124:21,21
144:1,11,19
**camera** 25:25
**Canada** 19:10
30:16 46:5 68:22
118:3 120:10
**Canadian** 118:12
**cancer** 31:10 33:3
122:16 123:9
125:5 168:11
169:2,8,11,15
171:4
**capacity** 64:5 67:12
77:10 81:4 102:5
**capitals** 165:16
**captured** 25:25
**Carbone** 171:4
**Carlsbad** 3:6
**Carolina** 23:12,18
46:4

**Carroll** 2:9,10 4:4
5:21,21,24,24
6:14 17:18 18:2
18:16,19 25:19
26:3,15 28:15
29:3,13 31:2 32:8
32:16 39:23 40:19
41:4 42:15,18
43:9 44:1,13
46:22 47:1 50:23
52:11,17 53:1
54:7 59:21 60:11
60:14 64:9 65:23
69:25 70:3 72:2
73:20 74:2,19,22
76:9 77:19 81:1,8
83:10 84:18 85:2
86:14 87:22 88:10
92:3,8 108:7
113:7,11 119:6
122:1,4 123:24
124:11 126:15
128:22 136:10
168:2 175:4
176:20,24 177:8
178:14
**carrying** 57:4
**case** 1:5 5:13 14:4
45:12 47:24 50:19
57:7 59:14 60:15
79:10 104:23
105:19 106:6
118:19 166:10
171:13 172:19
**cases** 41:17 67:15
**categories** 43:25
44:3 88:21 167:25
**caused** 33:21
**caution** 28:20 29:6
**cc'd** 51:4
**cell** 31:12 33:6,13
33:16,20,24 34:7
34:8,13,14,15,21
35:20 42:1 49:19
78:5,15,15,19

79:2,4,6,7,8,16,17
80:2,8,23 87:20
143:14,23 144:15
168:18
**Cellmark** 137:17
**cells** 34:11,16,17
center 44:16,23
45:2,9,23 48:1
58:6 59:16 60:1
60:17 61:16 62:4
63:3 90:5,11,18
93:15 94:9,18,21
95:20 96:13 97:5
122:16 123:10
124:22 125:5
133:8 139:16
145:20 146:2,6
162:24 163:13
164:23 168:11,17
169:2,8,15 171:4
**centers** 45:5 48:3
**central** 37:5,7
130:5 137:6
**centralized** 130:23
**certain** 8:11 34:10
35:7,12 38:22
41:3 68:5 133:19
143:18
**certainly** 9:24
14:11 15:2,9 26:1
73:2 84:21
**Certified** 180:4
**certify** 180:6
**chance** 162:24
**change** 33:21
101:21
**changed** 8:10
**changes** 7:25 89:1
101:17 180:16
**chapter** 107:17
**chapter's** 107:14
**characterization**
31:10
**charge** 94:11
**Charles** 132:3

**check** 150:23
**checking** 87:9
**chemistry** 83:22
101:10
**Chicago** 138:10
**child** 133:17
**Children's** 171:21
171:25 172:4,7,9
172:14,16,20,23
**chimerism** 168:20
**chimerisms** 168:19
168:24
**Chino** 140:4,5
**choose** 19:2
**Christmas** 112:12
**Chromosomal**
140:6
**chunk** 42:24
**Cincinnati** 172:10
**circumstance** 58:1
**circumstances** 10:9
10:10 70:19
**City** 2:22 64:24
65:6,9 67:9,12,22
67:25 68:3,7
106:22 156:17
157:6,14,16,19,23
158:6,12,16,21
**civilly** 14:3
**CLA** 144:17
**clarify** 89:9 102:9
177:19
**classified** 31:23
**classify** 32:14
**clean** 89:12
**clear** 75:21 110:8
153:8 162:9
**client** 68:4 144:21
**clients** 63:24
**clinical** 28:8 29:5
30:19,25 31:7,11
31:13,13,14,15,23
32:3,7,9,11,15,24
36:5 39:9 43:1,21
72:8 73:21 76:23

76:24 77:18 81:16
81:20 98:16,24
99:1 174:22 175:9
**clip** 114:17
**clone** 33:14
**cloned** 79:4
**closely** 13:16
**coast** 21:4,7,14,15
**codes** 37:6 118:1
119:16 120:7,8
121:18
**Cofiler** 66:10,18
**cold** 17:15
**colleague** 175:25
176:1
**colleagues** 59:15
64:17,18,21
**collecting** 12:9
**collective** 27:4,7
**College** 140:16
**Colorado** 153:14
153:23 154:6,10
154:13,15 155:2,4
155:8
**Columbia** 23:18
46:4 132:6
**column** 116:1
**columns** 116:6
121:4,6
**combination** 8:20
**come** 15:22 16:23
21:23 25:6 31:5
38:24 45:25 47:25
66:25 68:3 69:5
72:22 74:24 89:12
89:24 93:4 95:22
96:3 97:7 103:20
109:18 119:1,2,3
119:9 120:19
122:12 124:21
144:1 170:13
**comes** 72:7 93:6
119:10 127:20
**comfortable** 6:23
**coming** 12:10

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

65:25 66:22,23
67:8,10,21 90:22
106:6 142:6 163:3
**comment** 37:5
114:20 115:2,4
**comments** 114:11
114:22,24 117:14
**comment-type** 37:7
**commercial** 13:9
131:20
**committed** 92:10
**common** 58:13,14
**Commonwealth**
93:8,14 94:8,17
94:21 95:4,14,19
96:12,24 97:4
101:16 155:12
**communicating**
59:23
**community** 72:15
139:22
**companies** 8:21
**company** 8:9 27:1
27:4,8 132:19
137:19 173:4
**compare** 119:23
**comparing** 78:20
81:5 87:6
**comparison** 35:11
**complaining**
103:21
**complaints** 111:14
**complete** 35:15
68:10
**completion** 180:14
**complicated** 39:14
39:17
**component** 103:11
**components** 65:8
65:12,25 66:23,25
67:8,9,14,21,22
69:4
**comport** 108:25
**compose** 58:18
**concentration**

103:10
**concerning** 142:9
143:23
**concerns** 115:6
**conclude** 178:15
**concrete** 102:13
**conduct** 10:1,4
15:13
**conducting** 12:11
45:5
**CONFIDENTIAL**
1:8
**configuration** 68:1
**confirmed** 35:18
**confused** 86:9
**Connecticut**
148:12
**consider** 40:3
**consult** 64:12
**consumables** 76:4
**contact** 58:5 74:24
75:9 89:19,20
96:1,2 135:15
143:16 167:19
**contacted** 135:12
143:13 168:17
**contacting** 112:1
**contacts** 93:16 96:5
101:14
**contained** 95:5
97:3
**contaminated**
34:15
**contamination**
31:14 34:1,3,22
35:22
**content** 28:21
92:11 123:18
124:15 157:21
**contents** 155:5,9
179:7
**context** 13:25 14:2
135:15 149:11
160:9 168:20,24
**continue** 122:15

**continuing** 100:8
**contracted** 5:17
**contributor** 78:21
**control** 104:4 133:8
**convenience**
113:13
**conversation** 55:11
58:16 123:15
148:17 149:23
152:17 157:13
159:10 160:19
161:15 163:9
164:8
**conversations**
151:23 154:8
165:3 169:7
**convicted** 128:25
**convince** 85:6
**Conyers** 23:8 46:2
**coordinates** 47:17
**copied** 54:6
**copy** 51:24
**Corp** 136:16
150:24 151:2,11
151:14,21
**corporate** 8:1
87:18
**corporation** 1:4,12
5:7,9,10 70:24,25
71:2,6 75:24 77:9
80:19,20 138:22
166:16
**Corp's** 151:25
**correct** 12:19 16:7
19:16 45:24 59:9
61:22 62:25 69:10
88:23 93:24 96:2
96:16 97:20 98:12
98:15 99:1,4
100:15 101:4
108:19 109:9
124:9,16,25 125:7
125:11 126:2
139:25 142:25
146:5 147:9

148:22 149:3
153:7 154:21
161:19 162:20
173:1,3 174:6
178:7 179:14
**corresponding**
162:17 163:19
164:13 165:8
168:4 170:22
171:16 172:24
173:17 174:4
**cost** 57:21
**counsel** 5:22 29:7
51:22,24 52:1
88:6 123:20,24
147:25 149:12
157:4 174:15,16
177:24
**count** 19:25
**country** 67:8 116:9
118:1 172:1,8
**COUNTY** 180:2
**couple** 8:14 114:8
128:20 177:1
**course** 75:10 82:11
**court** 1:1 5:11,12
6:3 26:23 108:8
**cover** 21:9 83:6
149:18 162:15
**covered** 83:9 98:13
162:2
**covers** 98:6
**created** 100:10
**Crews** 93:17 94:11
**crime** 12:9,9,10
15:11 41:2,8
**critical** 16:14 67:13
**CSR** 1:25 2:5
180:23
**cue** 46:1,11
**culture** 31:12 33:6
33:13,24 34:8,21
35:20 78:16 79:6
**CUNY** 140:16
**current** 9:1 14:7

**currently** 7:12
19:19,25 21:17,22
23:20 99:10
**curriculum** 10:2
47:19
**customer** 10:7
15:22 16:14,24,24
17:2,7,14 18:1,3
37:15,15 41:20
42:6,8 43:3 45:8
45:16 55:12 56:25
57:20 58:9,12,15
59:1,2 60:6 63:5,7
68:4,11,13,14
72:11,18 75:18
76:6 82:7,24 83:4
83:14,22,23,24
84:7 85:4,16 86:4
86:20 103:4,18,21
104:23 105:21
109:8 111:6
122:13,17,19
126:11 128:11
130:20,23
**customers** 28:7
29:5,12,14,15
33:22 36:21 38:19
40:6,9,22 41:1
45:5,22 71:6 73:5
74:24 76:7 81:16
81:17,19 84:20
85:23 98:25
100:18 102:19
104:3,10 111:15
112:2 122:5,9
133:25 167:15,19
**customer's** 56:15
82:13 102:23
**cycler** 49:22
**C-a-l-a-n-d-r-o**
105:7
**C-r-e-w-s** 93:17

**D**
**D** 1:24 2:4 4:1

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

180:4,22
**daily** 47:9
**Danny** 57:11,15,18
  126:14 166:25
  167:1,13 176:22
  177:10
**Danny's** 167:2
**Danus** 21:3,11
  23:12 148:13,15
  148:18 149:20,24
  152:14,18,22
  156:1,2 159:9,11
  161:12,15 163:7,9
  164:6,8 165:2
**data** 12:12 16:19
  24:9 37:4,24
  103:25 104:4,21
  104:25,25 106:5,7
  106:16 107:21,23
  144:4 158:20
**database** 16:13,16
  17:2,4,8,13,22,25
  18:9,23,24,25
  36:18,19,19 37:19
  38:6 41:10,19
  70:10 91:11,18
  94:22 95:15 96:12
  97:16 99:20,25
  100:14 104:17,20
  104:22 111:23
  126:4,9,20 127:1
  144:4 154:1,12,24
  178:6
**date** 5:14 108:22
  116:10
**Dated** 180:20
**dates** 37:6
**Dawson** 93:17
  94:11
**day** 12:20 46:9,17
  179:15
**day-training** 54:11
**deal** 18:21 49:9
**deals** 49:10
**December** 108:22

114:4
**decision** 67:19
**Declaration** 179:1
**declare** 179:5,8,12
**dedicated** 45:17,18
  45:21 63:14 75:1
**defendants** 1:15
  2:17 6:2 30:1
**define** 30:25 76:24
  77:1 106:11
**definitely** 101:13
**definition** 29:25
  30:1
**definitions** 29:23
  29:24
**degree** 10:19,24
**demanding** 79:22
  80:5
**Dentistry** 155:15
  156:4,10
**Denver** 139:16
**department** 11:14
  111:7 122:12
  127:2 176:4,5
**departments**
  122:10
**depend** 10:8
**depending** 57:25
  121:4
**depends** 10:10
  46:11
**depo** 51:9 110:7
  123:22,25 142:6
  153:24 154:16
  160:3
**deponent** 179:5
  180:10,16
**deposed** 6:20 13:24
**deposition** 1:19 2:1
  4:9 5:7,19 27:1
  36:17,20 37:20,24
  38:14 41:11 44:14
  50:7 51:10 52:19
  53:5 59:8 64:2,12
  64:14 69:20 71:16

87:15 88:4,18
  89:16 108:14
  123:9 128:17
  148:16 149:6
  152:7 155:17
  156:23 162:25
  176:14 177:19,21
  178:16 179:7
  180:7,9,14
**DER** 1:8
**described** 33:24
  97:19 152:8
**describes** 70:14
**description** 4:8
  9:17,18,19,22,23
  116:8
**designate** 88:7
**designated** 75:22
  167:24 168:1
**designed** 56:5
  78:23
**detail** 37:13 113:13
  144:21
**detailed** 124:15
**determine** 41:12
  80:22 95:11,16
  105:20
**develop** 10:1
**developed** 56:6,12
  111:20,22
**developers** 101:12
**development** 9:5,5
  15:2 47:18 105:13
  130:15 174:20
  175:7,13 176:7
**development-type**
  175:5
**develops** 64:25
**diabetes** 34:10
  133:16
**diagnosis** 32:13
  77:17
**diagnostic** 31:11
  98:16,24 99:2
  175:9

