**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

PROMEGA CORPORATION,

        Plaintiff,

MAX-PLANCK-GESELLSCHAFT ZUR
FORDERUNG DER WISSENSCHAFTEN          Case No.: 10-CV-281
E.V.,

        Involuntary Plaintiff,

   v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC., and
APPLIED BIOSYSTEMS, LLC,

        Defendants.

**PLAINTIFF PROMEGA CORPORATION'S MOTION TO STRIKE DEFENDANTS' MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT AND INVALIDITY, OR IN THE ALTERNATIVE, REQUEST TO DISREGARD ALL ASSERTED FACTS IN THE MEMORANDUM NOT FOUND IN DEFENDANTS' PROPOSED FINDINGS OF FACT**

      Plaintiff Promega Corporation ("Promega") hereby moves the Court for an order granting this Motion to Strike Defendants' Memorandum in Support of Defendants' Motion for Partial Summary Judgment of Noninfringement and Invalidity (Dkt. # 245), or in the Alternative, Request to Disregard All Asserted Facts in the Brief Not Found in Defendants' Proposed Findings of Fact.

      The grounds for this Motion are set forth fully in Promega Corporation's Brief in Support of Motion to Strike Defendants' Memorandum in Support of Defendants' Motion for Partial Summary Judgment of Noninfringement and Invalidity, or in the

Alternative, Request to Disregard All Asserted Facts in the Brief Not Found in Defendants' Proposed Findings of Fact.

Dated this 21st day of September, 2011.

                                      Respectfully Submitted,

                                      By:  s/ James R. Troupis
                                      James R. Troupis, SBN 1005341
                                      Peter G. Carroll (admitted *pro hac vice*)
                                      Stewart W. Karge (admitted *pro hac vice*)
                                      Sarah E. Troupis, SBN 1061515
                                      Troupis Law Office, LLC
                                      8500 Greenway Blvd., Suite 200
                                      Middleton, WI 53562
                                      Ph: 608-807-4096
                                      jrtroupis@troupislawoffice.com

                                      Attorneys for Plaintiff