IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROMEGA CORPORATION,

                                                                                                 ORDER

              Plaintiff,

    and                                                                           10-cv-281-bbc

MAX-PLANCK-GESELLSCHAFT zur
FORDERUNG der WISSENSCHAFTEN E.V.,

              Involuntary Plaintiff,

    v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC. and
APPLIED BIOSYSTEMS, LLC,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Counsel for plaintiff has filed an unopposed motion to extend the deadlines for pretrial submissions because of a family emergency. That motion, dkt. #353, is GRANTED. The schedule is amended as follows:

- Rule 26(a)(3) disclosures and all motions in limine are due on January 18, 2012; objections are due on January 25, 2012;

1

- Proposed voir dire, jury instructions and special verdict form are due on January 18, 2012, along with a memorandum explaining the reasons for the requested instructions and verdict questions and citing any relevant authority for them; responses are due on January 25, 2012.

- The final pretrial conference will be held on Friday, February 3, 2012 at 3:00 p.m.

The parties have not asked to change the February 6 trial date, so that date will stay the same.

Entered this 20th day of December, 2011.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge

2