UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PROMEGA CORPORATION,

        Plaintiff,

and

MAX-PLANCK-GESELLSCHAFT zur
FORDERUNG der WISSENSCHAFTEN E.V.,

        Involuntary Plaintiff,

v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC., and
APPLIED BIOSYSTEMS, LLC,

        Defendants.

Case No. 10-cv-281-bbc

**DEFENDANTS' RESPONSE TO PROMEGA CORPORATION'S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS**

Defendants Life Technologies Corporation, Applied Biosystems, LLC, and Invitrogen IP Holdings, Inc., (collectively, "Life"), by and through counsel, respectfully submit this Response to Plaintiff Promega Corporation's Proposed Additional Voir Dire Questions (Dkt. #391).

Life objects to Promega's proposed Question No. 5, which seeks to ask the potential jurors if they have "any negative views about Stem Cell Research." This question is vague, and not relevant to the issues in this case.

Life similarly objects to Promega's proposed Question No. 13, which asks "Did you or any member of your family attend or graduate from the University of Wisconsin, Madison," which is not relevant to issues in the case.

As to Questions 4, 9 and 14, Life requests that, if the Court is inclined to ask these questions, it ask the same questions with respect to Life (*i.e.*, "Do you know anyone who works for Promega?" "Do you know anyone who works for Life Technologies or Applied Biosystems?", etc.

DATED: January 25, 2012.

By: /s/ Kristine E. Johnson

Francis M. Wikstrom (admitted *pro hac vice*)
Kristine Edde Johnson (admitted *pro hac vice*)
Michael R. McCarthy (admitted *pro hac vice*)
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Ph: 801-532-1234
F: 801-536-6111
fwikstrom@parsonsbehle.com
kjohnson@parsonsbehle.com
mmccarthy@parsonsbehle.com

Michael J. Modl
Steven M. Streck
Andrew J. Clarkowski
Axley Brynelson, LLP
2 E. Mifflin Street, Suite 200
Madison, WI 53703
Ph: 608-283-6705
F: 608-257-5444
mmodl@axley.com
sstreck@axley.com
aclarkowski@axley.com

Amy Sun (admitted *pro hac vice*)
Life Technologies Corporation
5791 Van Allen Way
Carlsbad, CA 92008
Ph: (760) 603-7200
F: (760) 476-6048
amy.sun@lifetech.com

Attorneys for Defendants