# COURTROOM MINUTES
# CIVIL

DATE: _____  DAY: _____  START TIME: _____  END TIME: _____

JUDGE/MAG.: _____  CLERK: _____  REPORTER: _____

CASE NO.: _____  CASE NAME: _____

**APPEARANCES:**

PLAINTIFF(S):  _____      DEFENDANT(S):  _____

_____      _____

_____      _____

_____      _____

**PROCEEDING:**

    CONFIRMATION OF SALE                        ORDER TO SHOW CAUSE

    CONTEMPT OF COURT                         OTHER: _____

    MOTION FOR DEFAULT JUDGMENT

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

TOTAL COURT TIME: _____