IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROMEGA CORPORATION,

                                                                                         ORDER

                Plaintiff,

    and                                                                      10-cv-281-bbc

MAX-PLANCK-GESELLSCHAFT zur
FORDERUNG der WISSENSCHAFTEN E.V.,

                Involuntary Plaintiff,

    v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC. and
APPLIED BIOSYSTEMS, LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have agreed that, under the summary judgment opinion, dkt. #345, the Profiler Plus ID infringes claim 42 of U.S. Patent No. Re 37,984. Accordingly, IT IS ORDERED that the order dated November 29, 2011, dkt. #345, is AMENDED to grant summary judgment to plaintiff Promega Corporation with respect to infringement of that

1

product and claim.

    Entered this 6th day of February, 2012.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge