UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

PROMEGA CORPORATION,

                Plaintiff,

  and

MAX-PLANCK-GESELLSCHAFT zur
FORDERUNG der WISSENSCHAFTEN E.V.,

                Involuntary Plaintiff,

        v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC., and
APPLIED BIOSYSTEMS, LLC,

                Defendants.

Case No. 10-cv-281-bbc

---

### STIPULATION REGARDING WORLDWIDE SALES OF STR KITS

Plaintiff Promega Corporation and Defendants Life Technologies Corporation, Applied Biosystems, LLC, and Invitrogen IP Holdings, Inc., (collectively, "Life"), by and through counsel, stipulate and agree as follows:

1. The following statement may be read to the jury in light of the rulings of the Court:

**"The parties agree that the total worldwide sales of STR kits by defendants during the 5 ½ year period from August 29, 2006 through December 31, 2011 were $707,618,247."**

2. This Stipulation is without prejudice to Life's right to later challenge the Court's rulings, including the summary judgment order and the pretrial rulings relating to the scope of

the license and the allocation of the burden of proof to Life. By entering into this stipulation, Life does not waive any such rights and specifically reserves the same.

DATED: February 6, 2012.

By: /s/ James R. Troupis                   By: /s/ Francis M. Wikstrom

James R. Troupis                                 Francis M. Wikstrom
Troupis Law Office                          Parsons Behle & Latimer
8500 Greenway Blvd.                   201 South Main St.
Suite 200                                          Suite 1800
Middleton, WI 53562                  Salt Lake City, UT 84111

                                                     Michael J. Modl
                                                     Steven M. Streck
                                                     Andrew J. Clarkowski
                                                     Axley Brynelson, LLP
                                                     2 E. Mifflin Street, Suite 200
                                                     Madison, WI 53703

4825-9568-6414.1 2