# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 2/7/12   DAY: Tuesday   START TIME: 9:00 am   TOTAL HOURS: 6 hr 38 m
JUDGE/MAG.: Crabb   CLERK: Jacobson   REPORTER: Swenson/Seeman
PROBATION OFFICER: ___   INTERPRETER: ___   SWORN: YES ☐  NO ☐
CASE NUMBER: 10-cv-281-bbc   CASE NAME: Promega v. Life Technologies

APPEARANCES:
PLAINTIFF(S): Pete Carroll    DEFENDANT(S): Kristine Johnson
Stewart Karge    Francis Wickstrom
Jim Troupis    Mike Modl

PROCEEDINGS: First day jury trial; opening statements; plff. case.

**PLAINTIFF(S) WITNESS**
1. Bill Linton
2. Vach Ballantyne
3. Randall Dimond
4.
5.
6.
7.
8.
9.
10.

**DEFENDANT(S) WITNESS**
1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. ___   GRANTED ☐  DENIED ☐  U/A ☐
2. ___   GRANTED ☐  DENIED ☐  U/A ☐
3. ___   GRANTED ☐  DENIED ☐  U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. ___   GRANTED ☐  DENIED ☐  U/A ☐
2. ___   GRANTED ☐  DENIED ☐  U/A ☐
3. ___   GRANTED ☐  DENIED ☐  U/A ☐

1ST BREAK 10:42   RESUME 10:57   2ND BREAK 12:45   RESUME 1:45
3RD BREAK 3:32   RESUME 3:45   4TH BREAK ___   RESUME ___
ADJOURNMENT 5:06