# COURTROOM MINUTES
## TRIAL/EVIDENTIARY HEARING

DATE: 2/8/12    DAY: Wednesday    START TIME: 8:53 am    TOTAL HOURS: 6; 46 min
JUDGE/MAG.: Crabb    CLERK: Jacobson    REPORTER: Swenson/Seeman
PROBATION OFFICER: _____    INTERPRETER: _____    SWORN: YES ☐  NO ☐
CASE NUMBER: 10-cv-281-bbc    CASE NAME: Promega v. Life Technologies

**APPEARANCES:**

PLAINTIFF(S):
- Pete Carroll
- Stewart Karge
- Jim Troupis

DEFENDANT(S):
- Kristine Johnson
- Francis Wickstrom
- Mike Modl
- Michael McCarthy

PROCEEDINGS: 3rd day jury trial

### PLAINTIFF(S) WITNESS
1. Randall Dimond
2. Lisa Ortuno (dep)
3. Ellen Bishop (dep)
4. Melissa Kotkin (dep)
5. Kathleen Murphy
6. Robert Rossi (dep)

### DEFENDANT(S) WITNESS
(none)

### PLAINTIFF(S) DISPOSITIVE MOTION(S)
1.
2.
3.

### DEFENDANT(S) DISPOSITIVE MOTION(S)
1.
2.
3.

1ST BREAK: 10:31    RESUME: 10:46    2ND BREAK: 12:30    RESUME: 1:30
3RD BREAK: 3:05    RESUME: 3:20    4TH BREAK: ___    RESUME: ___
ADJOURNMENT: 5:11