# COURTROOM MINUTES
## TRIAL/EVIDENTIARY HEARING

DATE: 2/9/12   DAY: Thursday   START TIME: 9:00am   TOTAL HOURS: 6 hr; 35 m

JUDGE/MAG.: Crabb   CLERK: Jacobson   REPORTER: Swenson/Seeman

PROBATION OFFICER: ____   INTERPRETER: ____   SWORN: YES ☐  NO ☐

CASE NUMBER: 10-cv-281-bbc   CASE NAME: Promega v. Life Technologies

APPEARANCES:
PLAINTIFF(S): Pete Carroll
Stewart Karge
Jim Troupis

DEFENDANT(S): Kristine Johnson
Francis Wickstrom
Mike Modl, Mike McCarthy

PROCEEDINGS: 4th day jury trial; pltf. rests

### PLAINTIFF(S) WITNESS
1. Robert Rossi (dep)
2. Katherine Hale (dep)
3. Daniel Hall (HALL)
4. ~~Fifth~~ Peter Kurutz (depo)
5. Guido Zandulli
6. Dawn Waltman (dep)
7. Timothy Sheehy
8. Laura Francis

### DEFENDANT(S) WITNESS
1. Paul Grossman

### PLAINTIFF(S) DISPOSITIVE MOTION(S)
1. ____   GRANTED ☐  DENIED ☐  U/A ☐
2. ____   GRANTED ☐  DENIED ☐  U/A ☐
3. ____   GRANTED ☐  DENIED ☐  U/A ☐

### DEFENDANT(S) DISPOSITIVE MOTION(S)
1. JMOL - π's failure to ID specific sales in trial.   GRANTED ☐  DENIED ☒  U/A ☐
2. if 3271(a)   GRANTED ☐  DENIED ☐  U/A ☐
3. ~~illegible~~   GRANTED ☐  DENIED ☐  U/A ☐

JMOL willfulness —   Gr. ☐  D. ☒  U/A ☐

1ST BREAK 10:34   RESUME 10:49   2ND BREAK 12:27   RESUME 1:30
3RD BREAK 3:16   RESUME 3:31   4TH BREAK ____   RESUME ____
ADJOURNMENT 5:09