# ATTACHMENT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PROMEGA CORPORATION,

        Plaintiff,

and

MAX-PLANCK-GESELLSCHAFT zur
FORDERUNG der WISSENSCHAFTEN E.V.,

        Involuntary Plaintiff,

v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC., and
APPLIED BIOSYSTEMS, LLC,

        Defendants.

Case No. 10-cv-281-bbc

## STIPULATION REGARDING WORLDWIDE SALES OF STR KITS

Plaintiff Promega Corporation and Defendants Life Technologies Corporation, Applied Biosystems, LLC, and Invitrogen IP Holdings, Inc., (collectively, "Life"), by and through counsel, stipulate and agree as follows:

1. The following statement may be read to the jury in light of the rulings of the Court:

**"The parties agree that the total worldwide sales of STR kits by defendants during the 5 ½ year period from August 29, 2006 through December 31, 2011 were $707,618,247."**

2. This Stipulation is without prejudice to Life's right to later challenge the Court's rulings, including the summary judgment order and the pretrial rulings relating to the scope of

the license and the allocation of the burden of proof to Life. By entering into this stipulation, Life does not waive any such rights and specifically reserves the same.

DATED: February 6, 2012.

By: /s/ James R. Troupis                 By: /s/ Francis M. Wikstrom

James R. Troupis
Troupis Law Office
8500 Greenway Blvd.
Suite 200
Middleton, WI 53562

Francis M. Wikstrom
Parsons Behle & Latimer
201 South Main St.
Suite 1800
Salt Lake City, UT 84111

Michael J. Modl
Steven M. Streck
Andrew J. Clarkowski
Axley Brynelson, LLP
2 E. Mifflin Street, Suite 200
Madison, WI 53703

4825-9568-6414.1   2