# ATTACHMENT B

# Stewart Karge

| | |
|---|---|
| **From:** | Francis M. Wikstrom [FWikstrom@parsonsbehle.com] |
| **Sent:** | Monday, February 06, 2012 10:38 PM |
| **To:** | Stewart Karge; 'Jim Troupis' |
| **Cc:** | Kristine E. Johnson |
| **Subject:** | RE: Emailing: Stipulation regarding worldwide sales.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Stewart, the number we are willing to stipulate to is $707,618,247 to cover sales of the kits in the Court's order (including the additions we stipulated to) less sales to Promega and to ourselves.

Fran

-----Original Message-----
From: Stewart Karge [mailto:skarge@amicusreporters.com]
Sent: Monday, February 06, 2012 6:30 PM
To: Francis M. Wikstrom; Jim Troupis
Cc: Kristine E. Johnson
Subject: RE: Emailing: Stipulation regarding worldwide sales.docx

Fran: After reviewing your proposed stipulation, we find it acceptable. Before filing, please provide us with the final number you intend to insert.

Stewart

Stewart W. Karge
Troupis Law Office
8500 Greenway Blvd.
Suite 200
Middleton, WI 53562
608-807-4096


-----Original Message-----
From: Francis M. Wikstrom [mailto:FWikstrom@parsonsbehle.com]
Sent: Monday, February 06, 2012 6:45 PM
To: Jim Troupis; Stewart Karge
Cc: Kristine E. Johnson
Subject: Emailing: Stipulation regarding worldwide sales.docx

Jim & Stewart,

Attached is the proposed stipulation I promised.  The number will be north of $700M, but I still don't have it confirmed.  I'll let you know as soon as I have it.

Fran
--
Francis M. Wikstrom
Attorney at Law
Parsons Behle & Latimer
201 South Main Street, Suite 1800

1

```
Salt Lake City, UT  84111
Direct Dial    801.536.6609
Facsimile      801.536.6111
```
www.parsonsbehle.com
--
    CONFIDENTIALITY NOTICE:  This electronic mail message and any attachment are confidential and may also contain privileged attorney-client information or work product.  The message is intended only for the use of the addressee.  If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at 801.532.1234, and delete this original message.
    Thank you, Parsons Behle & Latimer.
--