# COURTROOM MINUTES
## TRIAL/EVIDENTIARY HEARING

DATE: 2/10/12   DAY: Friday   START TIME: 9:00   TOTAL HOURS: 6 hr; #7
JUDGE/MAG.: Crabb   CLERK: Jacobson   REPORTER: Swenson/Seeman
PROBATION OFFICER: ___   INTERPRETER: ___   SWORN: YES ☐ NO ☐
CASE NUMBER: 10-cv-281-bbc   CASE NAME: Promega v. Life Technologies

APPEARANCES:
PLAINTIFF(S): Pete Carroll
Stewart Karge
Jim Troupis

DEFENDANT(S): Kristine Johnson
Francis Wickstrom
Mike Modl, Mike McCarthy

PROCEEDINGS: 5th day jury trial

### PLAINTIFF(S) WITNESS

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

### DEFENDANT(S) WITNESS

1. Paul Grossman
2. Charles Moehle
3. Leonard Klevan
4. Madhuri Hegde (dep)
5. Marco Piccinini
6. Phillip Czar
7. John Wilton
8.
9.
10.

### PLAINTIFF(S) DISPOSITIVE MOTION(S)

1. ___ GRANTED ☐ DENIED ☐ U/A ☐
2. ___ GRANTED ☐ DENIED ☐ U/A ☐
3. ___ GRANTED ☐ DENIED ☐ U/A ☐

### DEFENDANT(S) DISPOSITIVE MOTION(S)

1. ___ GRANTED ☐ DENIED ☐ U/A ☐
2. ___ GRANTED ☐ DENIED ☐ U/A ☐
3. ___ GRANTED ☐ DENIED ☐ U/A ☐

1ST BREAK 10:38   RESUME 10:55   2ND BREAK 12:26   RESUME 1:45
3RD BREAK 3:09   RESUME 3:24   4TH BREAK ___   RESUME ___
ADJOURNMENT 5:08