UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PROMEGA CORPORATION,<br><br>      Plaintiff,<br><br>MAX-PLANCK-GESELLSCHAFT ZUR FORDERUNG DER WISSENSCHAFTEN E.V.,<br><br>      Involuntary Plaintiff,<br><br>      v.<br><br>LIFE TECHNOLOGIES CORPORATION, INVITROGEN IP HOLDINGS, INC., and APPLIED BIOSYSTEMS, LLC,<br><br>      Defendants. | Case No.: 10-CV-281 |

**PLAINTIFF PROMEGA CORPORATION'S VIDEO DESIGNATIONS PRESENTED AT TRIAL**

Plaintiff Promega Corporation's video designations presented at trial for the above-captioned matter are attached hereto as Exhibit A. Promega hereby reserves the right to supplement this list as necessary.

Dated: February 13, 2012      RESPECTFULLY SUBMITTED,

**TROUPIS LAW OFFICE, LLC**

By:   s/ Sarah E. Troupis

    James R. Troupis, SBN 1005341
    Peter G. Carroll (Admitted *Pro Hac*)
    Stewart W. Karge (Admitted *Pro Hac*)
    Sarah E. Troupis, SBN 1061515
    Brandon M. Lewis, SBN 1086824
    8500 Greenway Blvd., Suite 200
    Middleton, Wisconsin 53562
    ph. 608-807-4096

jrtroupis@troupislawoffice.com
*Attorneys for Plaintiff Promega* Corporation