**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| PROMEGA CORPORATION, ET AL.<br><br>     Plaintiff,<br><br>vs.<br><br>LIFE TECHNOLOGIES CORPORATION, INVITROGEN IP HOLDINGS, INC., AND APPLIED BIOSYSTEMS, LLC,<br><br>     Defendants. | Civil Action No. 10-CV-281 |

**DEFENDANTS' FINAL DEPOSITION DESIGNATIONS PRESENTED TO JURY**

Defendants Life Technologies Corporation, Applied Biosystems, LLC, and Invitrogen IP Holdings, Inc., (collectively, "Life"), by and through counsel, respectfully submit Defendants' Final Deposition Designations Presented to Jury.  The testimony of Dr. Madhuri Hegde was presented to the jury on February 10, 2012, and the testimony of Mr. Robert Rossi was presented to the jury on February 13, 2012.

**Hegde, Madhuri (Vol. 01) - 12/14/2011**

1.  PAGE 6:03 TO 6:05

6:03   Q.      Dr. Hegde, could you please state your
04      full name for the record, please.
05      A.      Madhuri Ramchandra Hegde.

2.  PAGE 8:20 TO 9:14

8:20   Q.      Okay.  I'm going to start after this --
21      with the -- get some background from you about your
22      education and your work experience. First, starting
23      with college, can you tell me what your educational

24      background is?
25      A.      Okay.  So I have done a bachelor's in
9:01    microbiology, a master's in microbiology, Ph.D. in
02      applied genetics, and I'm board certified in
03      clinical molecular genetics by the American Board of
04      Medical Genetics.
05      Q.      Okay.  And -- but go -- starting with the
06      first one, you -- where did you obtain that?
07      A.      University of Bombay for bachelor's and
08      master's degree.
09      Q.      Okay.
10      A.      And my Ph.D. degree is from the University
11      of Auckland, New Zealand.   And my postdoctorate
12      fellowship at Baylor College of Medicine in Houston,
13      and also my board certification was done at Baylor
14      College of Medicine.


3.  PAGE 10:13 TO 11:12

10:13  Q.      And when did you finish your schooling?
14      A.      I finished my Ph.D. in 2000.
15      Q.      And did you do a thesis?
16      A.      Yes.
17      Q.      What was your thesis on?
18      A.      Molecular diagnostics.
19      Q.      Okay.  What was it specifically?
20      A.      I was working on different disorders, with
21      inherited genetic disorders.   One of them being
22      Duchenne muscular dystrophy and the other being
23      sophisticated methodologies for clinical
24      laboratories to use in clinical testing.
25      Q.      And after you got your Ph.D. in 2000, did
11:01  you start working immediately after that?
02      A.      No.    I came to Baylor College of Medicine
03      to do a postdoctorate fellowship.
04      Q.      Okay.
05      A.      And then subsequently did the clinical
06      molecular genetics, American Board of Medical
07      Genetics program.     And after that, I was employed at
08      Baylor.
09      Q.      Okay.  And how long did you take for your
10      postdoc?
11      A.      It's till two -- from 2000 to 2005.     I
12      became board certified in 2005.


2

4.  PAGE 14:10 TO 15:14

14:10  Q.       I may come back to that, but that's
11      basicall y -- I just wanted to kind of get an idea of
12      what you were kind of doing there.
13       So in 2006 you came to Emory.
14      A. Yes.
15      Q. Correct?
16       And when you came to Emory, what was your
17      position?
18      A.       I was the director of the DNA diagnostic
19      laboratory and assistant professor in the department
20      of human genetics.
21      Q.       And is that still your title?
22      A.       No.
23      Q.       Okay.  So after you were the director of
24      DNA diagnostic lab, what was your next position at
25      Emory?
15:01  A.       So I became the senior director of the DNA
02      diagnostic laboratory and Emory genetics laboratory,
03      and I was promoted to associate professor in 2009 in
04      the department of human genetics.
05      Q.       And was this the same time you became the
06      senior director?
07      A.       Yes.
08      Q.       And is that the position you still hold
09      today?
10      A.       No.
11      Q.       What was your next position at Emory?
12      A.       So I'm assoc- -- still associate professor
13      in the department of human genetics, but scientific
14      director of Emory genetics laboratory.

