# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 2/13/12   DAY: Monday   START TIME: 9:05 am   TOTAL HOURS: 6'55"
JUDGE/MAG.: Crabb   CLERK: Jacobson   REPORTER: Swenson/Seeman
PROBATION OFFICER: ___   INTERPRETER: ___   SWORN: YES ☐   NO ☐
CASE NUMBER: 10-cv-281-bbc   CASE NAME: Promega v. Life Technologies

**APPEARANCES:**

PLAINTIFF(S): Pete Carroll
Stewart Karge
Jim Troupis

DEFENDANT(S): Kristine Johnson
Francis Wickstrom
Mike Modl, Mike McCarthy

PROCEEDINGS: 6th day jury trial; deft. rests; pltf. rebuttal; jury instruction conference.

## PLAINTIFF(S) WITNESS
1. Randall Dimond
2. Michelle Shepherd
3. Guido Sandulli

## DEFENDANT(S) WITNESS
1. Dr. Jaiprakash Shewale
2. Robert Rossi (dep)
3. Guido Sandulli

## PLAINTIFF(S) DISPOSITIVE MOTION(S)
1. JMOL - Ds' failure to prove permitted uses — GRANTED ☐  DENIED ☐  U/A ☒
2. — GRANTED ☐  DENIED ☐  U/A ☐
3. — GRANTED ☐  DENIED ☐  U/A ☐

## DEFENDANT(S) DISPOSITIVE MOTION(S)
1. — GRANTED ☐  DENIED ☐  U/A ☐
2. — GRANTED ☐  DENIED ☐  U/A ☐
3. — GRANTED ☐  DENIED ☐  U/A ☐

1ST BREAK: 10:13   RESUME: 10:32   2ND BREAK: 12:32   RESUME: 1:15
3RD BREAK: 2:55   RESUME: 3:21   4TH BREAK: 4:45   RESUME: 5:02
ADJOURNMENT: 5:45