# COURTROOM MINUTES
## TRIAL/EVIDENTIARY HEARING

DATE: 2/14/12   DAY: Tuesday   START TIME: 9:05 am   TOTAL HOURS: 5'38"
JUDGE/MAG.: Crabb   CLERK: Jacobson   REPORTER: Swenson/Seeman
PROBATION OFFICER: _____   INTERPRETER: _____   SWORN: YES ☐  NO ☐
CASE NUMBER: 10-cv-281-bbc   CASE NAME: Promega v. Life Technologies

**APPEARANCES:**

PLAINTIFF(S):
- Pete Carroll
- Stewart Karge
- Jim Troupis

DEFENDANT(S):
- Kristine Johnson
- Francis Wickstrom
- Mike Modl, Mike McCarthy

PROCEEDINGS: 7th day jury trial; verdict form discussed; jury instruction conference; closings; instructions; jury begins deliberations

### PLAINTIFF(S) WITNESS
1–10. _____

### DEFENDANT(S) WITNESS
1–10. _____

### PLAINTIFF(S) DISPOSITIVE MOTION(S)
1. _____   GRANTED ☐  DENIED ☐  U/A ☐
2. _____   GRANTED ☐  DENIED ☐  U/A ☐
3. _____   GRANTED ☐  DENIED ☐  U/A ☐

### DEFENDANT(S) DISPOSITIVE MOTION(S)
1. JMOL - has not met bop as to quantum of infringing sales under § 271(a).   GRANTED ☐  DENIED ☐  U/A ☒
2. JMOL - lost profits analysis improper   GRANTED ☐  DENIED ☐  U/A ☒
3. JMOL - failure to show all or subst'l portion of components + no quantify.   GRANTED ☐  DENIED ☐  U/A ☒

1ST BREAK 10:17   RESUME 11:05   2ND BREAK 12:52   RESUME 1:40
3RD BREAK 2:46   RESUME 2:57   4TH BREAK 4:25   RESUME 6:05
ADJOURNMENT 6:10