IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROMEGA CORPORATION,

        Plaintiff,

SPECIAL VERDICT

10-cv-281-bbc

v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC. and
APPLIED BIOSYSTEMS, LLC,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We, the jury, for our special verdict, do find as follows:

Question No. 1: What is the total dollar amount of worldwide STR kit sales made between August 29, 2006 through the end of January 2012 by defendants Life Technologies Corporation, Invitrogen IP Holdings, Inc. and Applied Biosystems, LLC?

        Answer: $ 707,618,247

        (Answered by the court)

1

Answer Question No. 2.

Question No. 2: What is the total dollar amount of defendants' sales of STR kits that were United States sales as that term has been defined for you in the instructions?

Answer: $ 707,618,247

Answer Question No. 3.

Question No. 3: Of the sales in your answer to Question No. 2, what is the total dollar amount of defendants' STR kit sales that were permitted by the 2006 licensing agreement?

Answer: $ 636,856,422

Answer Question No. 4.

Question No. 4: Subtract the dollar amount you found in Question No. 3 from the dollar amount in your answer to Question No. 2.

Answer: $ 70,761,825

2

Answer Question No. 5.

Question No. 5: What profits, if any, did plaintiff lose as a result of defendants' sales that you found in Question No.4?

Answer: $ 52,009,941

Answer Question No. 6.

Question No. 6: For those sales from Question No. 5 for which you found that plaintiff has not proven its entitlement to lost profits, what amount of money is a reasonable royalty for plaintiff?

Answer: $ _____

3

Answer Question No. 7.

Question No. 7: Was defendants' infringement willful?

Answer: __YES__

(Yes or No)

_____
Presiding Juror

Madison, Wisconsin
Dated this __15__ day of February, 2012

4