## AMENDED TRIAL EXHIBIT FORM

| EXHIBITS OF | PROMEGA CORPORATION, et al. | |
|---|---|---|
| DEFENDANT (Indicate plaintiff or defendant) | v. LIFE TECHNOLOGIES CORPORATION | Case No. 10-CV-281 |

| Date | No. | Identification Witness | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| **Defendants Expect to Offer the Following Exhibits** | | | | |
| 2/8 | 2001 | Dimond | 2006 Cross License Agreement Promega/Applera Corporation | O - NO - R |
| 2/13 | 2002 | | 2006 Settlement Agreement Promega/Applera Corporation | O - NO - R |
| 2/8 | 2003 | Dimond | 2006 Patent License Agreement Promega/Applera Corporation | O - NO - R |
| 2/13 | 2004 | | June 19, 1996 License Agreement Promega and Research Genetics, Inc., Amendment I | O - O - NR |
| **Exhibits Defendants May Offer If the Need Arises** | | | | |
| | 2010 | | December 8, 2011 Deposition of Randall Dimond ("Dimond Depo."), Ex. 1 | |
| | 2011 | | PowerPlex 21 Technical Manual | |
| | 2012 | | PowerPlex 18D Technical Manual | |
| | 2013 | | PowerPlex 16 BIO Technical Manual | |
| | 2014 | | PowerPlex 16HS Technical Manual | |
| | 2015 | | PowerPlex 16 Technical Manual | |
| | 2016 | | PowerPlex ESX 16 Technical Manual | |
| | 2017 | | PowerPlex ESX 17 Technical Manual | |
| | 2018 | | PowerPlex ESI 16 Technical Manual | |

| | 2019 | | PowerPlex ESI 17 Technical Manual | |
|---|---|---|---|---|
| | 2020 | | PowerPlex ES Technical Manual | |
| | 2021 | | PowerPlex Y Technical Manual | |
| | 2022 | | PowerPlex S5 Technical Manual | |
| | 2023 | | PowerPlex CS7 Technical Manual | |
| | 2024 | | PowerPlex CTTV Technical Manual | |
| | 2026 | | StemElite Technical Manual | |
| | 2027 | | CellID Kit Technical Manual | |
| | 2028 | | GoTaq Hot Start Polymerase product insert | |
| | 2029 | | Dimond Depo. Exh. 3 PM129128-29 (emails re "bone marrow transplant monitoring in Italy" dated March 2001) | |
| | 2030 | | Dimond Depo. Exh. 4 PM122438-41 (emails re "PowerPlex 16 in bone marrow transplantation") dated November 2000 | |
| | 2031 | | Dimond Depo. Exh. 8 (PM114312-16) (fax from Luis Silva dated August 3, 1999) | |
| | 2032 | | Dimond Depo. Exh. 12 PM196438-41 (report entitled "Sales and Marketing Strategy for Beta Test Systems" dated June 1998) | |
| | 2033 | | Dimond Depo. Exh. 13 (PM030961-68) (meeting minutes from the Genetic Identity Core Team Meeting on January 20, 1998) | |
| | 2034 | | Dimond Depo. Exh. 14 PM319525-27 (emails re "Engraftment Kits" dated July 2001) | |

| | | | |
|---|---|---|---|
| | 2035 | | Dimond Depo. Exh. 15 (PM273778-86) (document entitled "U.S. Sales and Marketing Strategy of Genetic Identity 1999") | |
| | 2036 | | Dimond Depo. Exh. 16 (PM068982-88) (document entitled "Marketing Strategy for Genetic Identity") | |
| | 2037 | | Dimond Depo. Exh. 19 (Reference Manual, Internal Validation of STR Systems) | |
| | 2038 | | Dimond Depo. Exh. 22 (PRO058382) (slide deck entitled "Genetic Identity Strategy, An R&D Perspective" dated January 2009) | |
| | 2039 | | Dimond Depo., Exh. 23 (PRO066170) (slide deck entitled "Competitor Update: Applied Biosystems/Invitrogen") (undated) | |
| | 2040 | | Promega/J&J license | |
| | 2041 | | Promega/USB license | |
| | 2042 | | Promega/Stratagene license | |
| | 2043 | | AmpFlSTR Kit Product Portfolio | |
| | 2044 | | Identifiler label license | |
| | 2045 | | Identifiler Plus label license | |
| | 2046 | | Identifiler Direct label license | |
| | 2047 | | MiniFiler label license | |
| | 2048 | | NGM label license | |
| | 2049 | | NGM Select label license | |
| | 2050 | | Profiler label license | |
| | 2051 | | Profiler Plus label license | |
| | 2052 | | Profiler Plus ID label license | |
| | 2053 | | Cofiler label license | |
| | 2054 | | SGM Plus label license | |
| | 2055 | | SEfiler Plus label license | |

