

AXLEY BRYNELSON, LLP

• • • • • •

MICHAEL J. MODL
mmodl@axley.com
608.283.6702

March 7, 2012

Honorable Barbara B. Crabb
United States District Court
120 N. Henry Street, Room 320
Madison, WI 53703

RE:   Promega Corporation, et al. v. Life Technologies Corporation, et al.
      Western District Case No.: 10-cv-281
      Our File No.: 16262.65429

Dear Judge Crabb:

Following the jury verdict in this matter on February 15, 2012, counsel for the parties discussed with the Court the timing of filing various post-trial motions. The Court set March 15, 2012 for those additional matters which Plaintiff wished to bring to the Court's attention, which Defendants understand to include briefing on their equitable defenses. Counsel for Defendants requested that they have until March 15, 2012 to file their Rule 50 and 59 motions, believing the motions would otherwise be due prior to March 15, 2012. Judgment was, in fact, entered on February 23, 2012 and, under Rules 50 and 59 of the Federal Rules of Civil Procedure, Defendants have until March 22, 2012 in which to file their Rule 50 and 59 motions with accompanying briefs. Defendants will timely file their Rule 50 and 59 motions pursuant to those deadlines set forth in the Federal Rules of Civil Procedure.

Thank you.

Sincerely,

AXLEY BRYNELSON, LLP

s/ Michael J. Modl

Michael J. Modl
MJM/lmn