UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PROMEGA CORPORATION,

       Plaintiff,

MAX-PLANCK-GESELLSCHAFT ZUR
FORDERUNG DER WISSENSCHAFTEN        Case No.: 10-CV-281
E.V.,

       Involuntary Plaintiff,

  v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC., and
APPLIED BIOSYSTEMS, LLC,

       Defendants.

**Joint Stipulation and Motion to Reset Certain Post-Trial Filing Dates**

      Now Come the Plaintiff, Promega Corporation and the Defendants, Life Technologies Corporation, et al., by and through their respective counsel, and respectfully stipulate and request that the dates for certain post-trial filings by each of the parties be reset, and in support of that request state:

      1.) The parties have diligently sought to reach a stipulation and agreement concerning an appropriate injunction related to sales of certain products. To that end, and in an effort to address resolution of all matters, senior officers of the parties are meeting in Madison, Wisconsin beginning Thursday, March 15. The parties have previously met at length and have begun the process of conversion of STR purchasers consistent with the jury verdict and the Court's holdings. The parties believe this effort would be materially advanced with an appropriate

resetting of the dates and that both the parties and the Court's post-trial matters are likely to be materially affected.

    2.)  The parties and the Court would be assisted by having a single set of dates for filing, response and reply applicable to all substantive post-trial filings which are permitted to be amended by Court order.

    3.) The parties stipulate and agree, subject to the Court's approval and Order, and accordingly move that the Court's prior Order of February 15, 2012 setting dates be amended to reset all dates which are permitted to be amended by Court order as follows:

| | | |
|---|---|---|
| Opening Motions/Briefs | March 15, 2012 | reset to April 2, 2012 |
| Responsive Briefs | March 29, 2012 | reset to April 19, 2012 |
| Reply Briefs | April 9, 2012 | reset to April 30, 2012 |

Respectfully Submitted this 12th day of March, 2012.

By: /s/ James R. Troupis
James R. Troupis, SBN 1005341
Peter G. Carroll (admitted *pro hac vice*)
Stewart W. Karge (admitted *pro hac vice*)
Sarah E. Troupis, SBN 1061515
Brandon M. Lewis, SBN 1086824
Troupis Law Office, LLC
8500 Greenway Blvd., Suite 200,
Middleton, WI 53562
Ph: 608-807-4096
jrtroupis@troupislawoffice.com

*Counsel for Plaintiff*

By: /s/ Kristine Edde Johnson
Francis M. Wikstrom (admitted *pro hac vice*)
Kristine Edde Johnson (admitted *pro hac vice*)
Michael R. McCarthy (admitted *pro hac vice*)
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Ph: 801-532-1234
F: 801-536-6111
fwikstrom@parsonsbehle.com
kjohnson@parsonsbehle.com
mmccarthy@parsonsbehle.com

*Counsel for Defendants*