# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PROMEGA CORPORATION, ET AL.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE TECHNOLOGIES CORPORATION, INVITROGEN IP HOLDINGS, INC., AND APPLIED BIOSYSTEMS, INC.,<br><br>　　　　Defendants. | Civil Action No. 10-CV-281 |

### RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING MISCALCULATION OF LOST PROFITS AND ALTERNATIVE RULE 59(a) MOTION FOR NEW TRIAL

Defendants Life Technologies Corporation, Invitrogen IP Holdings, Inc., and Applied Biosystems, Inc. (collectively, "Life") hereby move the Court pursuant to Fed.R.Civ.P. 50(b) for Judgment as a Matter of Law Regarding Miscalculation of Lost Profits.  Alternatively, Life requests a new trial pursuant to Fed.R.Civ.P. 59(a).

The bases for this Motion are fully set forth in the concurrently-filed Memorandum in Support.

DATED:  March 22, 2012.　　　　　　　　*/s/ Kristine Edde Johnson*＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Francis M. Wikstrom (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Kristine Edde Johnson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Michael R. McCarthy (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Parsons Behle & Latimer
　　　　　　　　　　　　　　　　　　　201 South Main Street, Suite 1800
　　　　　　　　　　　　　　　　　　　Salt Lake City, UT 84111
　　　　　　　　　　　　　　　　　　　Ph:  801-532-1234
　　　　　　　　　　　　　　　　　　　F:  801-536-6111
　　　　　　　　　　　　　　　　　　　fwikstrom@parsonsbehle.com
　　　　　　　　　　　　　　　　　　　kjohnson@parsonsbehle.com
　　　　　　　　　　　　　　　　　　　mmccarthy@parsonsbehle.com

4831-6174-4911.1

2

Michael J. Modl
Andrew J. Clarkowski
Steven M. Streck
Axley Brynelson, LLP
2 E. Mifflin Street, Suite 200
Madison, WI 53703
Ph:  608-283-6705
F:  608-257-5444
aclarkowski@axley.com
mmodl@axley.com
sstreck@axley.com

*Attorneys for Defendants*