# EXHIBIT E

Exhibit E has been redacted in its entirety