# EXHIBIT F

Exhibit F has been redacted in its entirety