# EXHIBIT G

Exhibit G has been redacted in its entirety