IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PROMEGA CORPORATION,

    Plaintiff,

and

MAX-PLANCK-GESELLSCHAFT zur
FORDERUNG der WISSENSCHAFTEN E.V.,

    Involuntary Plaintiff,

v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC. and
APPLIED BIOSYSTEMS, LLC,

    Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 10-cv-281-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered:

    (1) granting defendants' motion for partial summary judgment with respect to plaintiff's claim of infringement of claims 25 and 27-31 of U.S. Patent No. 5,843,660 and defendants' counterclaims for non-infringement of the same claims;

    (2) granting plaintiff's motion for summary judgment with respect to defendants' counterclaims that U.S. Patent Nos. 6,479,235, 6,221,598, 5,843,660 and 7,008,771 are invalid because they are anticipated, obvious or not enabled;

    (3) dismissing the counterclaims filed by defendants for their failure to prove these counterclaims; and

Judgment in a Civil Case   Page 2

(4) granting defendants' motion for judgment as a matter of law regarding 35 U.S.C. § 271(a) and (f)(1).

Approved as to form this *14th* day of September, 2012.

*Barbara B. Crabb*
Barbara B. Crabb, District Judge

*Peter Oppeneer*     9/18/12
Peter Oppeneer, Clerk of Court     Date