

201 South Main Street
Suite 1800
Salt Lake City, UT 84111
Telephone 801.532.1234
Facsimile 801.536.6111

Kristine E. Johnson

Direct Dial
(801) 536-6835
E-Mail
KJohnson@parsonsbehle.com

January 7, 2013

**VIA ECF**

The Honorable Barbara B. Crabb
c/o Clerk of Court
120 N. Henry Street, Room 320
Madison, WI 53703

    Re:    *Promega Corp. vs. Life Technologies, et al.*
             *Case No. 10-cv-281*

Dear Judge Crabb:

      On December 19, 2012, Promega Corporation filed its Motion for Relief from the Amended Judgment Based on Newly Discovered Evidence and for a New Trial. (Dkt. #727). The Court has not yet issued a briefing schedule for that Motion. Life Technologies understands that the Court is considering whether to set that motion for briefing. Consequently, Life Technologies does not intend to file a response to the Motion at this time, but will respond accordingly upon such action by the Court.

                            Sincerely,

                            */s/ Kristine E. Johnson*
                            Kristine E. Johnson

KEJ/ab

4833-1446-7090.1