UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PROMEGA CORPORATION,

      Plaintiff,

      v.

LIFE TECHNOLOGIES CORPORATION,
and APPLIED BIOSYSTEMS, LLC,

      Defendants.

Case No.: 10-CV-281

## MOTION TO WITHDRAW AS COUNSEL OF SARAH E. TROUPIS

Attorney Sarah E. Troupis, counsel to Promega Corporation, hereby respectfully moves to withdraw from this matter, and in support of that Motion states as follows:

1. As a personal decision, I have announced that I will be taking a sabbatical year from the active practice of law to pursue interests outside of the law, effective December 31, 2012. Accordingly, I will no longer be able to actively represent Promega Corporation in this matter.

2. Promega Corporation continues to be represented by other counsel in this matter and has consented to this Motion. My withdrawal will not impact the schedule.

**WHEREFORE**, undersigned counsel, Sarah E. Troupis, respectfully moves to withdraw as counsel to Promega Corporation.

Dated this 11th day of January, 2013.

        Respectfully submitted,

        **TROUPIS LAW OFFICE, LLC**

        By: /s/ Sarah E. Troupis
            Sarah E. Troupis, SBN 1061515
            8500 Greenway Blvd., Suite 200
            Middleton, Wisconsin 53562
            Ph. 608-807-4096
            Email: setroupis@troupislawoffice.com

        *Attorney for Plaintiff Promega Corporation*