UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PROMEGA CORPORATION,

    Plaintiff,

MAX-PLANCK-GESELLSCHAFT ZUR
FORDERUNG DER WISSENSCHAFTEN         Case No.: 10-CV-281
E.V.,

    Involuntary Plaintiff,

    v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC., and
APPLIED BIOSYSTEMS, INC.,

    Defendants.

### NOTICE OF CHANGE OF ADDRESS FOR STEWART W. KARGE

    PLEASE TAKE NOTICE that Stewart W. Karge of Troupis Law Office, LLC has changed his address and hereby enters his appearance in this matter as follows:

> Stewart W. Karge
> Karge & Associates, LLC
> 300 West Adams St., Suite 800
> Chicago, IL 60606

    Mr. Karge was previously retained as counsel in this matter and admitted *Pro Hac Vice* (Dkt. #70). All pleadings, correspondence and communications of whatever kind must be served upon Mr. Karge at the address noted below.

Dated this 21st day of March, 2013.

                            **KARGE & ASSOCIATES, LLC**

                            By:   /s/Stewart W. Karge

                                Stewart W. Karge (Admitted *Pro Hac*)
                                300 West Adams St., Suite 800
                                Chicago, IL 60606
                                skarge@amicusreporters.com

                            *Attorney for Plaintiff Promega, Corporation*