NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROMEGA CORPORATION,**
*Plaintiff - Cross-Appellant,*

**MAX-PLANCK-GESELLSCHAFT ZUR FOERDERUNG DER WISSENSCHAFTEN E.V.,**
*Plaintiff,*

v.

**LIFE TECHNOLOGIES CORPORATION, INVITROGEN IP HOLDINGS, INC., and APPLIED BIOSYSTEMS, LLC,**
*Defendants – Appellants.*

---

13-1011

---

Appeal from the United States District Court for the Western District of Wisconsin (Madison) in case no. 10-CV-0281 Chief Judge Barbara B. Crabb.

---

## ORDER

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Western District of Wisconsin, it is hereby,

Case: 3:10-cv-00281-bbc   Document #: 772   Filed: 04/29/13   Page 2 of 2
Case: 13-1011   Document: 20   Page: 2   Filed: 04/26/2013

2                                                    PROMEGA CORP v. LIFE TECH

    ORDERED that the appeal be, and the same hereby is, REACTIVATED effective April 26, 2013. The appellant's brief is due on June 28, 2013.

                                    FOR THE COURT

April 26, 2013                /s/ Jan Horbaly
                                  Jan Horbaly
                                  Clerk

**ISSUED AS A MANDATE:** April 26, 2013

cc: Clerk's Office, United States District Court for the
Western District of Wisconsin (Madison)
Mark Christopher Fleming
Susan Rebecca Podolsky
Edward R. Reines
Timothy C. Saulsbury
Bradford Paul Schmidt
James R. Troupis
Seth P. Waxman
Francis M. Wikstrom