## FEDERAL CIRCUIT APPEAL INFORMATION SHEET
*(Include names of all parties to the appeal. Use separate sheet if needed.)*

Tribunal Appealed from: _____ Docket No.: _____

v.

*Plaintiff\**                                      *Defendant\**

_____            _____

Counsel:                                           Counsel:
*(Use separate sheet for additional counsel if needed.)*

Name: _____            Name: _____
Firm:  _____            Firm:  _____
Address: _____            Address: _____
           _____                       _____
Phone:  _____            Phone:  _____

Name: _____            Name: _____
Firm:  _____            Firm:  _____
Address: _____            Address: _____
           _____                       _____
Phone:  _____            Phone:  _____

Court Reporter: _____            Date of judgment or
_____            Decision: _____
                Address                            Date of Notice of Appeal: _____
                                                   Cross Appeal(s):     Yes            No
_____            Related Appeal(s):     Yes            No
                Room No.
_____            Appellant is:  Plaintiff          Defendant
                City

Type of case: _____

FEES:
          Court of Appeals Docket Fee Paid        Yes            No
          Motion for Pauper Status:              Granted        Denied        Pending      None
          U.S. Appeal:                            Yes            No

IMPORTANT: FORWARD COPY OF NOTICE OF APPEAL AND DOCKET ENTRIES OR
CERTIFIED LIST WITH THIS FORM.

*\*Includes parties occupying positions of plaintiff (e.g., petitioner) and defendant (e.g., respondent).*