# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PROMEGA CORPORATION, ET AL.<br><br>     Plaintiff,<br><br>vs.<br><br>LIFE TECHNOLOGIES CORPORATION, INVITROGEN IP HOLDINGS, INC., AND APPLIED BIOSYSTEMS, INC.,<br><br>     Defendants. | Civil Action No. 10-cv-281 |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Michael R. McCarthy hereby withdraws as counsel for Defendants Life Technologies Corporation, Invitrogen IP Holdings, Inc., and Applied Biosystems, Inc., in the above referenced matter.

Dated this 24th day of March, 2015.

/s/ Michael R. McCarthy
Michael R. McCarthy

4834-7523-6130.1