**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| PROMEGA CORPORATION,<br><br>　　　　　Plaintiff,<br><br>MAX-PLANCK-GESELLSCHAFT ZUR FORDERUNG DER WISSENSCHAFTEN E.V.,<br><br>　　　　　Involuntary Plaintiff,<br><br>　　v.<br><br>LIFE TECHNOLOGIES CORPORATION, INVITROGEN IP HOLDINGS, INC., and APPLIED BIOSYSTEMS, LLC,<br><br>　　　　　Defendants. | No. 10-CV-281 |

**NOTICE OF APPEARANCE OF ANNE M. READEL**

PLEASE TAKE NOTICE that Anne M. Readel, of the law firm Perkins Coie LLP, in Madison, Wisconsin, hereby enters her appearance in the above-captioned action as counsel for Plaintiff, Promega Corporation. Attorney Readel is admitted to practice in the Western District of Wisconsin. Copies of all pleadings and other documents should be served upon her at the following address:

　　　　　Anne M. Readel
　　　　　areadel@perkinscoie.com

　　　　　**PERKINS COIE LLP**
　　　　　1 East Main Street, Suite 201
　　　　　Madison, WI 53703
　　　　　Telephone: (608) 663-7460
　　　　　Facsimile: (608) 663-7499

Dated: March 27, 2015　　　　　　　　　Respectfully submitted,

By: *s/ Anne M. Readel*
John S. Skilton
jskilton@perkinscoie.com
David J. Harth
dharth@perkinscoie.com
David L. Anstaett
danstaett@perkinscoie.com
Brandon M. Lewis
blewis@perkinscoie.com
Anne M. Readel
areadel@perkinscoie.com
**PERKINS COIE LLP**
1 East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499

*Attorneys for Plaintiff, Promega Corporation*