**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| PROMEGA CORPORATION,<br><br>        Plaintiff,<br><br>MAX-PLANCK-GESELLSCHAFT ZUR FORDERUNG DER WISSENSCHAFTEN E.V.,<br><br>        Involuntary Plaintiff,<br><br>  v.<br><br>LIFE TECHNOLOGIES CORPORATION, INVITROGEN IP HOLDINGS, INC., and APPLIED BIOSYSTEMS, LLC,<br><br>        Defendants. | No. 10-CV-281 |

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

PLEASE TAKE NOTICE that Brandon M. Lewis, formally of the Troupis Law Office LLC, 8500 Greenway Blvd. Suite 200, Middleton, WI 53562, has joined the law firm of Perkins Coie LLP, in Madison, Wisconsin. Copies of all pleadings and other documents should now be served upon him at the following address:

>Brandon M. Lewis
>blewis@perkinscoie.com
>
>**PERKINS COIE LLP**
>1 East Main Street, Suite 201
>Madison, WI 53703
>Telephone: (608) 663-7460
>Facsimile: (608) 663-7499

- 2 -

Dated: March 27, 2015	Respectfully submitted,

By: *s/ Brandon M. Lewis*
John S. Skilton
jskilton@perkinscoie.com
David J. Harth
dharth@perkinscoie.com
David L. Anstaett
danstaett@perkinscoie.com
Brandon M. Lewis
blewis@perkinscoie.com
Anne M. Readel
areadel@perkinscoie.com
**PERKINS COIE LLP**
1 East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499

*Attorneys for Plaintiff, Promega Corporation*