IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROMEGA CORPORATION,

                                                                                                              ORDER

                Plaintiff,

     and                                                                           10-cv-281-bbc

MAX-PLANCK-GESELLSCHAFT zur
FORDERUNG der WISSENSCHAFTEN E.V.,

                Involuntary Plaintiff,

     v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC. and
APPLIED BIOSYSTEMS, LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held in this case on March 31, 2015.  Plaintiff appeared by David Anstaett.  Defendants appeared Michael Modl and Edward Reines.  The parties discussed the scope of the Federal Circuit remand.  The parties agreed that briefing would be helpful to narrow the issues prior to scheduling a new trial date.

The court set the following briefing schedule. Simultaneous opening briefs are due May 1, 2015. Simultaneous response briefs are due May 15, 2015. There is a 25-page limit on each brief.

Entered this 16th day of April, 2015.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge