**Weil, Gotshal & Manges LLP**

201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
+1 650 802 3000 tel
+1 650 802 3100 fax

**Edward R. Reines**
+1 (650) 802-3022
edward.reines@weil.com

June 8, 2015

Judge Barbara B. Crabb
United States District Court
120 N. Henry Street, Room 320
Madison, WI 53703

**Re: Promega Corporation et al v. Life Technologies, Case 3:10-cv-00281-bbc**

Dear Judge Crabb:

I write to follow up on Life's opening brief regarding the structure of remand, in which Life informed the Court that it intended to seek a stay of further proceedings pending its petition for certiorari to the United States Supreme Court.  See Dkt. No. 795 at 8.  Life advises the Court that it will file its certiorari petition no later than June 26, 2015, and that it will file its motion to stay concurrently with that certiorari petition.

Respectfully submitted,

*/s/ Edward R. Reines*

Edward R. Reines