PERKINSCOIe

One East Main Street
Suite 201
Madison, WI 53703-5118

T. +1.608.663.7460
F. +1.608.663.7499
perkinscoie.com

June 9, 2015

David L. Anstaett
DAnstaett@perkinscoie.com
D. +1.608.663.5408
F. +1.608.663.7499

**VIA ECF**

Honorable Barbara B. Crabb
USDC Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, WI 53703

Re: *Promega Corp., et al. v. Life Technologies*
     Case No. 3:10-cv-00281-bbc

Dear Judge Crabb:

I write in response to the June 8, 2015 letter filed by Life Technologies Corporation (Dkt. #803) concerning its intention to petition the Supreme Court for certiorari and seek a stay in this Court later this month. Whether or not Life eventually files such papers, there is no reason to delay deciding how the remand proceedings in this case should be structured. The parties agreed that resolving that issue would be helpful and have fully briefed their respective positions. There is no justification for putting this case on hold now based on Life's plan to file more papers in the future, including a certiorari petition that will not be decided for many months and only a tiny fraction of which are granted each year.

Very truly yours,

David L. Anstaett

DLA:krd

cc: Edward R. Reines

Perkins Coie LLP