**diagnostics** 31:11
  33:3
**different** 33:15
  69:23 102:12
  125:22 147:5
**differently** 37:9
**difficult** 34:17
  124:8
**direct** 124:21
**directed** 126:14
**directly** 45:13,25
  63:20 68:17 90:5
**director** 14:14
**disagree** 31:17,22
**disagreement** 36:7
**disaster** 67:15
**disasters** 69:16
**discern** 41:14
  101:9
**discovery** 50:18
**discuss** 144:21
**discussed** 63:13
  116:18 150:19
**discussing** 55:14
**discussion** 8:19
  29:1 57:8 66:22
**disease** 34:10 133:8
  133:15
**dish** 79:6
**dissected** 120:4
**distinct** 48:15,16
  48:17
**district** 1:1,2 5:12
  5:12 9:2,4 14:12
  19:5,13 167:4,9
**divide** 21:22
**divided** 167:12
**division** 8:9 11:19
**divulge** 28:21 29:7
**DNA** 13:3,17 79:13
  80:21 81:7 128:25
  129:2 141:17,21
  173:5
**document** 16:1
  26:12 30:1 52:22

59:19 76:19 91:17
  108:4,13 114:9,21
  115:7,11 124:2
**documentation**
  15:20 100:10,12
  123:20
**documented**
  107:20 144:10,12
**documenting** 12:9
**documents** 4:14,16
  8:18 20:5 22:20
  27:11,17,19 28:7
  44:15 51:11 88:14
  88:20 89:2,5,16
  91:25 92:4 101:20
  101:22 102:4,6
  113:4 124:3,6
  162:5 165:15,22
  171:25 172:21
  174:8
**dog** 14:3
**doing** 34:9 49:21
  79:25 94:9 106:17
  111:8 119:19
  120:12 170:9,12
  174:18
**donor** 32:14 77:16
**door** 83:23
**double** 21:20
**Dr** 60:24 61:5
  93:17 94:11
  141:16
**due** 8:9 19:2
**duly** 6:9 180:11
**duties** 9:16 22:24
  42:5 47:15 72:4
**duty** 21:20 105:10
  105:12
**D-a-n-u-s** 21:3

**E**
**e** 4:1,7 179:19
**earlier** 17:3 72:3
  178:5
**easier** 118:20

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

east 21:4,7
east/west 167:8
EDDE 2:19
edited 118:11
Edmond 130:5
educational 10:17
effected 158:3
efficient 24:15
efforts 105:18
  109:19
Eighty-seven
  171:19
Eighty-three
  165:13
either 42:9 106:21
  114:1 124:4
  126:23 174:5,21
electronic 28:1
  107:17 112:25
  124:4
electronically
  24:17 93:1 104:8
  119:1
Ellen 22:18 23:17
  27:24 28:12 29:1
  29:11 91:9 95:2
Ellen's 46:3
employed 7:12
ends 115:16
engineers 99:6,16
  100:13,17 101:3,6
  101:13
England 21:10
  65:19,25 66:23,25
  67:22 68:11,18
  69:5
engraftment 42:1
entail 12:6
enter 16:13 24:9
entered 16:19
entire 76:3 88:8
entitled 5:9
entries 27:21,23
  28:13 29:11 37:5
  37:25 38:3,6,15

38:23 39:8 50:6
  127:5
entry 37:1,11,14
  144:6,13
episode 109:4
equipment 72:17
  75:11 76:4
error 105:20
  110:11
ESQ 2:10,11,19 3:4
et 5:9,10
etcetera 33:18
  122:12 144:2
Ethicon 138:13
evaluate 106:8
event 74:6,14,17,21
  80:7 108:20 109:1
events 72:4 74:25
eventually 110:20
evidence 84:24
  126:8
exactly 32:4 49:21
  82:21,23 93:4
  112:7 115:9 124:1
EXAMINATION
  4:3 6:12 136:8
  177:15
examined 6:10
  180:10
example 14:24
  29:22,25 34:7
  39:24 44:20 48:2
  54:8 79:18 102:13
  110:2,5,10 166:19
excuse 5:11
Executed 179:15
exercise 120:24
exhibit 4:9,10,12
  4:14,16 26:9,9,13
  29:19 30:20 34:24
  34:25 38:21 52:20
  52:23 54:9 55:1
  64:10 65:4 66:6
  67:1 69:18,22
  83:7 88:12 93:12

97:1,4 100:9
  108:3,5,9 111:17
  112:3 113:1,19
  114:1,2,3,14
  115:14,14,18,21
  116:17,22,23
  117:20 118:4,13
  118:14,15,17
  119:3,7,10 120:24
  121:13,25 122:6
  122:24,25 123:2
  124:14 127:18,19
  128:1,3 136:11
  142:3 145:17
  146:16 155:3
  156:15 158:11
  161:6,22 162:3
  170:24 171:2
  173:20,25 176:13
  177:19 178:11
Exhibits 112:24
  113:5 119:2
exist 98:22
existing 75:11,12
exists 99:2 175:11
exonerating 129:2
expanding 43:22
experience 13:21
  15:11 61:13 75:12
  84:9
experienced 102:23
expertise 45:6
  48:25 84:4 85:12
  85:25 86:23
explain 7:4
Explains 11:1
expositions 74:25
extent 25:16 39:20
  40:12,15 44:6,9
  50:20 54:2 60:8
  64:1 71:15,20
  73:16 80:5,24
  84:11,23 87:14
  97:16 126:7,12
  128:16 146:2

174:24
eyes 1:9 88:8
e-mail 15:17 22:6
  45:18 52:21 53:7
  53:9,16,25 56:19
  58:4,8,11,18,22
  75:2 108:23 119:3
  121:15,22 124:3
  127:14
e-mails 4:10,12
  10:3 15:19 23:1
  27:21 50:16,17,24
  51:2,3,11,16,20
  51:23,25 52:4,19
  53:4 54:6 58:25
  59:12 64:11
  118:22
e-mail's 58:24
E.V 1:9

F

face 117:13
facilitate 112:2
facility 94:12
fact 53:12 61:9
  74:5 79:5,21 80:8
  117:22 145:3
  147:3
facts 84:24 126:8
fair 71:5 82:11
fall 99:10
falls 14:23
familiar 16:21
  32:17,19,25 33:4
  33:9,22 34:2,6,21
  34:25 36:1,4,15
  37:13 66:12 78:11
  79:18,21,24 80:11
  81:13 91:17 115:5
  116:13 120:8
  121:24 122:13,17
  128:10 129:9,19
  130:2,6,11,19
  132:4,8,10,12
  134:5,22,24

136:16 137:2,8
  138:6,9,11,14,17
  138:19,21,23,25
  139:17,19 140:3,5
  140:15,25 141:20
  141:22,24 156:18
  158:25 161:9
  164:3,18 165:17
  166:4,15,17
  168:14 169:22
  170:2 171:5,22
  172:6,10,17 173:5
  174:1 176:14
familiarity 34:5
  82:25
family 18:23
far 29:8 97:23
  107:10 128:7
  131:12 136:14
  149:1
FAS 16:2,5 21:20
  22:4,9,14 23:9
  42:3,5,19,22 43:4
  43:4 47:7 61:13
  61:23 62:10,12
  63:7,8,12,12,14
  74:16,23 81:25
  82:6,17 83:3,18
  84:1 91:10 98:2
  101:13 103:19
  109:19 110:10,16
  110:17 111:11
  123:15 145:4
  148:8 149:19
  151:24 152:12
  153:20
fashion 133:21
FASs 19:17
fast 43:22
father 133:16
fault 67:13 139:21
Fayetteville 130:1
FBI 13:21
federal 11:5 26:22
feel 6:23 29:21

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 7

**fetal** 34:11,14,16
  34:17
**field** 13:19 15:9,12
  16:3,6,18 17:6
  20:6,23 97:23
  99:6,16 100:13,17
  101:2,6 105:16
  148:2 149:14
  152:1
**fielding** 16:4
**fifth** 131:16
**Fifty-nine** 168:5
**Fifty-two** 161:21
**Figueroa** 2:2 5:20
**figure** 103:14 120:4
  124:9
**Figured** 162:15
**file** 27:25 28:1
**filed** 5:10
**files** 104:12
**fill** 16:12 21:17
  24:7
**filled** 21:21 37:18
**final** 67:21 68:1
  107:18
**financial** 121:18
**find** 47:8 51:19
  82:12 103:1,8
  110:3 112:8,17
  113:15 115:16,19
**findings** 34:12
**fine** 20:24 31:19
  33:1,1 41:5 88:10
  142:21
**fingers** 36:12
**finish** 7:2 32:23
  69:19 124:18
  145:16 155:1
**finished** 176:11
**first** 6:9 9:18 30:12
  31:17 54:9 64:20
  89:13 102:22
  119:10 180:11
**fit** 77:5 88:20 89:17
  91:2 101:20 126:5

**five** 15:11 47:3 52:5
  63:11,13 122:15
**five-minute** 52:9
  87:23 176:21
**fix** 104:24
**Florida** 23:11
  137:6 138:12
**flow** 50:1 76:2
  83:21 84:6 86:25
**folks** 58:19
**follow** 14:20 36:13
  118:24 119:5
**follows** 6:10 40:21
  60:5
**follow-up** 143:22
  144:11
**follow-ups** 143:25
**Ford** 158:24 159:6
  159:11,14,19,23
**FORDERUNG** 1:8
**forecast** 121:17
**foregoing** 179:6,14
  180:9,12
**forensic** 10:23
  11:15,19 12:8,11
  12:24 13:25 43:23
  49:15 71:22 72:13
  76:1,11,22 77:3
  77:20,21 84:15,17
  85:9,15 86:21
  87:2 94:12,13,15
  95:25 129:16,23
  130:9,10 133:4,12
  134:14,15 135:5
  136:21 137:23
  139:9,21 141:7
  151:15 170:3,6,11
  170:18
**forensically** 83:21
**forensically-vali...**
  56:7 84:4
**forensics** 12:3,4,7
  43:20 44:5,11
  73:9 77:5 86:2,16
  87:12 111:8 131:8

131:22 132:23
  137:12 139:12
  140:10,20 152:1
**forget** 103:4
**form** 16:11 24:7
  28:9 40:2 73:15
  118:10
**format** 116:13,16
  116:18 124:9
**formatted** 115:5
**former** 17:3
**forms** 37:18
**forth** 176:12
**Forty-eight** 156:11
**forwarded** 146:3
**Foster** 64:24 65:6,9
  67:9,12,22,25
  68:3,7 106:22
**found** 51:20,23
  97:18
**foundation** 25:18
  39:22
**four** 19:24 35:23
  36:7,14,21 38:20
  41:22 42:11 43:24
  44:1,3,3 66:12
  67:1 70:15 71:12
  71:21 78:1,14
  81:10,12,21,23
  83:14 93:16
  125:10 142:10,13
  142:14,24 143:2,7
  143:9
**fragment** 49:3
  75:13
**frame** 42:13
**frequently** 82:6
  141:17
**Fritz** 3:10 5:16
**front** 29:19
**FRU** 85:12
**FS** 145:4
**full** 7:9 24:25 54:10
**function** 40:4 54:14
**further** 136:8

146:10

**G**

**Galgano** 49:6
  90:13 125:2
  147:12
**gather** 27:24
**GBI** 13:3
**Genequest** 141:21
**general** 9:16,22
  14:8 49:4 59:10
  174:17
**generally** 69:24
  109:1
**generations** 33:14
**genes** 133:19
**genetic** 33:21 34:9
**Genetics** 136:25
  153:18 174:7,18
**Genetrack** 138:7,9
**genotype** 31:10
  33:3
**gentleman** 147:10
**gentlemen** 62:18
  63:17
**Genzyme** 136:25
  153:17 174:7,18
**geographical** 67:12
**geographically**
  19:21 148:11
  159:7
**geography** 152:16
**Georgia** 11:18 23:8
  46:2
**Gerald** 14:14
**Germany** 68:15
**getting** 6:17 18:20
  56:25 75:18
**give** 9:21,22 14:8
  14:24,24 15:6
  22:14 29:21 37:7
  51:22 63:23 76:18
  95:8 102:13 114:8
  122:8 177:1
**given** 29:16,17

34:19 41:5 177:8
  180:13
**glad** 44:22
**global** 118:2,9,11
  175:14
**globally** 86:22
**go** 6:22 8:6,16 13:7
  19:17 31:3 32:10
  33:6 36:11,12
  39:12 42:6,8 44:1
  44:22 45:22 47:22
  48:1,7 49:4 50:5
  57:9 64:10 65:3
  68:2,4,4,18 75:3
  78:1,4,6 82:3 90:5
  93:6 96:25 99:12
  101:15 102:24
  103:5,24 104:2,17
  104:19,21,25
  105:1,21 106:17
  106:20 107:16,16
  108:2 113:12
  117:4,5 118:4,4
  118:13,17,18
  120:19 121:9
  122:24 125:12
  126:3 127:18,18
  128:3 135:19
  142:1 144:2
  147:14 148:19
  149:4 150:3
  153:17 157:20
  164:2
**God** 67:15 103:8
**goes** 25:17 29:9
  39:20 40:13 71:15
  76:2 84:8 87:15
  100:24 119:20
  120:23
**going** 7:5 8:18 12:8
  27:15 31:7 38:8
  38:11 40:1,10,24
  41:7,7 42:11
  43:22 47:12,19,22
  50:9 53:3 55:17