5.  PAGE 23:03 TO 23:19

23:03  Q.       And did you need to use any products on
04      the sequencing machine to do your clinical work?
05      A.       By products --
06      Q.       Let me -- let me go back.       Did you --
07      let -- did you use any kits on the machine --
08      A.       In 2006 --

3

09    Q.        -- in 2006?
10    A.        -- if I --
11    Q.        To amplify the DNA, did you use any kits?
12    A.        Yes.
13    Q.        And what kits did you use?
14    A.        We used -- okay.        I don't remember what
15    enzyme they were using at that time --
16    Q.        Um-hum.       (Affirmative)
17    A.        -- to do the PCR.        But the ABI BigDye
18    sequencing mix for the regions of DNA we were going
19    after and, for the STRs, the Promega kit.


6.  PAGE 27:14 TO 28:01

27:14  Q.        All right.        So you started using the
15    Identifiler kit sometime in 2006?
16    A.        I would say yes.
17    Q.        And what did you start using the
18    Identifiler kit for?
19    A.        It was the same reason we used to use the
20    Promega kit for.        One thing is to make sure -- in
21    the lab when we are doing clinical testing, we run a
22    lot of samples at the same time.        So to make sure we
23    have not mixed up samples in the lab and because we
24    do prenatal testing, we want to make sure that we
25    are not having maternal contamination in the fetal
28:01  sample.


7.  PAGE 37:25 TO 38:05

37:25  Q.        And in 2007 you were still using the
38:01  Identifiler kit to test your prenatal samples?
02    A.        Yes.
03    Q.        And approximately how many samples did you
04    use the Identifiler kit on in 2007?
05    A.        Probably the same number, ten to 15.


8.  PAGE 40:12 TO 41:09

40:12  Q.        And in 2008 you were doing the prenatal

4

13      testing. Correct?
14      A.      Yes.
15      Q.      And you were still using the Identifiler
16      kit at this time?
17      A.      Yes.
18      Q.      And approximately how many kits were you
19      using per year of the Identifiler kit?
20      A.      Probably one or two.
21      Q.      And before, you had been using ten to 15?
22      A.      No.     You're --
23      Q.      Oh.     Let me -- so you were using one to
24      two kits in 2008.     Correct?
25      A.      (Nods affirmatively)
41:01   Q.      And how many tests were you doing?
02      A.      It would be probably the same number.
03      Q.      So it would be approximately ten to 15?
04      A.      Ten to 15.     And I really don't remember
05      how many we did, but that is the approximate number
06      of prenatals we had been doing.
07      Q.      And so then in 2006 and 2007 you probably
08      would have used one to two kits as well?
09      A.      Yes.


9.  PAGE 42:03 TO 42:17

42:03   Q.      And in 2009 approximately how many
04      prenatal tests were you doing?
05      A.      I would say it was still between ten and
06      15.     The number's not gone up over those years.
07      Q.      So you would still be using the
08      Identifiler kit at this time?
09      A.      Yes.
10      Q.      And you would still be purchasing
11      approximately one to two kits per year for prenatal
12      testing?
13      A.      Yes.
14      Q.      Were you purchasing any Identifiler kits
15      for any other purposes in the lab?
16      A.      Only those two purposes, that is, to check
17      if we had mixed up a sample and prenatal.


10.  PAGE 43:02 TO 43:09

43:02  Q.      Sorry.  How many prenatal tests using the
03      Identifiler kit were the people in your lab using --
04      doing in 2010?
05      A.      I do not remember the exact number, but
06      probably 15 to 20.
07      Q.      And how many Identifiler kits would that
08      have been?
09      A.      Maybe just three.