|  | 2056 |  | Yfiler label license |  |
|---|---|---|---|---|
|  | 2057 |  | PM117410 (email re "New reprints a coming" dated January 2001) |  |
|  | 2059 |  | PM129133-34 (emails re "bone marrow transplant monitoring in Italy" dated March 2001) |  |
|  | 2062 |  | PM122433-37 (emails re "PowerPlex 16 in bone marrow transplantation" dated November 2000) |  |
|  | 2063 |  | PM250442-44 (emails re "documentation required for registration of products" dated April 2000) |  |
|  | 2064 |  | PM184789-93 (Trip Report of Jim Schumm dated October 1997) |  |
|  | 2065 |  | Dimond Depo. Exh. 2 (PM073646) (emails re "Sale of Research STR Products – Response from Gary Gamerman" dated September 1997) |  |
|  | 2066 |  | PM127987-88 (emails re "Quest Visit Report" dated December 2000) |  |
|  | 2067 |  | PM091069-71 (Genetic Identity Business Plan: Outline dated January 1995) |  |
|  | 2068 |  | PM058085-86 (email re "Baylor Visit" dated April 1996) |  |
|  | 2071 |  | PM199991-92 (document entitled "Genetic Identity") (undated) |  |
|  | 2072 |  | PM118219 (emails re "PP16 on ABI3700" dated July 2000) |  |
|  | 2073 |  | PM178437-39 (emails re "Genetic Identity Sales & Marketing in Europe 1998" dated December 1997) |  |
|  | 2075 |  | PM138005-07 (emails re "bone marrow transplant monitoring in Italy") dated March 2001 |  |

| | | | | |
|---|---|---|---|---|
| | 2076 | | PM129329-32 (emails re "STR Market" dated February 2001) | |
| | 2078 | | PM072178-80 (emails re "GI Business Unit update" dated March 1999) | |
| | 2079 | | PM204134-39 (report entitled "The GI Marketing Research in the German and Austrian Market Place Interim Result" dated July 2001) | |
| 2/8 | 2081 | Dimond | PRO072392 (Genetic Identity: Global Strategic Plan, 4th ed.) | |
| | 2083 | | PM129915-16 (emails re "Max Planck 'Tautz' Patent Issues if US" dated June 1998) | |
| | 2084 | | PM280579-81 (interoffice memo dated July 2001) | |
| | 2085 | | PM289246 (letter re offer of license dated July 25, 2001) | |
| | 2086 | | PM289245 (letter re offer of license dated July 25, 2001) | |
| | 2087 | | PRO073862 (Promega poster entitled "Cell Line Authentication and Contamination Detection") (undated) | |
| | 2088 | | PRO073975-76 (emails re "STR Help please" dated November 2011) | |
| | 2089 | | PRO074145-49 (Pathology Research, a publication of the Cleveland Clinic dated Fall 2006) | |
| | 2090 | | PRO074150 (website printout from Barnes Jewish Hospital) | |
| | 2091 | | PRO074153-55 (website printout from Biosynthesis) | |
| | 2092 | | PRO074191-94 (website printout from the Core Fragment Analysis Facility at Johns Hopkins University) | |
| | 2095 | | PRO074290-91 (website printout from University of Arizona) | |

| | | | | |
|---|---|---|---|---|
| | 2096 | | Promega Initial Disclosures (dated September 30, 2010) (Dkt. #81) | |
| | 2097 | | Batham *et al.* (2007) | |
| | 2098 | | Bayes-Genis (2004) | |
| | 2099 | | Benedetti *et al.* (2007) | |
| | 2100 | | Bifulco *et al.* (2008) | |
| | 2101 | | Borrill *et al.* (2008) | |
| | 2102 | | Brix *et al.* (2009) | |
| | 2103 | | Cankovic *et al.* (2006) | |
| | 2104 | | Capellari *et al.* (2008) | |
| | 2105 | | Carvalho *et al.* (2010) | |
| | 2106 | | Chabrier *et al.* (2008) | |
| | 2107 | | Chen *et al.* (2008) | |
| | 2108 | | Chinen *et al.* (2007) | |
| | 2109 | | Collaco *et al.* (2008) | |
| | 2110 | | Cordovado *et al.* (2008) | |
| | 2111 | | Davies *et al.* (2009) | |
| | 2112 | | De Gregori *et al.* (2007) | |
| | 2113 | | Demers *et al.* | |
| | 2114 | | Dodero *et al.* (2009) | |
| | 2115 | | Dong *et al.* (2008) | |
| | 2116 | | Dumic *et al.* (2008) | |
| | 2117 | | Epp *et al.* (2007) | |
| | 2118 | | Erdogan *et al.* (2008) | |
| | 2119 | | Faulkner *et al.* | |
| | 2120 | | Gandijbakhch *et al.* (2009) | |
| | 2121 | | Gonzalez *et al.* (2009) | |
| | 2122 | | Hafez *et al.* (2007) | |
| | 2123 | | Hasselbalch *et al.* (2008) | |
| | 2124 | | Heaphy *et al.* (2007) | |
| | 2125 | | Hire *et al.* (Genzyme) | |
| | 2126 | | Horwitz *et al.* (2001) | |
| | 2127 | | Hsu *et al.* (2008) | |
| | 2128 | | Huijsmans *et al.* (2007) | |
| | 2129 | | Jobling *et al.* (2007) | |