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 8

56:15 58:12,17,19
59:1,2,16 60:16
66:5 68:2,3 72:5
80:2 85:23 89:11
95:5,10,13 104:14
110:12 113:1
114:24 120:17
131:15 143:1,2
153:16,22 174:22
176:21 178:20
**good** 5:5 6:15,16
35:3 44:21 52:9
57:12 78:9 94:7
133:24 178:14
**Googled** 165:20
**grads** 94:14
**graduate** 10:22
11:16 170:1
**Grandview** 2:12
**grant** 80:3,6
**grants** 79:22 80:1
**great** 7:9 30:11,17
35:5 118:25 119:6
**Gregor** 133:22
**group** 10:4 38:18
49:4,5 54:14,25
55:3 56:20,21,24
57:3 62:18 64:18
64:20,22 67:6
69:15 77:2 84:3
86:18 89:24,25
90:3,6 101:5,7,11
103:3 105:2,5,8
105:22 106:22
107:21 117:10
124:23 125:2,6
127:13 128:24
147:5 171:21
172:23
**groups** 69:18
100:12 101:12
125:22
**growing** 43:3,10,12
43:14,19 44:4,12
**guess** 55:5 78:9

100:6
**guessed** 20:23
**guy** 85:3 152:15
**guys** 18:8 110:12
**G-a-l-g-a-n-o** 49:8

**H**

**H** 4:7 168:11 169:8
**habit** 58:15,18
**Hackensack** 161:9
161:13,20,22,25
**half** 47:3
**Hall** 64:3 71:19
75:22 126:14
128:18 168:1
**hand** 119:24
**handle** 49:15 72:23
75:7 113:1 152:12
157:6 159:5
164:25 169:24
173:13
**handled** 124:23
144:7
**handles** 151:8
154:5 155:25
160:15 171:9
**handling** 21:16
46:18 47:4 61:24
166:6
**hands** 55:20
**hands-on** 12:1
**happened** 61:8
106:1,3
**happens** 70:22,25
106:5,7 107:17
144:5
**happy** 7:4 18:23
**hardware** 38:25
101:9,11 160:8,10
**harvest** 34:16
**Haven** 139:20,23
**head** 19:24 20:9
49:5 105:4
**header** 113:19
**heads** 90:10 141:16

**heads-up** 56:20
**Health** 58:5 59:16
60:1,17 61:16
62:4 63:3 165:17
166:1
**hear** 110:24 115:10
**heard** 6:17 19:5
22:8 80:4,13
81:22,25 126:23
132:14 134:7,19
137:1 138:4,8
173:6
**help** 14:17 18:17
25:14 37:12 43:16
51:12 54:17 56:4
57:3 73:6 85:7,15
85:21 86:17,19
101:6 102:1 115:1
115:2,8 158:5
**helpful** 55:16
114:10
**helping** 84:9
**Henry** 158:24
159:6,11,14,19,23
**hereto** 26:14 52:24
108:6 113:6
**hey** 102:19 110:12
**HID** 63:8,12 85:13
91:10 98:1 123:17
143:13 175:23
**hierarchy** 14:9
15:7
**high** 14:10
**Hills** 5:19 178:20
**hints** 114:9
**hire** 166:7
**history** 17:2
**hit** 78:8 95:4,6,10
95:13 124:14
170:15
**hits** 92:23 152:10
154:3 173:8
174:11,13 178:7
**HLA** 61:13 62:8,10
62:12,19,20 63:12

63:15,17 131:11
**HOLDINGS** 1:13
**home** 22:5,25 23:6
31:12 46:3,4 48:9
**honestly** 155:24
**hook** 46:7
**Hope** 156:17 157:7
157:14,17,19,23
158:6,12,16,21
**hopefully** 31:8
124:20 159:25
**Hopkins** 91:19,20
92:7 141:23 142:1
142:9 143:7,13
144:15,20 145:5
145:10,16,24
146:11,23 147:13
147:14 153:12
**Hopkins-specific**
146:18
**horizontal** 115:11
117:17 120:17
121:5,6,8
**horizontally**
115:13
**Hospital** 158:25
159:12,14,19
164:18,23 172:10
172:14,16
**Hospitals** 171:25
172:4,7
**house** 46:10
**housekeeping** 88:7
**Howerton** 2:11
5:24
**human** 9:2,25
19:14 20:18 24:2
43:20 44:12 45:6
45:17,18 54:16
55:3,7,17,21,24
56:2,8,13 57:19
63:14 65:1 66:3
78:18,22 79:13
80:14,21,23 81:7
81:7 83:15 84:2

86:22 87:6,19
88:25 89:18,24
96:10 98:1,1
105:14 141:1
143:17 167:4
175:8,12
**Hundred** 12:4,6
**husband** 14:3
**hydatidiform**
31:10 32:23
**hypothetical** 83:9
**hypothetically**
83:11

**I**

**idea** 50:22 161:18
**identification** 9:3
9:25 20:18 24:2
26:13 35:18 43:20
44:12 45:7,18,19
52:23 54:16 55:4
55:8,18,21,24
56:2,9 57:19
63:14 65:2 66:4
78:19,22 81:7
83:16 84:3 86:23
87:6,19 89:18,24
96:10 98:2 105:14
108:5 113:5 141:1
167:5 175:8
**identified** 43:25
79:11 91:25 92:5
101:20 111:21
125:5,8
**Identifier** 56:1
66:11,18 93:19
94:5 102:15
105:19 106:3
108:1 109:5 111:2
111:12,16 112:9
113:24 127:25
150:19,25 157:24
158:15,17,21
**Identifiler's** 56:11
103:1

Merrill  Corporation  -  Los Angeles

**identify** 5:22 36:24
41:21 49:20 87:20
94:22 97:3
**identifying** 78:19
79:13 80:21
**identity** 19:14
56:13 80:14 88:25
143:17 175:12
**Illinois** 138:10
**imagine** 37:4,12
**impact** 14:22
**implemented** 56:8
**incident** 108:2
**include** 29:5 37:20
78:15 105:17
178:10
**including** 31:11
89:3 101:25
**indicate** 96:17
**indication** 144:16
165:16
**individual** 35:13
78:21 79:12 87:21
**individuals** 9:24
100:10 127:13
**informal** 70:11
**information** 19:3
37:8 41:19 75:10
75:14 79:3 91:2,7
94:22 95:11 97:16
121:18 125:15
142:8 145:22
146:4,7 148:21
154:14 179:10
**initial** 100:21
110:22
**initially** 15:25
**innocence** 128:21
128:24
**inquired** 145:13
**inquires** 92:12
**inquiries** 10:4
44:17 45:21 125:5
126:10
**inquiry** 75:5

123:16 143:23
144:6,7,17 146:1
167:20
**insofar** 145:23
**install** 99:6
**installation** 97:9,11
97:17 100:21
**installed** 39:9
61:10
**instance** 41:6
**institute** 129:9
132:6 140:1 141:3
169:12 170:19
171:5
**institution** 147:16
149:6 153:24
**institutions** 90:24
93:2 178:3,10
**institution-specific**
91:1,7 92:17
176:12
**instructed** 29:1,11
91:9 95:2
**instructs** 94:14
**instrument** 17:24
25:3,5,24 39:9,13
39:18 42:9,10
49:22 55:12 56:25
57:1,21 60:4,6
61:9 72:24,25
73:2 93:19
**instrumentation**
17:23
**instruments** 25:10
25:13,15 26:2
39:14,17 40:4,7
40:10,23 41:2
76:3
**intelligently** 50:9
**interacted** 63:20
96:13
**interaction** 63:24
69:14 91:14 95:15
95:19
**interactions** 16:14

17:3 62:10 67:5
96:10 97:6,17
98:25 99:20 125:9
125:20 126:5
144:10 145:25
147:8
**interested** 38:9
43:1 72:21 87:1,2
**interesting** 114:13
115:16
**internally** 22:7
**International**
132:25
**Internet** 24:24,25
**internships** 11:3
**interrupt** 31:21
**interviewing** 21:17
**investigation** 11:5
11:19 122:11
**investigations**
12:11
**investing** 133:17
**Invitrogen** 1:13
8:14
**Involuntary** 1:10
**involve** 14:25 91:16
101:10
**involved** 20:19,20
100:20,25 109:24
110:14,16 127:25
150:18,25 157:24
**involvement**
109:22
**in-house** 10:8 89:3
89:6 101:23 102:4
102:6,10 103:3,5
103:15 105:1,8,22
106:14,18 107:21
110:4,13 127:20
127:22 146:19,22
150:15 158:11
**Iowa** 134:23
**IP** 1:13
**Isis** 134:18
**isolated** 111:21

**issue** 15:23 38:25
39:1,1 105:15
107:19 160:8
**iterations** 33:14
**IVK** 138:22
**i.e** 133:22

**J**

**Jay** 140:16
**Jersey** 155:15
156:4 161:13
**Jewish** 139:16
164:18,22 165:21
**job** 9:6,16,17,19,23
21:21 40:20
**John** 140:16
141:16,23 144:20
145:9
**Johns** 91:19,19
92:7 141:23 142:1
142:9 143:7,13
144:15,20 145:5
145:10,16,24
146:11,18,23
147:13,14 153:12
**Johnson** 2:19 4:5
6:1,1 17:17,21
18:15 25:16,22
28:9,20 29:6
30:22 32:5 39:20
40:12,15 42:13
43:6,24 44:6
46:20 50:20 54:2
59:19 60:8 64:1
69:23 71:15 73:14
73:25 74:17 75:20
77:7,12 80:24
81:3 83:8 84:11
84:23 86:5,8,10
87:14 88:6 92:1
119:5 121:25
124:1 126:7
128:14,16 167:23
174:24 176:23,25
177:17 178:13

**journal** 37:16
**journals** 70:21 79:1
**July** 1:21 2:3 5:1
5:14 136:1
**June** 13:4,5
**justices** 122:11

**K**

**keep** 91:5 115:25
122:25
**kind** 7:5 15:8 17:3
21:19 25:6 27:7
34:5 37:5 56:19
56:20 79:22 89:12
108:2 113:22
114:13 115:20
119:9 120:1 121:5
121:6,6 141:11
**kindly** 26:9
**kit** 41:13,25 56:1,5
57:5 65:24 66:14
66:14 67:21,24
68:2,3,17 69:2,5
73:11 94:5 102:20
103:6 107:18
109:5,10,13 131:2
131:3 135:3,7
150:8 159:11
166:1
**kits** 12:23 13:10
28:8 30:16 31:9
32:19 33:20,23
34:2 35:17 38:20
38:23 39:3 41:21
42:2,9 44:17,24
46:19 48:20,23
49:10,15 50:1
55:18,24 59:3,18
60:18 61:17,20
62:4,24 63:2,24
64:25 65:6,8,10
66:2,4,9,12,19
67:1 68:6,10 70:6
70:15 71:7,12,21
72:9,12 73:22

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

74:7 75:6 76:21
77:4 78:14,17,18
78:22 81:13,15,17
81:18,21,24 82:13
83:14,20 84:5,16
85:11,17 86:21
94:13 105:14
109:19 111:21
112:2 114:25
122:19 125:10
128:13 129:5,13
129:19 130:2,12
130:17 131:12
132:24 133:2,14
134:1,12,24
136:19 137:10
138:2 139:5 140:8
140:18 141:5,13
142:9,10 143:6,8
146:23 148:6
149:16,25 151:2
151:14,17,20,25
152:18 154:9
156:3 157:14
158:2,3,6,6 159:3
160:13,19 161:18
163:16 164:9
165:4 168:23
169:8,9 170:10,10
172:17 173:11
174:18,23 176:7
176:15
**kit's** 103:14
**knew** 40:10,23 41:2
59:1
**know** 7:1,25 8:25
12:17,21 20:13
31:18 34:5 39:3
40:16 41:6 42:2
44:22 45:15 48:6
50:19,21 54:4
57:8 58:1,14 60:9
61:5,12 62:9
64:19 65:12 67:4
67:18 69:13 70:9

70:22 71:10 72:14
73:3,24 74:3,4
75:16 78:13 79:15
79:16,23,23 80:4
81:23 82:17 84:7
98:19 100:1,4
102:3 103:4 107:5
110:2,13 114:10
114:23,24 115:9
115:11 119:25
120:18 122:21,22
122:23 126:22,23
127:4,24 128:19
130:25 131:1,3,4
131:4,9,13,14,18
132:15,24 133:7
134:19 135:9,13
135:14 137:4,15
137:17 138:5
139:3,7,14 141:15
145:3,6,11 146:10
151:21 152:21,23
152:24 153:10
157:23 158:8
159:2,7,18 160:2
160:9,12 162:5,10
162:12,24 163:1
164:22 165:22,23
166:23,25 167:1,3
167:6 168:22,23
169:1 170:9,10,12
171:9,11,12,14
173:10,15 175:3,5
175:7,13,19 176:6
176:15 179:7
**knowledge** 27:3,4,7
58:7 63:23 64:4
71:17,20 73:18
74:20 82:5 100:16
141:2 145:13
150:8 160:22
163:15 165:6,25
166:18 167:18
170:4 174:17
175:1 178:9 179:8

**knowledgeable**
30:14,15,18 90:20
167:14
**known** 35:10 78:20
81:6 87:10 113:10
**knows** 70:25 71:6
75:20 103:10
126:12 175:1
**Kotkin** 21:1,6
151:12
**Kris** 118:21
**Kristine** 2:19 6:1