11.  PAGE 44:12 TO 45:10

44:12  Q.      And the lab is still doing the testing for
13      the prenatal cells.      Correct?
14      A.      That's correct.
15      Q.      And approximately how many tests are they
16      doing on the prenatal cells using the Identifiler
17      kit per year?
18      A.      Between 15 and 20.
19      Q.      And how many Identifiler kits would that
20      be?
21      A.      That would be somewhere between the same
22      range of three or -- I would go with three right
23      now.   I don't remember exactly.
24      Q.      And you're still using the Identifiler
25      kit?
45:01  A.      Yes.
02      Q.      Has the kit changed since you've started
03      using it?
04      A.      No.
05      Q.      And today, December 14th, would you still
06      be doing this prenatal testing?
07      A.      Yes.
08      Q.      And are you still using the Identifiler
09      kit today?
10      A.      Yes.

**Rossi, Robert (Vol. 01) - 11/22/2011**

1.  PAGE 6:03 TO 6:14

6:03        This is the videotape
04     deposition of Robert Rossi, taken by
05     the Plaintiff, in the matter of
06     Promega Corporation, et al. versus
07     Life Technologies Corporation, et
08     al.,  United States District Court,
09     Western District of Wisconsin, Case
10     No. 10-CV-281, held at the conference
11     rooms of the Hanover Marriott,
12     located in Whippany, New Jersey, on
13     Tuesday, November 22nd, 2011, at
14     9:20 a.m.

2.  PAGE 7:13 TO 7:15

7:13   Q.      Can you give me your full
14     name for the record.
15     A.      Robert Rossi.

3.  PAGE 9:06 TO 9:18

9:06   Let's start with college.
07     What was your degree?
08     A.      I have a Bachelor's in
09     biology from what used to be North
10     Adams State College, which is now
11     Massachusetts College of Liberal
12     Arts.
13     Q.      Okay.  Way out in Western
14     Mass.
15     A.      Yes.
16     Q.      I've been out there.
17     And what year was that?
18     A.      That was 1984.

4.  PAGE 11:17 TO 12:11

7

11:17  Q.      Okay.  From when to when,
18      roughly?
19      A.      Let's see.      Let's back up.
20      '98 is when I started with Applied
21      Biosystems, so it must have been '92,
22      '93 time frame.
23      Q.      Okay.  Now, let's just take
24      that time frame you just mentioned,
12:01  '92, '93 to '98.
02      During that period or prior
03      to that, had you learned about
04      amplification of DNA?
05      A.      No, I have not.
06      Q.      Okay.  So then you joined
07      Applied Biosystems in 1998?
08      A.      Yes.
09      Q.      And what's your position
10      there?
11      A.      Sales representative.


5.  PAGE 17:06 TO 18:06

17:06  Q.      All right.      And then that
07      brings us up to 2008, somewhere
08      around there?
09      A.      Yes.
10      Q.      And then what did you do?
11      A.      And then it was more of a
12      hybrid role, I believe is what they
13      called it, more as a strategic
14      account manager.
15      Q.      Okay.
16      A.      So I covered primarily
17      pharmaceutical and biotech accounts
18      and it was still, more or less,
19      selling the realtime PCR technology.
20      Q.      Okay.  That was 2008?
21      A.      Yes.
22      Q.      Okay.  Has that stayed the
23      same or have things changed?
24      A.      Now, in this current role,
18:01  I am more as -- still as a sales
02      representative, but more on the human

8

03    identification forensics marketplace.
04    Q.    Okay.  And when
05    approximately did that happen?
06    A.    That happened in 2010.