| | 2130 | | Imanishi *et al.* (2007) | |
| --- | --- | --- | --- | --- |
| | 2132 | | Jorge & Hui (2008) | |
| | 2133 | | Kaplan *et al.* (2007) | |
| | 2134 | | Khan *et al.* (2007) | |
| | 2135 | | Khan *et al.*, Blood, 112 Abstract 2140 (2008) | |
| | 2136 | | Khan *et al.*, Blood, 112 Abstract 387 (2008) | |
| | 2137 | | Khattri *et al.* (2009) | |
| | 2138 | | Norris-Kirby *et al.* (2009) | |
| | 2139 | | Norris-Kirby *et al.* (2010) | |
| | 2140 | | Kooper *et al.* (2009) | |
| | 2141 | | Kormoczi *et al.* (2007) | |
| | 2142 | | Liang *et al.* (2008) | |
| | 2143 | | Liang *et al.* (2007) | |
| | 2144 | | Lipata *et al.* (2010) | |
| | 2145 | | Lyon *et al.* (2010) | |
| | 2146 | | MacGregor (2009) | |
| | 2147 | | Mantha *et al.* (2009) | |
| | 2148 | | Marchington *et al.* (2010) | |
| | 2149 | | Marrone *et al.* (2007) | |
| | 2150 | | McRae *et al.* (2007) | |
| | 2151 | | Miller *et al.* (2010) | |
| | 2152 | | Mizokami *et al.* (2009) | |
| | 2153 | | Moscardo *et al.* (2009) | |
| | 2154 | | Munch *et al.* (2007) | |
| | 2155 | | Murphy *et al.* (2009) | |
| | 2156 | | Murphy *et al.* (2007) | |
| | 2157 | | Norbury *et al.* (2007) | |
| | 2158 | | Ouldim *et al.* (2009) | |
| | 2159 | | Riant *et al.* (2008) | |
| | 2160 | | Rich *et al.* (2007) | |
| | 2161 | | Rives *et al.* (2007) | |
| | 2162 | | Rodriguez-Arnedo *et al.* (2010) | |
| | 2163 | | Rosenblum-Vos *et al.* | |
| | 2164 | | Rudd *et al.* (2009) | |

|  | 2165 |  | Salazar-Gonzalez et al. (2008) |  |
|---|---|---|---|---|
|  | 2166 |  | Sanchez-Hernandez et al. (2006) |  |
|  | 2167 |  | Serafini et al. (2009) |  |
|  | 2168 |  | Shelbourne et al. (2007) |  |
|  | 2169 |  | Sirko-Osadsa et al. |  |
|  | 2170 |  | Speckmann et al. (2008) |  |
|  | 2171 |  | Sprague et al. (2007) |  |
|  | 2172 |  | Sung et al. (2009) |  |
|  | 2173 |  | Suryavathi et al. (2008) |  |
|  | 2174 |  | Taarnhoj et al. (2008) |  |
|  | 2175 |  | Thyagarajan et al. (2009) |  |
|  | 2176 |  | Vanscoy et al. (2007) |  |
|  | 2177 |  | Talwar et al. (2007) |  |
|  | 2178 |  | Uzel et al. (2008) |  |
|  | 2179 |  | Victor et al. (2009) |  |
|  | 2180 |  | Wagner et al. (2008) |  |
|  | 2181 |  | Williams et al. (2009) |  |
|  | 2182 |  | Wilson et al. (2008) |  |
|  | 2183 |  | Wise et al. (2007) |  |
|  | 2184 |  | Yap et al. (2010) |  |
|  | 2185 |  | Zhang et al. (2009) |  |
|  | 2186 |  | Zhao et al. (2008) |  |
|  | 2187 |  | Albanese et al. (2010) |  |
|  | 2188 |  | Balaresque et al. (2008) |  |
|  | 2189 |  | Balamurugan et al. (2010) |  |
|  | 2190 |  | Burger et al. (2006) |  |
|  | 2191 |  | Chen et al. (2010) |  |
|  | 2192 |  | Cochrane et al. (2009) |  |
|  | 2193 |  | Cole et al. (2008) |  |
|  | 2194 |  | Dennison et al. (2010) |  |
|  | 2195 |  | Folberg et al. (2008) |  |
|  | 2196 |  | Haak et al. (2008) |  |
|  | 2197 |  | Holbeck et al. (2010) |  |
|  | 2198 |  | Kang et al. (2007) |  |