## L

**lab** 12:1 39:9 41:8
42:8 55:10 63:9
72:8 82:3 84:9
106:6,6 111:11
131:4,4,5,20
132:3,23 134:4
138:8 150:24
151:2,11,14,20,25
**labeled** 26:7
**laboratories** 11:5
12:13 13:22 15:11
41:2 64:8 129:21
**laboratory** 10:20
11:10 12:11 33:13
35:4,6 141:16
**labs** 9:25 11:2
12:24 42:6 43:11
73:21,21 80:13
81:22 86:23
138:22 140:4,5,6
141:21
**ladders** 65:13
**Lake** 2:22
**Lakehead** 132:9
**laptop** 28:4
**larger** 48:3
**Las** 111:7
**late** 57:15
**latest** 112:17
**LATIMER** 2:18
**laws** 179:13

**layer** 120:16
**leaders** 139:21
**learn** 143:19
**learned** 42:10
**Lee** 168:11 169:1,8
169:15
**left** 13:4 23:13
115:25 116:5
117:11 119:15,22
**Legal** 5:17 178:19
**letters** 25:10
**let's** 15:21 19:17
25:5 31:25 32:18
33:6 39:12,12
55:20 64:10 68:14
75:3 78:1,4,5
88:12 89:11,12
93:9 96:25 101:15
116:25 117:11
118:4,13,14,17
119:7,14,14 120:6
121:9 122:5,24,25
124:17,19 136:14
142:1 145:16
147:14 148:19
149:4 150:3 153:8
153:9 155:14
164:2 165:10
172:9
**level** 33:21 107:20
110:14
**library** 70:11
**licensed** 76:21
**licensing** 71:24
76:20
**Life** 1:12 3:3 4:10
4:12,14,16 5:7,10
7:15,17,18 8:15
14:15 26:19 30:14
44:24 45:4 48:12
52:21 59:15 70:9
71:5,11 75:17
78:13 81:15
108:10 134:2
174:23

**light** 109:18,22
**limit** 95:25 142:21
143:1
**limitation** 85:10
**limits** 85:10
**Lincoln** 134:4
**line** 33:17,20 34:7
34:13,14,15 42:1
78:19 79:4,6,7,16
79:17 80:8,23
97:23,24 103:7
108:17 120:25
143:14 168:18
**lined** 116:6 121:1
**lines** 51:4 75:1 80:2
116:4 123:17
**lingo** 49:14 115:10
**lining** 121:2
**Lisa** 22:18 23:18
62:2 105:4 143:18
169:5,7 175:14
**Lisa's** 22:19 46:3
**list** 28:13,16,19,23
28:25 29:15 31:16
31:23 33:2 34:23
34:23 35:23,25
66:5,9 112:6,8
113:23 118:7
128:4 143:3
145:14 153:1,2
155:19,20 165:22
178:2
**listed** 31:4 70:15
71:22 122:10
147:16 176:14
178:10
**lists** 113:18
**literally** 46:2
**literature** 70:5,10
70:13,14 71:4
72:9,14 73:4
76:16 78:25
**litigation** 26:18,20
**little** 6:17 26:16
31:4 37:8 39:13

Merrill  Corporation  -  Los Angeles

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

39:16 50:3 119:9
119:20,25 120:24
122:7
**lived** 65:21
**liver** 79:5,6,15,16
79:17 80:8
**LLC** 1:14 141:19
**load** 47:5
**loaded** 47:11
**local** 22:23
**located** 23:5,10
148:11 171:12
173:14
**locations** 151:12
**logged** 46:12
**Logical** 130:7
**long** 11:7 79:15
135:19
**look** 17:9,25 27:22
29:22 37:24 38:15
47:12,12 50:5
53:2 57:9 95:3,11
103:5 104:9
114:10,14 116:13
119:7,21 120:5,6
122:5,25
**looked** 27:20 28:6
29:20,22 36:18,19
41:10 50:14 52:20
53:4 114:9 115:14
119:7
**looking** 30:12
64:11 88:11 112:3
136:11 177:19,21
**looks** 66:10 113:22
114:22 115:4
**Los** 2:3 5:1,20
136:1 180:2
**lot** 11:25 25:9
102:20 103:6,7,9
106:17 109:12,23
109:24 111:24
133:17 142:15
151:4
**lots** 109:13,15,16

109:17 158:3
**lot-wide** 109:7
**Louis** 165:1
**low** 93:19,21,23
94:3,10
**LTI** 7:17,22 8:20
8:22 60:16 63:21
81:20 98:25 99:3
122:20 151:17
159:17
**LTI's** 72:20
**LTI/ABI** 33:23
38:19 41:21 55:24
176:15
**lunch** 135:22 144:1
150:20 152:8
155:13
**Lunchtime** 135:17

---

**M**

**machine** 59:1,3,17
59:17 60:2 61:16
75:6 82:20,25
93:25 100:24
101:7 104:8
**machines** 72:20
**magnesium** 103:9
**magnitude** 19:3
**main** 2:20 101:14
**maintain** 15:21
67:16 70:4 107:5
107:8
**maintained** 144:5
**maintains** 70:10
107:15 127:1
**major** 164:23
**majority** 13:20
**making** 34:12
35:10 41:13 73:10
**manage** 9:24 45:22
47:17 54:5 62:18
**managed** 112:1
**management** 9:8
14:9
**manager** 9:2,4

14:12 19:13 46:24
47:2 99:16 125:2
167:4 175:14,23
**managers** 101:11
167:9
**managing** 69:16
**manner** 152:8
**manufacture**
105:13
**manufactured** 56:6
65:7,8,17 67:14
**manufactures**
64:25
**manufacturing**
68:21
**mark** 21:3,11 23:11
112:23 113:1
148:15,17 149:20
149:24 152:14,17
152:22 156:1,2
159:9,11 161:12
161:15 163:7,9
164:6,8 165:2
**marked** 26:12
29:19 30:20 34:24
52:20,22 65:4
66:6 88:12 97:1
100:9 108:4,9
111:16 113:4,19
**market** 9:5 14:18
14:19 43:19,22
44:4 174:20,22
**marketing** 105:13
175:5,7,13,14,23
176:4,5,6
**markets** 14:12,15
14:17 43:17
**marks** 5:6 88:3
**marrow** 31:9 32:2
32:12,18,20 34:21
35:19 40:11,24
41:25 54:21 59:3
60:18,22 61:2,18
61:20 63:25,25
64:7 70:6,16 71:8

71:12,25 72:10,22
73:5,12,22 74:8
75:6,19 77:2,4,15
**Marshall** 136:15
**Martin** 148:13
**mass** 67:15 69:16
**Massachusetts**
2:14 134:21
**master** 112:18
113:23 114:6
118:7
**Master's** 10:23
**match** 120:1
**Material** 116:7,8
**materials** 12:10
177:8
**maternal** 34:7,11
34:13,15
**math** 11:24
**matter** 5:9 88:7
146:12 179:6
**matters** 179:9,11
**Maxxam** 132:13
**MAX-PLANCK-...**
1:7
**McMaster** 132:11
**MD** 122:16
**mean** 8:21,22,25
12:7,21 14:23
31:7,16 55:7
57:17 76:25 85:3
89:22 93:4 117:7
**meaning** 115:12
119:2
**means** 10:13 14:18
57:18 102:12
**meant** 102:9
**Medical** 93:15 94:9
94:18,21 95:20
96:13,25 97:5
156:9 162:23
163:13
**Medicine** 138:16
155:15 156:4,9
**Medlen** 2:9 5:21

**meet** 144:20
**meeting** 47:19
**Melissa** 21:1,6
23:11 151:12
**members** 64:17
93:18
**Memorial** 172:20
**memory** 92:10 94:6
94:7
**Mendel** 133:22
**Mendelian** 133:21
133:21
**mentioned** 14:7
15:19 19:4 25:1
32:8,17 36:18
37:17 65:6 72:3
72:21 78:5,14
112:4 124:8,13
125:10 126:16
142:11 143:8
**mentions** 81:12
**merger** 8:14
**mergers** 8:10
**Merrill** 5:17 6:4
178:18
**Merry** 112:12
**messing** 82:20
**Metropolitan**
111:7
**Mexico** 160:1,2,4
160:13,20,24
**Mexico's** 161:1,5
**Michelle** 1:19 2:1
4:4 5:8 6:8 7:11
77:14 88:4 178:16
**Michigan** 130:4
159:8
**Microchip** 138:20
**middle** 7:1 57:12
112:15
**Midwest** 129:8
**midwestern** 20:3
**mind** 50:11 77:6
80:17 93:5,7
**mindful** 14:20

mine 106:13 122:8
Minnesota 149:5
    149:10,16,19,24
    150:7,13,16,18
    152:4 153:12,13
Minnesota's 150:2
minute 27:17 32:8
    115:15
minutes 177:1
misidentification
    31:13 35:4,22
    81:16,20 83:18
Mississippi 138:18
Missouri 165:1
misspelled 66:11
MIT 134:4
mitochondrial
    132:23
Mitotyping 132:17
Modesto 23:17
    46:3
Moffitt 168:11
    169:2,8,15
mole 31:10
moles 32:23
moment 105:21
    119:21
money 133:18
monitor 5:14 59:3
    60:18
monitoring 40:11
    40:25 54:20 60:22
    61:17,20 63:25
    70:7,16 71:8,13
    72:1,10 73:12,23
    74:8 75:7,19 77:4
    77:15 174:21
monoclonals
    130:16
Montreal 68:25
    69:11
Morgantown
    134:10
morning 5:5 6:15
    6:16 57:13

mother 133:16
move 116:25 128:4
    155:14 177:10
moving 81:9 129:7
    146:15 155:7
multiple 49:25
    151:11
mutations 33:17
M-e-n-d-e-l-i-a-n
    133:21
M.D 123:6,9,16
    124:17,18 125:5,9
    125:20 126:5
    127:17,17,21,22
    127:24 128:4,5
    164:1

N

n 4:1 179:19
name 7:10 8:1,10
    14:13 16:24 18:1
    18:3,8,11 22:19
    90:24 93:6 95:5
    99:11,15 100:1,4
    108:17 110:25
    113:19 116:8
    125:1,13 132:22
    138:4
named 22:9 71:7
    90:14,15 110:17
names 20:22 22:15
National 139:16
    141:3
natural 115:20
nature 174:13
NCI 134:6
near 122:25
Nebraska 139:18
necessary 82:17
need 47:11,13
    67:17 103:5 124:8
    144:11
Needed 116:11
needs 176:25
never 37:3 106:24

148:17
new 21:10 56:25
    58:9,11,15 82:25
    83:4,6 85:5,7,8
    116:1 139:20,23
    155:15 156:4
    157:10 160:2,4,13
    160:20,24 161:1
    161:13
nice 117:5 119:9,20
NIH 79:18,21,25
    134:6,7
Ninety-five 82:8
nonforensic 85:22
    94:16 95:19 96:18
    111:11,15 129:4
    129:23 130:9,11
    130:17 132:1
    133:6 134:16
    136:23 137:14,25
    139:11,13 141:9
    141:11 151:18
    176:16
nonforensics
    140:12,22,23
nonpaternity 85:22
nonresearch 85:22
Non-forensic 135:7
non-research 85:15
Norin 60:24 61:5
normal 115:11
    144:23
Norris 1:24 2:4 6:4
    180:4,22
North 23:12 139:1
northeastern 20:3
notary 5:17
note 101:21 165:9
notice 2:5 4:9 8:16
    8:17 44:8 51:22
    80:25 110:7
    165:15 176:15
    177:20,23
noticed 5:21
    113:18 162:3

nucleotide 15:4
number 25:2 45:17
    45:21 106:17
    111:24 114:18
    115:21 116:9
    118:25 120:1
    121:4,10 166:15
    178:2,17
numbered 30:9
    65:5
numbers 4:10,12
    4:14,16 17:23
    37:6 121:3,17
numerous 172:7

O

obeying 71:23
object 25:16 28:9,9
    39:20 40:12 43:6
    44:6 54:2 64:1
    71:15 73:14,14
    80:24 84:11,23
    87:14 126:7
    174:24
Objection 17:17
    18:15 30:22 59:19
    73:25,25 77:7
    128:14
obtaining 109:25
obviously 88:9
    118:22 134:7
occasion 12:15
    29:18 30:2,8
    38:15 82:3 88:17
    123:8 142:5 149:5
    152:6 153:23
    155:16 156:22
    174:9
offenders 128:25
offer 76:8
offhand 173:15
office 22:5 23:6
    46:3,4
officer 180:7
offices 22:25 48:9

offspring 133:17
oh 10:16 14:2 19:11
    21:9,15 28:15
    35:3 48:22 60:25
    62:15 68:8 82:9
    95:3 99:5,14
    100:1 102:8 103:8
    106:23 110:2
    115:25 121:19
    123:1 138:15
    148:12 152:24
    153:8 165:9 173:6
    173:8
Ohio 122:12 129:7
    129:8
okay 6:22 7:7,8,12
    7:16,21,24 8:6,23
    8:25 9:4,8,13,15
    9:21 10:6,11,16
    10:22 11:7,10,13
    11:17,23,25 12:5
    12:17,23 13:1,7,9
    13:16,24 14:2,7
    14:16 15:5,14,19
    16:5,8,15,21,23
    17:1,6,12 18:2,2,6
    18:8,11,13,19,19
    19:4,7,9,11,17,22
    20:1,4,17,21,25
    21:2,4,7,9,12,15
    21:19,24 22:8,17
    22:21 23:2,5,9,15
    23:19,21 24:1,3,5
    24:7,11,13,16,19
    25:1,8,14 26:3,8
    26:11 27:6,13,18
    27:22 28:1,3,6,15
    28:18,24 29:3,13
    29:17,21 30:5,8
    30:11,17 31:19,25
    32:1,12,16 33:6
    33:22 34:1,18
    35:19,24 36:3,8,9
    36:16,17,24 37:3
    37:12,17,23 38:2