6.  PAGE 175:07 TO 176:13

175:07 Q.    Okay.  Is there a group of
08    documents involving use of ABI STR
09    kits for nonforensic purposes that
10    you use externally with customers?
11    A.    I guess even -- when you
12    say STR for nonforensic use, can you
13    define that a little bit more?
14    Q.    Sure.   So what I'm trying
15    to do is put aside the crime labs.
16    A.    Okay.
17    Q.    Okay.  So putting aside the
18    crime labs, is there a packet of
19    materials that you maintain, so that
20    when you go to see a noncrime lab
21    for -- to sell ABI STR kits, you can
22    talk about these various nonforensic
23    applications?
24    A.    I guess, when you say
176:01 nonforensic and STR, sometimes I get
02    a little -- a little confused.
03    Because I still would interpret that
04    as human identification as how the
05    kits would be utilized, so...
06    Q.    Right.  So let's just talk
07    about the crime labs versus noncrime
08    labs.
09    For noncrime labs, is there
10    any kind of packet of materials that
11    you use to explain to those noncrime
12    labs how to use ABI STR kits?
13    A.    No.


7.  PAGE 179:06 TO 181:19

179:06 Q.    Okay.  And what are they

07    doing when they do sample tracking,
08    if you know?
09    A.    It's, more or less, a human
10    identification application where they
11    just want to be certain that, number
12    one, that there may not be cross-
13    contamination between samples that
14    are in, say, a plate.
15    And, also, as they're doing
16    their research, they want to be
17    certain that as they're conducting
18    research, down the line, that they
19    want to be able to go back and be
20    able to match a particular sample
21    with the particular source and be
22    certain that those match.
23    And that's where it would
24    be, more or less, a type of human
180:01 identification application that they
02    would use this in.
03    Q.    Okay.
04    A.    So that's what I would
05    refer to as -- in terms of sample
06    tracking.
07    Q.    And do you have such
08    accounts that do sample tracking with
09    ABI STR kits?
10    A.    I believe I do, yes.
11    Q.    And who would those be?
12    A.    That would be Rutgers
13    University.
14    Q.    Okay.
15    A.    And I believe Children's
16    Hospital was also one that would use
17    the kits for a similar type of
18    application.
19    Q.    And that's in Boston, that
20    Children's?
21    A.    Yes.
22    Q.    Okay.  Any others?
23    A.    Those would be the ones
24    that I would recall.    I mean,
181:01 granted, this -- it's a small segment
02    of my overall business, I would say
03    maybe less than 5 percent of my
04    overall business, and those two would

05      probably denote the much larger
06      pieces in that.
07      So those would really be
08      the only two that I would really have
09      exposure to.
10      Q.      Okay.
11      A.      Anything that's generally
12      smaller than that, I mean, that's
13      going to be more noise than
14      anything.      Because, again, my primary
15      focus would be more in the crime
16      laboratories.   That's where I'm
17      really responsible for -- for my
18      sales numbers and where growth would
19      generally be expected to come from.


DATED:  February 13, 2012.        By: /s/ Michael R. McCarthy_____


                                  Francis M. Wikstrom (admitted *pro hac vice*)
                                  Kristine Edde Johnson (admitted *pro hac vice*)
                                  Michael R. McCarthy (admitted *pro hac vice*)
                                  Parsons Behle & Latimer
                                  201 South Main Street, Suite 1800
                                  Salt Lake City, UT 84111
                                  Ph:  801-532-1234
                                  F:  801-536-6111
                                  fwikstrom@parsonsbehle.com
                                  kjohnson@parsonsbehle.com
                                  mmccarthy@parsonsbehle.com

                                  Michael J. Modl
                                  Steven M. Streck
                                  Andrew J. Clarkowski
                                  Axley Brynelson, LLP
                                  2 E. Mifflin Street, Suite 200
                                  Madison, WI 53703
                                  Ph:  608-283-6705
                                  F:  608-257-5444
                                  mmodl@axley.com
                                  sstreck@axley.com
                                  aclarkowski@axley.com

                                  Amy Sun (admitted *pro hac vice*)
                                  Life Technologies Corporation
                                  5791 Van Allen Way

11

Carlsbad, CA 92008
Ph:  (760) 603-7200
amy.sun@lifetech.com

Attorneys for Defendants