| | | | | |
|---|---|---|---|---|
| | 2199 | | Karlinsey & Landers (2008) | |
| | 2200 | | Ku et al. (2010) | |
| | 2201 | | Leeman-Neill et al. (2010) | |
| | 2202 | | Lorenzi et al. (2009) | |
| | 2203 | | Marino et al. (2010) | |
| | 2204 | | Mitchell et al. (2010) | |
| | 2205 | | Morrow et al. (2010) | |
| | 2206 | | Pourmand et al. (2007) | |
| | 2207 | | Schweppe et al. (2008) | |
| | 2208 | | Shaw et al. (2009) | |
| | 2209 | | Stanciu et al. (2010) | |
| | 2210 | | Theves et al. (2010) | |
| | 2211 | | Tirado et al. (2009) | |
| | 2212 | | Torsvik et al. (2010) | |
| | 2213 | | Uum van et al. (2010) | |
| | 2214 | | van Staveren et al. (2007) | |
| | 2215 | | Vermeulen et al. (2009) | |
| | 2216 | | Wolanska-Nowak et al. (2009) | |
| | 2217 | | Zuo et al. (2010) | |
| | 2218 | | Kristt et al. (2007) | |
| | 2219 | | Senitzer & Giadulis (2001) | |
| | 2220 | | Fisher & Mas (2009) | |
| | 2221 | | Iadevaia et al. (2010) | |
| | 2222 | | Cardoso et al. | |
| | 2223 | | Moore et al. (2010) | |
| | 2224 | | Cabral et al. (2007) | |
| | 2226 | | Au et al. (2003) | |
| | 2228 | | Jillella et al. (2007) | |
| | 2229 | | Lau et al. (2004) | |
| | 2230 | | Liew et al. (2007) | |
| | 2231 | | Mazzucchelli et al. (2007) | |
| | 2232 | | Oh et al. (2005) | |
| | 2233 | | Odriozola et al. (2011) | |
| | 2234 | | Posthuma et al. (2004) | |
| | 2235 | | Reid et al. (2004) | |

| | 2236 | | Sahoo *et al.* (2006) | |
|---|---|---|---|---|
| | 2237 | | Seywerd *et al.* (2009) | |
| | 2238 | | Shalev *et al.* (2006) | |
| | 2239 | | Siwicki *et al.* (2007) | |
| | 2240 | | Souter *et al.* (2006) | |
| | 2241 | | Van den Veyver *et al.* (2008) | |
| | 2242 | | Wattanasirichaigoon *et al.* (2008) | |
| | 2243 | | Westen & Sijen (2009) | |
| | 2244 | | Wu *et al.* (2005) | |
| | 2245 | | Dauber *et al.* (2003) | |
| | 2246 | | Shichman *et al.* (2002) | |
| | 2248 | | Solomon *et al.* (2005) | |
| | 2249 | | Masters *et al.* (2001) | |
| | 2250 | | Parson *et al.* (2005) | |
| | 2251 | | Dunham *et al.* (2008) | |
| | 2252 | | Silvia *et al.* (2006) | |
| | 2253 | | Demonstrative Exhibits to Be Determined | |
| | 2255 | | Berg & Murphy (2003) | |
| | 2256 | | Masters *et al.* (2010) | |
| | 2257 | | Barallon *et al.* (2010) | |
| | 2258 | | Fang *et al.* (2011) | |
| | 2259 | | Thiede *et al.* (2003) | |
| | 2261 | | Nuckols *et al.* (2000) | |
| | 2262 | | Mossallam *et al.* (2005) | |
| | 2263 | | Arachchillage *et al.* (2010) | |
| | 2265 | | Willasch *et al.* (2010) | |
| | 2266 | | Doney *et al.* (2008) | |
| | 2267 | | Lim *et al.* (2007) | |
| | | | Defendants reserve the right to use any Exhibit identified on Promega's Exhibit List | |

*[Handwritten annotations:]*
2/10 2268    Proffers
2/10 2269    Proffers