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

Page 13

38:5,8,9,10,18
39:2,5,12 40:1,6
41:5,10 42:3,19
42:21,24 43:13,19
43:21 44:13 45:1
45:12,20 47:1,1,4
47:7,10,15,21,24
48:10,22 49:2,5,9
49:13 50:3,11,14
50:17,24 51:6,13
51:15,19,25 52:3
52:6,8,10,11 53:7
53:15 54:7,17,24
55:5,20,20,22
56:1,4,10,18,24
57:3,7,17,22,25
58:3,8,11,21,24
59:6,10,14 60:5
60:11,14 61:7,15
61:23 62:3,12,20
62:24 63:1,5,10
63:15,19 64:9,19
65:3,12 66:5,20
67:7,20 68:10,14
68:16,22 69:1,13
69:17 70:3,22,24
71:10 72:19 73:20
74:5 75:4,16 76:9
76:13 77:14 78:1
78:7,13 79:10
80:7,14 81:8,11
81:12,15,19,25
82:6,11,15,24
83:2,6,17,24
85:14,18,20 86:7
87:22 88:11,17,24
89:8,10,13 90:2,8
90:10,14,20,22
91:3,16,25 92:8
92:13,16 93:6,9
94:7,16,20,24
95:1,7,18,24
96:11,20,23 97:8
97:15,21 98:3,13
98:16,20 99:5,17

99:19,22,24 100:3
100:5,8,16,20,23
101:5,15,24 102:1
102:11,13,14,16
102:18,19,21,25
103:16,24 104:13
104:23 105:3,8,19
105:24 106:10,14
106:16,25 107:3
107:12,22,25
108:16,22,25
109:17,21 110:6
110:16,21,24
111:6,8,10,14,19
112:3 113:2,3,17
114:6,8,12 115:24
116:13,16,21,25
117:3,6,12,25
118:4,6,13 119:6
119:15,19 120:2,3
120:12,12,20,21
121:12,16,23,23
122:4,9,15,19,24
123:5,8,14,19,24
124:11,17 125:3,8
125:12,18,23
126:15,19,20
127:3,12,16,16,24
128:10 129:7,11
129:18,21 130:4,7
130:17,19,22
131:1,5,10,12,15
132:6,17,25 134:4
134:9,18,21
135:11,17 136:25
137:16 138:3,7
139:13,16,24
140:1,4 141:3,15
141:19,25 142:2,4
142:8,16,20 143:6
143:12,16,19,22
143:25 144:9,14
144:18,23 145:1
145:11,15,22
146:6,9,15 147:3

147:13,19,24
148:2,5,8,19,23
149:4,12,14,18,23
150:10,12,22,24
151:2,14,20,23
152:3,12,15 153:2
153:22 154:5,8,12
154:18,22,24
155:11,20,25
156:2,9,14,17,22
157:4,6,9,13,16
157:19,23 158:2,5
158:10,14,20,24
159:2,5,10,25
160:5,7,9,12,15
161:1,8,12,15,20
162:2,8,12,15,21
163:3,6,23 164:1
164:6,8,13,17,25
165:3,8,20,25
166:3,6,14,21
167:2,9,13,17
168:16,20 169:6
169:24 170:2,8,13
170:17,20 171:9
171:15,24 172:13
172:16,19,23
173:10,15 174:16
174:20 175:12,16
175:21,24 176:1,5
176:9,20,23
**Oklahoma** 130:5
**once** 16:18 35:14
  60:24 83:23
  104:19 111:20
  120:18 124:7
  144:5 149:1
  157:11
**Oncology** 171:21
  172:23
**ones** 34:21 107:22
  166:16
**online** 8:16 13:3,18
**onsite** 10:7 82:7
  89:3,6 101:23

102:4,6,10,24
103:19 104:9,14
104:15 110:3,10
111:1,5,10 127:20
127:22 146:19
147:1 148:3
149:15 150:12
152:21 153:19
158:11
**Ontario** 140:1
**onward** 88:13
**on-the-job** 13:23
**open** 19:25 21:7,12
  144:12
**operate** 100:17
**operation** 93:18
**operational** 97:9
  97:12,13
**operator** 5:16
  105:20 110:11
**opinion** 17:14 77:9
**optics** 25:24
**optimized** 84:16
**option** 48:6 144:24
  144:25
**Orbison** 20:24
  110:22,23,24
  111:3 151:13
  154:7 157:8
  160:17 166:8
**Orchid** 137:17
**order** 60:7 69:2
  116:7 127:7,7,9
  127:11
**orders** 127:14,14
  127:14
**organize** 72:4
**origin** 56:11 87:8
**original** 115:6
  118:10,22 178:18
**originated** 35:12
**Orlando** 23:11
**Ortuno** 22:18 62:2
  143:18 169:5,7
**ought** 31:2

**outside** 14:23 23:8
  67:8 86:2,16,18
  151:25
**overlap** 97:15
**oversight** 65:1
  105:12
**o'clock** 5:15 88:5
  135:17

───────────

**P**

**Pace** 140:14
**page** 4:3,8 30:1,2,5
  30:20 34:24 54:9
  57:12 66:6 78:6
  93:12 97:21,21
  100:8 114:14,20
  115:4,18 117:13
  119:23,24 120:20
  120:22 123:1
  128:7 142:3
  145:17 146:16
  150:4 155:3
  156:11,15 158:10
  159:20 161:2,5,21
  161:21 163:21,24
  168:5,6,8 169:16
  169:18 170:23
  171:1 173:19,22
  177:22,23
**pages** 1:7 4:9
**paragraph** 30:20
  34:24 36:4 38:20
  41:23 42:12 44:4
  54:10,12,18,19
  55:1 57:9,13 65:5
  65:5 66:6 67:1
  69:18,19,22 70:6
  70:15 71:7 78:2,6
  81:9,12,21 83:7
  83:25 84:10 87:3
  87:5 89:1 91:19
  92:1,9 93:9 96:25
  97:3,3,8,19,22
  101:15,20 123:1,1
  124:13 125:4

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

126:6 127:17,18
142:3,6,11,13,24
143:1,3,8 145:15
145:17 146:12,12
146:15,24 147:15
148:19,23 149:4
150:10 152:5
153:9,11,15,18,22
155:2,3,5,7,9,11
155:14 156:12,15
156:17 158:10,24
159:19,21,23,25
161:2,3,6,9,24
162:21,22 164:2
164:17 165:8
166:3 168:3,8,12
169:14,18,21
170:22,22,23
171:1,4,15,16,21
173:4,17,19,22,25
174:7
**paragraphs** 30:9
36:13 88:12,13,18
88:21,24 90:23
91:2,7 110:7
124:18 145:16
150:3 156:10
157:19 161:20
162:17 163:20
164:2,13,14,15
168:4 169:15
172:24 173:18
174:4 176:12
177:22,25 178:2
178:10
**PARSONS** 2:18
**part** 10:6 11:15
25:23 40:4 42:5
48:14 67:14 72:3
83:13 89:13 97:25
98:17,21 109:4,20
120:14 124:4,5
144:23 158:14
**particular** 13:12
41:12 57:7 82:16

107:1 110:19,21
126:11
**parties** 26:19
**pass** 75:14
**passages** 79:5
**patent** 71:24 76:12
76:20
**patents** 76:1
**paternity** 49:17
71:22 72:13 73:9
76:1,22 77:3,5,22
77:23 85:9,15
86:3,16 87:2,13
129:24,25 151:19
152:1
**patient** 32:14 77:16
**patient's** 87:10
**Paul** 49:6 90:13
125:2,12,14,15
147:10,12 149:2
**PCR** 62:21,22
**PE** 8:12
**peak** 93:19,21,23
94:3,10
**peaks** 94:1
**penalties** 179:12
**penalty** 73:10
**Pennsylvania**
129:11
**people** 13:17 15:21
22:12 23:23 45:3
46:12 47:8 51:3
56:21 61:23 63:7
63:11 74:5 80:1
82:1,6 84:1
102:22 109:24
145:4 148:8
149:19 151:24
153:20
**people's** 37:21,24
51:1
**percent** 12:4,6
46:25 82:8
**perform** 178:6
**performed** 62:21

**period** 13:10 38:9
38:11,16 42:25
43:4,13 59:11
76:5 107:9 142:11
143:8 180:17
**perjury** 179:12
**Perkin-Elmer** 8:3
8:4,7,11 12:14
13:7
**permitted** 75:17
84:21 85:8
**person** 21:20 37:1
43:4 79:10,15
90:12 98:23
103:19 110:16
157:11 166:7
174:20 175:6,7,13
**personal** 64:5 77:8
77:12 81:4 87:17
141:2 163:15
175:1
**personally** 46:21
176:19
**personnel** 98:4,10
**perspective** 43:11
43:14
**Pete** 5:21,24
**PETER** 2:10
**Pharmaceuticals**
134:18
**pharmacogenetics**
33:16
**Phil** 14:13,13
**Philip** 1:24 2:4 6:4
65:22 180:4,22
**phone** 15:22 22:6
23:1 24:3 45:17
46:1,7,19 47:5,8
47:16,24 48:6,8
127:14
**phones** 15:17,20
**phrase** 115:10
**Ph.D.s** 128:20
**pick** 51:6
**picked** 125:19,25

**piece** 50:1 115:12
**pieces** 115:12
**Pielage** 14:13
**Pittsburgh** 162:22
162:23,23 163:6
163:10,12,16,19
**place** 5:20 109:2
115:20
**Plaintiff** 1:5,10 2:2
2:8
**plans** 55:12
**please** 5:22 6:5
102:9 104:24
112:8,17
**point** 25:18 39:22
57:20 58:3 117:5
117:7 147:17
174:21
**points** 117:1 119:9
**Police** 111:7
**policy** 71:10,23
72:23 75:17
**polymorphisms**
15:4
**popped** 96:8 147:7
**portfolio** 65:2 76:7
105:15
**portion** 18:21
46:17
**posed** 71:19 128:18
**position** 15:6,7
21:18 167:2
175:17
**possible** 120:16
**postgraduate** 11:2
**Posting** 116:10
**potential** 14:21
58:20
**potentially** 17:11
34:14 167:14
**Preclinical** 132:3
**premarked** 26:9
**preparation** 36:20
37:19,23 41:11
44:14 50:6 51:9

51:10,16 52:18
53:4 59:7 64:12
64:13 69:20 88:18
145:12 154:15
**prepare** 15:25
50:12,15 51:12
69:21
**prepared** 50:8
58:22 108:14
**preparing** 36:17
38:14
**present** 3:9 10:2
38:9,12,16 42:16
43:13 59:11 92:21
107:9 142:12
143:9 149:12
157:4
**presentation** 47:20
76:18
**presented** 26:1
93:1 118:11
147:24
**press** 48:7
**presume** 7:5
**pretty** 16:21 39:13
42:24 94:7 175:16
**price** 58:1
**primarily** 15:12,17
22:5,24 23:5
132:22
**primer** 103:10
**primers** 65:15
**print** 124:8
**printed** 24:11
**printing** 24:14
**prior** 89:16 123:8
148:16 149:6
152:6 153:24
155:16 156:23
160:3 162:25
180:10
**prioritization**
47:18
**prism** 25:10,11,12
25:14,23 26:2,4,6

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

26:7 39:16
**Private** 132:19
137:19
**probably** 38:12
107:2 114:17
126:24 148:20
157:10 159:9
167:13 177:9
**problem** 17:9
84:19 100:23
102:2 103:7,13
104:24 107:12
109:5,7,8,10,18
111:12,16 127:25
150:19,25 157:24
158:15,17,22
**problematic**
111:21
**procedure** 144:18
**process** 60:5 67:18
127:15 144:23
**produce** 124:9
**produced** 50:18
102:6 112:22
124:7
**product** 10:14
64:18,22 65:2
67:5,16 69:14
86:24 101:11
105:1,8,22 106:22
**production** 124:5,6
**products** 11:1 45:7
71:25 76:8
**profession** 94:15
**profile** 79:12
**Profiler** 66:9,18
**program** 13:22,23
24:22 170:3
**project** 128:21,24
**Promega** 1:4 5:9,25
**promote** 85:17,18
**promoted** 56:7
71:25
**promoting** 71:11
**prompted** 53:16

**pronounce** 99:11
112:19
**proper** 35:16
**protocol** 14:25
37:16 56:7 83:16
84:6,17 85:24
**protocols** 14:20,21
57:4 76:17 78:24
84:4 86:22
**provide** 107:23
123:19 174:15
**provided** 116:17
180:17
**pseudo** 22:14
**public** 5:17
**publications** 70:11
**publicly** 78:24
**publish** 76:18
**published** 34:13
70:4,10,13 71:3,3
**publishes** 141:17
**pull** 26:10 29:2
106:17
**punishment** 73:19
**purchase** 54:11
55:15 60:7 73:11
97:9,11,17 130:2
170:10
**purchased** 17:24
25:2 38:19 42:9
60:2 72:19
**purify** 34:17
**purpose** 56:8,12,16
62:5,7 72:21
78:18,23 80:7
83:1 129:1,15,16
139:7
**purposes** 28:8
176:16
**pursuant** 2:5
**pursuits** 11:16
**put** 13:3 16:24
24:16 42:13 57:22
67:23 76:19 91:19
95:13,15 115:24

117:11 118:15
119:14 121:1
127:5 146:7
**putting** 82:13
**puzzle** 119:25
**P-i-e-l-a-g-e** 14:13
**P.M** 136:2

**Q**

**quality** 93:19,21,23
94:3,10 107:19
116:9
**Quantico** 11:6,8,9
**quarters** 119:17
120:22
**query** 91:11
**question** 7:1,6
28:11,23 29:8
30:13,24 32:23
37:15 39:10 40:18
41:25 45:10 50:5
53:19 64:4 71:18
73:7,17 79:14,24
83:9 85:1 126:13
130:22 142:15
146:19,20 165:10
175:8 177:18
**questions** 46:18
69:21 123:17
143:14 168:18
177:11
**question's** 53:3
**quickly** 10:16
**quote** 55:11 57:8
57:20,21 60:6
**quoted** 57:15 58:15
60:4
**quotes** 57:22,25
**quoting** 55:14

**R**

**ramp** 67:16
**ran** 12:23
**rapidly** 44:4,12
**reach** 72:14

**read** 29:18 30:8,13
31:8,8 37:16
40:21 44:15 54:8
54:10 70:20 88:17
114:21 116:5
142:5 179:6
**ready** 157:11
176:22
**reagents** 65:16
76:4
**real** 103:13 108:3
**realize** 103:13
**realized** 159:25
**really** 68:8 84:8
99:14 104:5
149:21
**reason** 67:7,17
**recall** 53:7,16 59:5
59:7,12 64:7
74:13 92:6 93:13
109:21 111:13
123:15,18 124:15
128:2 147:23
149:10 150:21,24
152:11 153:19,21
155:18,23,24
157:3,3 158:5,20
160:4,7 163:3
169:6 171:8 173:9
174:14 177:25
**recalled** 53:9,12
**receipt** 80:5
**receive** 23:1,1 46:8
127:13
**received** 55:10 58:3
158:3
**receiving** 53:7
**recess** 52:14 88:1
135:22 177:5
**recognize** 108:11
**recollection** 59:11
109:1
**record** 40:21 52:12
52:15 87:24 88:3
89:13 135:20

136:5 153:8 162:9
177:3,6 178:20
180:12
**recorded** 180:8
**records** 51:16
92:25 93:3 96:12
96:17 107:6,8,15
107:16 150:23
**refer** 36:14 48:4
88:14
**referred** 26:12
52:22 54:25 108:4
113:4 114:2
116:22 117:20
**referring** 76:14
121:13,22 124:2,4
135:16
**refers** 173:25
**reflect** 126:10
**regard** 61:7 70:5
71:11 80:12 88:24
100:17 125:6
148:21 155:8
156:12,14 157:21
158:21 159:20
161:3,6 163:18
**regarding** 93:14,18
97:17 111:15
123:17 144:15,19
148:18 149:16
150:7 151:25
157:14 168:18
**regardless** 95:10
**region** 21:12 116:8
**regular** 21:21
**relate** 32:13 51:2
88:25
**related** 17:10 44:15
89:2,5 101:22
102:4 111:16
133:20 146:23
**relates** 25:23
**Relatively** 43:15,16
**relayed** 145:23
**remain** 106:21

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

remember 27:14 93:2 108:20 142:14
remote 24:20
remotely 15:12
remove 104:3
rep 60:13 126:4
repeat 38:12 48:23
repeats 12:18
rephrase 7:4
replacement 107:19 158:2
replacements 112:2,21 114:25 116:10,11 144:11
report 14:9,11 20:10 27:24 29:2 29:11 53:17,22 82:4 87:11 91:10 95:8
reported 1:24 103:2
reporter 6:3,5 26:8 26:13 36:12 52:20 52:23 65:21 108:5 108:8 113:5 180:5 180:17
reporting 35:8
reports 14:13 15:7 24:12
represent 5:23 79:17
representative 20:16 44:16 57:19 98:24 99:2 126:10
representatives 98:17 125:19,23
represented 28:19 28:23,25
request 74:7
requested 57:20 180:15,16
requests 21:23 37:16 38:24 89:23
require 39:24

required 76:5,18
Requiring 80:1
rerouted 124:22
research 15:2 31:13 33:15 71:22 72:13 73:8 76:1 76:11,21 77:3,5 77:24,25 85:9 86:2,16 87:2,12 129:8 130:7,15 132:4 133:18 136:16 141:12
researcher 34:9
resolution 107:18 109:25
resolve 105:16
resolved 107:12 144:7,16
respect 30:18 89:18 89:23 92:1,4 97:2 116:17 124:13 125:9 128:1 142:10 143:7 155:4
respond 10:3
response 33:16 75:23
responsibilities 58:13
responsibility 55:19 56:21 65:1 97:14 105:11
rest 97:22
restate 29:10 40:17 53:19 142:18
result 92:19,21,23 93:25 94:3 149:9
resulting 12:7 107:19
results 12:12 14:21 34:13 87:11 103:19,20,24 106:20 123:12,14 129:2 147:22 149:8 156:25 157:2 160:5

retained 178:18
retesting 128:25
retrieved 92:25
review 50:11 51:7 180:14
reviewed 27:11 41:20 108:13
re-assemble 118:14 122:7
re-assembling 122:7
Richmond 130:7
right 7:9 8:25 11:10 15:5 16:4 17:12 19:5 21:7 21:12 22:3,8 25:19 26:8 33:11 34:18 35:8 42:21 44:1,13 47:21 52:8 53:24 56:18 60:14 63:1 64:10 65:18 75:3 79:11 79:14,14 80:22 84:8 87:22 89:12 90:12,14,22 92:3 95:18 96:1,6 97:10,23,25 98:23 98:23 99:7 102:20 103:11,17,19,22 108:18 109:10,17 112:7 113:7 114:15 115:8,8 116:25 117:1,9,17 118:15 119:24 124:11,20,24 127:16 128:3,5 132:3 142:23 144:3 145:23 146:1,9 147:13 155:1 160:18 162:15 169:14 172:9 173:15 175:10,10 176:11 177:9
rigorous 14:20,25

ring 172:21
ringing 46:7
rings 46:2 172:19
River 132:3
road 2:12 74:12,17 74:21,25
Rob 55:14 64:6
Robert 20:5 53:17 53:22 59:14 63:20
Rossi 20:5 53:17,22 59:15 63:21
routed 45:9 48:8
routinely 100:22
rows 121:4,7,8,9,10
rules 6:22
run 11:1 12:15 13:1 24:12 27:24 28:12 29:11 33:19 35:9 57:1 60:18 91:10 128:20
running 13:9 56:22 75:18
runs 94:13
Rutgers 164:3,9,11 164:13

**S**

s 4:7 6:8 179:19,19
sale 65:24 73:10
sales 9:9,13,14 14:12 20:16 44:16 54:6 57:18,21,23 60:13,15 64:18 71:18 75:15,16 76:6 85:3 121:17 125:18,21,22,23 126:4,10 127:7,8 154:24 166:19 167:5,10 168:1 176:3
salespeople 127:6
Salt 2:22
sample 31:13,14 34:1,3,22 35:4,8,9 35:16,21,22 77:16

77:16 78:21 81:16 81:20 83:18 87:6 87:7
SAP 111:22 126:16 126:17 154:20,23
saw 53:9 58:25 110:10 171:24 172:19,20
saying 12:20 61:1 78:10 80:8,9 91:5
says 54:19 57:11 60:21 72:8 84:7 104:23 112:16 132:22
scale 19:2
scenes 12:9,9,10
Schade 175:15
school 138:16 170:1
science 10:20,24 14:5
Sciences 11:15,19 58:5 59:16 60:1 60:17 61:16 62:4 63:3
scientific 70:5,14 70:20 79:1
scientist 70:20
scientists 84:15
scope 25:17 39:21 40:13 43:6,7 44:7 64:2 71:16 74:1 77:7 80:25 87:15 96:21 128:17 174:25
scratch 55:17
screen 76:19
sealed 68:2
search 19:2 28:12 51:15 91:18 92:3 92:14,16 93:14 94:20 95:22,24,25 96:4,5,9,21 97:1,7 97:18 98:14 100:11,13 101:19

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

102:2 123:9 125:4
125:19,25 126:4
143:20 146:3
147:7,15,19 149:5
152:7 153:23
155:16 156:22
162:24 170:13
174:9 176:21
178:6,9
**searched** 37:19
154:12 155:21
160:3 162:6 163:1
171:7 173:7
**searching** 91:17,18
**second** 27:14 31:20
55:1 57:14 118:5
122:8
**secretaries** 23:23
**section** 37:5,7
**see** 17:9 30:3,4,6
33:16,17,20 34:18
38:2,6 41:20 54:7
54:12,22 56:10,18
57:8 59:8 60:25
63:19 81:6 87:7
88:14 90:24 97:22
97:22 98:3 103:6
112:10 113:13,20
115:22 116:2,11
117:4,7,14 118:19
119:12,15,17,20
119:25 123:5
128:4 143:4
**seeing** 59:12
158:20
**seek** 85:23 88:20
90:7 91:1,6 94:15
**seeking** 80:22
87:20
**seen** 14:16 20:5
22:19 25:9,9 37:3
53:12 58:21 70:13
70:18 72:9,14
122:2 164:14
165:16 174:8

**sell** 15:1 78:17,18
81:15,17
**sells** 78:13
**send** 53:25 102:22
**sends** 60:7
**senior** 23:22 91:9
175:16,17,24
**seniors** 15:10,16
**sense** 14:8 15:6
46:22
**sent** 51:24 116:11
144:20
**sentence** 57:14
61:4 76:10
**separate** 144:13
**separated** 35:14
**sequencing** 15:3,3
75:13 83:1 132:23
**sequencing-based**
62:22
**SeqWright** 173:4
173:17
**serial** 17:23 25:2
**series** 35:10
**service** 17:14 44:16
44:16,23 45:1,9
45:23 47:25 90:5
90:11,18 99:6,16
100:13,17 101:2,6
101:13 124:22
125:18,21,22
144:12 145:20
146:2,6
**services** 135:13
173:5
**set** 18:25 60:17
176:12
**setup** 97:9,12,13
**shakes** 20:9
**share** 58:12
**shared** 55:10 60:21
**Shepherd** 1:19 2:1
4:4 5:8 6:8 7:11
88:5 108:8 120:25
124:3 167:24

177:18 178:16
**Shepherd's** 44:7
**sheriff's** 122:11
**Ship** 113:19 116:8
**shipped** 68:10,12
68:13 69:9 111:24
111:25
**shipping** 68:20
**ship-to's** 112:9
**short** 12:17 48:23
**shorthand** 25:7
31:6 180:4
**shot** 20:4
**show** 72:7 73:1
74:6,10,12,17,21
84:5,16 103:21
**showing** 120:3
**shows** 74:25 168:5
168:8 173:18,22
**sic** 66:10
**side** 48:4 151:9
166:19 167:21
176:3
**Siebel** 18:12,13,21
18:23 19:1 24:9
24:14,21 25:1
27:21,22 36:19,25
37:18 38:2,5
47:11 48:2,5 50:4
50:6 91:11 94:24
99:24 102:8
103:25 107:20
124:6 144:5,6,13
146:7 154:1,18
178:6
**Siebel's** 37:8
**similar** 164:14
**similarly** 37:10
163:23
**simply** 39:8 79:3
80:8
**single** 15:4
**SIR** 130:7
**sit** 53:15 146:9
**site** 47:23 58:17,20

110:22
**sites** 89:7
**situated** 64:3
**situation** 79:19
82:15 101:8 107:1
**situations** 67:6
69:15
**Six** 52:7
**Sixty** 169:16
**Sixty-four** 173:18
**Sixty-one** 170:23
**Sixty-six** 91:4,5
**size** 106:13
**Slay** 7:11
**slip-up** 87:12
**smaller** 19:2
118:19
**SNPs** 15:3
**software** 26:1
37:15 39:1 76:4
101:10,10 126:24
**sold** 55:24 111:23
167:15
**Solutions** 5:18
178:19
**somebody** 72:7
83:11 86:15 90:10
144:19,19
**somebody's** 114:23
**something's** 102:20
**Somewhat** 32:21
78:12
**sorry** 21:3 23:13
31:21 43:17 53:19
63:8 69:8 86:8,10
86:11 91:3 113:9
114:19 123:1
127:19 130:4
142:3 148:10,13
173:6,16
**sort** 28:7
**sorts** 78:20
**sought** 79:3,11
89:16 90:8,23
**sounds** 71:18

**source** 154:14
**South** 2:2,20 5:20
23:18 46:4 138:12
**southeast** 21:6
**southeastern** 20:2
**Southern** 138:18
166:3
**space** 35:14
**spare** 36:12
**spawn** 33:17
**speak** 27:1 48:25
50:8 68:20 147:11
148:15
**speaking** 70:24
80:18
**speaks** 59:19
**special** 47:13
**specialist** 13:20
16:3,6,18 17:7
97:24
**specialists** 15:10
20:6,23 22:1
148:3 149:15
**specific** 78:4 81:13
91:11 97:5 102:7
110:4 111:24
123:5 133:18
141:25 147:16
169:14 178:3
**specifically** 51:21
59:13 64:7 81:23
83:24 86:3,18
87:5 92:6 110:1
128:2 152:7
153:24 155:18
163:2 169:9
174:14 177:21
**specifics** 109:21
123:18 160:7
**specified** 30:19
70:6 146:24
**specifies** 145:19
**spectrum** 76:7
**speculation** 54:3
84:12

Merrill   Corporation   -   Los Angeles

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

**spell** 49:7 65:20
  99:12,13 105:6
**spelled** 144:9
**spelling** 133:23
**spent** 109:23
**Sperberg** 3:10 5:16
**sphere** 104:4
**spoke** 27:11 156:2
**spoken** 166:9
**spreadsheet** 111:20
  111:22,25 114:4
  115:2,12 117:17
  117:19,23 118:2,3
  120:15,17,18
  121:13,14,22,23
  122:3
**spreadsheets** 112:4
  112:18 114:2
  116:17,19,22
**SRI** 132:25
**ss** 180:2
**St** 165:1
**staff** 15:16 93:18
  156:7 159:5
**stamp** 54:9 57:14
  114:15 119:10
  128:6
**stamped** 52:21
  108:10
**stand** 126:20
**standard** 16:11
**Standards** 141:3
**start** 8:1,11 15:21
  30:5 32:18 33:13
  88:6 93:9 102:19
  106:17 120:13,17
  124:19 153:9
**started** 76:10
**starting** 55:16
  115:18 117:2,16
  119:15 122:6
  133:20 177:22
**starts** 102:17 116:1
  120:22 152:4
**state** 5:23 7:9 13:4

103:20 128:5,19
  129:5,11,18 130:1
  140:24 162:5,12
  180:1,5
**stated** 179:9
**states** 1:1 5:11 10:1
  14:11 19:10,14,22
  30:16 46:5 65:25
  68:13,19 69:8
  89:1 167:8 179:13
**stay** 104:14 107:16
  117:1
**stem** 78:15
**stenographically**
  180:8
**steps** 27:6,10 49:25
**stick** 24:17,20
**stone** 78:9
**Stony** 58:5 59:16
  60:1,17 61:16,19
  62:4 63:2
**stop** 27:13,15
**stopped** 76:12
**stopping** 115:20
**storage** 107:16
**STR** 12:15,17,21
  12:23 13:9 28:8
  30:16 31:9 32:19
  33:20,23 34:2
  35:17 38:19,23
  41:13,21,25 42:2
  42:9 43:1,17,19
  44:17,24 46:18
  48:19 49:9,15
  50:1 55:18,24
  56:1 57:5 59:3
  60:18 61:17,20
  62:4,24 63:2,24
  65:10,24 66:2,4
  67:24 69:2 70:6
  72:9 73:11,22
  74:7 75:6,18 77:4
  78:14 80:11 81:15
  82:13 109:19
  122:19 125:10

128:13 129:4,13
  129:19 130:2,12
  130:17 131:2,3,12
  132:1,21,24 133:2
  133:6,10,14 134:1
  134:8,12,16,22,24
  135:3,7,14 136:19
  137:4,10,21 138:2
  139:5 140:8,18
  141:5,13,24 142:9
  143:6 146:23
  148:6 149:16,25
  150:8 151:2,14,17
  151:20,25 152:18
  154:9 156:3
  157:14 158:6
  159:2,11 160:12
  160:19 161:18
  163:16 164:9
  165:4 166:1
  168:23 169:7,9
  170:2,4,10 172:17
  173:10 174:18,23
  176:7,15
**straddles** 173:19
**straight** 9:8
**Street** 2:3,20 5:20
**STRs** 36:21 49:3
  54:21 60:23 62:17
  131:24 139:13
  166:19
**structured** 37:8,10
**STS** 43:17
**students** 94:14
  129:17
**studies** 34:9 133:15
**study** 33:19 34:2
  118:24
**studying** 133:18
  174:22
**stumped** 171:13
**subject** 146:12
**sued** 14:3
**Suite** 2:13,21
**summary** 37:1,11

37:14 107:20
**Sun** 3:4 6:1 28:17
**SUNY** 130:19,22
  130:24 131:1
  137:16
**Superior** 5:11
**supplied** 28:14,16
  28:19 108:9
**supply** 67:16 69:16
  105:14 112:1
**support** 9:3,10,11
  15:15,18,20 19:14
  20:19,20 22:1,6,7
  22:11 23:15 26:1
  30:15 40:2,4
  44:24 46:18 47:7
  47:15 48:12,19
  49:1 54:5 60:16
  62:18 63:17 76:6
  82:1 89:1,24
  90:15 91:10 96:7
  96:14 97:12,13
  98:3,10,11 101:18
  123:17 135:13
  143:14,17 145:4
  147:4 149:2 151:9
  151:24 153:20
  167:21,24 168:17
**supporting** 109:19
**supports** 9:25
**sure** 14:19 26:7
  34:12 35:15 42:2
  42:15 44:18 49:24
  53:20 67:17 69:25
  73:7 84:8,25
  87:10 89:10,10
  93:20 96:22 124:1
  125:21 126:8,22
**suspect** 118:23
**swear** 6:5
**switching** 35:9
**sworn** 6:9
**system** 17:13 46:1
  76:3 130:24
**Systems** 165:17

166:1
**S-c-h-a-d-e** 175:15
**S-i-e-b-e-l** 18:12

_____

**T**

**t** 4:7 179:19
**table** 116:7
**take** 6:24,25 16:8
  24:3 47:8 52:8
  65:3,4 87:23
  101:19 102:12,24
  106:7 114:17
  117:10 135:18
  148:19 172:24
  174:5 176:20
**taken** 1:20 2:2
**talk** 8:18 26:16
  39:12 72:24 75:13
  112:6 118:7
  142:23 143:10
  167:24 168:1
  172:9
**talked** 15:5 35:21
  36:22 39:16 41:22
  42:12 49:23 54:18
  64:11,21 78:2
  81:10 128:1
  137:16 142:13,23
  143:20 144:1
  145:15 146:11,20
  147:3 157:24
  164:1
**talking** 27:16 43:24
  52:3,18 64:7
  69:17 97:2 115:9
  153:11
**talks** 97:8
**tandem** 12:17
  48:23
**Tape** 88:3
**tapes** 178:17
**tarmac** 103:8
**task** 83:13
**teach** 83:18,20

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

**teaching** 94:12,13
129:16 134:15
139:12 170:3,18
**team** 9:24 21:23
23:2,19,20,21,22
24:2 38:1,3 45:3
47:17 48:12,19
49:10 51:11 52:1
54:6 58:4 60:16
61:14 62:11,12,13
62:15 63:15,16
64:17,18,19,24,24
70:4 74:16,23
75:7,15,17 83:3
83:18 84:9 90:16
95:14,18 96:7,10
96:14,15 97:10,14
97:25 98:2,7,11
98:18,21 99:7,9
100:11 101:18
106:9,10,10
109:19,23 110:13
111:11,25 145:9
145:25 147:4
152:12,25 153:3
153:20 157:7,17
158:18 159:15
160:16 167:18
**teams** 50:4
**team's** 18:25 55:18
91:14 97:6 109:22
125:9
**tech** 7:17 8:15 22:7
26:19 30:14 44:24
48:12 59:15 70:9
71:5,11 75:17
78:13 81:15 88:25
123:17 134:2
135:12 143:13,17
168:17 174:23
**technical** 15:15,18
15:20 22:1,11
23:15 44:15,23
45:1,9,23 47:7,25
48:12,18 67:7,17

90:4,11,11,15,18
91:10 96:7,14
98:3,9,10 101:18
124:22 145:4,20
146:2,6 147:4
149:2 151:24
153:20
**technically** 22:4
**Technologies** 1:12
3:3 5:7,10 7:15,19
14:15 45:4 132:17
141:1
**technology** 10:21
43:1 62:19,20
132:7 140:2 173:5
**tell** 27:19 32:11
35:5 57:11 73:3
84:2,14,15 85:10
85:11 103:3
113:24 115:1
116:21,24 117:22
118:23 121:12,14
124:2 133:25
**telling** 59:15 84:19
**Tempe** 129:18
**ten** 5:15
**term** 14:16 16:5
22:1,3 92:24
126:24,25
**terminology** 25:6
96:6
**terms** 9:16 43:22
52:3 102:2 120:1
**territories** 19:20
**territory** 19:7,11
119:16 120:7
121:18 148:9,14
167:6
**test** 13:17 35:16
103:19,24 106:20
**testified** 6:10 53:17
69:24 70:2 178:5
**testifying** 12:12
**testimony** 53:21
89:15 95:9 124:19

126:9 180:8,13
**testing** 33:23 75:18
80:11,15 81:21
89:3,6 101:23
102:4,10,24
103:15 104:14
106:18 110:3,4,10
110:13 111:1,5,10
127:21,22 128:25
146:19,22 147:1
150:12,15 152:16
158:11,16
**testing's** 107:13
**tests** 12:15 31:11
31:12 35:10,13,15
89:4 101:25
**Texas** 23:14 122:16
138:24 139:1
**Thank** 114:16
123:3 125:3
177:12 178:14
**Thanks** 177:13
**thereof** 179:7
**thermal** 49:22
**they'd** 103:21
**thing** 15:8 34:6
48:11 81:6 108:3
119:14 177:9
**things** 17:12 31:6
32:9 47:10 61:1
81:18 91:17
**thing's** 107:14
**think** 31:2 32:9
35:17 53:17 64:3
76:11 102:12,23
108:3 112:22
120:15 136:11,14
152:3 153:9
167:13 168:5
173:19 176:11,22
177:9
**thinking** 82:22
**third** 128:8 136:15
**Thirteen** 11:21
**THOMAS** 2:11

**thought** 32:10,11
67:18 79:4 114:13
165:23
**three** 15:9 19:18,22
20:22 21:5 22:9
23:9 34:25 54:11
63:16 93:16
110:17,19,20
149:19
**three-day** 55:15
**throughput** 75:14
**till** 8:13
**time** 5:14 6:17 8:5
13:20 35:14 38:11
42:13,22,24,25
46:25 52:13 59:2
63:21 82:8 87:25
88:5 109:23
124:15 133:18
135:15,21 158:17
158:22 177:4
178:20
**times** 18:5 38:12
101:1
**tissue** 87:20
**title** 9:1,1 14:7,10
19:4 56:13 79:7
**today** 5:16 6:3 7:16
8:18 27:7 29:1,19
38:8 53:15 61:17
110:17 112:23
145:12 177:12
178:17
**today's** 5:13 112:8
**told** 28:21 29:7
59:24
**Tom** 5:24
**tools** 15:2
**top** 97:23 113:20
116:6 118:15
120:23 122:10
128:8 168:5
**topic** 30:12,14
38:23 43:25 69:21
75:22 78:11 81:13

108:1 126:5
**topics** 26:17 28:25
29:4 30:5 44:3
50:9 78:5 87:16
89:17
**total** 178:17
**touched** 162:3
**tough** 6:17
**Traci** 93:17 94:11
**tracked** 48:1
**train** 56:24 57:3
83:15,25 85:12
86:24
**trained** 13:19 40:6
40:9,22 41:1
**training** 11:2,7,10
13:21,22,23 39:24
40:3 54:19,25
55:15 83:3
**trainings** 10:1,2,3
15:13 47:18
**transcript** 88:8
180:12,15
**Transgenomic**
138:3
**transplant** 40:11
40:25 61:2 63:25
70:16 71:8,12
72:10 73:22 74:8
75:7,19 77:4
164:23
**transplantation**
31:9 32:2,13,19
32:20 35:20 70:7
72:1 73:12 77:15
**transplants** 54:21
59:4 60:19,23
61:18 168:21
**tree** 48:6,8
**tried** 119:8
**trio** 133:16 134:1
**trios** 133:15,19
**trouble** 55:5
**troubleshoot** 82:18
97:12 100:25

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

103:17
**troubleshooting**
10:5,6,11 15:23
47:22 67:6 69:15
82:15 89:4 97:13
101:7,8,14,25
105:18 107:23
109:23 167:19,25
**troubleshootings**
15:13
**true** 179:8,11,14
180:12
**truly** 133:20
**trust** 162:17
**try** 75:13 102:13
142:21
**trying** 37:4 45:20
53:24 96:20 101:9
110:3,9 113:15
120:4 142:18
**Tuesday** 1:21 2:3
5:1 136:1
**turn** 72:16 73:2
88:12 136:15
**turning** 97:21
**twelve** 7:24 88:5
**twice** 90:14
**two** 8:20 15:10,15
22:11,15 23:15
51:3 125:22
178:17
**type** 33:23 34:6
58:11,25 82:4
116:16,18 117:19
121:23 122:2
134:1
**types** 37:18
**typically** 23:10
**typo** 160:1

**U**
**U** 165:8
**Uh-huh** 74:19
**unable** 38:22 99:11
**undergraduate**

10:19 11:15 94:14
**underneath** 23:23
**understand** 7:3,18
10:17 14:17 17:21
18:16 25:17 26:18
26:22,25 28:10
29:4 30:23 45:20
49:13 50:3 53:24
54:17 56:4 59:25
63:10 73:17 76:19
95:9 96:20 102:1
110:5,9
**understanding** 7:6
18:24 26:16 28:18
28:22 29:9 32:6,6
33:12 55:6,9 58:9
60:3,10,20 79:9
85:4 111:23
112:24 113:14
146:8
**understood** 28:24
29:17 53:21 93:20
124:12 168:2
175:8
**UnE** 116:9
**unit** 48:14
**United** 1:5 11
10:1 14:11 19:10
19:14,22 30:16
46:5 65:24 68:19
69:8 167:8 179:13
**universities** 130:24
**University** 10:21
10:24 11:4 93:8
93:14 94:9,17,21
95:4,14,20 96:13
96:25 97:5 122:13
122:16 128:5,20
129:5,7,8,11,18
130:1,4 132:9,11
134:9,21,23 135:1
136:16 137:6
138:10,12,16,18
138:24 139:1,18
139:20,22 140:1

140:14,24 141:23
142:10 143:7
148:5 149:4,10,15
149:18,24 150:2,7
150:13,15,18
152:3,4,7,13,18
152:22 153:13,13
153:14,22 154:5,9
154:13,14 155:1,4
155:8,12,15 156:3
156:9 160:1,2,13
160:20,24 161:1,5
162:2,4,9,18,21
162:22,23 163:10
163:12,16,19
164:17 166:3
168:3 169:21
170:5
**University's** 165:4
**unknown** 35:11
78:20 81:5
**use** 7:16,17 8:20
16:5 24:19,19
28:8 31:6 34:2
36:5 40:10,24
42:11 44:19 56:16
59:2 62:24 63:24
65:22 70:5,14,16
71:11,22 72:9,13
73:5,9,11,22 74:7
76:21,22,23,24
77:3 80:3 82:4,12
82:25 83:4,6,14
83:20 84:5,16
85:5,6,7 86:24
92:24 95:10,12
129:4,13,19
130:11,17 131:2,4
132:1,21,24 133:2
133:6,10,14 134:8
134:12,16,22,24
135:3,7 136:19
137:4,10,21 139:5
139:13 141:24
142:9,12,12 143:2

143:6 146:23
149:25 150:8
151:14,15,17,20
151:25 152:18
154:9 156:3
157:14 159:2,11
160:12,19 161:18
163:16 165:4
166:1 168:23
169:7,9 170:2,4
170:11 176:15
**useful** 115:17
**user** 39:1 101:10
**uses** 41:12 49:15,17
49:19 85:8 96:18
142:12 148:6
151:18
**usually** 6:25 7:2
**Utah** 2:22
**U.S** 68:20 118:3,12
118:18 120:5,10
175:23

**V**
**v** 1:11
**Vague** 17:17 18:15
30:22
**validate** 73:21
133:15
**validated** 56:6
76:17 78:23 83:15
83:21 84:6 85:24
86:21
**Van** 3:5
**varieties** 68:6
**variety** 48:24 72:25
81:18
**various** 101:12
**VCU** 93:17 97:6
**Vegas** 111:7
**vendor** 13:12,14
**Ventura** 5:18
178:19
**Veracity** 141:19
**verbatim** 9:22

**verbiage** 44:18
89:1 101:17,21
**verification** 79:22
**verify** 119:1
**version** 112:17
**versus** 5:9
**vertical** 120:14
**video** 5:14,16,19
**Videographer** 3:10
5:5 6:3 52:12,15
87:24 88:2 135:20
136:5 177:3,6
178:15
**Videotape** 5:6
**videotapes** 178:18
**view** 24:25 56:2
**Virginia** 11:4 93:8
93:14 94:8,17,20
95:4,13,19 96:12
96:24 97:4 101:16
134:9 155:12
**visibility** 18:25
**visit** 42:10 82:7
148:3 149:15
153:19
**visited** 63:5,7 145:4
**visits** 82:12 152:22
153:4 156:6
157:16 159:14
160:22 164:11
165:6 166:12
169:11
**volume** 5:6 46:23
88:3
**voluminous** 115:7

**W**
**W** 179:19
**waiting** 166:7
**walk** 83:23 87:4
104:11
**want** 6:24 31:3,5,21
34:11 35:7,11,15
36:14 75:21 79:16
84:8 87:10 94:14

CONFIDENTIAL - ATTORNEY'S EYES ONLY
MICHELLE SHEPHERD, 30(B)(6) - 7/26/2011

110:1 122:6
133:19
**wanted** 50:8 57:14
83:12 114:21
**wants** 83:14 85:5
**warehouse** 68:12
68:18 69:9
**warehoused** 69:8
**Warrington** 65:19
68:7 106:21
**Wash** 165:8
**Washington**
164:17 165:4
**wasn't** 43:10,11
87:12 109:8 146:2
**way** 3:5 17:25
25:25 36:11 38:2
38:5 48:9 50:12
56:11 78:10 85:17
88:13 92:17 94:20
96:5 115:5,9
116:6 121:2
153:17 158:15
165:23
**web** 78:24
**website** 8:17 76:16
**web-based** 24:22
24:23 127:14
**well-known** 71:24
141:17
**well-versed** 84:3
**went** 67:18 103:9
119:19 177:24
**west** 21:14,15
134:9
**western** 1:2 5:12
20:3
**we'll** 12:21 16:6
32:22,22 36:3
44:1 65:22 88:7
89:11 120:24
177:1
**we're** 52:15 63:16
76:10,18 78:8
84:15 85:11,23

88:2 96:24 105:16
108:1,3 110:8,12
117:16 119:15
120:12,24 124:17
135:15 136:5
153:10,14
**we've** 8:13 22:9
30:20 34:19,24
35:19 41:22 42:12
43:25 63:13 69:17
70:2 88:11 97:2
113:18 116:6
120:6 124:7
146:20 153:11
165:16 166:14
**Wheaton** 175:19
175:20,22
**whoa** 46:17 103:1
**why's** 117:25
**wide** 72:25
**Wisconsin** 1:2 5:13
152:4,8,13,19,22
153:13
**wish** 23:25
**WISSENSCHAF...**
1:8
**witness** 4:3 5:8 6:6
17:22 18:18 20:9
25:20,23 28:12,24
29:10 30:25 32:12
40:14,17 41:1
42:17 43:8 44:11
46:24 50:22 54:5
60:10,12 64:6
65:22 70:1 71:21
73:18 74:20 75:25
77:11,14 81:5
84:14,25 86:7,9
86:12 87:19 92:6
113:9 122:2
126:13 128:15,19
175:3 177:13
**won** 133:23
**Woodland** 5:18
178:19

**word** 19:5 31:6
34:20 36:5 89:20
91:18
**words** 8:21 18:20
51:3 120:15 121:3
160:10
**work** 10:13,22,23
12:1 13:25 15:12
42:9 50:1 63:21
64:6 76:2 83:21
84:6 86:24 88:9
118:20 134:1
143:25
**worked** 11:14,18
35:6 114:4
**working** 13:16
103:14 118:2
**works** 60:5 110:4
**world** 55:23 67:15
**worn** 180:11
**worried** 171:24
172:3
**wouldn't** 14:25
73:2,3,8 125:25
146:3
**wrapped** 107:14
**writers** 101:11
**written** 9:17,19
**wrong** 20:23 22:1
103:9
**wrongfully** 129:1
**W-h-e-a-t-o-n**
175:22

**X**

**x** 4:1,7 17:7 66:15
66:16 103:21
180:15
**Xfiler** 66:10,14
**XL** 55:11

**Y**

**Yale** 147:15,16,22
148:3,5,9,10,16
148:18 153:12

**yeah** 31:2 60:12
115:25 138:15
**year** 57:15
**years** 7:21 8:7,14
11:20,21 13:1
15:11 47:3 107:6
119:16
**Yfiler** 66:14,19

**Z**

**ZUR** 1:7

**0**

**0002030** 4:11
**0004557** 4:13
108:10
**0004563** 4:17
**0004702** 4:15
**002030** 52:21
**02184** 2:14
**09** 114:5

**1**

**1** 1:7 4:9 5:6 26:9
26:13 29:19 30:20
30:21 34:24,25
36:5 38:20,21
41:23 42:12 43:25
44:4 54:10 64:10
65:4 66:7 67:2
69:18,22 78:2
83:7 88:12 93:12
97:1,4 100:9
122:24 123:2
124:14 127:19
142:3,14,24
145:17 146:16
155:3 156:15
158:11 161:6,22
170:24 171:2
173:20,25 176:13
177:20 178:11
**1:02** 135:21
**10** 46:13,25
**10-CV-281** 1:6

5:13
**10:00** 2:4 5:2
**10:50** 52:13
**100** 2:12
**108** 4:12
**11:01** 52:16
**11:46** 87:25
**113** 4:14,16
**12** 7:23 8:7 92:25
93:3
**13** 11:20
**14** 65:5
**15** 177:22 178:11
**16** 142:3,11,22
143:1,3,8 145:15
146:12 153:9,11
**17** 147:15 148:20
177:23
**177** 4:5
**18** 149:4
**180** 1:7
**1800** 2:21
**19** 145:17 150:4
152:5 155:3
**1990** 11:9
**1999** 42:23

**2**

**2** 4:10 30:1,2 52:20
52:23 55:1 88:4
**2:13** 136:2,6
**2:56** 177:4
**20** 93:12 153:15,22
156:11 159:20
161:2,21
**2005** 42:23
**2006** 38:9,12,16
42:16 43:13 59:11
107:9 142:11
143:9
**2009** 108:22
**201** 2:20
**2010** 53:8 54:1 58:4
58:24
**2011** 1:21 2:4 5:1

Merrill   Corporation   -   Los Angeles

5:14 136:1 179:16
**2030** 54:9 57:14
**2031** 52:21
**20750** 5:18 178:19
**21** 96:25 97:4,8,8
97:15,22 155:11
163:21
**22** 155:14 168:3,5,6
169:16 170:23
173:19
**23** 146:16 156:17
173:19
**24** 156:15 158:10
158:24
**25** 159:25 161:5
163:24
**26** 1:21 2:4 4:9 5:1
5:14 136:1 161:9
168:8 169:18
171:2
**27** 173:22
**28** 4:9 162:21,22
**29** 123:1,1,1 124:14

**3**
**3** 4:12 30:5,20
34:24 66:6,6 67:1
69:18,19,22 70:6
70:15 71:7 78:6
108:3,5,9 111:17
112:3 113:1 114:2
116:17,23 117:20
118:5 119:4
121:13 128:1
**3:04** 177:7
**3:06** 178:21
**30** 77:10 88:4 142:1
164:3 176:14
177:20 178:16
**30(b)(6)** 1:19 2:1
5:8
**31** 4:11 164:17
**3130** 25:9 26:4
39:17 72:20
**32** 166:3

**33** 168:12 169:14
**34** 169:21 170:22
**35** 171:4,15
**3500** 25:9 26:6 48:7
55:11 72:20
**36** 171:21
**37** 173:4,17
**38** 173:25
**39** 153:10,11,18
174:7 177:22
178:11

**4**
**4** 4:14 112:24 113:2
113:5 114:1
115:14 116:22
118:13,14,17
119:2,7,10 120:24
121:25 122:6
128:3 136:11
162:3 177:22
**403** 2:13
**42** 88:12,13,21,22
88:24 89:15 90:23
91:3,7,19 92:1,4
145:16 146:13
**42's** 145:17
**43** 92:9 148:19,20
**44** 150:3,3
**4563** 115:19 116:4
**4586** 115:19,20
**4587** 116:1 117:2
117:11
**46** 155:2,5
**4610** 117:4,5,11
**4612** 114:14,19
115:4
**466** 114:18
**47** 11:24 93:10 97:3
97:19
**4702** 122:6,9 128:6
**4703** 131:15 136:14
**4704** 136:15
**4708** 119:10,22
**4716** 119:20,24

**4717** 120:13,16
**4726** 120:20 121:1
**4736** 120:23,25
**474-6210** 3:7
**48** 156:10,12
**49** 157:19,20,21
**4980** 1:25 2:5
180:23

**5**
**5** 4:16 112:24 113:2
113:5,19 114:1,3
114:14 115:14,18
115:21 116:22
118:15 119:2
**50** 159:19,21
**51** 161:2,3
**52** 4:10 161:20
**53** 162:18
**532-1234** 2:23
**54** 163:20
**55** 163:20
**558** 108:10
**559** 4:13 108:10
**56** 124:18,19 125:4
126:6,6 127:17
**57** 164:14
**5781** 3:5
**58** 165:9,10,11
**59** 168:4

**6**
**6** 4:4 77:10 88:4
142:1 176:14
177:20 178:16
**60** 169:15
**61** 170:22
**62** 171:16,17
**63** 172:24,25
**64** 173:18
**65** 174:4
**66** 88:25 91:3,8
**67** 89:1,15 90:23
91:3,5 145:17
146:15,24 148:23

**68** 89:12
**69** 150:3,10
**695** 4:17

**7**
**7** 78:6
**71** 155:7,9
**72** 101:15,15,20
**725** 5:20
**727** 2:2
**73** 156:10,15
**74** 157:20 158:10
**75** 159:23
**76** 161:5,7
**760** 3:7
**767** 4:15
**77** 161:21,24
**78** 162:18
**781** 2:15
**79** 163:24

**8**
**8** 81:9,12,21 83:7
84:1,10 87:3,5
97:21 100:8
**80** 163:24
**801** 2:23
**81** 124:18 127:18
**82** 164:14
**83** 165:9,10
**84** 168:4,8
**84111** 2:22
**848-4020** 2:15
**85** 169:16,18
**86** 170:23 171:1
**87** 171:16
**88** 172:24 173:2
**89** 173:18,22

**9**
**90** 174:4
**91** 88:14,21,22
**92008** 3:6
**94** 13:10
**95** 13:3

**96** 13:3
**99** 13:4,5,10